ATTACHMENT 1

Case 1:05-cv-01182-RCL    Document 1-2    Filed 06/13/2005    Page 1 of 15

# EFFECTIVENESS OF POTENTIAL MITIGATION MEASURES FOR SELECTED INVASIVE ALIEN TAXA

Prepared as part of the Biological Assessment for the
Kahului Airport Master Plan Improvement Project

for

LIPSEY & ASSOCIATES, INC.
1400 Prudential Drive, Suite 7
Jacksonville, FL 32207

Prepared By

Francis G. Howarth, Ph.D.
Dept. Of Natural Sciences
Bishop Museum, P.O. Box 19000
Honolulu, Hawaii 96817

Hawaii Biological Survey
Technical Report No.
3 February 1997

KAHULUI AIRPORT
ALIEN SPECIES BIOLOGICAL ASSESSMENT                                    SECTION H
================================================================================

# APPENDIX
# SECTION H
# MITIGATION MEASURES FOR SELECTED TAXA

     To provide specific details on how the potential mitigation measures outlined in Section H might be implemented, the proposed measures will be discussed in relation to each of the taxa described in Section F.C. For each of the selected taxa, the relative effectiveness of each procedure in Table H-1 is given in Table H-2. These mitigation measures are analyzed in this section primarily on their biological merits, which will sometimes conflict with feasibility or legal constraints. Concerning legal constraints, in May 1977, President Carter authorized Executive Order 11987 (42 Fed. Reg. 26949; 24 May 1977, Page 9) which requires all federal agencies, to the extent allowed by law, to prevent the introduction of harmful alien species into any natural ecosystem in the US. This order could provide an additional aegis for collaboration on alien species issues among federal agencies involved with the Kahului Airport. Concerning legal constraints in the international arena, CITES (Convention on International Trade in Endangered Species of Wild Fauna and Flora) is a possible model for regulation of the international movement of alien species (US Congress 1993), especially for the species that overlap (for example, many smuggled parrots are endangered and listed in CITES). However, the narrow focus on trade, the lack of good data, and political climate in many countries hinder the effectiveness of CITES.

     The following discussion on potential mitigation procedures and opinions are largely my own. Time constraints prevented review of this draft by members of the Biological Assessment Technical Panel. Many of these solutions arose out of discussions at the meetings, but any errors, speculations, and omissions are mine.

**SNAKES:**
     Purposeful introductions of nearly all vertebrates, including the examples of snakes and parrots in Table H-1 can be regulated and addressed similarly; therefore, they are treated together here. Purposeful introductions fall into two distinct categories: legal introductions and illegal introductions. Legal introductions, by definition, include those that have appropriate documentation and are declared at the port of entry. These require inspection and quarantine measures that are stipulated by law, but their regulation is outside the purview of this mitigation. The second category of purposeful

2

introductions is the illegal or smuggled introductions, and these represent a possible major quarantine problem at Hawaii's airports. The following describes the possible effectiveness of the more appropriate proposed mitigation measures for intercepting smuggled organisms.

### Smuggled vertebrates:
#### Pre-entry procedures

- Pre-entry procedures to stem the tide of illegal introductions should include education programs aimed at the importers and smugglers to show the dangers to the Hawaiian environment as well as the penalties inflicted on smugglers. These need to be vigorously implemented, and the penalties well publicized to be maximally effective.
- Interagency agreements would be effective in having inspection personnel alerted to the potential for smuggling of alien vertebrates. These include customs people and airline personnel, who need to be alert for and report suspicious packages or suspicious activity to the appropriate authorities.
- Pre-treatment, control of landscaping, pest free certification, limited flights from high-risk areas, and prohibiting foreign flights to Kahului Airport would probably not add to the effectiveness of catching smuggled vertebrates.
- Inspection of all baggage at foreign airports, particularly when the inspectors are alerted to the possibilities of contraband vertebrates and other harmful organisms would be highly effective, and potentially result in nearly 100% interception. Many foreign ports already require thorough inspection of baggage for security reasons, so the method is theoretically feasible. US airports also prominently display the sign:    "... ALL BAGS ARE SUBJECT TO SEARCH "  "This includes CHECKED and CARRY-ON bags ... "
- Coordination of Federal and State Pre-Clearance Programs at Vancouver and elsewhere would be beneficial for intercepting smuggled vertebrates, including snakes and parrots.

