FILED 

# United States District Court
# For the District of Columbia

JUN 1 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Hawai`i Orchid Growers Association )
)
)
)              Plaintiff  )     CASE NUMBER 1:05CV01182
vs                       )
)              JUDGE: Royce C. Lamberth
United States Department of )
Agriculture, et al.,     )     DECK TYPE: Administrative Agency Review
)
)              DATE STAMP: 06/13/2005
Defendant )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Hawai`i Orchid Growers Association__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Hawai`i Orchid Growers Association__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

456500
BAR IDENTIFICATION NO.

Cyrus E. Phillips, IV
Print Name

1828 L Street, N.W., Suite 660
Address

Washington, D.C. 20036-5112
City          State        Zip Code

(202) 466-7008
Phone Number