ATTACHMENT 2

BIOLOGICAL OPINION
of the
U.S. FISH AND WILDLIFE SERVICE
for the
KAHULUI AIRPORT IMPROVEMENTS, PHASES 1 AND 2
KAHULUI, MAUI, HAWAII



July 23, 1997

LIST OF TABLES

Table 1.     Listed Species of Plants on Maui, as Designated Under
             the U.S. Endangered Species Act . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43

Table 2.     Listed and Proposed Species of Animals on Maui, as Designated Under
             the U.S. Endangered Species Act . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45

Table 3.     Vulnerabilities of Example Taxa to Groups of Alien Species . . . . . . . . . 46

Table 4.     Predicted Effectiveness of Proposed Measures Against Various
             Alien Species Threats  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

Table 5.     Members of Biological Assessment Technical Panel (BAT). . . . . . . . . . .48

i

## TABLE OF CONTENTS

LIST OF TABLES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . i

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

BIOLOGICAL OPINION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

    Description of the Proposed Action . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

    Biology and Status of the Species . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

    Environmental Baseline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

    Effects of the Action on Listed Species . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

    Cumulative Effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

    Conclusion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

INCIDENTAL TAKE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 29

CONSERVATION RECOMMENDATIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

REINITIATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

LITERATURE CITED . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

 United States Department of the Interior

FISH AND WILDLIFE SERVICE

PACIFIC ISLANDS ECOREGION
300 ALA MOANA BOULEVARD, ROOM 3108
BOX 50088
HONOLULU, HAWAII 96850
PHONE: (808) 541-3441   FAX: (808) 541-3470

In Reply Refer To: 1-2-97-F-04; JMB/MSS

JUL 2 3 1997

Mr. Howard Yoshioka
Manager, Airports District Office
Federal Aviation Administration
300 Ala Moana Boulevard, Rm. 7116
Box 50244
Honolulu, Hawaii 96850

Dear Mr. Yoshioka:

This represents the biological opinion (BO) of the U.S. Fish and Wildlife Service (Service) in accordance with Section 7 of the Endangered Species Act of 1973 (16 U.S.C. 1531-1544; Stat. 884), as amended, (Act) relative to the project plans for the Kahului Airport Improvement Phases 1 and 2 on the island of Maui, Hawaii. The U.S. Department of Transportation, Federal Aviation Administration (FAA) is the lead action agency and the Hawaii Department of Transportation, Airports Division (HDOTA) is the applicant. The consulting firm Edward K. Noda and Associates, Inc. was utilized by the action agency in its environmental compliance documentation. This biological opinion was prepared using the following information: 1) Kahului Airport Master Plan Improvements Draft Environmental Impact Statement dated March 1996; 2) the Alien Species Biological Assessment, dated March 10, 1997 (BA); 3) Project modifications as described in a letter to the Service dated June 24, 1997; 4) Service recovery plans; 5) domestic inspection needs as described in a letter from the Manager of the Plant Quarantine Branch of the Hawaii Department of Agriculture to the Head Planning Engineer of the Hawaii Department of Transportation, Airports Division dated June 17, 1997; 6) site inspections; 7) the biological literature (see Literature Cited section at the end of document); and, 8) other sources of information. Our log number for this consultation is 1-2-97-F-04. Copies of pertinent materials and documentation are maintained in an administrative record in the Service's office in Honolulu, Hawaii.

Consultation History

The Federal Aviation Administration (FAA), as the lead action agency, has been in informal consultation with the Service since 1994. The Service provided comments on June 28, 1994, with regard to the Notice of Intent to prepare the Environmental Impact Statement (EIS)for the proposed

1

project. The Service provided a letter dated July 10, 1995, commenting on species present at Kanaha Pond within the vicinity of the proposed project but requesting a complete description of the entire project in order to determine potential impacts to protected species. Previous Service correspondence (June 19, 1995) had been focusing on the potential for aircraft strikes involving endangered Hawaiian waterbirds, especially the Hawaiian stilt (*Himantopus mexicanus knudseni*), at Kahului Airport. The Department of the Interior provided review comments on the Draft Environmental Impact Statement (DEIS) for the proposed Kahului Airport Improvements by letter dated June 6, 1996. The Department recommended the preparation of a Biological Assessment (BA), as specified in 50 CFR part 402.12, as the proposed project constituted a major construction activity with the potential to adversely affect federally listed species. The potential for an increase in new alien species getting to Maui associated with the project was raised in the Department's comment letter.

The FAA agreed to prepare a BA and asked for the cooperation of the Service in its development of the BA. The FAA took the opportunity to seek expertise from individuals most knowledgeable about alien species issues and appropriate mitigation. Letters dated August 23, 1996, were sent from the FAA to a variety of individuals asking for their participation on a Biological Assessment Technical Panel (BAT) and for their attendance at the initial meeting on September 19, 1996. This panel of recognized specialists, consisting of Federal and State agency representatives, Maui County, and private organization representatives (Table 5) met on a number of occasions to "brainstorm", review portions of the preliminary draft BA, and exchange information and suggestions. It was clearly stated by the FAA at the outset that the conclusions and recommendations of the BA would be solely those of the FAA since the BAT was not to be used for the purpose of obtaining consensus of group recommendations. The BAT met on September 19, 1996, October 17, 1996 (site visit of the Kahului Airport), November 8, 1996, December 12, 1996, and January 14, 1997.

By letter dated March 11, 1997, the FAA provided the final BA to the Service and requested initiation of formal section 7 consultation. The Service reviewed the BA and determined its sufficiency in a letter dated March 21, 1997. On April 2, 1997, the Service proposed to list the Blackburn's sphinx moth (*Manduca blackburni*) as an endangered species (62 FR 15640-15646). The Service, at the FAA's request, provided a letter dated May 16, 1997, indicating that conferencing, in accordance with 50 CFR 402.10, was not necessary as the proposed action was not likely to jeopardize the continued existence of the sphinx moth and the mitigation measures associated with the project would apply to the sphinx moth.

The Service, in a letter dated June 3, 1997, requested an extension of the consultation time period in order to discuss additional mitigation measures for the project. The FAA, in response to that letter, requested on June 10, 1997, that the additional discussions be accomplished in a timely fashion and agreed to an extension until June 16, 1997, provided that the Service would deliver its biological opinion on or before July 25, 1997.

A meeting was held on June 16, 1997, to finalize project modifications and mitigative features to further improve alien species interdiction associated with the project. The Service confirmed its

2

commitment to deliver its BO by July 25, 1997, in a letter to the FAA dated June 18, 1997. Revised mitigative measures were provided to the Service by letter dated June 24, 1997.

## BIOLOGICAL OPINION

### Description of the Proposed Action

The proposed action, as summarized here, is taken from the March 10, 1997, Biological Assessment, the Kahului Airport Master Plan Improvements Environmental Impact Statement dated March 1996, and project modifications identified in a letter dated June 24, 1997, that strengthen mitigation associated with alien species interdiction. The purposes of the proposed actions are to provide the island of Maui with an airport that will have improved airport facilities (including an extended runway, taxiways, and support facilities), reduce operating and maintenance costs, provide a more efficient airfield and airport facility, allow for more efficient use of aircraft by airlines using Kahului Airport, accommodate existing and forecast aviation demand, and improve access to the airport.

Kahului Airport is located on the north shore of the island of Maui, between the West Maui mountains and Haleakala Crater, about two and one-half miles east of the town and port of Kahului, and approximately 20 miles from Haleakala Crater. The Airport boundary presently encompasses approximately 1,447 acres, including Kanaha Pond. Kanaha Pond has an area of approximately 235 acres, and is designated as a State Wildlife Sanctuary and National Natural Landmark.

The direct action area is defined as the Kahului Airport environs and the indirect action area is the remainder of Maui. The Biological Assessment determined that the entire island of Maui was within the action area of the project due to the potential for increased alien species introductions. The Service concurs with this determination since 50 CFR 402.12 defines "action area" as all areas to be affected directly or indirectly by the proposed project, not merely the area within the footprint of the project. Therefore, this biological opinion assesses the impact of the proposed project on all endangered, threatened or proposed endangered or threatened species (collectively, 'T&E species') and critical habitat on the island of Maui (Tables 1 and 2).

The proposed project is divided into three phases to accommodate planning, design, and funding requirements.

**Phase I:** This phase is scheduled from the present to the year 2002.

The following projects are included in Phase I:

- Land for the Airport Access Road and Interchange (completed)
- Aviation easement for portion of Runway 2 Protection Zone south of Hana Highway
- Runway 2-20 extension to 9,600 feet with associated taxiways and relocated navaids
- Repave and strengthen existing Runway 2-20
- Relocate Vortac (completed)

3

- Construct West Side Cargo Facilities including Access Road
- Airport Access Road and Fencing
- Perimeter/Service Road and Fencing
- ARFF Training Facility
- ARFF Facility (completed)
- Post Office Ramp Access Road
- Bulk Fuel Storage Tanks
- Underground Fuel Pipeline (Terminal Area only)
- Interim Helicopter Facility
- Utility and infrastructure improvements, including construction of East Ramp Sewer System, installation of underground communications and electrical utilities along Hana Highway, and installation of non-potable water system

**Phase II:** This phase is scheduled from 2003 to the year 2008.

The following projects are included in Phase II:

- Acquire land (490 acres) for new Parallel Runway and Runway Protection Zones and Realignment of Hana Highway
- Acquire Aviation Easement for Runway Protection Zone south of Hana Highway
- Acquire land for West Side Cargo Facilities
- Construct New Cargo Facility on East Ramp
- Construct additional T-Hangers
- New Scenic Air Tour Facilities
- Commercial Aviation Lease Lots at East Ramp
- Relocate Airline Ground Support Equipment Maintenance Facility
- Expand Ground Transportation Facilities
- Relocate Airline Ground Support Equipment Maintenance Facility
- Expand Ground Transportation Facilities
- Relocate Ground Transportation Facilities in Runway 5 Runway Protective Zone
- Expand Kanaha Beach Park
- Emergency Roadway to connect Alahao Street with old Stable Road
- North Section of East Ramp Access Road
- Extend Perimeter Service Road and Fencing around Northwest Side of Airport
- Utility and infrastructure improvements

**Phase III:** This phase is scheduled from 2009 to 2016 and is not subject to this consultation. Phase III projects will require additional environmental analysis and consultation with the Service.

The following projects are included in Phase III.

