**ATTACHMENT 3**

# MEMORANDUM OF UNDERSTANDING
regarding the Prevention of Alien Species Introduction through the Kahului Airport
among
THE U.S. DEPARTMENT OF TRANSPORTATION,
THE U.S. DEPARTMENT OF THE INTERIOR,
THE U.S. DEPARTMENT OF AGRICULTURE,
THE HAWAII DEPARTMENT OF TRANSPORTATION,
THE HAWAII DEPARTMENT OF AGRICULTURE,
THE HAWAII DEPARTMENT OF LAND AND NATURAL RESOURCES,
and
THE HAWAII DEPARTMENT OF HEALTH

This Memorandum of Understanding (hereinafter "MOU") constitutes an agreement among the U.S. Department of Transportation, the U.S. Department of the Interior, the U.S. Department of Agriculture, the Hawaii Department of Transportation, the Hawaii Department of Agriculture, the Hawaii Department of Land and Natural Resources, and the Hawaii Department of Health (hereinafter "the parties").

WHEREAS, the primary pathways for the introduction of alien species into Maui are air and marine transportation; and

WHEREAS, oceanic island ecosystems in general, and the Hawaiian islands and Maui in particular, are highly susceptible to damage from alien species, including damage to the natural, agricultural, and human assets of the entire island; and

WHEREAS, thousands of alien species have been introduced into Hawaii over time, both intentionally and inadvertently, with the rate of introduction substantially increased in recent decades, resulting in costs to economic and natural systems; and

WHEREAS, much of the islands' unique biological heritage remains and can be protected with serious effort to control the flow of alien species; and

WHEREAS, Maui's biological heritage includes large tracts of near pristine natural systems, including Haleakala National Park, which is one of the most important reserve sites in the United States for conservation and biodiversity, as well as

various state and private reserves of comparable biological importance; and

WHEREAS, Maui supports 91 threatened, endangered, or proposed endangered species of plants and animals, all of which could be adversely affected by alien species; and

WHEREAS, as part of the environmental impact review process for the Proposed Master Airport Improvements for Kahului Airport, a biological assessment and biological opinion were prepared to address potential impacts of the airport improvements on the introduction rate of alien species through Kahului Airport and identified measures to minimize the statewide alien species problem; and

WHEREAS, the parties want to preserve the unique native beauty, natural systems, and biological resources that form the basis of Maui's economy, and to work together to deter the introduction of alien species through the airport so as to benefit Maui's environment; and

WHEREAS all parties are committed to the twin goals of economic growth and environmental protection for Maui; and

WHEREAS, the authorities for this MOU are the following: 16 U.S.C. §1, *et seq.*; 16 U.S.C. §661; 16 U.S.C. 742f(b); 42 U.S.C. §4321, *et seq.*; 49 U.S.C. §106; 7 U.S.C. §2301, *et seq.*; 7 U.S.C. §150aa, *et seq.*;

NOW, THEREFORE, the parties commit to the goal of preventing the introduction of alien species into Maui via the Kahului Airport to the greatest extent possible, as stated in the Alien Species Action Plan for the Kahului Airport, and agree as follows.

I.   ALIEN SPECIES ACTION PLAN. The parties hereby adopt and agree to participate in and implement the "Federal-State Alien Species Action Plan for the Kahului Airport, Maui" (hereinafter "ASAP") attached as "Appendix A." The parties recognize that this ASAP is necessarily a dynamic document and its measures are subject to change based on the risk assessment and monitoring program established by its terms. The parties agree that the ASAP may be changed, in accordance with its provisions, without necessitating a modification of this MOU. The parties recognize, however, that any changes to the ASAP must be consistent with the goal of preventing the introduction of alien species into Maui

via the Kahului Airport to the greatest extent possible.

II. FUNDING AND OTHER RESOURCES. The parties will use the means available to them, subject to and consistent with applicable laws and policies, including but not limited to the Anti-Deficiency Act, to secure adequate and reliable funding, staffing, and other resources for the implementation of the ASAP in an effective and timely manner. The parties will seek and take advantage of appropriate opportunities for securing such resources from airport revenues, grant programs, interagency coordination and support, non-governmental organizations, and the private sector.

