ATTACHMENT 4

# REQUEST AND ANALYSIS TO CHANGE THE QUARANTINE ACTION POLICY FOR ANTS MOVING INTO, OR THROUGH, THE STATE OF HAWAII

Submitted by:

## The Hawaii Ant Group

To:

## USDA
## Animal and Plant Health Inspection Service
## Plant Protection and Quarantine

**October 25, 2001**

# Table of Contents:

Origin of Request .......................................................... 1

Proposed New Policy ...................................................... 1-2

Need for Policy Change ................................................. 2-4

Justification for Policy Change ...................................... 4-7

Risk Assessment Considerations .................................. 7-18

    Risk assessment using the guidelines for
    Qualitative Plant Pest Risk Assessment to
    Support Action Decisions for Quarantine
    Pests (DRAFT) ................................................... 8-16

    Environmental Impact Standard for
    Quarantine Pests, Including Invasive
    Species that are Quarantine Pests
    (Environmental impact Section II - DRAFT) ............... 16-18

Literature Cited ........................................................ 18-22

Contact Point for Hawaii Ant Group ........................................ 22

Appendixes ................................................................ 23-30

    Appendix I: PPQ 1983 Changes in Quarantine
    Status of Ants (Formicidae) QS 83-#2 ........................... 23

    Appendix II: Risk assessment using the guidelines
    for Qualitative Plant Pest Risk Assessment to
    Support Action Decisions for Quarantine
    Pests (DRAFT) ................................................... 24-30

# Request and Analysis to change the Quarantine Action Policy for Ants moving into, or through, the State of Hawaii

Hawaii Ant Group

## Origin of Request:

The Hawaii Ant Group is a comprehensive cooperative Federal/State committee that is responsible for developing a strategy to protect the State of Hawaii from exotic ant introductions. The Hawaii Ant Group is a subcommittee of Hawaii's Coordinating Group on Alien Pest Species. This request to USDA is a product of the May, 2001 Hawaii Ant Group Meeting in Honolulu.

The following request for a change in policy is supported by representatives from:
   * The State of Hawaii Department of Agriculture
   * The State of Hawaii Department of Natural Resources
   * The Bishop Museum
   * Entomological Society of America's Social Insect Specialist Group
   * The National Invasive Species Council
   * The National Park Service
   * The Biological Resources Division of the USGS
   * The U.S. Fish and Wildlife Service
 • USDA Forest Service

## Proposed New Policy:

All species of ants intercepted at all U.S. ports of entry and destined to, or through, the State of Hawaii would require quarantine action and would be considered reportable if (1) they are not already established and widespread in Hawaii and (2) the life stages found in a given shipment indicate the ability to reproduce.

1) The ant species listed below are currently established and widespread in Hawaii. No action is required if these species are intercepted and positive identification has been made. However, if infestations of the following species are found in commodities destined to move into or through the State of Hawaii, PPQ ports-of-entry should notify the State of Hawaii Department of Agriculture of the pending arrival of the infested material.

*Anoplolepis gracilipes* (F. Smith, 1857) – name change for A. longipes
*Camponotus variegatus* (F. Smith, 1858)
*Cardiocondyla emeryi* Forel, 1881
*Cardiocondyla nuda* (Mayr, 1866)

3

*Cardiocondyla venustula* Wheeler, 1908
*Cardiocondyla wroughtonii* (Forel, 1890)
*Cerapachys biroi* Forel, 1907
*Hypoponera opaciceps* (Mayr, 1887)
*Hypoponera punctatissima* (Roger, 1859)
*Hypoponera zwaluwenburgi* (Wheeler, 1933)
*Leptogenys falcigera* Roger, 1861
*Monomorium destructor* (Jerdon, 1851)
*Monomorium floricola* (Jerdon, 1851)
*Monomorium sechellense* Emery, 1894 – name change for M. fossulatum
*Monomorium liliuokalanii* (Forel, 1899) – name change for M. minutum
*Monomorium pharaonis* (Linnaeus, 1758)
*Paratrechina bourbonica* (Forel, 1886)
*Paratechina longicornis* (Latreille, 1802)
*Paratrechina vaga* (Forel, 1901)
*Pheidole megacephala* (Fabricius, 1793)
*Plagiolepis alluaudi* Emery, 1894
*Ponera swezeyi* (Wheeler, 1933)
*Quadristruma emmae* (Emery, 1890)
*Solenopsis geminata* (Fabricius, 1804)
*Solenopsis papuana* Emery, 1900
*Stumigenus godeffroyi* Mayr, 1866
*Strumigenys lewisi* Cameron, 1886
*Strumigenus rogeri* Emery, 1890
*Tapinoma melanocephalum* (Fabricius, 1793)
*Technomyrmex albipes* (F. Smith, 1861)
*Tetramorium bicarinatum* (Nylander, 1846)
*Tetramorium simillimum* (F. Smith, 1851)
*Tetramorium tonganum* Mayr, 1870
*Trichoscapa membranifera* (Emery, 1869)


2) Isolated worker ants alone in a shipment do not constitute justification for action or report ability. One of the following criteria must be met before taking action.

• Reproductive queen present (with or without workers).
• Workers with eggs, or larvae, or pupae present.
• Workers present in commodities that cannot be inspected 100%.

**********************************************************************

**Need for policy change:**


The current PPQ policy for taking action on ants (Formicidae) intercepted at the ports of entry originates from a February 23, 1983 letter QS 83-#2 (See Appendix I). Under the current

policy, all ants are nonreportable and do not require quarantine action except for non-native species in eight genera (*Acromyrmex, Atta, Crematogaster, Messor, Pheidole, Pogonomyrmex, Solenopsis* (subgenus Solenopsis only) and *Tetramorium*). In addition, regulatory action would not be taken on shipments found to be infested with native continental U.S. species or established, non-native continental ant species not under domestic quarantine control within these eight genera. This is done regardless of the status of these ant species in Hawaii even if the destination of the infested shipment is Hawaii.

The primary criteria used by the existing ant policy is based on those ants which were considered primary plant parasites that would "... *a) remove seeds from the field, b) those species known to attack seedlings, and c) leaf-cutting ants which defoliate plants and use the leaf particles to culture fungi in their nests*." In addition, those species were also included which resulted in impediments to agriculture due to "...*extremely noxious biting or by building large mounds, impede the activities of agricultural workers*."

As stated in QS 83-#2, "*Thus the basis for considering a species of ant as quarantine significant is that it is or has the potential to become a plant pest*". However, the policy paper went on to state that, "*Thus, on balance, it seems that ants prey both on plant pests and predators of plant pests and can be considered environmentally neutral in terms of plant pest impact*."

Updating PPQ's ant policy for the State of Hawaii is necessary because:

• The existing policy is directed towards protecting the continental United States where a diverse array of native species of ants are present. The State of Hawaii is a collection of isolated insular environments that have no native ant species. This intensifies the potential for damage from introduced ants because Hawaii's native fauna and flora never developed evolutionary strategies against social insects. Introduced ants in Hawaii are not environmentally neutral as stated in the current PPQ ant policy.

• The Animal and Plant Health Inspection Service's mandate for protecting agricultural crops has been expanded to protection of native plant species and plant pollinators since the original ant policy was established. The protection of threatened and endangered species from introduced non-native invasive species is also identified as current policy by the USDA Secretary's office (USDA, 2001). Hawaii is particularly high on the priority list because it has the highest percentage of endemic plants and animals of any location within the United States and possibly the world. Many of these plants and animals are Federally listed and protected. Ants are a major threat to many of these listed species not only because of direct damage to plants, but also because of secondary effects such as removing native insect pollinators.

• By adopting the new ant policy for Hawaii, APHIS-PPQ's policy would become consistent with the actions currently being taken by the State of Hawaii on imported ants. In addition, the new policy would mirror the strategies and goals of the U.S. Fish and Wildlife Service, the National Park Service, USDA Forest Service, Hawaii Department

of Agriculture, South Pacific Regional Environmental Programme, and the National Invasive Species Council's Management Plan for protecting agricultural production, threatened and endangered plants and animals, and native ecosystems within the State of Hawaii from non-native invasive species. Active eradication efforts for a number of ant species are taking place in Hawaii and other U.S. Pacific islands by Federal agencies. Currently PPQ would allow commodities with known infestations of the same species of ants to enter those areas.

- The existing PPQ ant policy does not meet the needs of the State of Hawaii even for the currently listed eight genera. Many species of native North American continental ants occur within the eight listed genera. In addition, a number of non-native species within these genera have established within the continental United States and are not under domestic quarantine and thus, if intercepted at ports-of-entry, no action would be taken. For Hawaii, which has no native ants, the species of ants native to North America (or introduced there) are as much a threat to the integrity of the native ecosystems as ant species originating outside of North America.

## Justification for Policy Change:

Introduced ants are notorious for causing economic and environmental damage to the ecosystems in which they have been established. Most susceptible are those ecosystems that have no native ant species.

Hawaii lacks native ant species. If any single taxa of invasive species belongs to the top of the list of organisms to be concerned about in Hawaii, ants should be it. On the continental land masses ants are often the dominant ecological force in a natural community. Their biomass and energy consumption usually exceeds those of all the vertebrate species combined. They are the principal predators (Holldobler and Wilson, 1990) and prime movers of soil within most terrestrial ecosystems (Lyford, 1963; Wilson, 1973). In addition, leaf cutter ants are, species for species, the major herbivores in South and Central America (Weber, 1972). Ants shape, and often maintain, the plant and animal communities in which they live (Wilson, 1973; Jeanne, 1979; Levieux, 1982; Sorensen and Schmidt, 1987; Holldobler and Wilson, 1990).

The scientific literature is full of examples where introduced ants have resulted in native species extinctions covering a wide range of taxa in Hawaii and elsewhere (Zimmerman, 1948, Solem 1976, Gagne and Howarth, 1982; Lubin, 1984; Howarth, 1985; Howarth and Medeiros, 1988; Howarth and Ramsay, 1991; Cole et al., 1992; Gillespie and Reimer, 1993; Reimer, 1994; Wilson, 1996; Loope, 1998; LaPolla et al., 2000).

To understand why Hawaii's plants and animals are particularly vulnerable to ants, an understanding of the geological and evolutionary history of the islands in necessary. The Hawaiian archipelago comprises a southeast-trending chain of eight major and 124 smaller islands, reefs and shoals stretching 1600 miles across a highly isolated area of the northeast Pacific Ocean. The substantial age of the island chain (over 40 million years), its isolation (over

6

2000 miles from the nearest continent), and the variety of habitats created by Hawaii's relatively high mountains has created a special biota of plants and animals, different from any other on earth (Medeiros and Loope, 1994).

Hawaii is a prime example of oceanic island ecosystems that are highly susceptible to damage from newly established non-native organisms. Much of the existing endemic biota is believed to have evolved from approximately 1,000 original colonists (Mueller-Dombois, et al., 1981). It is estimated that before man came to the islands a new group successfully colonized Hawaii about once every 50,000 years on average. Hawaii's relative isolation from the biological forces that shape continental organisms has resulted in ecosystems that are unique and very vulnerable to invasion.

