IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Hawaii Orchid Growers Association
Plaintiff(s)

Case Number: <u>1:05CV01182 RCL</u>

vs

United States Department of Agriculture
Defendant(s)

### AFFIDAVIT OF SERVICE

I, Alex M. Hernandez, hereby certify that on June 22, 2005 at 10:51 AM, I executed service of process upon **KWAME D. LUKE, OFFICE CLERK, AUTHORIZED TO ACCEPT SERVICE OF W. RON DEHAVEN, D.V.M., ADMINISTRATOR, ANIMAL AND PLANT HEALTH INSPECTION SERVICE** at 1400 Independence Ave SW, Room 312-E, Washington, DC 20250-0002, by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Initial Electronic Case Filing Order, Exhibits.

Kwame D. Luke is described as a Black Male, approximately 6' 2" tall, 170-180 pounds, Brown eyes, Black hair, and 24-29 years of age. The undersigned further certifies that my place of business is: 331 8th Street, NE, Washington, DC 20002; that I am 40 years of age, Date of Birth 12/1/1964; and that I am not a party to this action.

The cost of service is $45.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on June 23, 2005.

Date June 23, 2005.

_____
Alex M. Hernandez


WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on June 23, 2005.

_____
My Commission Expires: