# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Hawaii Orchid Growers Association
 Plaintiff(s)

Case Number: 1:05CV01182 RCL

vs

 United States Department of Agriculture
 Defendant(s)

### AFFIDAVIT OF SERVICE

I, Alex M. Hernandez, hereby certify that on June 22, 2005 at 11:12 AM, I executed service of process upon **LORI COX, LEGAL ASSISTANT, AUTHORIZED TO ACCEPT SERVICE OF KENNETH L. WAINSTEIN, ESQ. INTERIM UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA** at Judiciary Center, 555 4th Street NW, Washington, DC 20530-0001, by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Initial Electronic Case Filing Order, Exhibits.

Lori Cox is described as a Black Female, approximately 5' 3" tall, 100-110 pounds, Brown eyes, Black hair, and 35 years of age. The undersigned further certifies that my place of business is: 331 8th Street, NE, Washington, DC 20002; that I am 40 years of age, Date of Birth 12/1/1964; and that I am not a party to this action.

The cost of service is $45.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on June 23, 2005.

Date June 23, 2005.

_____
Alex M. Hernandez

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on June 23, 2005.

_____

My Commission Expires: