# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Hawaii Orchid Growers Association
Plaintiff(s)

Case Number: <u>1:05CV01182 RCL</u>

vs

United States Department of Agriculture
Defendant(s)

### AFFIDAVIT OF SERVICE

I, Alex M. Hernandez, hereby certify that on June 22, 2005 at 10:35 AM, I executed service of process upon **DEBORAH CHANETTE, ACTING DEPUTY ASSOCIATE FOR GENERAL LAW IN OFFICIAL CAPACITY, AUTHORIZED TO ACCEPT SERVICE OF MATTHEW J. HOGAN, ACTING DIRECTOR** at US Fish and Wildlife Service, 1849 C Street NW, Washington, DC 20250-0002, by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Initial Electronic Case Filing Order, Exhibits.

Deborah Chanette is described as a White Female, approximately 5' 5" tall, 130-140 pounds, Brown eyes, Brown hair, and 44 years of age. The undersigned further certifies that my place of business is: 331 8th Street, NE, Washington, DC 20002; that I am 40 years of age, Date of Birth 12/1/64; and that I am not a party to this action.

The cost of service is $45.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on June 28, 2005.

Date June 28, 2005.

_____
Alex M. Hernandez

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on June 28, 2005.

*Rosanna Settles*

My Commission Expires: Rosanna Settles
Notary Public, District of Columbia
My Commission Expires 10-31-2006