IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAWAII ORCHID GROWERS ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF AGRICULTURE; )<br>MIKE JOHANNS, SECRETARY OF AGRICULTURE; )<br>W. RON DEHAVEN, ADMINISTRATOR, ANIMAL )<br>AND PLANT HEALTH INSPECTION SERVICE; )<br>UNITED STATES DEPARTMENT OF THE INTERIOR; )<br>GALE NORTON, SECRETARY OF THE INTERIOR; )<br>MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED )<br>STATES FISH AND WILDLIFE SERVICE, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1182 (RCL) |

DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF ELEVEN DAYS
TO RESPOND TO THE AMENDED COMPLAINT

Defendants hereby move, unopposed, for an extension of eleven business days, until September 2, 2005, to respond to the Amended Complaint. Their response is currently due Monday, August 22, 2005.

As grounds for this motion, defendants advise that given the vacation schedule of various personnel in the United States government, they have determined that they need the additional eleven days to obtain the appropriate level of review of the response to the amended complaint. Counsel for plaintiff has been consulted, and counsel does not oppose the request.

A proposed order is attached hereto.

Dated: August 18, 2005                    Respectfully submitted,

                                          KELLY A. JOHNSON
                                          Acting Assistant Attorney General
                                          Environment & Natural Resources Division
                                          United States Department of Justice

                                                /s/
                                      DONNA S. FITZGERALD
Connecticut Bar #411810
Trial Attorney
General Litigation Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington D.C. 20044-0663
Phone: (202) 305-0476
Fax: (202) 305-0506
E-mail: Donna.Fitzgerald@usdoj.gov

OF COUNSEL:

Darlene Bolinger
Attorney Advisor General
Regulatory Division
Office of the General Counsel
United States Department of Agriculture
Rm 2319 South Building
1400 Independence Ave., SW
Washington, DC 20250-1400


Peg Romanik, Attorney
Office of the Solicitor
Division of Parks & Wildlife
United States Department of the Interior
1849 C. St., N.W., MS 6557
Washington D.C. 20240

                                      ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAWAI'I ORCHID GROWERS ASSOCIATION,   )<br>)<br>Plaintiff,   )<br>)<br>)<br>)<br>UNITED STATES DEPARTMENT OF AGRICULTURE; )<br>MIKE JOHANNS, SECRETARY OF AGRICULTURE;   )<br>W. RON DEHAVEN, ADMINISTRATOR, ANIMAL   )<br>AND PLANT HEALTH INSPECTION SERVICE;   )<br>UNITED STATES DEPARTMENT OF THE INTERIOR; )<br>GALE NORTON, SECRETARY OF THE INTERIOR;   )<br>MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED )<br>STATES FISH AND WILDLIFE SERVICE,   )<br>)<br>Defendants.   )<br>) | Civil Action No. 05-1182 (RCL) |

(PROPOSED) ORDER

DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF ELEVEN DAYS TO RESPOND TO THE AMENDED COMPLAINT came before this Court on August 18, 2005.

After considering said motion and all other relevant matters, said motion is hereby GRANTED.

Defendants' response to the Amended Complaint is due on or before September 2, 2005.


Dated: _____              _____
                                            Hon. Royce C. Lamberth
                                            United States District Judge