UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAWAI'I ORCHID GROWERS ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>AGRICULTURE; MIKE JOHANNS, )<br>SECRETARY OF AGRICULTURE; )<br>W. RON DEHAVEN, )<br>ADMINISTRATOR, ANIMAL AND )<br>PLANT HEALTH INSPECTION )<br>SERVICE; UNITED STATES )<br>DEPARTMENT OF THE INTERIOR; )<br>GALE NORTON, SECRETARY OF )<br>THE INTERIOR; MATTHEW J. )<br>HOGAN, ACTING DIRECTOR, )<br>UNITED STATES FISH AND )<br>WILDLIFE SERVICE, )<br>)<br>Defendant. )  | Civil Action No. 05-1182 (RCL) |

**ORDER**

Upon consideration of the defendant's Unopposed Motion [12] for an Extension of Eleven Days to Respond to the Amended Complaint, it is hereby

ORDERED that the defendant's Unopposed Motion [12] for an Extension of Eleven Days to Respond to the Amended Complaint is GRANTED, it is further

ORDERED that defendant's response to the Amended Complaint is due on or before September 2, 2005.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 19, 2005.