UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HAWAI'I ORCHID GROWERS ASSOCIATION,**          ) ) ) **Plaintiff,**                                                        ) ) **v.**                                                                  ) ) **UNITED STATES DEPARTMENT OF AGRICULTURE; et. al.,**                         ) ) ) ) **Defendants.**                                                    ) ) | Civil Action No. 05-1182 (RCL) |

## ORDER

Defendants have filed an answer.  All defendants having now answered, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendants.  Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order.  The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, September 6, 2005.