United States District Court
For the District of Columbia

| | |
|---|---|
| HAWAI'I ORCHID GROWERS ASSOCIATION, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 05-1182 (RCL) ) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | ) ) ) |
| and | ) ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, | ) ) ) |
| Defendants. | ) |

**Plaintiffs' Proposed Order**

Upon consideration of Plaintiffs' Scheduling Report filed in compliance with the Court's Order of Tuesday, September 6th, 2005, it is this _____ day of _____, 2005,

ORDERED that:

(1) the Administrative Record shall be completed and filed by Friday, September 30th, 2005;

(2) the parties shall exchange Motions for Summary Judgment and Statements of Material Facts by Friday, October 14th, 2005;

(3) the parties shall exchange Oppositions and Statements of Genuine Issues by Friday, October 28th, 2005; and

(4) the parties shall exchange Reply Memorandums by Friday, November 4th, 2005.


Dated: _____                    _____
                                            United States District Judge

Case 1:05-cv-01182-RCL    Document 16-2    Filed 10/03/2005    Page 2 of 3