**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HAWAI'I ORCHID GROWERS ASSOCIATION,                  ) | |
| )| |
| Plaintiff,          ) | |
| )| Civil Action No. 05-1182 (RCL) |
| )| |
| )| |
| UNITED STATES DEPARTMENT OF AGRICULTURE; ) | |
| MIKE JOHANNS, SECRETARY OF AGRICULTURE;      ) | |
| W. RON DEHAVEN, ADMINISTRATOR, ANIMAL       ) | |
| AND PLANT HEALTH INSPECTION SERVICE;           ) | |
| UNITED STATES DEPARTMENT OF THE INTERIOR; ) | |
| GALE NORTON, SECRETARY OF THE INTERIOR;        ) | |
| MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED  ) | |
| STATES FISH AND WILDLIFE SERVICE,                    ) | |
| )| |
| Defendants.          ) | |
| _____) | |

DEFENDANTS' PROPOSED SCHEDULING ORDER

        This Court has reviewed the parties' Scheduling Report filed pursuant to Local Civil

Rule 16, and adopts the following schedule for this case:     Defendants' motion to dismiss is due

October 7, 2005.

        Plaintiff's response is due October 14, 2005.

        Defendants' reply is due October 19, 2005.

        Defendants will file the administrative record within 30 days of any denial of defendants'

motion to dismiss.

        Plaintiff's opening motion for summary judgment is due 45 days after the filing of the

administrative record.

        Defendants' response and brief in support of defendants' cross-motion for summary

judgment is due 45 days after filing of plaintiffs' motion for summary judgment.

        Plaintiff's reply and response is due 30 days after the filing of defendants' motion for

summary judgment.

Defendants' reply brief is due 20 days after the filing of plaintiff's response and reply.

IT IS SO ORDERED.


Date: _____          _____
                                Hon. Royce C. Lamberth
                                United States District Judge

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

HAWAI'I ORCHID GROWERS ASSOCIATION, )
 )
     Plaintiff, )
 ) Civil Action No. 05-1182 (RCL)
 )
 )
UNITED STATES DEPARTMENT OF AGRICULTURE; )
MIKE JOHANNS, SECRETARY OF AGRICULTURE; )
W. RON DEHAVEN, ADMINISTRATOR, ANIMAL )
AND PLANT HEALTH INSPECTION SERVICE; )
UNITED STATES DEPARTMENT OF THE INTERIOR; )
GALE NORTON, SECRETARY OF THE INTERIOR; )
MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED )
STATES FISH AND WILDLIFE SERVICE, )
 )
     Defendants. )
_____)

## SCHEDULING ORDER

This Court has reviewed the parties' Joint Proposed Scheduling Order, and hereby adopts the dates set forth therein for briefing of this case.

Defendants' motion to dismiss is due October 7, 2005.

Plaintiffs' response is due October 14, 2005.

Defendants' reply is due October 19, 2005.

Defendants will file the administrative record within 30 days of any denial of defendants' motion to dismiss.

Plaintiff's opening motion for summary judgment is due 45 days after the filing of the administrative record.

Defendants' response and brief in support of defendants' cross-motion for summary judgment is due 45 days after filing of plaintiffs' motion for summary judgment.

Plaintiff's reply and response is due 30 days after the filing of defendants' motion for summary judgment.

Defendants' reply brief is due 20 days after the filing of plaintiff's response and reply.

It is so ORDERED.

Dated: _____     _____
                  Hon. Royce C. Lamberth
                  United States District Court