UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HAWAI'I ORCHID GROWERS ASSOCIATION,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES DEPARTMENT OF** )<br>**AGRICULTURE; et. al.,** )<br>)<br>**Defendants.** )<br>) | Civil Action No. 05-1182 (RCL) |

## SCHEDULING ORDER

This Court has reviewed the parties' Scheduling Report filed pursuant to Local Civil Rule 16, and adopts the following schedule for this case:

Defendants' motion to dismiss is due October 7, 2005.

Plaintiff's response is due October 14, 2005.

Defendants' reply is due October 19, 2005.

Defendants will file the administrative record within 30 days of any denial of defendant's motion to dismiss. Plaintiff's opening motion for summary judgment is due 45 days after the filing of the administrative record. Defendants' response and brief in support of defendants' cross-motion for summary judgment is due 45 days after filing of plaintiffs' motion for summary judgment. Plaintiff's reply and response is due 30 days after the filing of defendants' motion for summary judgment. Defendants' reply brief is due 20 days after the filing of plaintiff's response and reply.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 3, 2005.

Case 1:05-cv-01182-RCL    Document 17    Filed 10/03/2005    Page 2 of 2