# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAWAI'I ORCHID GROWERS ASSOCIATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-1182 (RCL) |
| | ) |
| | ) |
| UNITED STATES DEPARTMENT OF AGRICULTURE; | ) |
| MIKE JOHANNS, SECRETARY OF AGRICULTURE; | ) |
| W. RON DEHAVEN, ADMINISTRATOR, ANIMAL | ) |
| AND PLANT HEALTH INSPECTION SERVICE; | ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR; | ) |
| GALE NORTON, SECRETARY OF THE INTERIOR; | ) |
| MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED | ) |
| STATES FISH AND WILDLIFE SERVICE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF DONNA S. FITZGERALD

Donna S. Fitzgerald declares as follows:

1. I am a trial attorney with the Natural Resources Section, Environment & Natural Resources Division, United States Department of Justice, and I am the attorney assigned to this case. I hereby certify that I retrieved the documents attached hereto as Exhibit 2-6 from APHIS, and the document is a true and accurate copy of the document I received.

2. Exhibit 2 is an October 1, 2003 Letter from Lee Ann Thomas, Acting Director, APHIS Plant Health Programs to Gary D. Frazer, Assistant Director, Endangered Species, Fish and Wildlife Service, United States Department of the Interior.

3. Exhibit 3 is a March 18, 2004 letter from Richard E. Sayers, Jr. Chief, Branch of Consultation and Habitat Conservation Planning to Mr. Michael A. Lidsky, Plant Health Programs, Plant Protection and Quarantine, Animal and Plant Health Inspection Service.

  4. Exhibit 4 is a June 2, 2004 letter from Michael A. Lidsky, Esq., Director, Regulatory Coordination, APHIS Plant Health Programs, Plant Protection and Quarantine, to Dr. Richard E. Sayers, Jr., Chief, Branch of Consultation and Habitat Conservation Planning United States Fish and Wildlife Service.

  5. Exhibit 5 is a September 1, 2004 letter from Gary Frazer, Assistant Director for Endangered Species to Michael A. Lidsky, Esq., Director, Regulatory Coordination, APHIS Plant Health Programs, Plant Protection and Quarantine, United States Department of Agriculture

  6. Exhibit 6 is a March 31, 2005 e-mail from Mr. Phillips, attorney for plaintiff, to Mike Johanns and Ron DeHaven, with an attached March 31, 2005 letter re: Sixty Day Notice of Endangered Species Violations in Connection with Final Rule Permitting Importations of Potted <u>Phalaenopsis</u> spp. (Moth Orchids), and an attachment to the letter stating that the e-mail message is intended only for the use of the individual or entity to which it is addressed.

  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

  Executed on this 7th day of October, 2005

          <u>  /s/   </u>
          Donna S. Fitzgerald
          Trial Attorney
          Natural Resources Section
          Environment & Natural Resources Division
          United States Department of Justice