

Mr. Gary D. Frazer
Assistant Director, Endangered Species
Fish and Wildlife Service
Department of the Interior
1849 C Street, NW.
Washington, DC 20240

Dear Mr. Frazer:

In accordance with the requirements of Section 7 of the Endangered Species Act, this is to request initiation of informal programmatic consultation between Plant Protection and Quarantine (PPQ) and Fish and Wildlife Service (FWS) regarding the importation of plants established in approved growing media and produced in accordance with requirements set forth by PPQ. Further, we seek FWS concurrence with the determination made by PPQ that this proposed action is not likely to adversely affect federally listed or proposed threatened or endangered species or their habitats.

Enclosed for your review is the Biological Evaluation (BE) for the Proposed Importation of Nursery Stock in Approved Growing Media into the United States. In support of the BE, we have included the following:

Appendix 1 - Guidelines for Pathway-Initiated Pest Risk Assessments (Version 5.02);

Appendix 2 - Risk Analysis of the Importation of Moth Orchid, *Phalaenopsis* spp., Plants in Approved Growing Media from Taiwan into the United States;

Appendix 3 - Five Pest Risk Assessments (Supplements) for Importation of Five Species of Chinese Penjing Plants into the United States; and Pest Risk Management for Penjing Plants.

Also enclosed for your reference is 7 Code of Federal Regulations § 319.37–8(e).

The proposed action requires that the plants produced for importation into the United States be produced in accordance with Animal and Plant Health Inspection Service (APHIS) requirements. APHIS requirements mandate that a program consisting of numerous specific pest mitigating measures be established and adhered to. Such an export program requires plants to be grown in accordance with written agreements between APHIS and the national plant protection organization (NPPO) of the exporting country. The growers are

EXHIBIT
2
05-1182

Mr. Gary D. Frazer                                                                 2

required to enter into written agreements with the NPPO to produce plants in accordance with the requirements, whereupon a phytosanitary certificate is issued that accompanies the plants. Only under these approved phytosanitary conditions may plants, grown and established in APHIS-approved growing media, be imported into the United States. Furthermore, at the first port of arrival in the United States, all shipments of plants must be thoroughly inspected by a PPQ Officer. The mitigation measures described in the enclosed documents having been proven effective in similar programs, will effectively mitigate potential pest risks and will protect threatened and endangered species and their habitats.

In your review of the BE, you will see that the findings support APHIS' determination that this action is not likely to adversely affect any species proposed or listed by the FWS as threatened or endangered or their habitats. If new or additional information reveals effects of the action that may affect listed or proposed species or their habitats in a manner or to an extent not previously considered, APHIS will contact FWS and acknowledges that FWS may reconsider the determination.

We would like to thank you for your extraordinary efforts to date in helping APHIS in this matter. We are offering as much assistance from APHIS staffs as your office requires to expedite the review. We are seeking expeditious consultation and look forward to receiving your written concurrence of our determination.

If you should require additional information, please contact Ms. Leslie Rubin of our Regulatory Coordination staff at (301) 734-8790.

Sincerely,


Lee Ann Thomas
Acting Director
APHIS Plant Health Programs
Plant Protection and Quarantine

10 Enclosures

cc:
R. Dunkle, PPQ, Washington, DC
R. Iwamoto, IS, Washington, DC
G. Gordh, PPQ, Raleigh, NC
C. Enright, PPQ, Riverdale, MD
W. Thomas, PPQ, Riverdale, MD
R. Sequeria, PPQ, Raleigh, NC
W. Burnett, PPQ, Riverdale, MD
R. Griffin, PPQ, Raleigh, NC

APHIS:PPQ:RC:Rubin:09/30/03:301-734-5402