#### Port of Entry Measures:
- The planned increased inspections are necessary and effective. Trained dogs have proven highly effective in intercepting snakes and other organisms for which they have been trained. Quarantine facilities would be necessary only if the amount of traffic or interceptions proved to be significant.
- The training program for airport employees would be potentially highly effective.
- Quality control and inspection procedures would be important in improving the efficiency of this program. Included here is the measure to conduct investigations of potential gaps, such as when contraband smuggled species are intercepted. Investigations are urgently needed to determine

3

whether the smuggling incident is an individual circumstance or part of a larger illegal activity, with additional species being introduced.
- Development of a data base will assist the implementation of several different measures, by making pertinent information available when needed.
- Scheduling airline flights would be helpful but not critical if sufficient inspectors and facilities were available to handle the incoming traffic.
- Banning cargo from high risk areas would not be effective for smuggled vertebrates.
- The establishment of an alien species airport committee would complement the cross-training for airport employees and would be a positive step.
- Controlling landscaping, early detection and response measures would not be appropriate or applicable to smuggled vertebrates since most successfully smuggled organisms would quickly be taken from the airport environs by the smuggler.

### Stowaways:
Snakes and certain other small vertebrates can also enter Hawaii as stowaways through the airport, and this provides a completely different problem than smuggling. The following describes the possible effectiveness of the more appropriate proposed mitigation measures for intercepting stowaways.

### Pre-entry procedures
- Pre-treatment is not currently effective for stowaway snakes, although repellents are being researched.
- Education programs may be highly effective in cross-training airline personnel and inspectors of the potential for stowaways. This complements the interagency agreements as well.
- Controlling landscaping at foreign and domestic airports could potentially lessen the potential for stowaways. The storage of open cargo containers in areas frequented by snakes and other cryptic animals may allow the entry of stowaways. Snakes have moved onto the tarmac at Guam and entered aircraft landing gear apparatus. Minimizing refuges for snakes near container handling facilities and near aircraft loading docks will minimize stowaways. The current perceived source airports in north temperate regions of Korea, Japan and Canada mean that stowaways will be only a seasonal problem. Obviously, most species are not likely to be active during the winter months.
- Stowaways are also not likely to be a problem unless there is a population irruption near the source area. The development of a data base giving pest status at source areas will complement other mitigation measures.

- Interagency agreements, training of travel industry and airport personnel and occasional inspection by HDOA or USDA animal control staff will also help minimize risk.

### Port Of Entry:
- Effective Port of entry measures for stowaway vertebrates include increased inspection of incoming cargo and aircraft, especially when the risk is high (see the pre-entry procedures). Many flights will be low risk and not require additional inspection, such as those from north temperate areas in winter, or where it is known that the source airport is well secured with little chance of stowaways.
- Training program would be beneficial.
- Monitoring Kahului Airport and environs would be appropriate especially to locate existing refuges and hiding places for arriving stowaways, and to be better prepared if a stowaway is found.
- Quality control of inspection procedures and efficiency would be helpful in this aspect.
- Establishing a data base would be very important to quickly obtain information on risk to facilitate efficient inspections.
- If data are not adequate, banning high risk cargo from some areas may be necessary.

### Early Detection and Response:
- If an invading snake is discovered in the airport environs, it will be important to respond quickly. This requires a contingency plan and a rapid response team with members roles worked out in advance.
- The immediate goal would be to assess the population status of the invader with a monitoring and control program, that is designed to eradicate the incipient population. Eradication may be possible, if the invasion is caught early.
- Discovery of a loose stowaway indicates a breach in the inspection and containment program. To best design improvements to plug the gap, accurate information is needed on how the organism arrived and escaped. For that a thorough investigation is needed.