- Construct 8,600-foot Parallel Runway 2R-20L and Taxiways, and install Navaids
- Extend Parallel Taxiway for Runway 5-23

4

- Extend East Side Parallel Taxiway for Runway 2R-20L
- Widen Runway Safety Area for Runway 5-23
- Construct Transient Aircraft Parking Apron
- Construct Additional Air Cargo Facilities on West Side
- Fuel line from Harbor
- Expand New Ground Transportation Facilities
- Expand Passenger Terminal Parking Lot
- Construct East Ramp Access Road from Hana Highway
- Construct Perimeter/Service Road and Fencing around new Runway 2R-20L
- Re-channel Kalialinui Gulch for Parallel Runway
- Realign Hana Highway at northeast end of airport
- Provide lease lot for flight kitchen
- Commercial aviation lease lots

Features of the project intended to reduce the risk of alien species introductions (BA, Section 9):

Pre-entry Measures

1) *Pre-entry Traveler Education about Alien Species.* The applicant will support the Consulting Group on Alien Pest Species (CGAPS) in their educational role of informing the traveling public of the dangers of alien species, particularly in promoting an Alien Species Video acceptable for in-flight viewing.

2) *Notification of New Routes to Maui.* The applicant, as a member of CGAPS, will keep CGAPS informed of any new proposed domestic or international routes to Maui. CGAPS members include the Hawaii Department of Agriculture (HDOA), the U.S. Department of Agriculture (USDA), and the Service.

3) *Treatment of Cargo Holds.* The applicant will develop, with HDOA, a voluntary program for all airlines serving Kahului Airport using a non-chemical best practical pesticide/pest prevention treatment program for aircraft cargo spaces.

Port-of-Entry Measures

4) *Traveler Education Regarding Alien Species Risks, Quarantine Restrictions, and Penalties.* The applicant shall support efforts by CGAPS and others to adequately and effectively inform arriving passengers of the dangers posed by alien species, the nature of quarantine restrictions, and the penalties for violations. Current CGAPS plans are for this education program to be self-supporting, therefore, funding commitment is not required.

5) *Training of Airline and Airport Personnel in Alien Species Recognition and Response.* A voluntary education program will be planned and implemented by HDOTA that will train airport employees, baggage handlers, airline cabin personnel, and others. This program will

5

educate these personnel to recognize and report smuggled animals and plants/fruit, stowaway snakes and insects, and new alien species on airport grounds. HDOTA will coordinate the planning of this program with HDOA, USDA, and CGAPS.

6) *Arrival Inspection Facilities.* The applicant will support HDOA domestic arrival inspection by installing a data link between arrival gates and baggage claim, installing one X-ray machine to test the feasibility of inspecting arriving baggage, installing a paging system at baggage claim, and supplying office space, kennels and inter-terminal golf carts as necessary. HDOTA will furnish the infrastructure and support to adequately meet the USDA inspection needs for international arrivals.

7) *Additional Agriculture Arrival Inspectors.* The applicant will fund one additional inspection dog and three additional agriculture inspector positions, one of which will act as a handler for the dog, bringing the total to eleven inspectors and two dogs. In light of the proposed measures in the project, and with these additional inspectors, HDOA has determined that it will be able to adequately inspect incoming domestic air traffic associated with the project (letter from HDOA to HDOTA, June 17, 1997).

8) *New Air Cargo Building.* The applicant will design and construct a new air cargo building to meet existing and forecast demands, to include an industrial air curtain barrier to prevent escape of any insects during inspection of air cargo containers; offices and facilities for U.S. Customs, USDA and HDOA; lab space, freezer and sterilization/incineration facilities; space for X-ray equipment; and computer equipment and facilities for the HDOA alien species database system.

9) *Quality Control Program.* The applicant will design and fund, on an ongoing basis, a comprehensive program to monitor the efficacy of the alien species interdiction system at Kahului Airport. The program shall be designed in consultation with HDOA, USDA, and CGAPS, and shall be developed and operated by a consultant or agent under the control and management of HDOTA. The program will provide yearly reports to all concerned agencies. These reports shall include summaries of all alien species interceptions from all airport-based operations, their origin and mode of arrival, to the extent possible, and estimates of the efficiency of the inspection system for various taxonomic groups of concern. HDOA will take the lead in developing these estimates which should be based in part on tests of the system (e.g., attempted smuggling, random sampling of passenger effects and cargo, complete inspections of aircraft). The yearly reports shall also include recommendations to improve the efficiency of the inspection system and the quality control program itself. The program will be integrated with the existing USDA Quality Control system for international arrivals.

6

Early Establishment/Response and Other Measures

    10) *Security Committee.* The applicant will encourage the Kahului Airport Security Committee to include alien species control as an element under its purview.

    11) *Brown Tree Snake Control Plan.* The applicant will review the Brown Tree Snake Control Plan (Aquatic Nuisance Species Task Force 1996) to determine its applicability to all airports within the State.

    12) *Alien Arthropod Detection and Response.* The applicant will, on an ongoing basis, contract with a consultant in entomological pest identification to assist Animal Damage Control (ADC) in conducting semi-annual monitoring of the airport environs to detect early establishment of new alien insects, particularly social hymenoptera (ants and wasps) and biting diptera (midges, flies and mosquitoes). Results shall be communicated to the HDOA and the Quality Control Program. HDOTA will assist HDOA and USDA with manpower, resources and funds in the eradication of any detected population within the Kahului Airport boundary.

## Biology and Status of the Species

The purpose of this section is to provide background information for the examination of the effects of the project in the "Effects of the Action" section, below. The most serious potential effects involve introductions of alien species. The effects of alien species have been cited as causes of past decline, and of potential further decline, of all T&E species in Hawaii (Asquith 1997, NMFS 1992, NMFS & USFWS 1996, USFWS 1983b, 1984, 1990, 1992b, 1996a, 1997, in prep. a, b). The Service believes that all presently listed species on Maui could be adversely affected by alien species not yet on Maui. Because the effects of alien species are often similar within groups of organisms that are related and live in similar habitats, this document will use selected taxa to represent groups of listed and proposed species that share such features. Examining these representatives' history, present status, vulnerabilities and responses to alien species and related ecological disruption will provide adequate background for analysis of the potential effects of future alien species introductions.

The island of Maui supports 91 threatened, endangered, or proposed endangered species of plants (Table 1) and animals (Table 2). Of these, nine species are examined in detail in this section. Plants (71 listed taxa) are represented by the Haleakala silversword (*Argyroxiphium sandwicense* ssp. *macrocephalum*) and *Gouania hillebrandii*, which has the only critical habitat declared on Maui. Sea turtles (5 listed species) are represented by the hawksbill sea turtle (*Eretmochelys imbricata*). Waterbirds (4 listed taxa) are represented by the Hawaiian stilt (*Himantopus mexicanus knudseni*). Forest birds (6 listed taxa) are represented by the crested honeycreeper (*Palmeria dolei*). The nene (*Branta sandvicensis*), Hawaiian hoary bat (*Lasiurus cinereus semotus*), dark-rumped petrel (*Pterodroma phaeopygia sandwichensis*), and Blackburn's sphinx moth (*Manduca blackburni*) are

7

also examined below. The Hawaiian monk seal (*Monachus schauinslandi*) is under the jurisdiction of the National Marine Fisheries Service and is not addressed in this consultation.

a) *Plants*: Seventy-one federally protected plant species, sixty-nine of which are listed as endangered, occur on the island of Maui. These species are found in a variety of community types ranging from coastal, dry, mesic, wet, and bog, to alpine. In addition to flowering plants, ferns and clubmosses are represented on Maui's list of endangered taxa. Eighty-three percent of these plants have populations numbering less than 400 individuals and twenty-six percent of those are represented by fewer than 10 individuals. Refer to Table 1 for a complete list of Maui's endangered plants and estimated populations.

*Argyroxiphium sandwicense* ssp. *macrocephalum* (Haleakala silversword) and *Geuania hillebrandii* were chosen to represent the federally protected plants of Maui. They were selected because they illustrate various ways that introduced species can adversely affect the survival of native plants.

- Haleakala silversword, *Argyroxiphium sandwicense* ssp. *macrocephalum*

*Argyroxiphium sandwicense* ssp. *macrocephalum* (Asteraceae) was listed as threatened by the Service on May 15, 1992, (USFWS 1992a) and included in a draft recovery plan in 1996 (USFWS 1996a). This taxon grows as a distinctive rosette and is named for its succulent, sword-shaped leaves and dense silver pubescence. The Haleakala silversword has a highly restricted distribution and is endemic to the island of Maui, only occurring on cinder cones within the crater of Haleakala between 2100 and 3000 meters (seven and ten thousand feet). Almost all individuals are found within the boundaries of Haleakala National Park. Although the plant is assumed to be currently occupying most of its historic range, this was not always the case. By the 1920's, silversword numbers were so depleted that the Maui Chamber of Commerce sent a petition to Washington, D.C., requesting that a serious effort be made to save the species (Loope and Crivellone 1986).

The first reliable quantitative information on Haleakala silversword numbers is from the summer of 1935. In that year 1470 plants were tallied (88 of which were flowering) on a single cinder cone within Haleakala Crater (Lamb 1935). Because about 217 plants were flowering within the crater (Lamb 1935), a reasonable estimate of the total population at that time was about 4000 individuals (Loope and Medeiros 1994b).

Plants have been counted by successive investigators on the cinder cone, Ka Moa o Pele, where the largest number of plants survived in 1935. By 1979, the population on this volcanic cone had increased by a factor of about 4.4, from 1470 to 6528 individuals (Kobayashi 1991). Elsewhere in Haleakala Crater, the silversword has also increased in numbers and extent, with large local populations in areas where few plants survived in 1935. A census of the entire Haleakala silversword population has been attempted four times since 1971, with the following results: 1971 - 43,262 (Kobayashi 1973); 1979-80 - 35,000 (Kobayashi 1991); 1982 - 47,640 (Loope and Crivellone 1986); 1991 - 64,800 (Kobayashi 1993).

8

*Argyroxiphium sandwicense* ssp. *macrocephalum* has a somewhat vulnerable combination of traits. The monocarpic (flowers once and then dies) silversword is extremely slow-growing, requiring 15-50 years to mature from seed to reproductive age (Loope and Medeiros, in press). The plant remains a compact rosette until it sends up an erect, central flowering stalk, sets seed, and dies. The silversword flowers from June to September, with annual numbers of flowering plants varying dramatically from year to year.    Furthermore, it has been demonstrated that *Argyroxiphium sandwicense* ssp. *macrocephalum* is not able to self-fertilize (Carr *et al.* 1986). As a result it is reliant upon the availability of pollinating insects, primarily localized endemic species (bees, moths, flies, bugs, and wasps) for reproduction.