III. PARTIES' OFFICIAL LIAISONS. Under the ASAP, the parties will select representatives to the Kahului Airport Alien Species Prevention Team. These representatives will also serve as the parties' official liaisons for the purpose of administering this MOU.

IV. TERM OF MOU. This MOU shall take effect on the date of the last signature hereto, and shall remain in effect for a period of ten years unless extended by agreement of the parties or terminated earlier pursuant to Article V, below.

V. TERMINATION. This MOU may be terminated by any party to the extent of that party's role under the MOU by providing at least 60 days written notice to all other parties as well as to the Governor of Hawaii (or the Governor's designee) and the Chair of the U.S. Council on Environmental Quality.

VI. AMENDMENT. This MOU may be amended by written agreement of the parties.

VII. LIMITATION. This MOU is only intended to improve the internal management of the executive branch and is not intended to, nor does it create any right, benefit, or trust responsibility, substantive or procedural, enforceable at law or equity, by any party or other individual or entity against the United States, its agencies, its officers, or any person.

VIII. REQUIRED CLAUSES.

1. During the performance of this MOU, the parties will not discriminate against any person because of race, color, religion, sex, age, or national origin.

2. No Member of or Delegate to Congress, or resident commissioner, shall be admitted to any share or part of this MOU, or to any benefit arising from it.

IN WITNESS THEREOF, this MOU is executed by the signatures below.

_____    8/20/98
For the U.S. Department of Transportation    Date

_____    8/20/98
For the U.S. Department of the Interior    Date

_____    8/20/98
For the U.S. Department of Agriculture    Date

_____    8/24/98
For the Hawaii Department of Transportation    Date

_____    8/24/98
For the Hawaii Department of Agriculture    Date

_____    8/24/98
For the Hawaii Department of Land and Natural Resources    Date

_____    8/24/98
For the Hawaii Department of Health    Date

# FEDERAL-STATE ALIEN SPECIES ACTION PLAN
# for the KAHULUI AIRPORT, MAUI
# August 1998

## INTRODUCTION

The Hawaii Department of Transportation ("HDOT"), in cooperation with other Hawaii State agencies, including the Hawaii Department of Agriculture ("HDOA"), the Hawaii Department of Land and Natural Resources ("HDLNR"), and the Hawaii Department of Health ("HDOH"), and the U.S. Department of Transportation ("USDOT"), in cooperation with other Federal agencies, including the U.S. Department of Interior ("USDOI"), and the U.S. Department of Agriculture ("USDA"), adopt the following Alien Species Action Plan ("ASAP"), with the objective of preventing the introduction of alien species into Maui via the Kahului Airport to the greatest extent possible. This plan has been developed to provide a framework for better coordination of efforts at the airport towards achieving improved ecosystem management. It incorporates and refines the measures set forth in the Final Environmental Impact Statement, the Biological Assessment and the Biological Opinion for Kahului Airport Improvements. The measures described in the ASAP will be implemented before the runway extension is completed and operational, but in no case later than the year 2001, unless specifically provided otherwise.

**Kahului Airport Alien Species Prevention Team**

1. A Kahului Airport Alien Species Prevention Team ("Team") will be established. The Team members will include representation from the U.S. Department of Transportation, the U.S. Department of the Interior, the U.S. Department of Agriculture, the Hawaii Department of Transportation, the Hawaii Department of Land and Natural Resources, the Hawaii Department of Agriculture, and the Hawaii Department of Health. The Team may also include the Hawaii Visitors & Conventions Bureau, the Maui Visitors Bureau, and other interested entities. The Team will be co-chaired by the Hawaii Department of Agriculture and the Hawaii Department of Transportation Airports Division.

2. The purposes of the Team are to assure coordination and cooperation among all the agencies and other entities involved in alien species interdiction associated with the Kahului Airport, to provide recommendations and advice relevant to the ASAP, to monitor and evaluate the implementation and effectiveness of the ASAP measures, to provide for public review and input, and to prepare and publish progress reports.