As a result, Hawaii has one of the highest levels of endemism in the world, with over 99% for terrestrial arthropods (Zimmerman, 1948) and 89% for the flora (Wagner et al., 1990). Approximately one-third of all Federally-listed threatened and endangered species occur in Hawaii (Stein et al., 2000).

Unfortunately, Hawaii also has the distinction of having the highest extinction rate of native species of any State in the Union even though the total number of plant and animal species in Hawaii are among the lowest for any State (Stein et al., 2000). It is well documented that non-native species are currently the predominant cause of biodiversity loss in Hawaii, even more than habitat destruction (Howarth and Ramsay, 1991; Medeiros and Loope, 1994; Stein et al, 2000).

Ants are not native to Hawaii. Unfortunately, close to 40 species of non-native ants have already established in Hawaii because of man's activity. Fortunately, many habitats (including large sections of pristine upland preserves on the larger islands and many of the outlying islands) are still ant-free. In addition, there are numerous other (not yet introduced) ant species that could invade new habitats and/or attack different plants or animals if they become established in Hawaii (Loope et al., 2001). Even in the case where one ant species would replace another, the results are not a simple one-for-one substitution but more often a radical restructuring of the entire arthropod community (Porter et al., 1988). Currently, the National Park Service, US Fish and Wildlife Service and the State of Hawaii are actively protecting natural areas from ant introductions in an effort to protect native plant and animal communities.

Protecting Hawaii from all new ant species really goes beyond just plant protection. It also requires protection of native animal species as well. Although animal protection falls within the purview of APHIS, it normally would not fall under PPQ's authority to carry out this responsibility . However, in the case of ants moving in commerce to the Hawaiian Islands it makes sense to have PPQ regulate all ant species, including those species that are predominately predatory. There are at least three reasons why.

The first is that only PPQ has the infrastructure to regulate the commodities and conveyances in which ant colonies move. Currently, no other Federal agency has that ability.

7

Second, most ant species have general feeding habits that allow them to prey on plant or animal material depending upon variations within the food supply (Holldobler and Wilson 1990). In addition, ant species have the potential to change the environment that they have been introduced into (Holldobler and Wilson, 1990). In Hawaii, where native environments contain high concentrations of rare and threatened plant and animal species [nearly half (88) of the 180 recognized native communities in Hawaii are considered globally endangered (Gagne, 1988)], a non-native ant which reconstructs native communities could be devastating.

Finally, at the micro-level, the impact of ants on the environment is impossible to catagorize as either just plant pests (a PPQ responsibility) or just animal pests. For example, at Haleakala National Park on Maui, there is an active control program against the recently introduced Argentine ant because of its potential to eliminate the endemic rare native ground nesting bees *Nesoprosopis volcanicus* and *N. nivalis*. The reason for concern is not only for the protection of these rare insects, but also because these bees are the primary pollinators of the famous endangered Haleakala Silversword (*Argyroxiphium sanwicense macrocephalum*) (Medeiros and Loope, 1994). Elimination of the bees may likely mean elimination of the plant. Additional Hawaiian introductions of primarily predatory ant species into areas where ants are not currently present will likely impact other endemic native arthropods that share symbiotic relationships with threatened or rare endemic plant species.

The use of an approved list of ant species (clean list) is justified from both a pragmatic and a scientific point-of-view. There is no argument that some species of ants have more potential to do damage than others, but all ant species that normally move unintentionally in commerce present a significant risk to the native plants and animals of Hawaii. It is also important to note that general aggression within a species of ant frequently increases when introduced into a new area because they are unfamiliar (in an evolutionary sense) with their new competitors (Wilson, 1971). This makes predicting the species aggression (thus impact) in a new environment based on their behavior within their native range difficult and somewhat unreliable. A few species of ants so restrictive in their biological niche (e.g. ants that are ant parasites) that they would offer little or no threat to Hawaii are unlikely to move unintentionally in commerce because of their highly selective habitat requirements. For logistical and practical reasons they can be ignored when formulating an ant policy in protecting Hawaii from new ant establishments.

The other option of using an unapproved list of ant species (dirty list) is impractical. Currently named species of ants comprise 11 subfamilies, 297 genera, and approximately 8,800 species. Taxonomists estimate that the actual total number of species of ants is likely to be around 20,000 belonging to 350 genera (Holldobler and Wilson, 1990). Trying to maintain a functional dirty list for Hawaii is not only scientifically impossible but the resources to attempt to do so would be cost prohibitive.

In addition to the non-native ant species listed earlier that have established and quickly spread in the Hawaiian Islands, there are a few species which are either questionable records, historical records, or that are currently restricted in distribution and are quarantined from moving to uninfected islands or are otherwise under eradication or containment. These are species that

8

would not be allowed to move to uninfected islands or into other protected areas if found by inspectors for the State of Hawaii. Therefore, if an infested commodity of one of the species listed below is found by PPQ at a port-of-entry, it would require treatment before moving to, or through, Hawaii.

*Amblyopone zwaluwenburgi* (Williams, 1946) (one record of a colony from Oahu in the 1940s)
*Brachymyrmex obscurior* Forel, 1893 (Restricted to the island on Maui)
*Lepisiota* sp. (Record from Oahu)
*Linepithema humile* (Mayr, 1868) (Restricted to heights of 3,000 feet plus – active control
                                              project on Maui with plans to upgrade to eradication)
*Ochetellus glaber* (Mayr, 1862) (Limited distribution on Oahu, Maui, and the Big Island)
*Pheidole* sp. (Record from the Big Island)
*Pheidole fervens* F. Smith, 1858 (Restricted to Big Island)
*Pseudomyrmex gracilis* (Fabricius, 1804) (Restricted to Oahu)
*Tetramorium insolens* (F. Smith, 1861)(Restricted to Big Island)
*Wasmannia auropunctata* (Roger, 1863) (Restricted to Big Island, active eradication project)

The bottom line is that the unique biological ecosystem that makes up Hawaii is extremely vulnerable to introduced ant species. It is therefore logistically and scientifically sound to prevent the establishment of new species of ants in the Hawaiian Islands and to expand PPQ's quarantine protection to help meet this goal.

## Risk Assessment Considerations:

The concern over the establishment of introduced ants in Hawaii is primarily environmental (protection of native ecosystems and protection of specific endangered, threatened, and rare species). There is no argument that serious impacts would occur to the agricultural and tourism sectors if certain ant species were established in Hawaii (e.g. fire ants, bulldog ants, weaver ants, etc.), but the ultimate justification to protect against all ant species is primarily based on their negative impact to the native plants and animals in the Hawaiian islands.

Risk analysis guidelines and standards pertaining to animal and plant protection are reasonably well developed for addressing those ant species that would result in negative impacts to traditional agricultural crops and livestock. These risk standards and guidelines are necessary to ensure that State and Federal agencies apply sanitary and phytosanitary restrictions based on the best scientific and technical information available.

Guidelines and standards for addressing negative environmental impacts not easily captured by a monetary calculation are recognized as an important component of a risk assessment by both the International Plant Protection Convention and the Convention on Biological Diversity, but guidance on how to do so currently exist only in draft forms at the national, regional, and international levels.

The following two risk "guidance" documents were identified as relevant to this report:

* (DRAFT) Guidelines for Qualitative Plant Pest Risk Assessments to Support Action Decisions for Quarantine Pests (USDA-APHIS-PPQ-National Identification Services 2001) -- abbreviated as GQPPRS. See Appendix II for the full process.

* (DRAFT) Environmental Impact Standard for Quarantine Pests, Including Invasive Species that are Quarantine Pests (July 30, 2001 North American Plant Protection Organization July 30, 2001 DRAFT) -- abbreviated as EISQP. This draft standard will ultimately provide additional guidance in interpreting the Pest Risk Analysis for Quarantine Pests International Standard for Phytosanitary Measures (International Plant Protection Convention).

Risk information for non-native Hawaiian ants for each risk element in the GQPPRS is presented below. This risk assessment, in conjunction with the section on *Justification for Policy Change*, should be complete enough to trigger the change in the policy being sought by this report. In addition, risk information for non-native Hawaiian ants are grouped under three environmental elements identified in the impact section of the draft EISQP. This should provide guidance if future assessments on invasive ants into Hawaii proves necessary. Impacts due to control measures directed against invasive ant species are well documented and voluminous (in part because of the Imported Fire Ant versus Mirex fiasco). The already extensive documentation on the negative impacts to the environment due to eradication or containment attempts of introduced ant species are not repeated in this report under the EISOP section.

## (DRAFT) The Guidelines for Qualitative Plant Pest Risk Assessments to Support Action Decisions for Quarantine Pests (See Appendix II for full document)

### STAGE 1: Initiating Pest Risk Analysis Process

**PPQ Step 1. Document the initiating events(s) for the PRA:**

The request to change the quarantine action policy for ants moving into Hawaii was sent by the Hawaii Ant Group to APHIS for consideration. The Hawaii Ant Group is a comprehensive cooperative Federal/State committee responsible for developing a strategy to protect the State of Hawaii from exotic ant introductions. The Hawaii Ant Group is a subcommittee of Hawaii's Coordinating Group on Alien Pest Species. This request to USDA is a direct product of the May, 2001 Hawaii Ant Group Meeting in Honolulu in which the committee recognized that the protection of the Hawaiian Islands from ants would, in part, require a change in the way that Plant Protection and Quarantine handles infested ant shipments destined to the State.

The action requested is for all species of ants intercepted at all U.S. ports of entry and destined to, or through, the State of Hawaii to trigger quarantine action and to be considered reportable if (1) they are not already established and widespread in Hawaii and (2) the life stages found in a given shipment indicate the ability to reproduce. A complete list of all species of ants that are

already established and widespread in Hawaii can be found on page 1 and 2 of this report.

**PPQ Step 2: Identify and Cite Previous Risk Assessments**:

No previous PPQ risk assessments on the impacts of ants moving into Hawaii could be found. Considerable data is available on specific ant species that are quarantine pests and impact traditional agricultural resources both for the United States (e.g. imported fire ant) and for other countries. This information will not be repeated here. Instead, this assessment will focus on the threat of ants as a group on the native environment of the Hawaiian Islands.

The current PPQ policy for taking action on ants (Formicidae) intercepted at ports-of-entry originates from a February 23, 1983 letter QS 83-#2 (See Appendix I). However, the information and rationale used in formalating the policy was apparently directed towards protecting the continental Unitied States from non-native ants considered to be plant pests. The needs of Hawaii's native plants and animals were not considered in the formulation of the policy. Under the current policy, all ants are nonreportable and do not require quarantine action, except for non-native species in eight genera (*Acromyrmex, Atta, Crematogaster, Messor, Pheidole, Pogonomyrmex, Solenopsis* (subgenus Solenopsis only) and *Tetramorium*). In addition, regulatory action is not taken on shipments infested with native continental U.S. species or established non-native continental ant species not under domestic quarantine control within these eight genera. This policy effective regardless of the status of these ant species in Hawaii even if the destination of the infested shipment is Hawaii.