## BIRDS: PARROTS:
Parrots enter Hawaii as caged birds for the pet industry. Legally imported birds are a separate problem. Measures designed to minimize the risk of illegal importations of birds to Kahului Airport are similar to those described for purposeful introduction of snakes above. It is highly unlikely that parrots or other birds would enter Hawaii as unnoticed stowaways on aircraft. Many parrots are protected by CITES, and smugglers will go to great

lengths to hide their contraband, for example, sewing live eggs into their clothing.

### FORMICIDAE: ANTS:
#### Pre entry procedures:

- Pre-entry methods are likely to be highly effective in preventing the introduction of ant species. Monitoring for highly invasive, aggressive colonies of ants near overseas airports and packing facilities is strongly recommended. Fire ants and weaver ants have conspicuous large colonies, as do many other problematic ants (such as, *Pheidole* and *Ochetellus*). Such a program would not need to find every small colony. Removal or control of the large colonies within a set distance of the source areas during their reproductive period will suffice. It is the large nuptial flights and dispersing budding colonies that need to be stopped, and for most species these are highly seasonal. Small, insignificant colonies in the airport environs near the source areas would pose much less of a problem. These monitoring programs could be seasonally determined for each source area and problematic ant species because the nuptial flights are very predictable based on environment and climatic factors.
- Landscaping at the ports of origin would also be effective to minimize the possibility of stowaways entering the containers or aircraft. The arrangement of electric lights can discourage or minimize the chances of nuptial queens being attracted to the lights on aircraft or near shipping containers and therefore minimize the chances of stowaway queens on the flights. This latter method will also work for many other nocturnal pestiferous insects.
- Shipments of high risk material that could harbor a colony of ground-inhabiting ants (soil, lumber, or material with a lot of open spaces) should be inspected and treated or refused entry.
- Educational programs aimed at shippers and agricultural personnel to alert them to the problems of invasive ants. These are agricultural pests at well, so that there should be economic and political support for such programs.
- Transport of ants on passenger baggage is far less likely, except as smuggled curiosities in ant farms and the like. Judicious use of the declaration forms and screening and inspection at disembarkation is justified. I suspect that the risk is low, but without data its dangerous to assume. Ant farm kits are popular and sold both here and on the mainland.
- A small colony of the weaver ant could be introduced by an organic gardening enthusiast or a research laboratory interested in behavior or chemical physiology. It is hoped that the declaration forms and inspection will intercept these avenues.

### Port of Entry:
- Alien ant species will arrive in Hawaii. It is a certainty that the red fire ant, *Solenopsis invicta,* will continue to be intercepted as long as it remains in its invasive phase on the mainland. Fortunately, it and many other ants have conspicuous colonies that can be watched for. Therefore, vigilant monitoring programs are necessary to detect invading ant species in the airport environs and where containerized shipments and high risk materials are unpacked.

### Post entry:
- Colonies are likely to remain small and localized for an extended period of time until they are large enough to reproduce. It should be possible to detect incipient colonies while still small enough to eradicate. For example, several ant species were first detected near Hickam Air Force Base and Honolulu International Airport; that is, probably near their point of establishment. Had they been eradicated at the time of discovery, we may have prevented their invasion. These include the long legged ant, *Anopolepes longipes* and *Ochetellus glabra*. Also fitting this description is the colony of Argentine ant at Haleakala National Park, which was detected early during its invasion phase and could have been destroyed in the 1970's when it first arrived. However, it was already well established on other areas of Maui by that time.
- Colonies of the weaver ant are conspicuous and unmistakable. If it moves into suburban and urban gardens near Kahului Airport, homeowners will be very eager to report it! Trees with colonies can be treated, and early infestations may be eradicatable. Once the population is large and has moved into more remote areas, eradication may be impossible.

## *CULICOIDES* SPECIES:
### Adult Midges As Stowaways:
#### Pre Entry:
- Adult biting midges mosquitoes, sand flies, and many other small flies are relatively sensitive to knockdown pesticides. Therefore, treatment of aircraft, cargo holds, and shipping containers before they are loaded would be effective in reducing the risks of invasion by these and many other harmful species. Some research is needed to find safest methods for various commodities and source areas, and such treatments would need to be approved by appropriate agencies. Even harmless soap solutions, mineral oil formulations, or other relatively nontoxic compounds might work in most situations.