The major reasons for the decline of this species in the early part of the century were direct removal of plants by humans and browsing by cattle and goats (feral and domestic ungulates). Although this taxon has gained attention as a conservation success story, the silversword is presently facing new threats that may prove much more difficult to manage. These threats are a loss of pollinators and possible competition from introduced plants.

The greatest threat to silversword pollinators appears to be the Argentine ant (*Iridomyrmex humilis*). This introduced species occupies two disjunct areas between 2100 and 2900 meters (6800 and 9400 feet) elevation, totaling about 160 hectares in Haleakala National Park.  This predaceous ant negatively affects the endemic arthropod fauna (Cole *et al.* 1992), including pollinators, which evolved in the absence of ant predation. A marked expansion in the ant's range was noted in 1993, especially at the higher elevation area (Medeiros *et al.* 1994). Unless this species is controlled, it is likely that the Argentine ant will continue to slowly spread and eventually come to occupy much of the range of the silversword. Such an infestation has potentially catastrophic effects on pollinator populations on which the silversword is highly dependent (Carr *et. al.* 1986). The result of a reduction in native pollinators of the silversword is reduced reproductive capacity and lessened chance for long-term survival. Alien yellowjackets (*Vespula pennsylvanica*) pose a lesser, though significant, threat toward elimination of silversword pollinators.

Additional possible future threats include competition from alien plant species, namely mullein (*Verbascum thapsus*) and fountain grass (*Pennisetum setaceum*) (Loope *et. al.* 1992). The extremely limited natural range of the silversword makes it particularly vulnerable to extinction due to a single catastrophic event such as a natural disaster or alien plant or animal introduction.

- *Gouania hillebrandii* (no common name)

*Gouania hillebrandii* (Rhamnaceae) was federally listed as endangered on November 9, 1984, (49 FR 44753) and included in a recovery plan in 1990 (USFWS 1990).  This listing included the designation of four areas of dry forest in the District of Lahaina, County and island of Maui, Hawaii, as critical habitat for the species. *Gouania hillebrandii* is an erect to sprawling shrub that formerly occurred in dry forest on Molokai, Lanai, Maui, and Kahoolawe. Today, however, it is known from only two localities on West Maui: the west facing slopes of Paupau and Lihau, both in the District of Lahaina.

9

The Paupau subpopulation occurs on State lands administered by the Hawaii Department of Education. This subpopulation is located above Lahaina on the west facing slopes that form the south wall of Kahana Stream between 340 and 490 meters (1,100 and 1,600 feet). The subpopulation occupies roughly 15 acres within a designated critical habitat of about 50 acres. The area has historically been heavily browsed and currently hosts both native and introduced plants.

The size of the Paupau subpopulation has been estimated or counted on five occasions from 1955 to 1980. When St. John first visited the site in December 1955, *Gouania hillebrandii* appeared to comprise 25 percent of the shrub cover. On later visits in December 1965 and February 1966, St. John found the subpopulation much diminished and reduced in vigor (Holt 1981). In 1966, Cooley tallied 517 plants for three ridges. On November 10, 1980, Holt censused the same three ridges and arrived at a subpopulation estimate of between 750 to 1,000 plants (Holt 1981).

The Lihau subpopulation occurs on State lands managed by the Hawaii Department of Land and Natural Resources. This subpopulation is found in 3 areas totaling roughly 10 acres. The range is within a designated critical habitat of about 60 acres on the west facing foothills at Lihau between 240 and 520 meters (800 feet and 1,700 feet) in elevation. In contrast to disturbed conditions at Paupau, the plant community at Lihau has retained much of its integrity, being composed largely of native shrubs and grasses. Ungulates are absent from the area, undoubtedly a reason why the native vegetation remains intact.

In 1980 the Lihau subpopulation was estimated to consist of approximately 950 to 1,100 plants (Holt 1981). Neither population has been systematically quantified in recent years, but the Lihau population is estimated at approximately 5000 individuals (R. Hobdy, personal communication 1997).

The main threats that have contributed to the decline of *Gouania hillebrandii* are browsing and trampling from feral and domestic ungulates and insect damage. Currently, insects are still considered a threat as is possible competition from alien plants. The alien Hibiscus snow scale (*Pinnaspis strachni*) has been present at Paupau since at least 1943, and is now present at Lihau. Many individuals of *Gouania hillebrandii* at Paupau have been killed by this insect. In October 1980, Holt (1981) found that at Paupau, the alien Hibiscus snow scale was affecting nearly all *Gouania hillebrandii* other than small seedlings. Only a few plants at Lihau were affected. Additionally, herbarium specimens as early as 1955 show evidence of widespread damage to leaf margins by unidentified chewing insects. The signs of leaf-chewing insects are still present in both subpopulations but are more common at Paupau (Holt 1981).

*Gouania hillebrandii* may also face competition from alien plants, particularly at Paupau, where silk oak (*Grevillea robusta*) forms an open woodland along ridge flanks and occurs more sparingly as shrubs or low trees on ridge crests. Although *Gouania hillebrandii* will grow in open stands of *Grevillea*, it is more abundant in full sun and exposed conditions.

10

b) *Sea turtles:* This group includes the following five species: loggerhead sea turtle (*Caretta caretta*), green sea turtle (*Chelonia mydas*), leatherback sea turtle (*Dermochelys coriaceae*), hawksbill sea turtle (*Eretmochelys imbricata*), and olive ridley sea turtle (*Lepidochelys olivacea*). Unlike green and hawksbill sea turtles that nest in the Hawaiian Islands, loggerhead, leatherback, and olive ridley sea turtles occur in Hawaii only incidentally (NMFS 1992).

The hawksbill was selected to represent the sea turtle group because they nest on the island of Maui, as well as on the islands of Hawaii and Molokai, with the largest number of nesting sea turtles occurring at Kamehame Beach on the Big Island. The State-wide hawksbill population is thought to contain less than 30 nesting females.

Hawksbill sea turtles nest in very low numbers, usually on remote beaches (NMFS & USFWS 1996). Little is known about the marine habitat of the hawksbill. Marine sponges are believed to be the primary food source of this species (NMFS & USFWS 1996).

The causes of decline for this species include intentional harvest (which was legal in the past), nest predation, human disturbance on nesting beaches, and destruction of habitat (NMFS & USFWS 1996).

c) *Waterbirds:* This group includes the following four endangered taxa: Hawaiian stilt or ae'o (*Himantopus mexicanus knudseni*), Hawaiian duck or koloa (*Anas wyvilliana*), Hawaiian coot or 'alae ke'o ke'o (*Fulica alai*), and Hawaiian moorhen or 'alae 'ula (*Gallinula chloropus sandvicensis*). These species are found in a variety of wetland habitats including freshwater marshes, coastal ponds, taro patches, irrigation ditches, and in the case of the koloa, montane streams and swamplands. Accurate population estimates are not available; however, none of these species is thought to number more than 2,500 individuals.

The Hawaiian stilt was selected to represent the waterbird group. Stilts are now found on all of the main Hawaiian Islands except Kahoolawe.

Stilts prefer to nest on freshly exposed mudflats, interspersed with low growing vegetation. The nest itself is a simple scrape on the ground. These characteristics leave nesting stilts and their offspring vulnerable to introduced vertebrate predators. Stilts require early successional marshlands with water depth less than 15 centimeters (6 inches), perennial vegetation that is limited and low growing (*Paspalum* sp. and *Batis maritima*), or exposed tidal flats.

The primary cause of the decline of the four species of endangered Hawaiian waterbirds has been the loss of wetland habitat. In addition, hunting in the late 1800's and early 1900's took a heavy toll on koloa populations and, to a lesser extent, populations of the other three endemic waterbirds (Swedberg 1967). Other factors which contributed to historic waterbird population declines and continue to be detrimental include predation by introduced animals, altered hydrology, invasion of habitat by alien plants, hybridization, disease, and environmental contaminants. Like all native waterbirds, the stilt would be vulnerable to new alien vertebrate predators (e.g. snakes) and

11

invertebrate predators (such as ants, which can swarm newly-hatched birds), new avian diseases and/or disease vectors, predators of aquatic invertebrates on which they feed, and aggressive aquatic or shoreline weeds.

d) *Forest birds*: The Hawaiian honeycreepers belong to the Subfamily Drepanidinae (Family Fringillidae) which is endemic to Hawaii (Pratt *et al.* 1987). Twelve species of forest birds were found historically on Maui (USFWS 1984). Of these 12, the 'o'u (*Psittirostra psittacea*) became extinct in this century, and five others are listed as endangered: Maui parrotbill (*Pseudonestor xanthophrys*), Maui nukupu'u (*Hemignathus lucidus affinus*), Maui akepa (*Loxops coccineus ochraceus*), crested honeycreeper (*Palmeria dolei*), and po'ouli (*Melamprosops phaeosoma*) (USFWS 1983a, USFWS 1984). The crested honeycreeper was chosen as the representative of the Maui forest bird species because it is somewhat more common than the other listed species and because, although primarily a nectar-feeder, it also feeds on invertebrates, making it susceptible to a broader suite of introduced alien species (i.e., it would be threatened by the introduction of both plant and invertebrate predators or competitors).

The endangered crested honeycreeper (*Palmeria dolei*), or akohekohe, is the largest extant honeycreeper on Maui (USFWS 1984). Observations indicate that akohekohe are nectar-feeders, primarily feeding on ohi'a flowers (*Metrosideros polymorpha*), but also gleaning invertebrate food items (VanGelder 1996). The other important species akohekohe forage on are kolea (*Myrsine* sp.), alaai (*Melicope* sp.), and akala (*Rubus hawaiiensis*), and the greatest use of non-flower substrates and species other than ohi'a occurred during months of peak nesting activity (VanGelder 1996). VanGelder (1996) postulates that the use of nonnectar foods during nesting reflects the need for protein for egg production and chick growth (Ricklefs 1974). Nesting was observed from late January extending through June with peaks in March or May (VanGelder 1996). Nests are built in ohi'a trees in wet ohi'a forests between 1655 and 1836 meters (5400 and 6000 feet) elevation (VanGelder 1996). Nesting and fledging success may be correlated with abundance of ohi'a flowering (VanGelder 1996).