3. Specific duties of the Team will include, but not be limited to, the following:

2

- Assist in the initial design and implementation (using the biological assessment and the biological opinion prepared for Kahului Airport improvements and other relevant information), as well as subsequent reviews and revisions, of alien species risk assessments for Kahului airport and its operations;

- Assist in the coordination of interagency responsibilities regarding implementation of the ASAP measures;

- Recommend performance standards for ASAP measures and evaluate performance based on these standards;

- Consult on the design, development, and implementation, and conduct appropriate evaluations and reviews, of all plans, assessments, systems, publications, and programs under the ASAP;

- Explore, pursue, and develop additional sources of funding for the ASAP's measures as appropriate;

- Meet at least quarterly to discuss and assess progress and recommend changes to the ASAP measures based on the results of risk assessments, performance standards, and other relevant data;

- Submit a report once every two years to the Chair of the Council on Environmental Quality, the Governor, the Heads of the Federal and State agencies, and the public concerning the progress made to date, recommended changes, and other information relevant to the prevention of the introduction of alien species into Maui through the Kahului Airport.

**Kahului Airport Alien Species Risk Assessments**

1. This ASAP is necessarily a dynamic document, and its measures are subject to change based on the ongoing risk assessment and monitoring program described below. The risk assessment and monitoring program will prioritize and re-prioritize ASAP measures over time, based on data and experience, to effectuate appropriate prevention, interdiction and eradication of alien species associated with the Kahului Airport and its operations. Although the ASAP's measures are thus subject to change, the ASAP's goal remains constant: preventing the introduction of alien species into Maui via the Kahului Airport to the greatest extent possible.

2. As soon as possible but no later than six months after the issuance of a Record of Decision approving the Kahului Airport Improvements (State Project AM1011-07) by the Federal Aviation Administration, the USDA and HDOA, in

3

cooperation with appropriate agencies and other entities, will conduct an initial management assessment for the Kahului Airport. This assessment will identify weaknesses in the existing alien species prevention effort and will determine the degree of risk of alien species introduction associated with each identified gap. This assessment will cover both the current situation (before any proposed airport improvement project commences) and, if approved, future plans for airport improvement. This assessment will include, but not necessarily be limited to, collecting extensive monitoring data to determine the relative risks associated with passengers, cargo, and the aircraft proper. The scope of this assessment will include all inbound flights.

3.   The USDA and HDOA, in cooperation with appropriate agencies and other entities, will conduct additional specific risk assessments as warranted to evaluate potential alien species introductions from particular points of origin. Such risk assessments will be conducted as early as possible (e.g., following notification of proposed flights from new points of origin).

4.   As part of the risk assessment process, the USDA and HDOA, in cooperation with appropriate agencies and other entities, will also develop a long-term monitoring system and reassessment process to ensure that changes in the introduction of alien species through Kahului Airport will be identified and evaluated quickly enough to effectuate appropriate modifications of the existing ASAP measures. This ongoing monitoring and reassessment will be used to re-evaluate current measures, track changing risks, measure progress, and re-prioritize measures.

5.   Necessary measures determined through the initial risk assessment and subsequent reassessments will be implemented in a timely manner.

## PRE-ENTRY MEASURES

**Pre-Entry Traveler Education about Alien Species**

1.   HDOT, in cooperation with appropriate agencies and other entities, will design and develop, in multiple languages as suitable, an in-flight video and educational displays about alien species. The video will include an announcement to deplaning passengers to meet with the Plant Quarantine inspector if declaring or carrying any agricultural items. The video will also include instructions to the passengers on filling out the new multilingual alien species inspection form, described below. The Team will review the design and content of the video and educational displays prior to their production.

4

2. HDOT, in cooperation with USDOT and other agencies and entities as appropriate, will develop and implement incentive programs to persuade airlines to show the video on non-interisland flights to Kahului Airport and to persuade airports at key embarkation points to Maui to display the educational materials as public services. If necessary and warranted, HDOT will purchase video time on non-interisland flights to Kahului Airport and advertising space for educational displays at key embarkation points to Maui.

3. HDOT, in cooperation with appropriate agencies and other entities, will develop a new multilingual airline passenger inspection form, separate from the visitor use questionnaire, dealing with alien species. The form will include information about the threat of alien species to Hawaii's native ecosystems, agriculture, health and safety, and cultural resources. HDOT, in cooperation with appropriate agencies and other entities, will develop incentive programs to persuade airlines to distribute and collect these forms as effectively and efficiently as possible.