The primary criteria used for the existing ant policy was based on those ants which were considered primary plant parasites that would "... *a) remove seeds from the field, b) those species known to attack seedlings, and c) leaf-cutting ants which defoliate plants and use the leaf particles to culture fungi in their nests.*" In addition, those species are also considered that result in impediments to agriculture due to "...*extremely noxious biting or by building large mounds, impede the activities of agricultural workers*".

It is important to note that the current ant policy was set nearly 20 years ago, contains limited scientific references, did not address Hawaii's specific threats, and does not fit the current format for making Quarantine Action Policy within PPQ. For these reasons, the Hawaii Ant Group believes that it is time for the current policy to be reviewed.

STAGE 2: Assessing Pest Risk

**PPQ Step 3: Document Identity and Known Biology of Quarantine Pest:**

The quarantine pest taxon of concern is the insect family Formicidae (ants) which belongs to the order Hymenoptera. For the most part, adult ants are easily separated taxonomically from other insects. However, genus and species identifications may be difficult and is some cases not possible. This is partly due to the huge numbers of species in the family Formicidae. Currently

11

named species of ants comprise 11 subfamilies, 297 genera, and approximately 8,800 species. Taxonomists estimate that in reality the total number of species of ants are likely to be around 20,000 belonging to 350 genera (Holldobler and Wilson, 1990).

Books have been written on the biology of various ant species. Because of time and resource limitations, we have not attempted to capture in this assessment details about the biology of various ant species. *The Ants*, by Hollbobler and Wilson (1990), is currently considered the best single book covering the biology of this group and is strongly recommended.

However, the most significant aspect of the biology of ants that needs to be captured for the purposes of this assessment is that they are the ultimate *eusocial* insect along with some species of termites and bees. A eusocial insect is an "*insect that can be distinguished as a group by their common possession of three traits; individuals of the same species cooperate in caring for the young; there is a reproductive division of labor, with more or less sterile individuals working on behalf of fecund individuals; and there is an overlap of at least two generations in life stages capable of contributing to colony labor, so that offspring assist parents during some period of their life*" (Wilson, 1971).

Ants use this evolutionary advantage to become in many, if not most, terrestrial ecosystems the principle animal group in structuring and maintaining the natural community's composition, structure, and processes (see the coverage under the *Environmental Impact Standard for Quarantine Pests, including Invasive Species that are Quarantine* Pests for details).

The area under consideration (Hawaiian Islands) has no native ants or other eusocial insects. Therefore the native flora and fauna have little on no evolutionary protection against these types of insects which includes nearly one-third of all the currently federally listed threatened and endangered species. Hawaii has one of the highest levels of endemism in the world, with over 99% for terrestrial arthropods (Zimmerman, 1948) and 89% for the flora (Wagner et al., 1990). The natural ecosystems and threatened and endangered species provide the major justification for protecting Hawaii from all ant species.

**PPQ Step 4: Provide documentation for Quarantine Status of Analyzed Pests**:

FAO, 2001 defines a quarantine pest as "*A pest of potential economic importance to the area endangered thereby and not yet present there, or present but not widely distributed and being officially controlled*". All ant species, except for those listed on page 1 and 2 of this report, meet the portion of the definition that states:" .... *not yet present there, or present but not widely distributed and being officially controlled*".

Section 2.3.2.4 of FAO, 2001 identifies environmental effects such as ecosystem stability and impacts on biodiversity, as important components of economic importance even though the damage is difficult to measure in terms of prices or markets. Therefore, an ant species that has the potential to damage native plants, or negatively impact animals or the habitat that these plants require for existence, also qualify as pests of potential economic importance.

12

Although different ant species would result in different levels of potential ecological damage to the native plants of Hawaii, the very nature of ants are such that any new establishment would pose a threat to the endangered plants in Hawaii. The only exception to this would be a few species of ants that are so restrictive in their biological niche (e.g. ants that are ant parasites) that they would offer little or no threat to Hawaii. However, these species are very unlikely to move unintentionally in commerce because of their highly selective habitat requirements. Therefore, for logistical and practical reasons these species can be ignored when formulating an ant policy to protect Hawaii from new ant establishments.

## PPQ Step 5(RE#1): Assess Economic Importance: Consequences of Introduction: Habitat Suitability:

The statement in the PPQ guidelines: *"When introduced to a new area, a pest can be expected to behave as it does in its native area if host plants are available and climatic conditions are similar"* is less applicable to ants than many plant pests. It is documented (Wilson, 1971) that general aggression within a species of ant frequently increases when introduced into a new area because the ants are unfamiliar (in an evolutionary sense) with their new competitors. For a location like Hawaii in which no native ants exist, this makes predicting the species aggression (thus impact) in a new environment based on their behavior within their native range difficult and somewhat unreliable.

The use of the plant hardiness zones may have utility for delineating and protecting the main agricultural crops within the United States. However, for the protection of endangered species or small unique natural plant communities the map is not sensitive enough to sufficiently identify these areas. Hawaii is a perfect example. The map lists only three climate zones for the main island (11, 10a, 10b) and only one climate zone for Maui. In stark contrast to the maps, the topography and location of the Hawaiian Islands account for nearly 95% of the climatic variation in the Earth's tropics when combinations of temperature and rainfall (including snow) are taken into account (George et al., 1987). Of the 180 recognized native communities in Hawaii, nearly half (88) are considered globally endangered (Gagne, 1988). Anyone who has visited Haleakala National Park on Maui quickly recognizes how different it is from the coastal lowlands as it relates to climate and vegetative types. For Maui to be identified as having one climate/habitat for analysis indicates a serious weakness in the PRA's risk approach when it is applied to endangered species or plant communities.

According to the current PRA's risk approach it would rank Habitat Suitability as medium(2) becuase Hawaii covers "two or three plant hardiness zone". Even though this clearly does not reflect the habitat suitability of non-native ants in Hawaii, for the sake of the PPQ assessment process it will rank as medium (2).

## PPQ Step 5(RE#2): Assess Economic Importance: Consequences of Introduction: Host Range or Plant damage potential

13

Rationale for considering all non-native ants as quarantine pests for the Hawaiian Islands is because of the potential damage they pose for native plant and animal communities. However, there are also some species of ants that would have direct economic impacts on humans (I will be ignoring the indirect costs on protecting endangered species when addressing this section).

Vinson and Greenberg (1986) identified 3 categories of ants that directly impact the economy: 1) those that destroy agricultural crops, such as the leaf-cutters; 2) those that destroy structures of importance to man, such as the carpenter ants and 3) those that sting and cause discomfort, such as the fire ant. The first category is covered in this section while category 2 & 3 are covered under RE#4 of this risk process.

The first category includes those ant species that directly destroy agricultural crops. Hawaiian agriculture is at risk from leaf-cutting ants. Leafcutter ants belong to the tribe Attini that currently consists of 12 genera and 190 species (Hollobler and Wilson, 1990). Leafcutters are the dominant herbivores of the Neotropics and **the most** destructive agricultural pest in Central and South America (Cherrett, 1982). Since many species of leafcutter ants harvest a wide variety of plants including multiple species within multiple plant families they would be ranked as high (3). Those species of ants that are predominately predators would get a ranking of low (1) because their impact on traditional crops would not be due to direct feeding.

Those ant species that are predominately grainivores might also impact domestic crops. However, because their impact is so much greater on the native plant communities, it is best to consider them under environmental damage.

If we follow the risk assessment as written, the host range or plant damage potential of introduced ants in Hawaii range from high (3) for leafcutter ants that feed directly on plants, to low (1), for those ant species that are primarily predaceous.

**PPQ Step 5(RE#3): Assess Economic Importance: Consequences of Introduction: Dispersal Potential**

Ants spread naturally during the founding stage (nuptial flight) and by colony swarming. They can also be transported by man's activity.

The nuptial flight starts when a winged virgin queen departs from the nest where she was raised. She mates with one or more males and then departs on her own to form a new colony. A single queen introduced into a new environment is fully equipped to establish a founding population. The numbers of queens that can leave during a single colony swarm from a large ant nest can be in the hundreds or even thousands. (Holldobler and Wilson, 1990).

Colony swarming usually divides to form new colonies by **budding** (a group of workers separate in the company of queens) or **fission** (portions of the entire colony including some of the queens separate from each other) (Holldobler and Wilson, 1990).

14

The threat of a single fertile queen moving in a shipment or container would at first appear to be the greatest quarantine concern. This is not really supported in the literature. A single fertile queen is a threat and can start a new establishment, but the so called "tramp" species, which are widely distributed in commerce and often live in close association with man, are spread primary by budding. They move in commodities and conveyences as small groups of individuals. These ants are specialists in patchy but persistent and species-poor habitats created within man-made environments (Holldobler and Wilson, 1990). Hawaii, which is a species poor region (Hawaii has about the same number of total native species as Washington D.C.) with native species that have no evolutionary defenses against ants, is prime hunting ground for these "tramp" species. Introduced ants in Hawaii have few boundaries and have easily invaded natural habitats that would have been difficult to do in their native ant inhabiting environments. Examples of these species are *Monomorium pharaonis*, *Pheidole megacephala*, *Iridomyrmexhumilis*, and *Wasmannia auropunctata*.

After non-native ants have established, their spread is correlated with the degree of environmental resistance met, which is nearly absent in Hawaii. Spread rates were difficult to estimate because man's actions often over shadow the natural spread rate. In addition, because of the near lack of environmental resistance in Hawaii it is unlikely that spread rates from continental ants would be very predictive. For example, *Solenopsis invicta* spread in Texas was about 30 miles per year due to both nuptial flights and transport by water and man (Hung and Vinson B., 1978). Based on what we know about Hawaii, we could assume that the spread would occur much faster.

The rank of high (3) is appropriate because ants demonstrate high reproductive potential and are highly mobile.

**PPQ Step 5(RE#4): Assess Economic Importance: Consequences of Introduction: Economic Impact**

**a. Ants that destroy the structures of importance to man:** Carpenter ants are pests on wooden structures where they nest by excavating wood. This is usually restricted to aged wood which has not been treated. Most commonly damaged are supporting timbers, sills, porch pillars, joists, studs, window casings and external trim. Infested trees are often made more susceptible to serious injury and render wood worthless for use as lumber or pulpwood. Carpenter ants cause severe damage to untreated structural timbers. They are also attracted to household foods such as sweets, raw and cooked meets, and fruits, thus becoming unwanted guests in houses (USDA, 1985).

**b. Ants that sting and or cause other discomfort directly to man, livestock, and other domestic animals:** Fire ants come to mind as the ultimate example, but many other species could approach fire ants in the degree of discomfort brought to man and domestic animals, if introduced to the Hawaiian Islands.

The more primitive subfamilies of ants have close evolutionary ties to other stinging

15

Hymenoptera (wasps and bees). There are many species of ants whose sting can cause discomfort to man and domestic animals. The subfamilies of ants that are characterized by having species with protein-based venom are the Myrimicinae, Ponerinae, Dorylinae, and the Pseudomyrmecinae. The Myrmicinae include several formidable stinging species that often attack in mass and thus have the potential of becoming dangerous (James and Harwood, 1969).