- Treating or removing potential breeding and resting sites by landscaping in the environs of airports and container packing facilities would significantly lessen the chances of stowaway invertebrate pests.
- Treatment of lights at airports in the vicinity of loading docks and at packing facilities is recommended. Many pest arthropods, including most mosquitoes and biting midges, are attracted to lights. If an open cargo hold is lighted in an otherwise darkened airport, many flying insects will enter the aircraft.
- Fortunately, adults are highly seasonal in temperate areas, and precautions are only needed for relatively short time each year.

### Port of Entry:

- Cooperation should be sought from air personnel on incoming flights to watch for alien species. Although biting midges would be difficult to detect this way, the presence of other species could indicate a breach of quarantine. Furthermore the introduction of many other harmful species can be prevented.
- Landscape modification within the airport environs will reduce the likelihood of establishment of biting midges. Adults require humid protected areas to rest and suitable breeding sites in which to lay eggs. Sites include damp vegetation and ground, rotting plant material and pools of water. Suitable sites can be used as traps and treated to prevent establishment, or such sites can be removed. For example, table salt can be added to water pools to make them unsuitable for mosquito and biting midge breeding.
- Treatment of lights within the airport is recommended. During the BAT panel's inspection trip to Kahului in November 1996, high populations of alien mosquitoes and crane flies were noted in the restrooms. These flies were attracted inside by the electric lights and perhaps the higher humidity there. Stowaways would also be attracted to conspicuous lights, where they could be safely controlled. Control of flies in restrooms also benefits sanitation.

### Post Entry

- Monitoring the airport periphery with light traps to detect midges and other nocturnal flying pests is a possibility. It is labor intensive and a long shot, but if it is combined with monitoring for other species, it would be worthwhile.
- The attractiveness of nocturnal pest insects to lights could be turned to advantage for early detection and control. When Kahului Airport is closed, only certain lights are usually left on for security. These lights could also function to capture and destroy night-flying insects in the airport environs.

Immature Midges in Breeding Habitats:
### Pre Entry:
- Damp absorbent material (such as sphagnum, other mosses, and wood chips) used to transport cut flowers and other fresh plant and animal material can harbor immatures of biting midges as well as many other pests. Some *Culicoides* aestivate as dry immatures and can rehydrate and emerge when moistened. This strategy allows for efficient long-distance dispersal in untreated material. Larvae or other immature stages are likely to be found in breeding substrates at any time of the year, even in the temperate region. *Culicoides obsoletus* is thought to over winter as larvae. Therefore, the risk may not be seasonal, unless the shipment is treated or other precautions are taken.
- Treatment of this packing material before use is recommended. Treatments could include heat, dipping or washing with soap solution, or fumigation. Certification that organic packing material is free of pests would further reduce the risk.

### Port of Entry:
- Suspected substrates should be looked for during inspections and treated if necessary.
- High risk material also may include fresh cut flowers and other living plant material, particularly from high risk areas. Larval biting midges have been intercepted in Hawaii in bromeliad leaf axils, a known habitat for some *Culicoides* species. The recent arrival of the mosquito, *Wyeomyia mitchellii*, is suspected of having been introduced with bromeliads from southeastern North America. A number of plant-feeding insects remain closely associated with their host; some are sessile like the scale and white fly on the stems, flowers, leaves, and fruits of plants.
- Other measures are listed in Table H2 and similar to the descriptions given for the ants.

### Post Entry
- Organic packing material from high risk areas should be treated before disposal on Maui. This can be accomplished by heat, submersion in insecticidal or soap solution, or by fumigation. Heat (hot water dip) would probably be the cheapest and safest.
- Given the tiny size, cryptic behavior and high mobility, Culicoides are probably very difficult to control or eradicate once they become well established. Therefore, greater reliance must be placed on prevention.