Historically, akohekohe occurred on Maui and Molokai and were observed to be "locally abundant" on both islands at the turn of the century (Perkins 1903). They were last observed on Molokai in 1907 and were considered extinct there by 1944 (Bryan 1908b, Richardson 1949). Though extinct from Molokai, the akohekohe is still considered locally common in the upper rainforests of East Maui (Pratt *et al.* 1987). However, surveys in 1984 found a 30% reduction in the number of survey stations in which the akohekohe was detected suggesting a decrease in the population (Seal *et al.* 1992). The current population is estimated to number 4000 individuals (Berlin and VanGelder in prep.). Avian malaria is widespread in the main Hawaiian Islands below 1500 meters (5000 feet), the approximate upper elevational level of the malaria vector, the night-biting mosquito (*Culex quinquefasciatus*) (Scott *et al.* 1986). Mosquitos are also vectors of avian pox (USFWS 1984). The devastating effects of introduced diseases to the native Hawaiian passerines is well documented (van Riper *et al.* 1982, Warner 1968). Van Riper *et al.* (1982) suggest that the Molokai akohekohe became extinct due to avian malaria.

12

Fossil evidence shows that akohekohe also once occurred in high elevation dry forests of leeward east Maui (James and Olson 1991, VanGelder 1996), and VanGelder suggest that the current distribution of akohekohe in wet forests may not represent optimal habitat. The historical range included wet forests on west Maui and Molokai and the current range (in Haleakala) is believed to have constricted over the last 10-15 years (Seal et al. 1992).

All of the Hawaiian forest birds face similar threats. The decimation of Hawaiian avifauna has been attributed to human-related causes, including: habitat destruction (due to the effects of humans and alien species), competition with and predation by introduced species, harvesting, and disease (Atkinson et al. 1993, Banko and Banko 1976, Scott et al. 1986). The extinction and/or endangered status of over 70 avian species is the result of interactions between all of these factors and it is impossible to isolate any single factor or threat (Scott et al. 1986). Threats that currently impact the akohekohe population are pig and goat (Capra hircus) damage to the native forests, interspecific competition with exotics such as the red-billed leothrix (Leiothrix lutea), predation by exotic species such as rats, habitat loss due to exotic plants, and diseases (Ellis et al. 1993, Seal et al. 1992, USFWS 1984, VanGelder 1996). There is a constant possibility that a more temperate-adapted bird-biting mosquito, capable of surviving at higher elevations, will be accidentally introduced to Hawaii, leading to the extinction of the species remaining in upper elevation forest refugia (USFWS 1984). Although the akohekohe population is considered more secure now than previously thought (Scott et al. 1986), the single, small population and the heavy reliance of the species on ohi'a makes it extremely vulnerable to stochastic events (VanGelder 1996).

e) Nene: The waterfowl family (Anatidae) includes ducks, geese, and swans. Geese are generally less restricted to or dependent on water than other members of this group, being primarily grazers on land, and exhibit several adaptations to a more terrestrial existence. The Hawaiian goose (Branta sandvicensis) exhibits these characteristics and is unique among the extant, endemic waterfowl that occur in the Hawaiian Islands.

The nene is medium-sized, with an overall length of approximately 64 centimeters (25 inches). Plumages of both sexes are similar. Nene belong to subfamily Anserinae, tribe Anserinum, with other true geese. Genetic information indicates that nene and Canada geese (B. canadensis) diverged from a common North American ancestor less than three million years ago (Quinn et al. 1991). Nene are endemic to the Hawaiian Islands and are the only one of six endemic goose species to survive into historic times. Nene are grazers, eating over 30 species of native and introduced plants (Baldwin 1947, Black et al. 1994). The majority of nene food items are leaves and seeds of grasses and sedges, leaves and flowers of various herbaceous composites, or various fruits of several species of mostly subalpine-alpine shrubs (Black et al. 1994). Nene readily feed in both highly altered non-native ecosystems, and remaining remnant native ecosystems on native as well as introduced species, including ohelo (Vaccinium reticulatum), kikuyu grass (Pennisetum clandestinum), pukiawe (Styphelia tameiameia), and molasses grass (Melinis minutiflora).

Some early accounts suggested that nene nested primarily in the highlands (Peale 1848, Dole 1869, 1879). However, more recent information indicates the majority of the population formerly bred and

13

molted in the lowlands [below 400-700 meters (1300-2300 feet)], exploiting the flush of plant foods which occurred during the usually wetter winter months, and retreating to higher elevations [above 1220-1520 meters (4000-5000 feet)] during summer, between June and September, when drier conditions generally prevailed (Henshaw 1902, Perkins 1903, Munro 1944, Baldwin 1945, 1947). Nesting most typically occurs between October and March, with the greatest numbers of first clutches produced between October and December (Kear and Berger 1980). Nene are ground-nesters, using various habitat types and elevations and often nest in areas associated with release sites (Banko 1988). Adults are flightless for a period of four to six weeks, generally attaining their flight feathers about the same time as their offspring, and are extremely vulnerable to predators such as dogs, cats and mongooses at this time (USFWS 1983b).

Since the time of European contact, nene were only known with certainty from the island of Hawaii (Kear and Berger 1980). Fossil evidence, however, suggests that nene once occurred on many of the main Hawaiian Islands (Olson and James 1991). Baldwin (1945) estimated the nene population for Hawaii prior to the arrival of westerners at approximately 25,000 birds. If there was a Maui population of nene at the time of western contact, it was probably extirpated before 1890 (Henshaw 1902). Baldwin (1945) and Fisher et al. (1969) noted that the decline in the nene population began after 1800 as birds became extirpated in the lowland habitats. The decline was greatly accelerated during the period from 1850 to 1900. Between 1900 and 1944, their range and numbers were further reduced to the upland habitats in more remote areas. Smith (1952) estimated that the population in 1952 was about 30 birds. Current distribution has been highly influenced by the location of release sites for captive-bred birds and nene currently inhabit elevations from sea level to 2300 meters (7500 feet) (USFWS 1983b). Habitat and vegetation community types used range from coastal dune vegetation and non-native grasslands (e.g., golf courses, pastures, and rural areas) to sparsely vegetated high elevation lava flows, deserts, native alpine grasslands and shrublands, as well as open native and non-native alpine shrubland-woodland community interfaces. Critical habitat has not been designated for this species.

Since 1949, the State of Hawaii, with the support of the U.S. Fish and Wildlife Service, has operated a propagation program in order to release captively reared nene into the wild. Birds are raised in captivity and the young are introduced into the wild utilizing a gentle release method. Although captive-bred nene have been released since 1960, self-sustaining wild populations have not been achieved and in fact the wild population is dependent on captive releases to maintain its numbers (Devick 1981, Morin and Walker 1986, Banko 1988, Black et al. 1991). Reintroduced populations of nene currently exist on the islands of Kauai, Maui and Hawaii, with estimated populations of 220, 275 and 220, respectively (Carol Terry, Hawaii Division of Forestry and Wildlife, personal communication 1997). Nene were first released on Maui at Haleakala Crater in 1962. The last major release of captive-bred nene at this location (48 birds) was made in 1977. The Haleakala nene population appears relatively static. Nene on the island of Hawaii are currently found in a number of areas between sea level and 2400 meters (7900 feet), with population centers at various locations, including Kahuku, Kulani, Pu'u O'o Ranch, Hawaii Volcanoes National Park, Kapapala, Shipman and Kings Landing, and Pu'u Wa'awa'a. On Kauai, the two major nene population centers are in the southeast and northeast parts of the island.

14

The primary causes of the decline in the nene population on Hawaii in the lowland habitats after 1800 (Baldwin 1945, Fisher *et al.* 1969) include hunting of nene, which occurred during nene breeding season, and exotic mammal impacts. Dogs, cats, mongooses, pigs, and rats prey on nesting and flightless nene as well as goslings. Humans and feral ungulates can adversely alter nene habitat (Carol Terry, Hawaii Division of Forestry and Wildlife, personal communication 1997). The loss of available lowland habitat has had an unknown but probably large negative effect on nene populations.

The current major limiting factors, as presently understood, are predation by introduced mammals; nutritional deficiency; poor breeding success; human-caused disturbance; genetic homogeneity; behavioral problems; and, disease. Black and Banko (1994) report that nesting success was nearly twice as high for nene protected from predators and provided supplemental food as it was for nene in the wild. The same report stated that mongooses were the most serious predator of nene in all habitats studied. Problems with nene breeding success may be related to social dynamics resulting from small population size or nene release strategies. Parent or foster parent-reared goslings may be less susceptible to mortality and more socially adept than group-reared goslings (Marshall and Black 1992). Recent studies (Black *et al.* 1994) indicate that inadequate nutrition, particularly at higher elevations sites, is a limiting factor on nene reproduction and gosling survival. Black (1992) hypothesized that this inadequate nutrition may be the result of a change in available food plants caused by the spread of introduced plant species. Black *et al.* (1993) found that nene that emigrated from drought-stricken habitats to better ones were able to survive and they speculated that emigration behavior was learned from wild nene and that emigration during times of drought, and the knowledge of migration routes, may have been lost when nene populations were very low.

Genetic homogeneity may be limiting reproductive success and survival. Rave (1994) has demonstrated inbreeding depression effects on nene hatchabilities and gosling survival. There are a variety of human activities that impact nene, including disturbance by hikers, hunters and other outdoor recreators as well as direct harm caused by vehicles and golf balls. The role of diseases (e.g., pox, malaria, parasites) in nene recovery is still poorly documented and understood but has long concerned managers and researchers (Bailey and Black 1995, Gassmann-Duvall 1987, Kear and Berger 1980, Kear and Brown 1976). The risk of introducing additional diseases, parasites, or invertebrate predators (such as ants, which can swarm newly-hatched birds) that nene would be vulnerable to is a serious concern.

f) *Hawaiian hoary bat*: The Hawaiian hoary bat (Vespertillionidae: *Lasiurus cinereus semotus*, Allen, 1890) is the only extant, native, terrestrial mammal known from the Hawaiian archipelago. Hawaiian hoary bats are a medium-sized (14 to 22 grams), nocturnal, insectivorous, microchiropteran bat (USFWS 1997h). The genus *Lasiurus* includes thirteen extant species and the Hawaiian hoary bat is one of three recognized subspecies of *Lasiurus cinereus* (Hall 1981). The Hawaiian hoary bat is endemic to the Hawaiian Islands and is believed to be derived from the North American hoary bat.