**Notification of New Routes to Maui**

1. HDOT, and other agencies and entities as appropriate, will inform the Team as early as possible of any new proposed domestic or international direct routes to Kahului Airport.

2. HDOA and USDA, in cooperation with appropriate agencies and other entities, will conduct alien species risk assessments for such new proposed domestic or international direct routes to Kahului. As part of this process, HDLNR and USDOI will review the risk assessments to determine the potential effect of any increased risk on protected natural resources or native ecosystems, including endangered and threatened species, candidate species, critical habitats, and protected conservation areas (e.g., Haleakala National Park).

3. Based on the risk assessments and the determinations by HDLNR and USDOI, the parties to the ASAP, consistent with their authorities, will implement appropriate measures, to the extent permitted by law, to prevent the introduction of alien species through Kahului Airport associated with these new routes. Such measures may include, but are not limited to, alien species inspections at high risk embarkation points to Kahului Airport, quarantine of plant and animal species from high risk areas, and information displays and other educational efforts at points of embarkation.

**Treatment of Aircraft**

5

1. HDOA and HDOT, in cooperation with USDA, USDOT and other appropriate agencies and entities, will develop and implement a risk-based aircraft monitoring and treatment program for alien species applicable to appropriate flights serving Kahului Airport.

2. This program will ensure the use of best available and acceptable methods to monitor and treat passenger and cargo spaces and will include incentive programs if necessary to achieve maximum participation by all aircraft operators flying into Kahului Airport.

3. Aircraft cabins and flight decks will not be disinsected with an aerosolized spray while passengers or crew are on board. Any insecticide treatment will comply with International Civil Aviation Organization standards and recommended practices and with World Health Organizations regulations.

4. Nothing in this ASAP modifies otherwise applicable requirements of law (e.g., public health requirements concerning appropriate measures for addressing active vector-borne disease epidemics such as plague, dengue fever, malaria, and arboviral diseases).

## PORT-OF-ENTRY MEASURES

**Traveler Education Regarding Alien Species Risks, Quarantine Restrictions, and Penalties**

1. HDOT, in cooperation with appropriate agencies and other entities, will design and implement a plan to inform arriving passengers of the dangers posed by alien species, the nature of quarantine restrictions, and the penalties for violations. The plan will include multilingual educational displays which will be set up at appropriate points at Kahului Airport.

**Training of Airline and Airport Personnel in Alien Species Recognition and Response**

1. HDOT, in cooperation with appropriate agencies and entities, will plan and implement an education program to train airport operational employees, baggage handlers, airline cabin personnel, and others to recognize and immediately report the following items to the proper authorities using established protocols:

    o   smuggled animals, plants, fruits, or vegetables;

6

- o   stowaway snakes, insects, or other animals;
- o   persons with smuggled animals, plants, fruits, or vegetables; or
- o   any potential alien species detected on airport grounds.

2.   The training will be mandatory for State and Federal employees involved with airport ground operational activities. Airlines will be strongly encouraged to require such training for their employees.

3.   The training will also include information regarding alien species threats to Maui's natural resources and agriculture, and will be designed to promote an understanding of the important role that the airport and airline employees can play in protecting Maui's resources.

**Arrival Inspection Facilities and Inspections**

1.   HDOT, in conjunction with HDOA and other appropriate agencies and entities, will implement a sufficient and capable alien species detection system, including but not limited to the following measures:

o   Install a data link between the arrival gates and baggage claim;

o   Install the number of x-ray machines deemed necessary by the risk assessment process to inspect arriving baggage (including carry-on baggage);

o   Install a paging system at baggage claim;

o   Supply office space, kennels, and inter-terminal golf carts as necessary;

o   Install inspection stations that are clearly visible to the public at baggage claim exit points;

o   Maintain and certify golf carts for use on the airport operation area; and

o   Provide "amnesty bins" for alien plants, fruits, and vegetables, placed strategically at baggage claim areas and at other designated, clearly visible and accessible places.