In the continental United States, the two genera most noted for their sting are *Solenopsis* (fire ants) and *Pogonomyrmex* (harvester ants). Fire ants are known to devour newly hatched quail and other poultry. They will often attack the not-yet-hatched chicks by entering the pipping hole in the egg. They also attack young pigs, newborn calves, and really any animal that can't move out of their way. In humans, a fire ant sting will form an immediate flare and wheal at the sting site. Within twenty-four hours an umbilicated pustule surrounded by a red halo forms. Necrosis may follow. Reactions vary but in worst cases individuals can show febrile and allergic symptoms. Deaths have even been reported (James and Harwood, 1969). Harvester ants also have a vicious sting and readily attack man and his domestic animals (Weber, 1959).

Ants may also have an impact on human health beyond their ability to bite and sting. Ants that are attracted to human food are often attracted to less savory substances. As a result, ants are often implemented in bacterial food contamination (Smart, 1965). The Pharaoh ant ( *Monomorium pharaonis*) is a problem in urban hospitals where it contaminates surgical instruments and occasional wounds of patients (Eichler, 1964). [Personal note: When I was working for USDA in Houston, TX in the late 1980 the pharaoh ant problem in hospitals was an ongoing problem.]

Ants also play a role as intermediate hosts of the little liver fluke of sheep (Krull and Mapes, 1952) and intermediate hosts of cestides impacting domestic poultry (O'Rourke, 1956).

Unfortunately, the current PPQ risk process does not allow the types of damage listed above to be considered when calculating the rank for this element. So, for the purpose of ranking none of the above damage potentials could be incorporated. This seriously down plays the degree of risk of non-native ants moving into Hawaii.

The criteria used in the risk process pertain specifically to varying degrees of crop-related economics. Therefore for ants, this section mirrors to some degree RE#2. The rank would range from medium(2), for leafcutter ants or fire ants to low(1), depending upon the ant species introduced. I can think of no ant species (except possibly fire ants) that would trigger all three of the categories identified in the PRA assessment process and thus meet the high rank.

### PPQ Step 5(RE#5): Assess Economic Importance: Consequences of Introduction: Environmental Impact

In the PPQ assessment process this section is divided up into 5 categories. The first three categories contain similar elements covered under the *Environmental Impact Standard for Quarantine Pests* addressed below. Therefore, they will not be repeated in detail except to note

that all three of these categories would be answered with a strong yes; this type of damage would occur.

The last two categories cover the impact of control programs if ants are introduced. It is important to note that a number of ant eradication efforts are currently taking place in Hawaii (*Wasmannia auropunctata* and *Linepithema humile*) and other U.S. Pacific owned islands (*Pheidole megacaphala, Solenopsis geminata* and *Paratechina* spp.). Although current eradication efforts are already underway in Hawaii, it is difficult to predict the impact of toxic chemicals and biological agents will have on the environment.

Based on the best available tools at this time, pesticides would likely have to be used in an eradication or containment program. Currently, biological control would not result in eradication as a stand alone approach but, assuming that the agent is specific to ants, it could be one of many tools used in an eradication project. History teaches us that eradication of ants is extremely difficult and costly. History also teaches us to be careful in our pick of treatment tools. The type of bait used along with the toxicity of the insecticide would determine the impact of the eradication or management program on non-target organisms. Hawaii has already suffered from too many badly thought out biocontrol introductions. Hopefully, more caution would be exercised before a biocontrol agent was released to eradicate or contain ants.

The introduction of additional ant species will result in additional costly eradication or containment projects. How safe our response to these new infestations will be will depend upon the choices made by our decision-makers and the degree of environmental damage that will be considered acceptable in order to eliminate an ant species. The answers to both 4 & 5 would have to be yes.

The final rank would be High (3) for this category.

## PPQ Step 5 (Summary RE#1-5) Consequences of Introduction: Cumulative Risk Element Score.

Because RE#2 and RE#4 identified two separate scores each, four scores were possible.

| RE#1 | RE#2 | RE#3 | RE#4 | RE#5 | = | Total | | |
|------|------|------|------|------|---|-------|---|--------|
| 2 | 3 | 3 | 2 | 3 | = | 13 | = | High |
| 2 | 3 | 3 | 1 | 3 | = | 12 | = | High |
| 2 | 1 | 3 | 2 | 3 | = | 11 | = | Medium |
| 2 | 1 | 3 | 1 | 3 | = | 10 | = | Medium |

## PPQ Step 6. Conclusion/Pest Risk Potential: Determine Action Status

The assessor, based upon the score, recommends that all species of ants intercepted at all U.S. ports of entry and destined to, or through, the State of Hawaii would require quarantine action and would be considered reportable if (1) they are not already established and widespread in

Hawaii and (2) the life stages found in a given shipment indicated the ability to reproduce.

## (DRAFT) Environmental Impact Standard for Quarantine Pests, Including Invasive Species that are Quarantine Pests (environmental impact section II)

1. **Impacts on natural community composition**: This refers to changes in the total number of species present in an ecosystem (e.g. elimitation of native populations, a plant species that is a major component of the ecosystem, important natural enemies of plant pests or weeds, pollinators, microorganisms, etc.) These changes do not necessarily change ecosystem processes or structure in a fundamental way.

In most environments ants shape and maintain much of the community composition. Native ants are often the primary predators (Holldobler and Wilson, 1990), herbivores (Weber, 1972) and grainivores (Davidson et al, 1980) within their plant and animal communities.

Even in environments where native ants already exist, the introduction of an ant species can be devastating to the biodiversity. For example, when the ant *Paratrechina fulva* was introduced into Columbia, South America, the species richness in the invaded area decreased over 90% (Zenner de Polania and Wilches, 1992). Impacts on vertebrate and invertebrate biodiversity from the introduction of the imported fire ant in North America is well documented (Holldobler and Wilson, 1990).

In environments that have no native ants (or other eusocial native insects) such as Hawaii, the introduction of ants have already been felt. The scientific literature is full of examples where introduced ants have resulted in native species extinctions covering a wide range of taxa, including examples from Hawaii and elsewhere (Zimmerman, 1948; Solem, 1976; Gagne and Howarth, 1982; Lubin, 1984; Howarth, 1985; Howarth and Medeiros, 1988; Howarth and Ramsay, 1991; Cole et al., 1992; Gillespie and Reimer, 1993; Reimer, 1994; Wilson, 1996; Loope, 1998; LaPolla et al., 2000). In Hawaii, the introduced ant species *Anoplolepis longipes*, *Iridomyrmex humilis* and *Pheidole megacephala* have been particularly devastating, causing multipule extinctions of native species (Howarth and Mull, 1992)

Hawaii's endangered plant species could be impacted indirectly by ants that are primary predators because they remove their arthropod pollinators. At Haleakala National Park on Maui, there is an active control program against the recently introduced Argentine ant because of its potential to eliminate the endemic rare native ground nesting bees *Nesoprosopis volcanicus* and *N. nivalis*. The reason for concern is not only for the protection of these rare insects but also because these bees are the primary pollinators of the famous endangered Haleakala Silversword ( *Argyroxiphium sanwicense macrocephalum*) (Medeiros and Loope, 1994). Elimination of the bees may likely mean elimination of the plant. Additional Hawaiian introductions of primarily predatory ant species into areas where ants are not currently present will likely impact other endemic native arthropods that share symbiotic relationships with threatened or rare endemic plant species.

It would be difficult to identify a more dangerous group of insect taxa that has the potential to negatively impact Hawaii's natural plant and animal community composition than ants.

   2. **Impacts on community structure:** These are changes in the spatial arrangement of the vegetation, in dominance patterns, and in relative abundance of species in the area affected. For example, the upper story of a forest may disappear following the introduction of a tree pest, or a river may become unsuitable as a habitat for fish after the introduction of an aquatic weed. These changes may fundamentally alter the ecosystem.

Native ants are keystone species that often maintain a community structure. For example, in New York States' forests, ants are responsible for the dispersal of nearly 1/3 of all the herbaceous plant species, which accounts to 40% of the above ground biomass (Handel et al., 1981). In the tropics the impact can be even greater. In the neotropical forests, leafcutter ants are the primary herbivores with *Atta* spp. responsible for harvesting between 12 to 17 percent of all leaf production (Cherrett, 1986).

Because ants are often the primary predators, herbivores, and grainivores within the community, plant and animal species have evolved survival strategies to deal with the presence of ants (Holldobler and Wilson, 1990). Hawaii's plant and animal communities have evolved without ants and have no evolutionary defenses or resistance against introduced ants (Wilson, 1996; Howarth and Ramsay, 1991; Medeiros and Loope, 1994; Reimer, 1994).

Because Hawaii has no native ants, certain groups of plant pests that rely on ants for protection are poorly represented or absent. Those homopterous insects that are native and diverse in Hawaii (e.g. Cixiidae, Delphacidae, and Psyllidae) are not, for obvious reasons, attended by ants (Zimmerman, 1948). Wilson (1996) points out, *"There are no native coccids, fugorids, or aphids, among the groups most avidly attended by ants elsewhere. Their absence could be ascribed either to the absence of ant protectors or bad luck in the dispersal sweepstakes. The latter hypothesis seems somewhat less likely in view of the fact that aphids are excellent dispersers"*. Those homoptera, which are protected by ants, contain some of the most common and destructive pests of wild (and cultivated) plants worldwide. Establishment of ant species in the Islands that protect and care for plant feeding homoptera would likely increase the possibility for establishment of additional plant pests in Hawaii.

Introducing ants into the native plant and animal communities in Hawaii would (and in some cases already has) altered community structures.

   3. **Impacts on ecosystem processes:** These changes affect the habitat or the physiology of organisms (e.g., hydrological, soil formation and erosion processes; sedimentation rates; fire regimes; nutrient cycling; changes in primary productivity, plant growth, yield and vigor).

The shear number and diversity of ants in continental ecosystems along with their extensive impact on community composition and structure often impacts the very processes underlining the ecosystem.

   Ants are the chief earth movers in tropical climates and are nearly as important in cold

temperate forests (Wilson, 1971). The impact on the plants and animals within a community could be drastically altered with the introduction of an exotic soil moving organism (e.g. ants or earthworms).

Specific studies on the impacts of ecosystem processes from invasive ants are difficult to come by and predictions on new ant invasions on ecosystem processes are even harder to make. However, the existing literature does indicate that the potential to do so exists. Measurements of the flow of 13 elements through the leaf litter of a forest community due to the activities of *Atta colombia* showed increases from 16 to 98 times the flow of undisturbed leaf litter without the ant. The same study showed that the energy flow was 10 times greater in the presence of the ants (Haines, 1978). Although, the establishment of most ant species would not likely result in this massive of a change in the flow of elements and energy, it is logical to expect that because ants are so efficient in molding their surroundings that if a previously-ant-free community was invaded, considerable changes to the ecosystem's processes could occur.

## Literature Cited:

Cole, F.R., A.C. Medeiros, L.L. Loope, and W.W. Zuehlke. 1992. Effects of the Argentine ant on arthropod fauna of Hawaiian high-elevation shrub land. Ecology 73:1313-1322.

Cherrett, J.M. 1982. The economic importance of leaf-cutting ants. In M.D. Breed, C.D. Michener, and H.E. Evens, eds., The Biology of Social Insects (Proceedings of the Ninth Congress of the International Union for the Study of Social Insects, Boulder, Colorado, 1982, pp. 114-118. Westview press, Boulder.