## MELASTOMES:
Weedy melastomes can enter Hawaii in two ways: purposefully for their ornamental value and inadvertently as stowaways, especially on clothing.

These two modes of travel present different problems for quarantine and interception measures.

**Purposeful introductions**
   **Pre-entry measures**
- Education programs aimed at nursery-men, returning residents and ecotourists are the first line of defense in preventing the introduction of harmful alien weeds into the Hawaiian environment. Commercial nurseries possibly bring in more material and are the main group of concern. The well-meaning public sometimes naively carry propagative material of pretty weeds with them when they return from overseas.
- Interagency agreements would be very effective in limiting the purposeful introduction of melastomes and other undesirable weedy plants.
- Landscaping at overseas ports would be helpful. Known noxious weeds should not be grown in the public access areas of the airport environs. Well meaning or naive people pick a "pretty plant" and naively import it to Hawaii on a whim.
- Inspection of all baggage at foreign airports would intercept most of the larger volume shipments, but since the fruits of melastomes are often small, those carried by individuals would probably escape detection.
- Pre-clearance activities would probably be beneficial in coordination with the assistance of other agencies and travel industry personnel.
- New methods are needed to intercept contraband fruits and propagative plant material.

   **Port-of-Entry Measures:**
- Inspection, including the use of trained dogs, will be important for larger volume shipments.
- Contraband in the incidental baggage brought by individuals will be much harder to detect with current technology.
- Training programs for airline employees might be effective.
- Quality control and investigation procedures in determining what routes are used by the weeds to gain access to Hawaii is especially important, so that these gaps can be closed.
- The Data base will assist greatly in doing this.
- Public education measures may be the most important.
- Inspection of hiking boots and clothing of visitors arriving from high risk areas. Australia requires visitors to wash mud off their boots and clothing before clearance from the customs area.

   **Post Entry**
- Monitoring and vigilance at nurseries on Maui is important.

TABLE H-1
PROPOSED MITIGATION MEASURES

| Measure | Responsible Agency | Alien Species Group[1] |
|---|---|---|
| **Pre-Entry** | | |
| 1. Pre-Treatment of Aircraft | USDA/Airlines | Effective against flying and crawling insects and arthropods |
| 2. Education of Public on alien Species | HVCB/HDOA/Airlines | Effective against all alien species groups and accidental and purposeful introductions |
| 3. Interagency Agreement on Alien Species Inspection at Foreign Airports | USDA/State Department | Effective against all arthropods and small reptiles |
| 4. Control Landscaping at Foreign Airports | Unknown | Effective against arthropods |
| 5. Pest Free Certification | USDA/HDOA | Effective against arthropods |
| 6. Limit Flights From High Risk Areas | U.S. State Department | Effective against all alien species |
| 7. Prohibit Foreign flights at Kahului Airport | U.S. State Department | Effective against all alien species |
| 8. Risk Assessment of Potential Pests | USDA/HDOA | Effective against all alien species |
| 9. Inspection of All Baggage at Foreign Airports | USDA/FWS | Effective against all alien species |
| 10. Need Additional Information on Vancouver Flights | USDA | Effective against fruit, vegetable, and plant alien species pests |
| 11. Coordination of Federal and State Pre-Clearance Programs | USDA/HDOA | Effective against alien species found on fruits, vegetables, and plants |
| 12. Updating FWS and HDOA Pest List (Including DLNR Lists) | USDA/FWS/HDOA | Effective against all alien species |
| 13. CGAPS Education Program | CGAPS | Effective against all alien species |
| 14. Maintain List of Acceptable Alien Species | USDA/HDOA | Effective against all alien species |
| 15. Program and Education for Government Agencies | USDA/HDOA/FWS/NPS/DLNR | Effective against all alien species |