15

The Hawaiian hoary bat is a solitary bat that roosts among foliage in trees and shows a high degree of site fidelity (Jacobs 1993). Although the North American hoary bat forages almost exclusively in open habitats away from vegetation (Barclay 1985), Hawaiian hoary bats have been observed foraging in a variety of both open and vegetatively cluttered habitats, including open fields near native or alien vegetation, over the ocean (in bays near shore), over lava flows, and at streams and ponds (Baldwin 1950, Jacobs 1993, 1994, Kujioka and Gon 1988, Kepler and Scott 1990, Reynolds *et al.* 1997). Roosting has been documented in numerous tree species, including hala (*Pandanus tectorius*), kukui (*Aleurites moluccana*), pukiawe (*Styphelia tameiameiae*), and Java plum (*Eugeni cumini*) (Baldwin 1950, Bryan 1955, Kramer 1971). The effect on the bat from the significant deforestation that has occurred on the Hawaiian Islands is unknown (Tomich 1986c) and whether native vegetation is required by or important to Hawaiian hoary bats is not known. Critical habitat has not been designated for this species (USFWS *in litt.*). Breeding has been documented on Hawaii and Kauai, but is not known from the other islands (Kepler and Scott 1990).

Relatively little research has been conducted on the Hawaiian hoary bat and data regarding its habitat affinities and population status are often conflicting. Bats have been documented on the islands of Hawaii, Maui, Oahu, Kauai, and Molokai (USFWS *in litt.*). Most observations of bats have been made between sea level and 1,000 meters (3,280 feet) elevation, although they have been seen at elevations as high as 4,115 meters (13,500 feet) (Kepler and Scott 1990, Kramer 1971, Kujioka and Gon 1988, Tomich 1974). Although bats are known from the main Hawaiian Islands, they may be resident on only Hawaii, Kauai, and Maui; the largest populations are thought to occur on Kauai and Hawaii (Kepler and Scott 1990, Tomich 1974, USFWS *in litt.*). There are no verified records for Lanai and Kahoolawe (Tomich 1986a). Population numbers are not known, but the population is believed to have declined over the past one hundred years (USFWS *in litt.*). Population estimates for all islands have ranged from hundreds (Altona 1960) to a few thousand (Tomich 1969), but these estimates are not based on systematic surveys, and although they may represent informed impressions, they are based on limited and incomplete data (USFWS *in litt.*). No studies have been conducted that directly address population size of the hoary bat, and methods for estimating population numbers of a patchily distributed animal like the Hawaiian hoary bat are virtually non-existent (Findley 1993). Ultimately, few historic or current distribution records exist, limiting the ability to accurately infer the historic or present distribution of this subspecies (Tomich 1986b).

Since no accurate population estimates exist for this subspecies, and because historical information regarding its past distribution is scant, the decline of the bat has been largely inferred (USFWS *in litt.*). Tomich (1986a), for example, suggests that if bat numbers have decreased significantly on Oahu, it may be due to deforestation that occurred in the early nineteenth century, but he also states that there is little information available beyond the currently known distribution of the bat on the Hawaiian Islands. Observations together with specimen records do suggest that bats are now absent from historically occupied range, but estimates of abundance in formerly occupied areas are lacking and the magnitude of any population decline is not known (USFWS *in litt.*).

Kepler and Scott (1990) suggest bats found on Oahu, Maui, and Molokai may be migrant or vagrant individuals. However, more recent data suggest that bats are resident on Maui (Duvall and

16

Gassmann-Duvall 1991), where they appear to be restricted to the central, interior portion of the island. Although bats are frequently observed on Maui, their distribution is apparently more restricted than on Hawaii or Kauai (USFWS *in litt.*). However, inferences regarding the current distribution of the Hawaiian hoary bat should be drawn with caution. In some cases, limited distribution may be at least partially an artifact of limited and localized search efforts by researchers (USFWS *in litt.*).

Bat populations can be threatened by habitat loss, pesticides, predation (*e.g.*, snakes, arboreal ants), and roost disturbance (BCI 1991). In general, availability of roosting sites, rather than food availability, predation, or other factors, is believed to be the primary limitation in the distribution and abundance of bats (Fenton 1970, Fenton and Barclay 1980, Humphrey 1975). The decline of the Hawaiian hoary bat may be due primarily to the reduction of tree cover in historic times (Tomich 1986b, Nowak 1994). Additionally, pesticide use may have had an indirect impact via reducing or otherwise altering prey populations. Direct effects from contamination could also be a factor: at least two federally endangered insectivorous bat species have suffered mortality due to pesticide ingestion (Clark *et al.* 1978). The introduction of alien insects could also have altered prey availability. Predation is not believed to be a significant threat to the mainland populations (Shump and Shump 1982) but could be a more significant factor for the Hawaiian subspecies. Ultimately, however, there is no available data that bears directly on the question of a population decline, and Kepler and Scott (1990) clearly pointed this out when they stated that *"Whether the hoary bat has declined because of introduced predators,....agricultural practices, deforestation, or other human induced stresses is completely unknown"* (USFWS *in litt.*).

g) *Dark-rumped petrel*: The Hawaiian dark-rumped petrel or 'ua'u (*Pterodroma phaeopygia sandwichensis*) is one of two subspecies, both of which are endangered (USFWS 1983c). The Hawaiian dark-rumped is a large petrel that breeds only within the major Hawaiian Islands in barren areas high on mountain slopes (Berger 1972, Pratt *et al.* 1987, USFWS 1983c). It breeds in burrows in nesting colonies and comes and goes at night (Pratt *et al.* 1987). Burrows are utilized year after year, generally by the same pair of petrels (USFWS 1983c). Petrels breed during a short period in April/May/June and lay one egg (Ainley *et al.* ms., Larson 1967). Ua'u currently nest only at elevations above 2200 meters (7,200 feet) in sparsely vegetated areas, which may not be preferred habitat, but which support the last breeding colonies as previously existing colonies at lower elevations have been completely devastated by introduced predators (USFWS 1983c). Little is known about the pelagic distribution of this species (USFWS 1983c). It is rarely seen at sea in Hawaiian waters during the non-breeding season, but is more common to the southeast and between the Line Islands and the Marquesas (Pratt *et al.* 1987, USFWS 1983c).

The ua'u is believed to have had well-established breeding populations on all of the major Hawaiian Islands although there is scant historical information (Berger 1972, Munro 1944). When Bryan collected birds on Molokai in 1907, the species was already apparently much reduced in numbers, it was recognized in the 1930s to be in danger of extinction, and was almost unheard of until 1948 when a live adult was found on Kilauea on Hawaii (Baldwin and Hubbard 1949, Bryan 1908a, Munro 1944, Richardson and Woodside 1954). The largest known breeding population of ua'u is

17

currently believed to be located on Maui in Haleakala Crater, but they also occur on Mauna Kea and in the Volcanoes area on Hawaii. There are also believed to be small numbers of petrels nesting on Lanai, one of the last low elevation populations remaining (S. Montgomery, *in litt* . 1989, J.L Sincock and T. Telfer *in litt*. 1983). In 1967, Larson estimated 400 breeding pairs to occur in Haleakala while King estimated 355 breeding pairs and a total population of 1,500 birds in the Maui population (King 1971, Larson 1967). In 1994, it was estimated that there are 900 breeding pairs, mostly on Maui (Hodges 1994). However, Ainley *et al*. (ms.) estimate a larger breeding population, around 1,600 pairs, on Kauai than was previously believed to exist (100 pairs), and postulate that the Kauai population may be larger than the Maui population. The entire population of Hawaiian dark-rumped petrels, based on at-sea censuses, is estimated at 19,000 birds, including sub-adults and adults (Spear *et al*. 1995).

Predation is the single greatest limiting factor to the survival of the ua'u (USFWS 1983c). Mongooses *(Herpestes auropunctatus)* are credited with the demise of the ua'u on Hawaii, Maui and Molokai, pigs (*Sus scrofa*) and cats (*Felis catus*) on Lanai, and the ancient Hawaiians may have exterminated it on Oahu (Munro 1944). The black rat (*Rattus rattus*) is believed to be the primary predator at Haleakala, Maui (Larson 1967); Polynesian rats (*Rattus exalans*) occur at Haleakala as well (King 1971) and may also prey upon ua'u eggs and young. Goats are known to trample burrows of the ua'u on Hanakauhi Peak, Maui (Kepler, unpublished report). Other ground predators introduced to the islands, such as snakes or ants, could impact the ua'u further. Another threat is attraction to artificial lights, particularly by fledglings. Confusion and temporary night-blindness may result, causing the petrels to fly into obstructions and fall to the ground where they are susceptible to predation by dogs, cats, and mongooses, or to being hit by cars (USFWS 1983c). The role of disease in the decline of the petrel is unknown but disease is likely to have had a negative impact and the introduction of additional diseases could be devastating (USFWS 1983c). Habitat destruction is also believed to be a limiting factor. Historical accounts of nesting areas for the ua'u indicate they once nested in vegetated lower elevations prior to development and increased fires. Developments in the upper elevation sites, where the ua'u are currently restricted, may directly interfere with nesting habitat, cause light attraction problems, and increased fire threats (USFWS 1983c).

b) *Blackburn's sphinx moth*: Insects are of great ecological significance in terrestrial habitats; for example, two thirds of all flowering plants are dependent on insects for pollination (Barnes 1980). Insects exhibit a great diversity of ecological roles, but one commonality includes tight links to vegetation, such that if the plant goes extinct, the insect is likely to go extinct. The diversity of Hawaiian habitats and plant communities support one of the most unique arthropod faunas in the world, with an estimated 10,000 endemic species (Howarth 1990). Unusual characters of Hawaii's arthropod fauna include the presence of relictual groups, the absence of social insects such as ants and termites, generic endemism, extremely small geographic ranges, large species radiations, novel ecological shifts, flightlessness, and loss of certain antipredator behaviors (Howarth 1990, Simon *et al*. 1984, Zimmerman 1948, 1970). Hawaiian insects are highly susceptible to predation by and competition with novel predators like ants, wasps and parasitic species, and other alien insects. The

representative chosen for this group is the only Hawaiian insect currently proposed for listing although there are a suite of insects that are candidates for listing or species of concern.

Blackburn's sphinx moth (*Manduca blackburni*) is Hawaii's largest native insect, with a wingspan of up to 5 inches. The larvae feed on plants in the nightshade family (Solanaceae). The natural host plants are native shrubs in the genus *Solanum* (popolo), and endemic trees in the genus *Nothocestrum* ('aiea) (Riotte 1986), on which the larvae consume leaves, stems, flowers and buds (Betsy Gagne, Hawaii Department of Land and Natural Resources, personal communication 1994). Larvae have been observed feeding on *Nothocestrum latifolium* and tree tobacco (Howarth, Bishop Museum, *in litt.*, 1994), but the relative number of larvae and adults produced on these hosts is unknown. Many of the host plants recorded for this species are not native to the Hawaiian Islands, and include *Nicotiana tabocum* (commercial tobacco), *Nicotiana glauca* (tree tobacco), *Solanum melongena* (eggplant), *Lycopersicon esculentum* (tomato), and possibly *Datura stramonium* (Jimson weed) (Riotte 1986). Although Blackburn's sphinx moth will colonize and utilize alien plants, the only persistent population is associated with species of *Nothocestrum*, and it is believed that this species may be a requirement for the moth's existence (Asquith 1997). The Service is funding a research project on Blackburn's sphinx moth that is likely to continue for several years, with the goal of determining the current status of the moth, identifying possible predators and parasites, and establishing new populations of the moth in the wild. The information being sought for this purpose includes techniques of captive propagation, determination of possible predators, selection of appropriate release sites, and surveys to better define the current distribution of the moth.

Blackburn's sphinx moth has been recorded from all of the main Hawaiian islands and collected from sea level to 760 meters (2,500 feet) elevation. Most historical records were from coastal or dryland forest habitats in areas receiving less than 120 centimeters (50 inches) annual rainfall. On the island of Kauai, this moth was recorded only from the coastal area of Nawiliwili. Populations were known from Honolulu, Honouliuli, and Makua on leeward Oahu, and Kamalo, Mapulehu, and Keopu on Molokai. It appears that this moth was historically most common on Maui, where it was recorded from Kahului, Spreckelsville, Makena, Wailuku, Kula, Lahaina, and "West Maui." On Hawaii, it was known from Hilo, Pahala, Kalaoa, Kona, and Hamakua.

Few specimens of this species have been seen since 1940, and after a concerted effort by B.P. Bishop Museum staff to relocate this species in the late 1970's, it was considered to be extinct (Gagne and Howarth 1985, 49 FR 21664). In 1984, a single population was discovered at Kanaio on East Maui. The population is located on State-owned land, part of which lies within a natural area reserve, and part of which is used by the Hawaii National Guard for military training. Between 1986 and 1991, a total of six specimens were taken in light traps at Kokomo, Maui, 16 km (10 mi) from Kanaio, which may indicate the presence of an additional population (P. Conant, Hawaii Department of Agriculture, personal communication 1994), although adult moths are strong fliers and these specimens could have originated at the Kanaio population. Two larvae and signs of two other larvae were observed in January 1997 at Spreckelsville, however, no signs of eggs or larvae were found during searches on 30 September 1996 (Conant and VanGelder 1997). It is believed that the

19

Spreckelsville and the Kokomo populations are ephemeral and probably depend on immigration from Kanaio to persist.

Although Blackburn's sphinx moth was historically found on Kauai, Oahu, Molokai, Maui, and Hawaii, it is currently known only from one population on Maui. This moth has been affected or is currently threatened by one or more of the following: habitat degradation; introduced animals; and biological pest control. The major threats to this species are predation by alien parasitoids and ants, and habitat degradation through the loss of its natural host plant. Alien predatory and parasitic insects are the primary cause of the reduction in range and abundance of Blackburn's sphinx moth, and are the most serious present threat to its continued existence (Asquith 1997). All 4 host plant species of *Nothocestrum* occur in dry to mesic forests, habitat in which the moth has been most frequently recorded. This dry forest habitat has been severely degraded due to past and present land management practices including ranching, deliberate introduction of alien plants and animals, and agricultural development (Cuddihy and Stone 1990). The species is also susceptible to over-collecting by private and commercial collectors.

## Environmental Baseline

The environmental baseline is an analysis of the effects of past and ongoing human and natural factors leading to the current status of the species or their habitats and ecosystems in the proposed action area of Maui. The baseline includes Federal, State, local and private actions already affecting the species. For those species whose range extends beyond Maui, only the status of the populations on Maui are reviewed.

a) *Plants*: The entire population of the Haleakala silversword occurs on the island of Maui. As a result of management within Haleakala National Park, human vandalism and feral ungulate browsing have been virtually eliminated. Almost all sub-populations of *Argyroxiphium sandwicense* ssp. *macrocephalum* are located within Haleakala National Park and are currently fenced, protected from ungulates, and annually censused (R. Nagata, personal communication 1997). This species has been successfully propagated at the National Tropical Botanical Garden (D. Ragone, personal communication 1994). The National Park Service considers the Argentine ant a serious threat and is currently researching control mechanisms. Chemical control using a hydromethylnon/protein bait appears to be the best option for controlling or eliminating high elevation populations which are currently restricted in area. This research is now ongoing in cooperation with scientists of the Clorox Technical Center (Loope and Medeiros 1994a; R. Nagata, personal communication 1997). When activity increases, alien yellowjackets *(Vespula pennsylvanica)* are controlled by baiting with encapsulated diazinon (R. Nagata, personal communication 1997).

Although the historical range of *Gouania hillebrandii* includes four islands, it is currently extant and has designated critical habitat only on the island of Maui. The State of Hawaii unofficially listed *Gouania hillebrandii* as an endangered species in 1979. Official State listing followed the Federal listing in 1984, pursuant to Chapter 195D of the Hawaii Revised Statutes. However, the State had already taken the lead in recovery actions for *Gouania hillebrandii* by preparing a protection and

20

management plan for the Paupau subpopulation (Hobdy 1980) and by establishing a Natural Area Reserve (approved by the Board of Land and Natural Resources and by the Governor) at Lihau. The plants at the Paupau subpopulation are currently within a fenced area that is protected from ungulates and control of silk oak (*Grevillea robusta*) is being considered for the future (R. Hobdy, personal communication 1997). Some of the Lihau subpopulation is presently included in and managed as Conservation District forest land under the jurisdiction of the State Division of Forestry and Wildlife. The Natural Area Reserve includes some of the critical habitat at the Lihau site but does not include the Pu'u Hipa area. However, the Natural Area Reserve does encompass suitable areas immediately outside the designated Lihau critical habitat site which might harbor additional *Gouania hillebrandii* or provide habitat for subpopulation expansion in the future. Designation as a Natural Area Reserve protects Lihau from development and land usage that might detrimentally affect the native plant and animal communities lying within the Natural Area Reserve boundaries. Transplanted seedlings have been grown at the Baseyard Nursery of the Maui Division of Forestry and Wildlife.

b) *Sea Turtles*: On Maui, hawksbill sea turtles nest in very low numbers at Kealia Beach, between the towns of Kihei and Maalaea. There were three successful nests at this location in 1996 (Hawaii Wildlife Fund 1996). This population is currently threatened by habitat degradation due to off-road vehicle use on the nesting beach, and the close proximity of a highway. Two gravid females were struck and killed by vehicles during the last three years when they wandered onto the highway. To an unknown degree, this population is likely threatened by egg and hatchling predators as well. This threat has been documented at Kamehame Beach on the island of Hawaii (L. Katahira, NPS, personal communication 1997). The same mammalian predators present at Kamehame (cats, rats, mongooses, and dogs) are present at Kealia.

Nesting sea turtles on Maui would be vulnerable to new alien species preying on eggs or hatchlings, and may harass nesting females, causing them to abandon nesting areas. Ants and invasive coastal plants could lead to further degradation of nesting habitat by altering the existing vegetation in a way that accelerates dune erosion.

Past conservation efforts on Maui have included protection of nests from off-road vehicles at Kealia Beach on Maui, and research to locate foraging grounds. Recently a dune restoration fence was erected at Kealia in order to rebuild coastal dunes and to restrict the movement of sea turtles onto the highway and vehicles onto the beach. Revegetation of this area with native plant species is underway (Kathy Smith, USFWS, personal communication 1997).

c) *Waterbirds*: Stilt numbers on Maui have ranged between 200 and 500 birds between 1983 and 1993. Major stilt populations are at Kanaha and Kealia Ponds. Past conservation efforts have included a long-term hunting ban, protection of habitat through establishment and management of refuges and sanctuaries, population monitoring, mammalian predator control, and numerous research projects. Established in 1993, Kealia Pond National Wildlife Refuge is an extremely important 200 hectare (500 acre) wetland and pond located near Kihei. Kanaha Pond Wildlife Sanctuary, in Kahului, a 95 hectare (235 acres) wetland is owned by the Hawaii Department of Transportation and

21

managed by DOFAW. Both of these areas provide valuable nesting, loafing, and feeding habitat for stilts and coots. Monthly counts indicate that birds freely move between these two wetlands (Ueoka 1979).

d) *Forestbirds:* The akohekohe is now restricted to a single population estimated at 4000 individuals (Berlin and VanGelder in prep.), found only in the upper elevation [between 1500 to 2300 meters (4900-7500 feet)] rainforests on the north slope of Haleakala Volcano on east Maui (Scott *et al.* 1986). This distribution is believed to be related to the presence of avian diseases at the lower elevations (Seal *et al.* 1992).

Efforts undertaken on behalf of the akohekohe and the upper elevation rainforests of Maui have been extensive and have involved Federal, State, and private entities. The 3000 hectare (7500 acre) Hanawi Natural Area Reserve, established in 1986 and the 2100 hectare (5230 acre) Waikamoi Preserve established in 1983 provide protection for important forest habitat. Akohekohe habitat in these two areas and parts of Haleakala National Park are actively being managed in order to reduce the adverse effects of feral ungulates. One of the techniques employed is the use of exclosure fences to prevent the influx of feral ungulates. The East Maui Watershed Partnership was formed in 1991 by Federal, State, County and private landowners. This partnership has coordinated native and alien species monitoring programs, along with alien species control activities within the range of the akohekohe. Additional research and monitoring have been conducted by the Biological Resources Division of the U.S. Geological Survey, and the Service. The Peregrine Fund, in partnership with the Division of Forestry and Wildlife and the Service, has initiated the development of captive propagation and release techniques for the akohekohe and other forest bird species.

e) *Nene:* An estimated 250 nene reside on the island of Maui (28% of the total population). Most of these are found inside Haleakala Crater with a few birds on the exterior of the crater. Additionally, some birds can be found on West Maui.

Haleakala National Park controls predators such as cats, mongoose, rats, and feral dogs in areas of Haleakala Crater, and has removed feral ungulates to allow for habitat recovery. DOFAW, the Service and the Peregrine Fund operate the Maui Bird Conservation Center where nene are captively produced for release at various sites State-wide. The National Park Service (NPS) and DOFAW also conduct monitoring efforts.

f) *Hawaiian hoary bat:* The size of the hoary bat population on Maui is unknown but is believed to be restricted to the central, interior portion of the island (USFWS *in litt.*, 1997). The Service is preparing a draft recovery plan for this species (USFWS, *in litt.*, 1997). Recovery actions suggested in the plan include studies on basic natural history as well as on abundance and distribution, identification and control of threats, monitoring programs and public education efforts.

g) *Dark-rumped petrel:* The largest known breeding population of ua'u is currently believed to be located on Maui in Haleakala Crater at elevations above 2200 meters (7,200 feet) (USFWS 1983c). In 1994, it was estimated that there were approximately 900 breeding pairs on Maui (Hodges 1994).

22

This is approximately 20% of the world population of this species. Haleakala National Park controls predators such as cats, mongoose, rats, and feral dogs in and around breeding areas (Hodges 1994).

h) *Blackburn's sphinx moth*: The current number of individuals of this species is not known (David Hopper, Service, personal communication 1997); however, 100% of the known population occurs on Maui. In 1984, a single population was discovered at Kanaio on East Maui. The population is located on State-owned land, part of which lies within a Natural Area Reserve, and part of which is used by the Hawaii Army National Guard for military training (Asquith 1997). Between 1986 and 1991, a total of six specimens were taken in light traps at Kokomo, Maui, 16 kilometers (10 miles) from Kanaio, which may indicate the presence of an additional population (P. Conant, Hawaii Department of Agriculture, personal communication 1994), although adult moths are strong fliers and these specimens could have originated at the Kanaio population.

The Service is currently funding research on this species, with the goal of establishing new populations of the moth in the wild. The information being sought for this purpose includes basic life history information, techniques of captive propagation, determination of possible predators, selection of appropriate release sites, and surveys to better define the current distribution of the moth.

Part of the single remaining population of this moth is located on State land utilized for military training of the Hawaii Army National Guard. Federally supported activities that could affect Blackburn's sphinx moth and its habitat in the future include, but are not limited to, release or augmentation of biological control agents, road and firebreak construction, troop movements, and fire resulting from the use of live ammunition (Asquith 1997). At this time, there are no major impacts to this species resulting from National Guard activities and the National Guard is working on a management plan for these lands that will include habitat enhancement such as future plantings of *Nothocestrum* host species, possible fencing of areas, and limited spraying of herbicides to control for alien species.

Almost all alien species introductions in Hawaii are the result of human actions, either governmental or private. For example, a total of 2275 alien invertebrates were intercepted by Federal inspectors in 1994. Out of this total, 89% were found in either air cargo or passenger baggage (Noda and Associates 1997). It is estimated that over 4373 alien species have become established in the wild in the Hawaiian Islands. This includes 956 plants, 46 birds, 19 mammals, 23 reptiles, 4 amphibians, 73 fish, and more than 3247 invertebrates (Eldredge and Miller 1997). In addition to the total number of alien species, the rate at which new alien species are entering Hawaii is increasing. The average number of invertebrate introductions per year has gone from 16 during the years between 1937 and 1961, to 20 in the 1970s (TNCH 1992). The current estimated rate of invertebrate introduction to Hawaii is between 20-30 species per year (Noda and Associates 1997).

The present rate of introduction and establishment of alien species on the island of Maui is unknown, but the current rate of invertebrate introductions is estimated to be between 5 and 10 species per year. Several species of vertebrates (tree frogs and a chameleon) have become established in the native forest of Maui within the last decade (Fern Duvall, DOFAW, personal communication 1997).

23

Many ongoing programs, involving multiple agencies and private partners, are designed to combat the effects of alien species on native Hawaiian organisms. These range from population augmentation and large-scale habitat conservation efforts to increased scrutiny of biological control agents. Several multi-party advisory groups have been formed within the past few years including the Hawaii Forestbird Recovery Team and the Hawaii and Pacific Plants Recovery Coordinating Committee. The latter group is finalizing a comprehensive plant conservation strategy for listed and proposed plants. The Coordinating Group on Alien Pest Species (CGAPS) was formed by State and Federal agencies, along with The Nature Conservancy of Hawaii to address the issue of alien species in Hawaii.

A number of programs are in place to control feral ungulates in natural areas. These programs primarily involve fencing to exclude ungulates, but also include direct control measures. Control of predatory alien species (rats, cats, dogs, and mongooses) is being conducted primarily for the benefit of listed forestbirds and waterbirds. Propagation of plants, forestbirds, and nene for augmentation of existing populations or the reestablishment of extirpated populations is being conducted by a number of organizations.

The above activities are being carried out by the National Park Service, Hawaii Department of Land and Natural Resources, The Nature Conservancy of Hawaii, Biological Resources Division of the U.S. Geological Survey, The Peregrine Fund, East Maui Watershed Partnership, Maui Land and Pineapple Company, the Service, various private landowners, and others.

## Effects of the Action on Listed Species

The potential for increased introductions of alien species as a result of the proposed project could adversely affect all listed and proposed species on Maui (Tables 1 and 2), based on the examples given above.

The airport environs (the direct action area) harbors listed waterbirds (Hawaiian stilt, Hawaiian coot, Hawaiian duck) and a small and possibly ephemeral population of the proposed endangered Blackburn's sphinx moth. Because the Spreckelsville population of *M. blackburni* persists in the presence of existing airport operations, and because construction of the project will not take place near this population, the Service has determined that the direct effects of the project would not present the likelihood of jeopardizing the continued existence of this proposed species. The Service has previously determined that the direct effects (i.e., aircraft flights over the pond during construction) of the proposed project are not likely to adversely affect listed species of waterbirds at the Kanaha Pond Wildlife Sanctuary (Service letter dated July 5, 1996).

The primary concern of the Service is the potential indirect effect of this project on listed and proposed species and critical habitat due to the potential introduction of additional alien species to the island of Maui (the indirect action area). The continuing influx of alien species poses a grave threat to all native species in Hawaii, including those on Maui. These species are introduced by

24

accidental or deliberate transport on aircraft and ships. The proportion of these species that arrive by air is probably large (BA table 1-5), especially for those species purposefully transported by humans. Because of extensive interisland transport, even native species on other Hawaiian Islands could eventually be affected by alien organisms that become established on Maui.

There is little question that a large number of alien organisms which could be transported purposefully or inadvertently by air could, if established on Maui, cause or contribute to the eventual extinction of listed taxa. Examples include weaver ants, high-altitude mosquitoes, biting midges, snakes and predatory lizards (BA pp. 6-1 to 6-10). Alien plants and animals that colonize native ecosystems can affect listed and proposed species and critical habitat through a variety of means documented in the scientific literature. In addition to direct effects such as predation and herbivory (Cole et al. 1992, Sohmer 1976), parasitism (van Riper and van Riper 1985), and competition (Smith 1985), non-native species can interfere with pollination (Cole et al. 1992), promote disturbance such as fire (Smith 1985), change nutrient regimes (Vitousek et al. 1987), or favor the spread of other alien species (Wester and Wood 1977).

The initiation of direct flights from Asia could increase the risk of Asian species being introduced that now have no direct route to Maui, particularly those organisms passively transported within the aircraft that would be released when the fuselage is opened. In addition, the projected increase in direct domestic air traffic from North America could be expected to increase the rate of introductions to Maui of species present on the mainland.

Because of the large uncertainties in a) which alien species or groups are likely to be introduced, b) which of those species could invade native ecosystems, and c) which native ecosystems and listed species could be affected and how severe would be the effect, analysis of the project effects based on these factors would be unproductive. The Service, therefore, has focused on the potential change in the risk of alien species introduction as the primary means of analyzing the indirect effects of the project.

The effectiveness of each project measure designed to minimize alien species introductions is examined below. Table 3 summarizes the Service's estimate of the effectiveness of these measures against broad categories of alien species and their potential introduction pathways. This table is based in part on Table 8-2 and on the analysis in Appendix E, both in the BA. The Service generally agrees with the assessment in Appendix C of the BA regarding which groups of alien species are most likely to be transported by air and the probable introduction routes associated with each group. Although the categories in Table 3 are not exhaustive, they provide an adequate framework for assessing risk.

1) *Pre-entry Traveler Education about Alien Species.* Currently, inconsistent information regarding alien species or their dangers is provided to incoming passengers with the exception of that on the agricultural declaration form. Focus group studies in California (Fleishman-Hillard 1994) have shown that many travelers are unaware of the problem and would change their behavior if properly informed of the risks posed by alien species and the

25

penalties if caught. An in-flight video could be a very effective tool, and reach a large proportion of passengers, if shown consistently by the major carriers. No agency has the power to force airlines to show these videos. Response by the airlines to the existing video has been poor. If an acceptable video were available and shown, this measure could be moderately to highly effective against alien species transported by passengers (Table 3).

2) *Notification of New Routes to Maui.* Overseas routes not anticipated in the DEIS may be authorized by the Department of State. Beyond the planning horizon of the DEIS (2010), it is reasonable to assume that additional points of origin and overseas/international flights will be added to projected traffic levels. This measure has no direct effect on alien species introductions, although it may give HDOA and USDA time to allocate additional resources to accommodate the change in traffic.

3) *Treatment of Cargo Holds.* Effective pre-treatment of cargo spaces would greatly reduce the risk of biting midges, mosquitoes and other passively carried insects being introduced to Maui. The use of chemical pesticides on aircraft is against the current policy of the U.S. Department of Transportation and may pose a health threat to airline personnel due to chronic exposure. Non-chemical pesticidal measures such as sticky traps or light traps, or the use of modified lighting to reduce attractiveness of cargo holds, are of promising but unproven effectiveness and will take time to develop and test. The voluntary nature of the cargo hold treatment program would likely lead to only partial compliance in the short term. Cooperating airlines using traps would, however, generate valuable information on the species and number of individual insects transported in the cargo hold. Although potentially highly effective against adult diptera and ants, the treatments would need to be both effective and mandatory to realize that potential (Table 3).

4) *Traveler Education Regarding Alien Species Risks, Quarantine Restrictions, and Penalties.* CGAPS has developed a comprehensive plan for port-of-entry traveler education, detailed under Cumulative Effects, below. The support of HDOTA will help ensure its deployment and continuation. This measure should be quite effective against casual or inadvertent smuggling of pets, plant material and associated organisms, or biocontrol agents such as ants (Table 3).

5) *Training of Airline and Airport Personnel in Alien Species Recognition and Response.* Airport employees, baggage handlers, and airline cabin personnel have many opportunities to observe passengers, their luggage, and the airport environs. This training will be planned with the input of the main inspection agencies and CGAPS, and so will probably be quite thorough and effective. Airport personnel can be compelled to attend, but airline cabin personnel cannot. Assuming partial attendance by cabin crews and full training of airport personnel, this measure should be moderately effective against all groups of aliens (Table 3).

6) *Agriculture Arrival Inspection Facilities.* Provision of critical infrastructure will allow the HDOA inspectors, who are responsible for domestic overseas arrivals, and USDA who

26

is responsible for international arrivals, to process passengers and baggage with more efficiency than is currently possible. By freeing inspectors' time, this measure will also allow more thorough inspection of cargo and aircraft. This measure will, therefore, be moderately effective against all groups of alien species, with the exception of seeds attached to passengers' shoes or clothing (Table 3).

7) *Additional Arrival Inspectors*. Direct inspection and oversight by trained personnel is the most flexible and comprehensive means of preventing the introduction of alien organisms. The projected increase in domestic overseas arrivals will require additional HDOA inspector staff. The Service defers to the judgement of HDOA regarding staffing levels needed to adequately inspect the projected traffic load (letter from HDOA to HDOTA, June 17, 1997). It is anticipated that two detector dogs and eleven human inspectors will be stationed at Kahului. This level of staffing should be effective against smuggled organisms and invertebrates associated with plants or soil (Table 3); however, this staffing level may become inadequate if traffic expands beyond the projections. USDA will have sufficient inspectors and resources to handle international inspection needs.

8) *New Air Cargo Building*. Air cargo containers must be opened within an effective enclosure in order to contain insects and other vagile organisms. The planned cargo facility will provide such a secure environment for cargo inspection. The infrastructure included in the building design will enhance communication and data sharing among the inspection agencies, will allow on-site testing and sterilization of contaminated articles, and will allow testing of the utility of X-ray examination of cargo. These features will greatly increase the efficiency and coordination of inspection efforts and should be moderate to highly effective against alien species associated with cargo (Table 3).

9) *Quality Control Program*. Efforts to intercept alien species transported by aircraft are hampered by a lack of information on introduction rates, the relative importance of various pathways, and the efficacy of inspection, public education and other interception procedures and technologies. Data to address these points will be gathered and analyzed by a unique new program and the results shared with responsible agencies. In addition to utilizing interception data, the program will design and execute tests of the system so that the proportion of introductions intercepted can be estimated. Recommended changes to airport/inspection operations proposed by the program should improve the efficiency of interception as well as acting to inform policy-makers and the public of the limitations of current airport operations. The yearly reports should also assist in efforts to determine sources of detected pest outbreaks. This program should result in improved operations and should show moderate to high effectiveness against all alien species threats (Table 3).

10) *Security Committee*. If the Kahului Airport Security Committee includes alien species control as a security issue, inspection staff will be able to voice concerns regarding inspection operations. This would help to ensure that changes in airport operations assist,

27

or at least do not hinder, the alien species interdiction system. This measure would be moderately effective against alien species (Table 3).

11) *Brown Tree Snake Control Plan.* The State of Hawaii presently participates in inspections of aircraft arriving from Guam, and partly funds a rapid response task force on Oahu to prevent establishment of populations. Any future application of improved methods for brown tree snake control in Hawaii would benefit from prior review by HDOTA. This measure in itself would have no effect on alien species introductions.

12) *Alien Arthropod Detection and Response.* Semi-annual surveys of the airport environs will establish a baseline checklist of alien insect species. This baseline and periodic monitoring should allow detection of any incipient populations of new alien insects. Snakes newly escaped from aircraft might also be detected during surveys. Eradication will be attempted for all new species of insects confined to the airport environs, although the likelihood of success may vary due to characteristics of various insect groups. This measure should be highly effective against the permanent establishment of stowaway ants, and moderately effective against stowaway flying insects (Table 3).

Human commerce and personal travel inevitably carry alien species to Maui. Therefore, any increase in direct overseas flights to Maui increases the rate of arrival of alien species, albeit by an amount that is presently unquantifiable. The rate of introduction of alien species is a product of the rate of arrival at ports of entry and the efficiency of interception. The alien species prevention and interception features of this project are not presently operative at Kahului Airport. Operation of these features, combined with the present protocols of the USDA and HDOA inspectors, and assuming adaptive improvement of the system based on quality control results, should make Kahului Airport a better barrier to invasion by alien species than any other airport in Hawaii.

## Cumulative Effects

Cumulative effects are those impacts of future State, local and private actions affecting endangered or threatened species or critical habitat that are reasonably certain to occur within the action area considered in this biological opinion. Future Federal actions will be subject to the consultation requirements established in section 7 of the Act, and therefore, are not considered cumulative to the proposed action.

a) *Actions affecting listed species or critical habitat:* Accidental and illegal introductions of alien species to Maui will undoubtedly continue into the foreseeable future, independent of the proposed action. A reasonable worst-case projection for the next decade, in the absence of stringent quarantine at all points of entry or very effective public education, would be on the order of 10 invertebrate (mainly insect) species per year (Fern Duvall, DOFAW, personal communication 1997), 2-3 species of plants per year, and 2-5 vertebrate species per decade (Fern Duvall, DOFAW, personal communication 1997), based on Statewide averages and recent history. Some alien birds may colonize naturally from other invaded islands, but most species would be introduced by human

28

activities. Because of the lag phase typical of newly established populations, the invasive potential of these species may take years to become manifest. In the meantime, some little-noticed alien species already present on Maui will begin to spread into native-dominated systems and affect native species. No effective system exists to catalog these species, monitor their effects on native species, or control the spread of more than a handful of the most noxious plants and conspicuous vertebrates.

In the future, it is expected that current State, local, and private actions aimed at recovery of native species and ecosystems on Maui will continue and in some cases be expanded. These include many of the conservation measures described in the Environmental Baseline section.

b) *Actions targeting alien species.* Most of the ongoing State and local conservation actions mentioned above include efforts to control and contain established alien species, especially ungulates and invasive plants.

To help deal with the continuing influx of new alien species, the Governor of Hawaii and Hawaii's Congressional delegation in October 1996 launched a major, ongoing public awareness campaign to inform residents and visitors about the importance of preventing alien pests from reaching Hawaii. Funding has been provided for educational displays that will be permanently installed in the baggage claim areas of all major airports, including Kahului Airport. Displays will feature a message designed to alert passengers that they could be carrying harmful organisms and to encourage them to have any living materials inspected. These displays will be updated periodically and will be self-financing by means of corporate sponsorships.

## Conclusion

After reviewing the current status of the endangered, threatened, and proposed endangered species on Maui, the environmental baseline for the action area, the effects of the proposed Kahului Airport Improvements and the cumulative effects, it is the Service's biological opinion that the Kahului Airport Improvements, including its "state of the art" alien species interdiction features, are not likely to jeopardize the continued existence of any endangered, threatened, or proposed endangered species on Maui, and are not likely to destroy or adversely modify the designated critical habitat of *Gouania hillebrandii*.

### INCIDENTAL TAKE

Sections 4(d) and 9 of the Act, as amended, prohibit taking (harass, harm, pursue, hunt, shoot, wound, kill, trap, capture or collect, or attempt to engage in any such conduct) of listed species of fish and wildlife without a special exemption. Harm is further defined to include significant habitat modification or degradation that results in death or injury to listed species by significantly impairing behavioral patterns such as breeding, feeding and sheltering. Harass is defined as actions that create the likelihood of injury to listed species to such an extent as to significantly disrupt normal behavioral patterns that include, but are not limited to, breeding, feeding or sheltering. Incidental

29

take is any take of listed animal species that results from, but is not the purpose of, carrying out an otherwise lawful activity conducted by the Federal agency or the applicant.

Sections 7(b)(4) and 7(o)(2) of the ESA do not apply to the incidental take of listed plant species. However, protection of listed plants is provided to the extent that the ESA requires a Federal permit for removal or reduction to possession of endangered plants from areas under Federal jurisdiction, or for any action that would remove, cut, dig up, or damage or destroy any such species on any other area in knowing violation of any State law.

Introductions of alien species as a result of this project, although unlikely, would be practically irreversible and could have catastrophic consequences for one or more listed species included in this biological opinion. Therefore, any incidental taking that results from such an introduction is not authorized.

## Conservation Recommendations

Section 7(a)(1) of the Act directs Federal agencies to utilize their authorities to further the purposes of the Act by carrying out conservation programs for the benefit of endangered and threatened species. The term "conservation recommendations" has been defined as Service suggestions regarding discretionary agency activities to minimize or avoid adverse effects of a proposed action on listed species or critical habitat or regarding the development of information. The recommendations provided here relate only to the proposed action and do not necessarily represent complete fulfillment of the agency's section 7(a)(1) responsibility for these species.

The FAA Honolulu Airports District Office should participate as a resource to the Consulting Group on Alien Pest Species. This would enhance communication about alien species issues and enable alien species control to be more fully integrated with airport development. The Service would like to see efforts to pursue changes in Federal law to clarify the need to utilize airport revenues for future funding of additional inspectors as necessary.

Transport of alien species via aircraft is of potential concern throughout the nation and consideration should be given to development of a Programmatic section 7 consultation between the FAA and the Service to address this issue nationwide.

In order for the Service to be kept informed of actions minimizing or avoiding adverse effects or benefiting listed species or their habitats, the Service requests notification of the implementation of any conservation recommendations.

## Reinitiation Notice

This concludes formal consultation on the action outlined in the request. As provided in 50 CFR §402.16, reinitiation of formal consultation is required where discretionary Federal agency involvement or control over the action has been retained (or is authorized by law) and if: 1) new

information reveals effects of the agency action that may affect listed species or critical habitat in a manner or to an extent not considered in this opinion; 2) the agency action is subsequently modified in a manner that causes an effect to the listed species or critical habitat not considered in this opinion; or 3) a new species is listed or critical habitat designated that may be affected by the action.

Specific circumstances that would require reinitiation include, but are not limited to:

1) Lack of all alien species control measures in effect prior to completion of Phase I.

2) Lack of implementation of significant changes recommended in the annual quality control review within two years, where the recommended changes do not significantly impede processing of passengers, baggage or cargo or compromise safety.

The Service appreciates the considerable time and effort that your agency, along with your consultants, has given to addressing Service concerns about this project. If you have any questions concerning the information contained in this biological opinion, please contact our Program Leader for Interagency Cooperation, Ms. Margo Stahl, or Fish and Wildlife Biologist Dr. Jeff Burgett at 808/541-3441.

Sincerely,

Brooks Harper
Field Supervisor
Ecological Services

cc:     USFWS, Region I

31