2.   HDOT, HDOA, USDA (APHIS) and US Customs, will encourage airlines to schedule flight arrivals into Kahului Airport to facilitate adequate and timely inspections.

3.   HDOT will facilitate HDOA's airport port-of-entry cross-training program

7

involving USDA, HDOA, USDOI, U.S. Customs Service, and HDOT.

4. HDOT will furnish the infrastructure and support to adequately meet alien species inspection needs for international arrivals.

5. USDA and other appropriate agencies and entities will seek opportunities for installing advanced detection technology at Kahului Airport, and will carefully evaluate the possibility of including Kahului Airport in projects testing the feasibility or efficacy of advanced detection technology.

**Additional Agriculture Arrival Inspectors**

1. HDOT and HDOA, in cooperation with other appropriate agencies and entities, will design and implement an effective program to ensure that adequate inspectors, dogs, and support facilities are in place at Kahului Airport.

2. HDOT will provide funding to HDOA for at least one additional inspection dog and three additional agriculture inspector positions. One new inspector will act as a handler for the dog. This increase will bring the total inspection team at Kahului Airport to a minimum of eleven inspectors and two dogs. The hiring process will begin as soon as possible.

**New Air Cargo Building and Air Cargo**

1. HDOT, in cooperation with appropriate agencies and entities, will design and construct a new air cargo building to meet existing and forecast demands. The Team will have adequate opportunity to comment on the design and operational plan for the building prior to HDOT's commencing construction. The building will include the following:

  o An industrial air curtain to prevent escape of any insects during inspection of air cargo containers;

  o Offices and facilities for U.S. Customs Service, USDA and HDOA;

  o Lab space, lab equipment, freezer, and sterilization/incineration facilities;

  o An X-ray machine and operating space for the machine; and

  o Computer equipment and facilities for the HDOA alien species database system.

8

2.    HDOT, in designing the new air cargo building, will consider the efficacy and feasibility of containment barriers for alien species (e.g., snakes).

3.    HDOA, in cooperation with HDOT and other appropriate agencies and entities, will recommend and specify, as appropriate, packing and handling guidelines for air cargo handled at Kahului Airport to deter alien species introductions.

**Quality Control Program**

1.    HDOT will develop, fund, and operate, on an ongoing basis, a comprehensive Quality Control program to monitor and assess the efficacy of the alien species interdiction system at Kahului Airport. The program will be integrated appropriately with the existing USDA Quality Control System for international arrivals as well as the risk assessment and monitoring process established by this ASAP.

2.    HDOT will provide annual reports to all concerned agencies and entities, including members of the Team. These reports will include the following:

- Summaries of all alien species interceptions from all airport-based operations, and, to the extent possible, their origin and their mode of arrival;

- Estimates of the efficiency of the inspection system for various taxonomic groups of concern. HDOA, in cooperation with other appropriate Federal and State agencies, will take the lead in developing these estimates which will be based in part on tests of the system (e.g., attempted smuggling, random sampling of passengers effects and cargo, and complete inspections of aircraft).

- Recommendations to improve the efficiency of the inspection system and the Quality Control program itself.

3.    The Quality Control program will include mechanisms to prioritize and implement appropriate recommendations for improvement in a timely and effective manner.

4.    HDOT will assist HDOA with the existing database on airport interceptions, types of species, origins of species, and accidental and purposeful introductions.

**Security and Alien Species Committee Airport Operations Group**

9

1.     HDOT will require the Kahului Airport Security/Safety Committee to include alien species control as an element under its purview.

2.     HDOT will fund an additional manager at Kahului Airport who will be responsible for coordinating and overseeing the ASAP implementation.

**Snake Control Plan**

1.     HDOT, in cooperation with other appropriate agencies and entities and with the Brown Tree Snake Control Committee of Aquatic Nuisance Species Task Force, will immediately implement a snake control plan, including but not limited to the following:

- HDOT will become a member and participate on the Brown Tree Snake Technical Committee and the Brown Tree Snake Control Committee of the Aquatic Nuisance Species Task Force.

- HDOT will develop and implement a Brown Tree Snake and other snake education displays in multiple languages, as suitable, at Kahului Airport.

- HDOT will develop and implement a training program for cargo handlers and security personnel on the detection and capture of Brown Tree Snakes and other snakes. HDOT will implement a general information briefing for all new airport employees that includes information on Brown Tree Snakes and other snakes.

- The new dog and inspectors provided to Kahului Airport will be cross-trained on Brown Tree Snakes and receive routine re-training (rotation to Honolulu Airport) by HDOA.

- HDOT will stockpile and maintain response materials (e.g., capture equipment, sticky traps, night lights) at Kahului Airport.

- HDOT will investigate and, if feasible, purchase and install a snake containment barrier if flights arrive from areas having Brown Tree Snakes.

- HDOA and USDA will carefully inspect all flights from high risk areas for Brown Tree Snakes.

2.     The Brown Tree Snake Committee of the Aquatic Nuisance Species Task Force will revise, to account for traffic into Kahului Airport, the current Brown Tree Snake Control Plan, which is already in the process of being amended.

3.  The above measures of the snake control plan will be integrated with the ASAP measures concerning other alien species (e.g., risk assessments, interdiction methods, quality control plans).

**Alien Species Detection and Response**

1.  HDOT will, on an ongoing basis, contract with a consultant to assist HDOA and USDA in conducting ongoing monitoring of the airport environs to detect early establishment of new alien species, including but not limited to, insects, plants, and snakes. The first airport inspection will be completed before airport project construction begins.

2.  Results of the monitoring will be communicated to the HDOA, USDA, the Quality Control Program, and the Team. HDOT will assist HDOA and USDA with the manpower, resources, and funds necessary for the eradication, if warranted and feasible, of any detected population within the Kahului Airport boundary.

3.  HDOT will review its landscape design standards for Kahului Airport to make landscaping incompatible with alien species, reduce insect harboring plants, and eliminate potential invasive species.

4.  HDOT, in cooperation with appropriate agencies and entities, will establish a rapid response plan and interagency team to combat known alien species introductions through the Kahului Airport. The plan will contain rapid response assessment procedures, contingency measures, and other necessary provisions. HDOT will establish funding mechanisms such as a contingency fund, if needed and as allowable, to pay for rapid response efforts by HDOT personnel or cooperating agencies within the Kahului Airport boundary. The airport rapid response team will be comprised of at least 3 staff persons who will be satisfactorily trained before the runway is completed and operational. Recognizing that introductions through the airport may be established and subsequently detected outside the airport boundary, the airport team will be allowed to work cooperatively with other rapid response groups on an islandwide basis.

5.  Consistent with public health and other applicable standards, HDOT will apply vector control measures on and around airport premises to prevent establishment of new vector species or to prevent establishment of vector-borne disease organism in susceptible reservoirs. HDOT will allow the Maui Vector Control personnel access to areas within and surrounding the Kahului Airport to monitor and control vectors (e.g., mosquitoes, rodents).

11

## FUNDING FOR ALL MEASURES

The State of Hawaii and the United States agencies are committed to carrying out this Plan in a cooperative and collaborative manner. Subject to the availability of funding and as described in detail in the attached Memorandum of Understanding, the federal agencies pledge to assist the State of Hawaii agencies in the funding of this Plan in two ways. First the federal agencies are committed to providing federal staff and federal resources necessary to carry out the terms of this Plan, to participate in committees, and to join substantive expert teams. This commitment includes staffing and the assumption of all staff expenses for these federal participants. Second, HDOT and the FAA are currently working to finalize an Airport Improvement Plan grant application for funds for fiscal year 1999, which will include mitigation costs for the current year. The FAA agrees to consider the grant application carefully and in the spirit of this Plan when the application is completed.

Subject to the availability of funding, HDOT also pledges to provide funding (including airport revenues) necessary to implement the ASAP measures. HDOT may use airport revenues to fund ASAP measures consistent with federal law and Federal Aviation Administration guidance, including the guidance in the attached letter to Mr. Kazu Hayashida, Director of the Department of Transportation, State of Hawaii, dated July 31, 1998 (and any future revisions of this guidance). As members of the Team, the federal and state agencies will also share in the responsibility to develop additional sources of funding for the ASAP as appropriate to advance the implementation of this important Plan.