Cherrett, J.M. 1986. History of the leaf-cutting ant problem. In C.S. Lofgren and R.K. Vander Meer, eds. Fire ants and leaf-cutting ants: biology and management, pp. 10-17.

Westview Press, Boulder.

Davidson, D.W.; Brown J.H.; and Inouye R.S. 1980. Competition and the structure of grainivore communities. Bioscience, 30(4): 233-238.

Eichler, W. 1964. Gesichtspunkte der Gesundheitsschadlichkeit von Insekten unter besonderer Berucksichtigung der Pharaoameise. Wiss. Z. Humboldt. Univ. Berl. Mathnat. Reihe, 13(1): 113-118.

FAO, 2001. International Standards for phytosanitary Measures: Pest Risk Analysis for Quarantine Pests. Secretariat of the International Plant Protection Convention, Food and Agriculture Organization of the United Nations, Rome.

Gagne, W.C. 1988. Conservation priorities in Hawaiian natural systems. Biosience 38: 264-271.

Gagne, W.C. and Howarth, F.G. 1982. Conservation Status of Endemic Hawaiian Lepidoptera. Proc. 3rd Congr. eur. Lepid., Cambridge

George, T.B., Bohlool, B. And Singleton, P.W. 1987. Brachyrhizobium japonicum-

20

environment interactions: nodulation and interstrain competition in soils along an environmental
gradient. Applied and Environmental Microbiology 53: 1113-1117.

Gillespie, R.G., and N..J. Reimer. 1993. The effects of alien predatory ants (Hymenoptera: Formicidae) on Hawaiian endemic spiders (Araneae:Tetragnathidae). Pacific Science 47:21-33.

Haines, B.L. 1978. Element and energy flows through colonies of the leaf-cutting ant *Atta Colombica*, in Panama. Biotropica, 10(4):270-277.

Handel, S.N.; Fisch S.B.; and Schatz G. E. 1981.Ants disperse a majority of herbs in a mesic forest community in New York State. Bulletin of the Torry Botanical Club, 108(4):430-437.

Holldobler, B. And Wilson, E.O. 1990. The Ants. Harvard University Press. Cambridge, Massachusetts. 732 pages.

Howarth, F.G. 1985. Impacts of alien land arthropods and mollusks on native plants and animals in Hawai'i. Pp. 149-179 in C.P. Stone and J.M. Scott (editors). Hawai'i's Terrestrial Ecosystems: Preservation and Management. Cooperative National Park Resources Studies Unit, University of Hawaii at Manoa, Honolulu, HI.

Howarth, F.G. 1988. Non-Native Invertebrates. Pp. 82-87 in C.P. Stone and D.B. Stone

(editors). Conservation Biology in Hawai'i. University of Hawaii Press, Honolulu, 252 pp.

Howarth, F.G. and Mull, W.P. 1992. Hawaiian Insects and their Kin. University of Hawaii Press. 160 pages.

Howarth, F.G. and Ramsey G.W. 1991. The Conservation of Island Insects and their Habitats. Chapter 4 in The Conservation of Insects and their Habitats by Collins, N.M. and Thomas, J.A. (Editors). Academic press.

Hung, A.C.F. and Vinson, S.B. 1978. Factors Affecting the Distribution of Fire Ants, in Texas (Myrmicinae: Formicidae). The Southwestern Naturalist 23(2): 205-214.

Jeanne, R. L. 1979. A latitudinal gradient in rates of ant predation. Ecology, 60(6):1211-24.

James, M.T. and Harwood, R.F. 1963. Herms's Medical Entomology. Sixth Edition. The MacMillan Company. London. 484 pages.

Krull, W.H. and Mapes C.R. 1952. Studies on the biology of Dicrocoelium dendriticum (Rudolphi, 1819) Loos 1899 (Trematoda: Dicrocoeliidae) including its relationships to

the intermediate host Cionella lubrica (Mullu).  VII.  The second intermediate host of
Dicrocoelium dendriticum.  Cornell Veterinarian 42:603-604.

LaPolla, J.S., D. Otte, & L.A. Spearman.  2000.  Assessment of the effects of ants on Hawaiian
crickets.  Journal of Orthoptera Research 9:139-148.

Levieux, J. 1982.  A comparison of the ground dwelling ant populations between a Guinea
savanna and an evergreen rain forest of the Ivory Coast.  Insectes Sociaux, 30(2):
165-176.

Loope, L.L. Hawaii and the Pacific Islands.  Pg. 747-774 in Mac, Opler, Puckett-Haecker and
Doran (editors). Status and trends of the nation's biological resources.  U.S. Department
of the Interior, U.S. Geological Survey, Reston Va. 964 pp.

Loope, L.L., F.G. Howarth, F. Kraus, and T.K. Pratt.  2001.  Newly emergent and future threats
of alien species to Pacific landbirds and ecosystems.  Studies in Avian Biology 22:
291-304.

Lyford, W. H.  1963.  Importance of ants to brown podzolic soil genesis in New England.
Howard Forest Paper (Petersham, Mass.) No. 7, 18 pp.

Lubin, Y.D. 1984.  Changes in the native fauna of the Galapagos Islands following invasion by
the little red fire ant, Wasmannia auropunctata.  Biol. J. Linnean Soc. 21, 243-251

Medeiros, A.C. and L.L. Loope. 1994.  Rare Animals and Plants of Haleakala National Park.
Hawai'i Natural History Association in cooperation with the National Park Service.
56 pages.

Mueller-Dombois, D., K.W. Bridges, and H.L. Carson, eds. 1981.  Island Ecosystems: biological
organization in selected Hawaiian communities.  Hutchison Ross Pub. Co. Stroudsburg,
PA.

O'Rourke, F.J.  1956. The medical and veterinary importance of the Formicidae.  Insects
Sociaux, 3:107-118.

Porter, S.D., Eimeren, B. V. and Gilbert L. E.  1988.  Invasion of Red Imported Fire Ants
(Hymenoptera: Formicidae): Microgeography of Competitive Replacement.  Annals of
the Entomological Society of America Vol 81(6) 913-918.

Reimer, N.J. 1994.  Distribution and impact of alien ants in vulnerable Hawaiian ecosystems.
Pp. 11-22 in D.F. Williams (editor).  Exotic Ants: biology, impact, and control of
introduced species.  Westview Press. Boulder, CO.

Stein, B.A., L.S. Kutner and S.A. Jonathan (editors). 2000.  Precious Heritage: The Status of
Biodiversity in the United States.  The Nature Conservancy and the Association for

Biodiversity Information. Oxford University Press. 399 pages.

Smart, J. 1965. Insects of Medical Importance. The British Museum of Natural History. London. 303 pages.

Solem, A. 1976. Endodontid Land Snails from Pacific Islands (Molusca: Pulmonata:Sigurethra). Part 1: Family Endodontidae. Field Museum Natural History Press, Chicago.

Sorensen, U. and Schmidt, G.H. 1987. Vergleichende Untersuchungen zum Beuteeintrag der Waldameisen (Genus: Formica, Hymenoptera) in der Bredstedter Geest (Schlewig-Holstein). Zeitschrift fur Angewandte Entomologie, 103(2):153-177.

USDA. 1985. Insects of Eastern Forests. USDA, Forest Service. Miscellaneous Publication Number 1428. 608 pages.

USDA. 2001. Food and Agricultural Policy. United States Department of Agriculture. September 2001. 118 pages. (Page 10 & 73).

Vinson, S.B. and Greenberg L. 1986. The biology, physiology, and ecology of imported fire ants. In S.B. Vinson [ed.] Economic impact and control of social insects. Praeger, New York. pages 193-227.

Wagner, W.L. Herbst, Dr. and Sohmer, S.H. 1990. Manual of the Flowering Plants of Hawaii. University of Hawaii Press and Bishop Museum Press, Honolulu.

Weber, N. 1959. The sting of the harvesting ant Pogonomyrmex occidentalis Cresson. Entom. News. 70:85-90.

Weber, N.A. 1972. Gardening ants: the attines (Memoirs of the American Philosophical Society, vol. 92.) American Philosophical Society, Philiadelphia, xx + 146 pp.

Wilson, E.O. 1971. The Insect Societies. Harvard university Press. Cambridge, Massachusetts. 548 pages.

Wilson, E.O. 1996. Hawaii: A world without social insects. Bishop Museum Occasional Papers 45:3-7.

Zimmerman, E.C. 1948. Insects of Hawaii. Vol. 1 Introduction. University of Hawaii Press, Honolulu, 206 pages.

Zenner de Polania, I. and O.M. Wilches. 1992. Impact ecologico de la hormiga loca, Paratrechina fulva (Mayr), en el Municipo de Cimitarra (Santander). Revista Colombiana de Entomologia 18:14

23

*************

**Contact Point for Hawaii Ant Group**:    Richard Orr (Member of the Hawaii Ant Group)
Senior Entomologist  USDA-APHIS-PPD-RAS
4700 River Road, Unit 117
Riverdale, MD 20737
Tel: (301) 734-8939
Fax: (301) 734-5899
richard.l.orr@aphis.usda.gov

## Appendix I:  Changes in Quarantine Status of Ants (Formicidae) QS 83-#2

Subject: Changes in Quarantine Status of Ants (Formicidae) QS 83-#2

To: National Regional Directors                                        Date: Feb 23, 1983

After a thorough examination of the pest risk associated with ants intercepted at ports of entry, the following genera have been determined as reportable pest when not identified as a species established in the United States:

|              |       |                         |             |           |
|--------------|-------|-------------------------|-------------|-----------|
| Acromyrmex   | Atta  | Crematogaster           | Messor      | Pheidole  |
| Pogonomyrmex |       | Solenopsis (subgenus Solenopsis only) Tetramorium |  |  |

Ants in all other genera are nonreportable, and no quarantine action is required.

Of the more than 5,000 known species of ants worldwide, very few are of economic importance to agriculture.  The modes of pest damage attributed to ants are the following:

1.  Primary plant parasites.  This includes some species in the subfamily Myricinae which (a) remove seeds from the field, (b) those species known to attack seedlings, and (c) leaf-cutting ants which defoliate plants and use the leaf particles to culture fungi in their nests.

2.  Impediments to agriculture.  This includes species which, by means of extremely noxious biting or by building large mounds, impede the activities of agricultural workers.

3.  Mutualism.  A number of species of ants protect or "tend" Homoptera such as Aphididae and Coccidae and feed on the honeydew produced by these Homoptera in return.  While the exact working of the relationship is not yet established, the two major aspects of this mutualism consist of protection of the Homoptera by the ants.  While it is well recognized that exterminating ants on citrus trees has resulted in a reduction in the populations of the pest, Homoptera, more quantitative studies show that the ants are a mixed blessing.  Skinner and Whittaker (J. Anim. Ecol. 50:313-326, 1981) have shown that predation by the ant, Formica rufa L. reduced defoliation by caterpillars to one-eight of normal levels while the ants protected aphid populations which increased up to eightfold.  Jutsun et al. (J. Appl. Ecoi. 18:187-1981) showed that the presence of Azteca sp.. ants on citrus trees reduced defoliation by leaf-cutting ants by 50 percent while causing an increase in scale insects populations.  Thus, on balance, it seems that ants prey both on plant pests and predators of plant pests and can be considered environmentally neutral in terms of plant pest impact.

Thus, the basis for considering a species of ant as quarantine significant is that it is or has the potential to become a plant pests. Ants falling in the first and second modes of damage above are represented by the genera listed above.

Area identifiers may request discard authority for subfamilies other than Myrmicinae.  Field personnel should modify their records of discard authority to reflect the above changes in quarantine status.

No quarantine action need be taken when all specimens present are members of the worker caste since there is no risk of reproduction.  Identification usually must be done under a microscope so field personnel should discard specimens only under delegated authority from their area identifier.

J.W. Lightfield
Assistant Director
Biological Assessment Support Staff
National Program Planning Staff
Plant Protection and Quarantine
cc:
G. Snyder, FOSS
R. Williamson, DO                                 APHIS:PQ:TWALLENMAIER:mr:01/28/83/Ants


## Appendix II:(DRAFT) Guidelines for Qualitative Plant Pest Risk Assessments

## to Support Action Decisions for Quarantine Pests (DRAFT)

Agency Contacts:

Joseph F. Cavey
Michael J. Firko

National Identification Services
Scientific Services
Plant Protection and Quarantine
Animal and Plant Health Inspection Service
U.S. Department of Agriculture
4700 River Road, Unit 133
Riverdale, MD  20737-1236

### Table of Contents

I. Introduction

II. Methods: Pest Risk Assessment Guidelines

Initiating Pest Risk Analysis Process

Document the Initiating Event(s) for the PRA

Identify and Cite Previous Risk Assessments3

Assessing Pest Risk

Document Identity and Known Biology of Quarantine Pest

Provide Documentation for Quarantine Status of Analyzed Pests

Assess Economic Importance: Consequences of Introduction.

Conclusion/Pest Risk Potential: Determine Action Status

III.     References

IV.     Preparation, Consultation and Review

## I. Introduction

This document presents guidelines for one type of pest risk analyses conducted by Plant Protection and Quarantine (PPQ) within the Animal and Plant Health Inspection Service (APHIS) of the U.S. Department of Agriculture.  These guidelines cover risk analyses conducted to support decisions regarding the action status of quarantine pests.  We use these procedures to evaluate organisms when more information than the organism's quarantine status is required to determine what quarantine action the Agency will take if and when the organism is intercepted.

Our goal is to harmonize PPQ risk analysis procedures with guidelines provided by the North American Plant Protection Organization (NAPPO), and the Food and Agriculture Organization (FAO).  Our use of biological and phytosanitary terms (*e.g.*, introduction, quarantine pest) conforms with the *NAPPO Compendium of Phytosanitary Terms* (NAPPO 1995) and the *Definitions and Abbreviations* (Introduction Section) in *International Standards for Phytosanitary Measures, Section I— Import Regulations: Guidelines for Pest Risk Analysis* (FAO 1995).

The FAO (1995) *Guidelines for Pest Risk Analysis* describe three stages in pest risk analysis:

Stage 1: Initiating the process for analyzing pest risk (identifying pests or pathways for which the pest risk analysis is needed)

Stage 2: Assessing pest risk (determining which pests are quarantine pests, characterized in terms of likelihood of entry, establishment, spread, and economic importance)

Stage 3: Managing pest risk (developing, evaluating, comparing and selecting options for dealing with the risk)

There are two general categories of initiating events for pest risk analyses. A pest risk analysis can be either "pest initiated" (*e.g.*, a quarantine pest is discovered in a new area; a pest is intercepted at a port of entry) or "pathway initiated" (*e.g.*, international trade is initiated in a new commodity). This document describes one of APHIS' processes for pest-initiated pest risk assessments. Specifically, this document describes methods used to evaluate the quarantine and action status of a particular pest, taxon, or set of pests. This process consists of six basic steps.

APHIS conducts pest risk assessments at two levels: "Qualitative" and "Quantitative." Qualitative and quantitative assessments are similar in most respects, but in quantitative assessments we examine quarantine pests in greater detail and in those cases when likelihood of introduction is analyzed. The process described in this document does not consider likelihood of introduction because it is designed the help determine the action (entry) status of particular pests.

PPQ has implemented FAO's guidelines for the purposes of risk assessments conducted in support of action decisions. Details of methods to be used to complete the risk assessment are in the next section, following is an outline of the process:

## Stage 1 (FAO): Initiating Pest Risk Analysis Process

**PPQ Step 1.**     **Document the initiating event(s) for the PRA.**

**PPQ Step 2.**     **Identify and Cite Previous Risk Assessments.** Identify previous pest risk assessments for the same pest or a close relative.

## Stage 2 (FAO): Assessing pest risk

**PPQ Step 3.**     **Document Identity and Known Biology of Quarantine Pest.** Define the organism as a single taxonomic entity that can be adequately distinguished from other entities of the same rank. Biological information should be presented in the form of a pest data sheet (PDS) using the European Plant Protection Organization (EPPO) PDS format. When evaluating a species or subspecies taxon, a single PDS will suffice. But when evaluating a genus or higher level taxon, your conclusions will depend on the risk posed by known organisms within the higher taxon. For higher level taxa, you must cite existing PDS's or applicable data for pertinent species.

**PPQ Step 4. Provide Documentation for Quarantine Status of Analyzed Pests.** APHIS adheres to accepted international definitions of quarantine pest. FAO (1995) and NAPPO (1995) define quarantine pest as "a pest of potential economic importance to the area endangered thereby and not yet present there, or present but not widely distributed and being officially controlled".

**PPQ Step 5.**     **Assess Economic Importance: Consequences of Introduction.** Estimate the consequences of introduction. The "economic importance criteria" discussed in the FAO (1995) guidelines are quite broad. In general, they include "...the establishment, spread and economic importance potential in the PRA area" (FAO, 1995). Specifically, the FAO guidelines discuss "establishment potential, spread potential after establishment, introduction potential and potential economic importance". This last category is itself quite broad and the guidelines list the following: "type of damage, crop losses, loss of export markets, increases in control costs, effects on ongoing integrated pest management (IPM) programmes, environmental damage, capacity to act as a vector for other pests, and perceived social costs such as unemployment.Environmental impacts caused by pest introductions are by themselves legitimate concerns, as stipulated by international agreements such as the General Agreement on Tarriffs and Trade (GATT), the North American Free Trade Agreement (NAFTA), and risk assessment guidelines provided by FAO (1995) and NAPPO (1995).

**PPQ Step 6.**     **Conclusion / Phytosanitary Measures: Pest Risk Potential (PRP) of Pest.** Produce a single rating which represents an overall estimate of the risk posed by the pest. The rating is referred to as the PRP of the pest. Document whether sufficient evidence exists to justify phytosanitary measures to mitigate plant pest risk. Although this document focuses on risk assessment, risk management (*i.e.*, FAO Stage 3) and risk assessment (FAO Stages 1 & 2) are interrelated. Accordingly, the risk assessor is expected to reach conclusions about the importance of the pest and make

recommendations regarding the quarantine and action status of each pest considered.  Consider state-of-the-art capability for identifying all life stages of the taxon when making recommendations.  (*E.g.*, would you recommend taking quarantine action for both life stages if the adult can be identified to genus but larvae can be recognized only to family level?)

# II. Methods: Pest Risk Assessment Guidelines

## FAO Stage 1: Initiating Pest Risk Analysis Process

### PPQ Step 1. Document the Initiating Event(s) for the PRA

Document the reason(s) for initiating the pest-initiated PRA.  *E.g.*, if a serious quarantine pest is discovered in a new area, we may want to reconsider quarantine action we take on unrecognizable, immature stages of related taxa.

### PPQ Step 2. Identify and Cite Previous Risk Assessments.

Identify previous pest risk assessments for the pest.  If there is an existing risk assessment that adequately assesses the risks in question, identify whether is entirely or partly valid.  If a previous assessment is entirely valid, the risk assessment stops here.

## Stage 2: Assessing Pest Risk

### PPQ Step 3.     Document Identity and Known Biology of Quarantine Pest

This section should include limited pertinent information regarding the pest such as:

- scientific name
- common name
- whether the pest is officially regulated by APHIS or any other Federal or State agency
- 
- regulatory history
- interception records at U.S. ports.

The bulk of the detailed biological information is to be presented in pest data sheets (PDS).  The pest data sheet(s) should be attached to the risk assessment as Appendices.  The format and items discussed in the pest data sheets should be modelled after those presented by the European Plant Protection Organization (EPPO, 1997).  Examples of EPPO pest data sheets are provided an Appendix I -IV in this document.  Examples of data sheets for *Genus* spp. are provided because many of the risk assessments conducted by PPQ will be for taxa above the species level.  The pest data sheets should include (among other items):

- pest biology (*e.g.*, description of morphology, identification, detection, pest—commodity [host] associations, life history, climatic tolerance, etc.)
- distribution (*i.e.*, global distribution, whether native to United States)
- references

### PPQ Step 4.
### Provide Documentation for Quarantine Status of Analyzed Pests.

Taxon subjected to this process will have already undergone analyzed, provide a copy APHIS-PPQ's Enhanced Hazard Pest Categorization Process (EHPCP) which documents the quarantine status of organisms.

### PPQ Step 5.
### Assess Economic Importance: Consequences of Introduction.

Complete the assessment of risk by considering the consequences and likelihood of introduction.  For qualitative, pest-initiated pest risk assessments, estimate these risks by rating each pest with respect to five Risk Elements (RE) which focus on the consequences of introduction

Rate the potential consequences of introduction according to RE #1-5. These elements reflect the biology of the pest and its hosts. For each RE, assign the pest a rating of High (3 points), Medium (2 points), Low (1 point) as indicated.

### RE #1: Habitat Suitability

When introduced to a new area, a pest can be expected to behave as it does in its native area if host plants are available and climatic conditions are similar. The evaluation considers ecological zonation, interaction between the geographic distributions of the host and pest. For this element, estimates are based on the availability of both host material and suitable climate conditions. To rate this RE, we use the U.S. "plant hardiness zones" as described by the U.S. Department of Agriculture (see Figure 1) (USDA, 1990)

Due to the availability of both suitable host plants, if applicable, and suitable climate, the pest has potential to establish a breeding colony. Ratings are assigned as follows:

> High (3): In four or more plant hardiness zones.
> Medium (2): In two or three plant hardiness zones.
> Low (1): In at most a single plant hardiness zone.

If the quarantine pest is not capable of becoming established in the PRA because of the absence of both suitable climate and suitable hosts, the PRA stops at this point.

### RE #2: Host range or Plant damage potential

The risk posed by a plant pest depends on both its ability to establish a viable reproductive population and its potential for causing plant damage. For arthropods, mollusks and parasitic plants, risk is assumed to be correlated positively with host range. For pathogens, risk is more complex and is assumed to depend on host range, aggressiveness, virulence and pathogenicity; we rate risk primarily as a function of host range  For non-parasitic weeds, risk is correlated with the number of crops affected.

> High (3): Pest attacks multiple species within multiple plant families.
> Medium (2): Pest attacks multiple species within a single plant family.
> Low (1): Pest attacks only a single species or multiple species within a single genus.

### RE #3: Dispersal Potential

A pest may disperse after introduction to a new area. The following items are considered:

- reproductive patterns in the pest (e.g., voltinism, reproductive output)
- innate dispersal capability of the pest
- whether natural factors (*e.g.*, wind, water, presence of vectors) facilitate dispersal

> High (3): Pest has high reproductive potential (*e.g.*, multiple generations per year, many offspring per reproductive event, high innate capacity of a population for increase (*i.e.*, the species is "r-selected"), *AND* individuals are highly mobile (*i.e.*, capable of moving long distances — at least 20 km — either under their own power, or by being moved by natural forces such as wind, water or vectors).
> Medium (2): Pest has either high reproductive potential *OR* the species is motile.
> Low (1): Neither high reproductive potential nor highly mobile.

Estimating dispersal of pests by man is not addressed by the PRA. However, risk managers should consider this important factor.

### RE #4: Economic Impact

Introduced pests are capable of causing a variety of economic impacts. We divide these impacts into three primary categories (other types of impacts may occur):

1. Lower yield of the host crop (*e.g.*, by causing plant mortality, or by acting as a disease vector). Clearly distinguish plant mortality from reduced yield effects.

2. Lower value of the commodity (e.g., by increasing costs of production, lowering market price, or a combination).
3. Loss of markets (foreign or domestic) due to presence of new quarantine pest.

   High (3): Pest causes all three of the above impacts.
   Medium (2):Pest causes any two of the above impacts.
   Low (1):Pest causes any one on none of the above impacts.

**RE #5: Environmental Impact**

Our assessment of the potential of each pest to cause environmental damage (FAO, 1995) proceeds by considering the following factors:

1.  Introduction of the pest is expected to cause significant, direct environmental impacts (e.g., ecological disruptions, reduced biodiversity, use of pesticides to control the pest). When used within the context of the National Environmental Policy Act (NEPA), "significant" has a special meaning different from its use in a scientific context or statistical context (e.g., different from its use in the term "statistically significant"). As used by NEPA, significance is qualitative and encompasses both the likelihood and severity of an environmental impact.
2.  Pest is expected to have direct impacts on species listed by Federal or State agencies as endangered, threatened, or candidate. An example of a direct impact would be feeding on a listed plant. If feeding trials have not been conducted with the listed organism and the pest, a pest will be expected to feed on the plant if it feeds on other species within the genus or other genera within the family.

3.  Pest expected to have indirect impacts on species listed by Federal or State agencies as endangered, threatened,or candidate (e.g., by disrupting sensitive, critical habitat).
4.  Introduction of the pest would stimulate control programs including toxic chemical pesticides.
5.  Introduction of the pest would stimulate control programs including release of nonindigenous biological control agents.

   High (3): Two or more of the above.
   Medium (2): One of the above.
   Low (1): None of the above (it is assumed that introduction of a nonindigenous pest will have at least some environmental impact).

**Consequences of Introduction: Cumulative Risk Element Score**

Add together the numerical estimates for the five RE's to produce an overall estimate of the Consequences of Introduction Risk Rating for the pest. The overall risk rating is used to assign a Consequences of Introduction Risk Score as follows:

**Table 1.**
**Risk: Consequences of Introduction (Sum RE #1-5)**

| Cumulative Risk Element Score | Risk Rating |
|---|---|
| 5 -7 | Low |
| 8 -11 | Medium |
| 12 -15 | High |

The Consequences of Introduction Risk Rating is considered to be a biological indicator of the potential of the pest to become established and spread, and its potential to cause economic and environmental impacts.

**PPQ Step 6. Conclusion/Pest Risk Potential: Determine Action Status**

Discuss results of the assessment and make risk management, action status recommendations.

## III. References

EPPO. 1997. Quarantine Pests for Europe.

FAO. 1995. *International Standards for Phytosanitary Measures, Section 1—Import Regulations: Guidelines for Pest Risk Analysis.* Secretariat of the International Plant Protection Convention of the Food and Agriculture Organization (FAO) of the United Nations. Rome, 1995.

Gunn, C.R. and C. Ritchie. 1982. 1982 Report of the Technical Committee to Evaluate Noxious Weeds; Exotic Weeds for . Federal Noxious Weed Act. (unpublished).

Holm, L.G., D.L. Plucknett, J.V. Pancho and J.P. Herberger. 1977. The World's Worst Weeds. University of Hawaii Press, Honolulu.

Holm, L.G., J.V. Pancho and J.P. Herberger and D.L. Plucknett. 1979. A Geographical Atlas of World Weeds. John Wiley and Sons, New York.

NAPPO. 1995. *NAPPO Compendium of Phytosanitary Terms,* B.E. Hopper, NAPPO Secretariat, ed. North American Plant Protection Organization (NAPPO), Nepean, Ontario, Canada.

Reed, C.F. 1977. Economically Important Foreign Weeds. Agriculture Handbook No. 498

U.S. Department of Agriculture (USDA). 1990. USDA plant hardiness zone map. USDA-Agricultural Research Service (ARS). Miscellaneous Publication Number 1475. USDA-ARS, Washington, DC 20002

WSSA, 1989. Composite List of Weeds. Weed Science Society of America.

## IV. Preparation, Consultation and Review

This process was developed by the National Identification Services (NIS) staff within Scientific Services (SS) within USDA-APHIS-PPQ:

M. Firko, Senior Operations Manager
J. Cavey, Entomologist

This process is based on the pathway-initiated risk assessment process developed by the Commodity Pest Risk Assessment Team within Scientific Services:

R. Bech, Chief Operations Officer (Current)
G. Cave, Entomologist
M. Firko, Senior Entomologist
E. Imai, Branch Chief
P. Lehtonen, Botanist
J. Lightfield, Plant Pathologist
E. Podleckis, Plant Virologist
S. Redlin, Plant Pathologist
L. Redmond, Plant Pathologist
M. Royer, Chief Operations Officer (Past)
R. Stewart, Senior Entomologist

We received helpful comments on earlier drafts from:

R. Orr, Planning and Risk Analysis Systems, Planning and Policy Development
R. Griffin, Planning and Risk Analysis Systems, Planning and Policy Development
C. Miller, Planning and Risk Analysis Systems, Planning and Policy Development

## 27-MAY-2001

# Request to USDA APHIS Plant Protection and Quarantine Service for a change in the Quarantine Status of Ants (Formicidae) moving into, or through, the State of Hawaii

Submitted by Richard Orr (USDA-APHIS) with the approval of the Hawaii Ant Group (comprised of scientists from Hawaii Department of Agriculture, USGS-BRD, National Park Service, University of Hawaii, and the Bishop Museum).

**Proposed new policy**:

All species of ants intercepted at all U.S. ports of entry and destine to, or through, the State of Hawaii are action required and reportable if (1) they are not already established and widespread in Hawaii and (2) they have the ability to reproduce.

1) The following ant species are currently established and widespread in Hawaii. No action is required if these species are intercepted.

*Anoplolepis gracilipes* (F. Smith, 1857) – name change for A. longipes
*Camponotus variegatus* (F. Smith, 1858)
*Cardiocondyla emeryi* Forel, 1881
*Cardiocondyla nuda* (Mayr, 1866)
*Cardiocondyla venustula* Wheeler, 1908
*Cardiocondyla wroughtonii* (Forel, 1890)
*Cerapachys biroi* Forel, 1907
*Hypoponera opaciceps* (Mayr, 1887)
*Hypoponera punctatissima* (Roger, 1859)
*Hypoponera zwaluwenburgi* (Wheeler, 1933)
*Leptogenys falcigera* Roger, 1861
*Linepithema humile* (Mayr, 1868) (Restricted to heights of 3,000 feet plus – active control project on Maui with plans to upgrade to eradication)
*Monomorium destructor* (Jerdon, 1851)
*Monomorium floricola* (Jerdon, 1851)
*Monomorium sechellense* Emery, 1894 – name change for M. fossulatum
*Monomorium liliuokalanii* (Forel, 1899) – name change for M. minutum
*Monomorium pharaonis* (Linnaeus, 1758)
*Paratrechina bourbonica* (Forel, 1886)
*Paratechina longicornis* (Latreille, 1802)
*Paratrechina vaga* (Forel, 1901)
*Pheidolemegacephala* (Fabricius, 1793)
*Plagiolepis alluaudi* Emery, 1894
*Ponera swezeyi* (Wheeler, 1933)

*Quadristruma emmae* (Emery, 1890)
*Solenopsis geminata* (Fabricius, 1804)
*Solenopsis papuana* Emery, 1900
*Stumigenus godeffroyi* Mayr, 1866
*Strumigenys lewisi* Cameron, 1886
*Strumigenus rogeri* Emery, 1890
*Tapinoma melanocephalum* (Fabricius, 1793)
*Technomyrmex albipes* (F. Smith, 1861)
*Tetramorium bicarinatum* (Nylander, 1846)
*Tetramorium simillimum* (F. Smith, 1851)
*Tetramorium tonganum* Mayr, 1870
*Trichoscapa membranifera* (Emery, 1869)

2) Isolated worker ants alone in a shipment does not constitute justification for action or reportability.  One of the following criteria must be met before taking action.

· Reproductive queen present (with or without workers).
· Workers with eggs, or larvae, or pupae present.
· Workers present in commodities which can not be inspected 100%.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Rational for policy change for the State of Hawaii:**

The current PPQ policy for taking action on ants (Formicidae) intercepted at the Ports of Entry originates from a February  23, 1983 letter QS 83-#2 (Wallenmaier, 1983).  Current policy is that all ants are nonreportable and no quarantine action is required except for non-native species in eight genera (*Acromyrmex, Atta, Crematogaster, Messor, Pheidole, Pogonomyrmex, Solenopsis* (subgenus Solenopsis only) and *Tetramorium*.).  In addition, regulatory action would not be taken on shipments found infested with native continental U.S. species or for non-native continental established U.S. species not under domestic quarantine control within these eight genera, regardless of the status of these ant species in Hawaii or it the destination of the infested shipment was to Hawaii.

The primary criteria used for the existing ant policy was based on those ants which were considered primary plant parasites that would "... a) remove seeds from the field, b) those species known to attack seedlings, and c) leaf-cutting ants which defoliate plants and use the leaf particles to culture fungi in their nests."  In addition, those species which resulted in impediments to agriculture due to "...extremely noxious biting or by building large mounds, impede the activities of agricultural workers."

As stated in QS 83-#2 "Thus the basis for considering a species of ant as quarantine significant is that it is or has the potential to become a plant pest."

A need to update PPQ's ant policy for the State of Hawaii is justified because:

· The existing policy was directed toward protecting continental U.S. where a diverse array of
native species of ants are present. The State of Hawaii is a collection of isolated insular
environments that have no native ant species. This intensifies the potential for damage
from introduced ants because Hawaii's native fauna and flora never developed
evolutionary strategies against eusocial insects.

· The Animal and Plant Health Inspection Service's mandate for protecting agricultural crops has
been expanded to protection of native plant species and plant pollinators since the
original ant policy was established. Hawaii has the highest percentage of endemic plants
and animals of any location within the United States and possibly the world. Many of
these plants and animals are Federally listed and protected. Ants are a major threat to
many of these listed species not only because of direct damage to plants but also because
of secondary effects such as removing native insect pollinators.

· By adopting the new ant policy for Hawaii, APHIS-PPQ would become consistent with the
actions currently being taken by the State of Hawaii on imported ants. In addition, the
new policy would mirror the strategies and goals of the U.S. Fish and Wildlife Service,
the National Park Service, USDA Forest Service, Hawaii Department of Agriculture,
South Pacific Regional Environmental Programme, and the National Invasive Species
Council's Management Plan for protecting threatened and endangered plants and
animals, and native ecosystems within the State of Hawaii from non-native invasive
species.

· The existing PPQ ant policy does not meet the needs of the State of Hawaii even for the
currently listed eight genera. Many species of native North America ants occur within
the eight listed genera, as are non-native species within these genera that are established
within the continental United States but not under domestic quarantine and thus, if
intercepted at Ports-of-Entry no action would not be taken by PPQ. For Hawaii, which
has no native ants, the species of ants native to North America (or introduced there) are
as much a threat to the integrity of the native ecosystems and agricultural production as
ant species originating outside of North America.

**Discussion:**

Introduced ants are notorious for causing economic and environmental damage to the ecosystems
in which they have established. Most susceptible are those ecosystems that have no native ant
species. Examples where introduced ants have resulted in native species extinctions both in
Hawaii and elsewhere are well documented (Zimmerman, 1948, Solem 1976, Lubin 1984,
Howarth 1985, Howarth and Ramsay 1991, Cole et al. 1992, Gillespie and Reimer 1993, Reimer
1994, Wilson 1996; LaPolla et al. 2000).

The Hawaiian archipelago comprises a southeast-trending chain of eight major and 124 smaller
islands, reefs and shoals stretching 1600 miles across a highly isolated area of the northeast
Pacific Ocean. The substantial age of the island chain (over 40 million years), its isolation (over
2000 miles from the nearest continent), and the variety of habitats created by Hawaii's relatively

high mountains has created a special biota of plants and animals, different from any other on earth (Medeiros and Loope 1994).

Hawaii is a prime example of oceanic island ecosystems that are highly susceptible to damage from newly established non-native organisms. Much of the existing endemic biota is believed to have evolved from approximately 1,000 original colonists (Mueller-Dombois, et al. 1981). It is estimated that before man came to the islands that on average a new group successfully colonized Hawaii about once every 50,000 years. Hawaii's relative isolation from the biological forces that shape continental organisms has resulted in ecosystems that are unique and very vulnerable to invasion.

As a result Hawaii has one of the highest level of endemism in the world with over 99% for terrestrial arthropods (Zimmerman, 1948) and 89% for the flora (Wagner et al., 1990). Unfortunately Hawaii also has the distinction of having the highest extinction rate of non-native species of any State in the Union even though the total number of plant and animal species in Hawaii are among the lowest for any State (Stein et al 2000). It is well documented that non-native species are currently the predominant cause of biodiversity loss in Hawaii, even more than habitat destruction (Howarth and Ramsay 1991, Medeiros and Loop 1994, Stein et al 2000).

Hawaii lacks native ant species. Although close to 40 species of non-native ants are listed as established in Hawaii, many habitats (including large sections of pristine upland preserves on the larger islands and many of the outlying islands) are still ant-free. In addition, there are numerous other (not yet introduced) ant species that could invade new habitats and/or attack different plants or animals if they become established in Hawaii (Loope et al. 2001). Currently the National Park Service, US Fish and Wildlife Service and the State of Hawaii are actively protecting natural areas from ant introductions in an effort to protect native plant and animal communities.

Protecting Hawaii from all new ant species really goes beyond just plant protection into the protection of native animal species as well. Although animal protection falls within the purview of APHIS, it normally would not fall under PPQ to carry out this responsibility . However, in the case of ants moving in commerce to the Hawaiian Islands it makes sense to have PPQ regulate all ant species including those species which are predominately predatory. There are at least three reasons why.

The first is that only PPQ has the infrastructure to regulate commodities and conveyances in which ant colonies move. Currently, no other Federal agency has that ability.

Second, most ant species have general feeding habits that allow them to prey on plant or animal material depending upon environmental conditions. In addition, most ant species have the potential to change the environment in which they have been introduced. In Hawaii where native environments contain high concentrations of rare and threatened plant and animal species [nearly half (88) of the 180 recognized native communities in Hawaii are considered globally endangered (Gagne, 1988)] a non-native ant which reconstructs native communities can be devastating.

Third, is that at the micro-level at which ants impact the environment it is impossible to catagorize them as either just plant pests (a PPQ responsibility) or just animal pests. For example, at Haleakala National Park on Maui, there is an active control program against the recently introduced Argentine ant because of its potential to eliminate the endemic rare native ground nesting bees *Nesoprosopis volcanicus* and *N. nivalis*. The reason for concern is not only for the protection of these rare insects but also because these bees are the primary pollinators of the famous endangered Haleakala Silversword (*Argyroxiphium sanwicense macrocephalum*) (Medeiros and Loope, 1994). Elimination of the bees may likely mean elimination of the plant. Additional Hawaiian introductions of primarily predatory ant species into areas where ants are not currently present will likely impact other endemic native arthropods which share symbiotic relationships to threatened or rare endemic plant species.

All ants species that normally move unintentionally in commerce present a serious risk to the native plants and animals of Hawaii. A few species of ants that are so restrictive in their biological niche (e.g. ants that are ant parasites) that they would offer little or no threat to Hawaii are unlikely to move unintentionally in commerce because of their highly selective habitat requirements. For logistical and practical reasons they can be ignored when formulating an ant policy in protecting Hawaii from new ant establishments.

In addition to the non-native ant species listed above that have established and quickly spread in the Hawaiian Islands, there are a few species which are either questionable records, historical records, or are currently restricted in distribution and are quarantined from moving to uninfected islands or are otherwise under eradication or containment. These are species in which would not be allowed to move to uninfected islands or other protected areas if found by inspectors for the State of Hawaii. Therefore if an infested commodity of one of the species below is found by PPQ at a Port-of-Entry it would require treatment before moving to, or through, Hawaii.

*Amblyopone zwaluwenburgi* (Williams, 1946) (one record of a colony from Oahu in the 1940s)
*Brachymyrex obscurior* Forel, 1893 (Restricted to the island on Maui)
*Lepisiota* sp. (Record from Oahu)
*Ochetellus glaber* (Mayr, 1862) (Limited distribution on Oahu, Maui, and the Big Island)
*Pheidole* sp. (Record from the Big Island)
*Pheidole fervens* F. Smith, 1858 (Restricted to Big Island)
*Pseudomyrmex gracilis* (Fabricius, 1804) (Restricted to Oahu)
*Tetramorium insolens* (F. Smith, 1861)(Restricted to Big Island)
*Wasmannia auropunctata* (Roger, 1863) (Restricted to Big Island, active eradication project)

The bottom line is that the unique biological ecosystem that makes up Hawaii is extremely vulnerable to introduced ant species. It is therefore logistically and scientifically sound to prevent the establishment of new species of ants in the Hawaiian Islands and to expand PPQ's quarantine protection to help meet this goal.

## Literature Cited:

Cole, F.R., A.C. Medeiros, L.L. Loope, and W.W. Zuehlke. 1992. Effects of the Argentine ant

on arthropod fauna of Hawaiian high-elevation shrub land.  Ecology 73:1313-1322.

Gagne, W.C. 1988. Conservation priorities in Hawaiian natural systems.  Biosience 38: 264-271.

Gillespie, R.G., and N.J. Reimer. 1993.  The effects of alien predatory ants (Hymenoptera:
    Formicidae) on Hawaiian endemic spiders (Araneae:Tetragnathidae).  Pacific Science
    47:21-33.

Howarth, F.G. 1985.  Impacts of alien land arthropods and mollusks on native plants and animals
    in Hawai'i.  Pp. 149-179 in C.P. Stone and J.M. Scott (editors).  Hawai'i's Terrestrial
    Ecosystems: Preservation and Management.  Cooperative National Park Resources
    Studies Unit, University of Hawaii at Manoa, Honolulu, HI.

Howarth, F.G. and Ramsey G.W. 1991.  The Conservation of Island Insects and their Habitats.
    Chapter 4 in The Conservation of Insects and their Habitats by Collins, N.M. and
    Thomas, J.A. (Editors).  Academic press.

LaPolla, J.S., D. Otte, & L.A. Spearman.  2000.  Assessment of the effects of ants on Hawaiian
    crickets.  Journal of Orthoptera Research 9:139-148.

Loope, L.L., F.G. Howarth, F. Kraus, and T.K. Pratt.  2001.  Newly emergent and future threats
    of alien species to Pacific landbirds and ecosystems.  Studies in Avian Biology 22:
    291-304.

Lubin, Y.D. 1984.  Changes in the native fauna of the Galapagos Islands following invasion by
    the little red fire ant, Wasmannia auropunctata.  Biol. J. Linnean Soc. 21, 243-251

Medeiros, A.C. and L.L. Loope. 1994.  Rare Animals and Plants of Haleakala National Park.
    Hawai'i Natural History Association in cooperation with the National Park Service.
    56 pages.

Mueller-Dombois, D., K.W. Bridges, and H.L. Carson, eds. 1981.  Island Ecosystems: biological
    organization in selected Hawaiian communities.  Hutchison Ross Pub. Co. Stroudsburg,
    PA.

Reimer, N.J. 1994.  Distribution and impact of alien ants in vulnerable Hawaiian ecosystems.
    Pp. 11-22 in D.F. Williams (editor).  Exotic Ants: biology, impact, and control of
    introduced species.  Westview Press. Boulder, CO.

Stein, B.A., L.S. Kutner and S.A. Jonathan (editors).  Precious Heritage: The Status of
    Biodiversity in the United States.  The Nature Conservancy and the Association for
    Biodiversity Information.  Oxford University Press.  399 pages.

Solem, A. 1976. Endodontid Land Snails from Pacific Islands (Molusca: Pulmonata:Sigurethra).
    Part 1: Family Endodontidae.  Field Museum Natural History Press, Chicago.

Wagner, W.L. Herbst, Dr. and Sohmer, S.H. 1990. Manual of the Flowering Plants of Hawaii. University of Hawaii Press and Bishop Museum Press, Honolulu.

Wallenmaier, T. 1983. Changes in Quarantine Status of Ants (Formicidae). February 23,

internal communication letter to the PPQ National Regional Directors from J.W. Lightfield Assistant Director, Biological Assessment Support Staff, National Program Planning Staff, Plant Protection and Quarantine. 2 pages.

Wilson, E.O. 1996. Hawaii: A world without social insects. Bishop Museum Occasional Papers 45:3-7.

Zimmerman, E.C. 1948. Insects of Hawaii. Vol. 1 Introduction. University of Hawaii Press, Honolulu, 206 pages.