Table H-1 Continued

| Port-Of Entry | | |
|---|---|---|
| 1. Increase Inspection and Quarantine Facilities | FAA/HDOTA | Effective against all alien species |
| 2. Training Program for Airport Employees to Recognize Alien Species | USDA/FWS/HDOA/Airlines/Others | Effective against all alien species, probably best for arthropods and small reptiles |
| 3. State-of-The-Art Cargo Building to Included USDA/FWS/HDOA/Customs Requirements | HDOTA | Effective against all alien species |
| 4. Improve HDOA Domestic Inspection Facilities | HDOTA | Effective against all alien species on domestic flights |
| 5. Increase HDOA Inspectors/Dogs | HDOA | Effective against all alien species |
| 6. Monitor Kahului Airport Environs for Alien Species | HDOTA/ADC | Effective against all alien species |
| 7. Quality Control of Inspection Procedures and Efficiency | USDA/HDOA | Effective against all alien species |
| 8. Maintain Data Base | USDA/FWS/HDOA | Effective against all alien species |
| 9. Schedule Airline Flights to Maximize Inspector's Schedules | USDA/HDOA/HDOTA/Airlines | Effective against all alien species |
| 10. Ban Foreign Flights | U.S. State Department | Effective against all alien species |
| 11. Ban Cargo From High Risk Areas | USDA/HDOA | Effective against all alien species |
| 12. Dictating Packaging and Cargo Handling Procedures | USDA/HDOA | Effective against all alien species |
| 13. Alien Species Airport Committee | HDOTA/USDA/HDOA/ADC/FWS/DLNR | Effective against all alien species |
| Early Detection/Response (Limited to Airport Environs) | | |
| 1. Monitoring Surveys to Establish Baseline Conditions | HDOTA/HDOA | Effective against all alien species, especially arthropods and plants |
| 2. Establish Rapid Response Interagency Team | HDOTA/USDA/HDOA/ADC/FWS/DLNR/NPS | Effective against all alien species |
| 3. Establish Contingency Fund Linked to Airport Activity or User Charge | USDA/FWS | Effective against all alien species |
| 4. Eradication | USDA/HDOA/FWS/NPS | Effective against all alien species |
| 5. Investigate Breaches in System | USDA/HDOA/FWS/NPS | Effective against all alien secies |

[1] See Appendix H also.

Acronym Legend:

ADC:   Animal Damage Control, Animal and Plant Health Inspection Service (APHIS), U.S. Department of Agriculture
CGAPS: Coordinating Group on Alien Species
FWS:   U.S. Fish and Wildlife Service
DLNR:  Hawaii Department of Land and Natural Resources
HDOA:  Hawaii Department of Agriculture
HDOTA: Hawaii Department of Transportation, Airports Division
NPS:   National Park Service
USDA:  Plant Protection and Quarantine, APHIS, U.S. Department of Agriculture

TABLE H-2: EFFECTIVENESS OF MITIGATION MEASURES FOR SELECTED TAXA.

| Measure | Snakes | Snakes | Birds | Ants | Ants | Midges | Midges | Melastomes | Melestomes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Stowaway Adults | Stowaway Immature | | |
| Pre-Entry | Stowaway | Smuggling | Smuggling | Stowaway | Purposeful | | | Purposeful | Inadvertent |
| 1. Pre-Treatment of Aircraft | 0 | 0 | 0 | 2 | 0 | 3 | 0 | 0 | 0 |
| 2. Education of Public on alien Species | 1 | 2 | 2 | 1 | 3 | 1 | 2 | 2 + 3 | 2 + 3 |
| 3. Inter-Agency Agreement on Alien Species Inspection at Foreign Airports | 2 | 2 | 2 | 3 | 1 | 3 | 2 | 2 | 1 |
| 4. Control Landscaping at Foreign Airports | 1 | 0 | 0 | 2 | 0 | 2 | 0 | 2 | 1 |
| 5. Pest Free Certification | 2 | 0 | 0 | 2 | 1 | 1 | 3 | 2 + 3 | 2 |
| 6. Limit Flights From High Risk Areas | 2 | 0 | 0 | 2 | 0 | 2 | 0 | 0 | 2 |
| 7. Prohibit Foreign flights at Kahului Airport | 1 | 0 | 0 | 1 + 2 | 0 + 1 | 1 + 2 | 1 | 0 + 1 | 1 + 2 |
| 8. Risk Assessment of Potential Pests | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 9. Inspection of All Baggage at Foreign Airports | 0 | 3 | 3 | 0 | 3 | 0 | 2 | 2 | 1 |
| 10. Need Additional Information on Vancouver Flights | 0 | 1 + 2 | 1 + 2 | 1 | 1 | 2 | 2 | 1 | 1 |
| 11. Coordination of Federal and State Pre-Clearance Programs | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 12. Updating FWS and HDOA Pest List (Including DLNR Lists) | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 13. CGAPS Education Program | 2 | 2 | 2 | 2 | 2 | 1 | 2 | 2 | 2 |
| 14. Maintain List of Acceptable Alien Species | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 |
| 15. Program and Education for Government Agencies | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |

KEY:   0 - Little effect;   1 - Somewhat effective;   2 - Good effectiveness;   3 - Excellent effectiveness

Table H-2 cont.

| Port-of-Entry | Snakes Stowaway | Snakes Smuggling | Birds Smuggling | Ants Stowaway | Ants Purposeful | Midges Stowaway Adults | Midges Stowaway Immature | Melastomes Purposeful | Melastomes Inadvertent |
|---|---|---|---|---|---|---|---|---|---|
| 1. Increase Inspection and Quarantine Facilities | 2 + 3 | 2 + 3 | 2 + 3 | 2 + 3 | 2 + 3 | 2 + 3 | 2 + 3 | 2 + 3 | 2 + 3 |
| 2. Training Program for Airport Employees to Recognize Alien Species | 3 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 3. State-of-the Art Cargo Building to Include USDA/FWS/HDOA/Customs Requirements | 2 | 2 + 3 | 2 + 3 | 2 + 3 | 2 + 3 | 2 | 2 + 3 | 2 + 3 | 1 + 2 |
| 4. Improve HDOA Domestic Inspection Facilities | 2 | 2 + 3 | 2 + 3 | 2 + 3 | 2 + 3 | 2 | 2 + 3 | 2 | 1 + 2 |
| 5. Increase HDOA Inspectors/Dogs | 3 | 3 | 3 | 1 + 2 | 2 | 0 | 2 | 2 + 3 | 1 |
| 6. Monitor Kahului Airport Environs for Alien Species | 2 | 0 | 0 | 2 | 0 | 1 + 2 | 1 | 0 | 0 |
| 7. Quality Control of Inspection Procedures and Efficiency | 2 | 2 | 2 | 2 | 2 | 2 + 3 | 2 + 3 | 2 + 3 | 2 + 3 |
| 8. Maintain Data Base | 2 | 2 | 2 | 2 | 2 | 2 | 2 + 3 | 2 | 2 |
| 9. Schedule Airline Flights to Maximize Inspector's Schedules | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 10. Ban Foreign Flights | 1 | 0 | 0 | 1 + 2 | 0 + 1 | 1 + 2 | 1 | 0 + 1 | 1 + 2 |
| 11. Ban Cargo From High Risk Areas | 2 | 1 | 1 | 2 | 1 | 2 | 1 + 2 | 0 + 1 | 1 + 2 |
| 12. Dictating Packaging and Cargo Handling Procedures | 3 | 1 | 1 | 2 + 3 | 1 | 2 | 2 + 3 | 1 + 2 | 2 |
| 13. Alien Species Airport Committee | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Early Detection/Response (Limited to Airport Environs) | | | | | | | | | |
| 1. Monitoring Surveys to Establish Baseline Conditions | 1 | 0 | 0 | 2 + 3 | 0 | 2 | 0 | 0 | 0 |
| 2. Establish Rapid Response Interagency Team | 3 | 2 + 3 | 2 + 3 | 2 + 3 | 2 | 2 + 3 | 2 | 2 | 2 |
| 3. Establish Contingency Fund Linked to Airport Activity or User Charge | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| 4. Eradication | 3 | 3 | 3 | 3 | 3 | 2 + 3 | 2 + 3 | 3 | 3 |
| 5. Investigate Breaches in System | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |