

# United States Department of the Interior

FISH AND WILDLIFE SERVICE
Washington, D.C. 20240

In Reply Refer To:
FWS/AES/BCH/014892

MAR 18 2004

Mr. Michael A. Lidsky
Plant Health Programs
Plant Protection and Quarantine
Animal and Plant Health Inspection Service
4700 River Road
Riverdale, Maryland 20737

Dear Mr. Lidsky:

This responds to your letter dated October 1, 2003, regarding the request by the U.S. Department of Agriculture Animal and Plant Health Inspection Service to initiate informal section 7 consultation under the Endangered Species Act of 1973, as amended (16 U.S.C. 1531 et seq.). The consultation concerns the proposed program to import plants established in APHIS-approved growing media and produced in accordance with requirements set forth by Plant Protection and Quarantine under regulations found in 7 CFR §319.37. As noted in the biological evaluation, these rules were promulgated to regulate the importation of plant species to prevent the introduction of quarantine pests into the United States. In our response to this request for section 7 consultation, we have included requests for additional information and recommended changes to be incorporated, amending the programmatic biological evaluation.

Reinitiation of Previous Consultations
As previously agreed, this programmatic consultation will include the reinitiation of two section 7 consultations completed last year: (1) the proposed importation of *Phalaenopsis* spp. (moth orchids) established in approved growing media from Taiwan into the United States (April 7, 2003), and (2) the proposed importation of five species of Penjing, or artificially dwarfed plants (*Buxus sinica*, *Ehretia microphylla*, *Podocarpus macrophyllus*, *Sageretia thea* and *Serissa foetida*) established in approved growing media from the People's Republic of China (April 10, 2003). Although APHIS did not specifically request reinitiation of the section 7 consultations for moth orchids and the five species of Penjing, we are interpreting APHIS's submission of pertinent documents as a request to do so for the reasons below. Reinitiating and incorporating the two previous individual consultations into this programmatic consultation will provide a consistent foundation for future requests for plant importation in APHIS-approved growing media.

  1. The cover letter requests the initiation of informal programmatic consultation

EXHIBIT 3  05-1182

regarding the importation of plants established in approved growing media and produced in accordance with requirements set forth by PPQ.

2. The standing agreement during several interagency meetings has been that upon initiation of section 7 consultation on the 7 CFR §319.37 program regarding the proposed importation of plants in APHIS-approved growing media, APHIS would reinitiate consultation on both the moth orchids and the five Penjing species.

3. As previously noted, the section 7 consultation on moth orchids was completed on April 7, 2003. In this programmatic consultation package, APHIS included two documents with May 2003 dates regarding moth orchids. These documents are the risk analysis and an environmental assessment for the proposed rule (APHIS 2003).

4. Similarly, the section 7 consultation on the five Penjing species was completed on April 10, 2003. In this programmatic consultation package, APHIS included six documents with September 2003 dates which contain additional analyses of the potential effects and the mitigations measures to offset these effects. These documents include the "Pest Risk Management for Chinese Penjing Plants" and five supplemental documents, one each for *Buxus sinica*, *Ehretia microphylla*, *Podocarpus macrophyllus*, *Sageretia thea*, and *Serissa foetida* (APHIS 2003). Proposed and final rules have been published in the *Federal Register*. APHIS did not include in this programmatic consultation package an environmental assessment of the proposed rule for the five species of Penjing, or the proposed and final rules.

The final rule has been published in the *Federal Register* (69 FR 2481-2491, January 16, 2004) for the importation of the five artificially dwarfed plant species (Penjing) in growing media from the People's Republic of China. This final rule will amend the regulations in 7 CFR §319.37 that prohibit or restrict the importation into the United States of certain plants and plant products to prevent the introduction of plant pests and pathogens. The associated proposed rule for moth orchids, when published as a final rule in the *Federal Register*, will also amend the existing regulations in 7 CFR §319.37. For consistency across this program, we anticipate that future requests for plant importation in APHIS-approved growing media will incorporate documentation comparable to that provided for the five Penjing species and the moth orchids.

Species and Critical Habitat
We will provide a complete list of the endangered, threatened, and proposed species, and the proposed and designated critical habitats to document the species and critical habitat locations included in this consultation.

Plant Importations from Canada
We note in the biological evaluation that plants grown in unapproved growing media are prohibited entry into the United States from all countries except Canada because of a wide range of potential pests associated with the media. We would like to know

    (a) the preventive measures APHIS has developed in order to prevent the introduction of quarantine pests and pathogens from entering the United States when species in unapproved growing media or bareroot are imported through Canada to the United States;

(b) the basis for treating Canada as an exception; and
(c) the ability of APHIS to alter requirements with respect to Canada.

Additional Issues

During site inspections in the People's Republic of China, we observed the use of sets of automatic double doors and antiseptic foot pads at the entrances of disinfected greenhouses to prevent the introduction of pests and pathogens. In addition, storage facilities could be required to follow a disinfection and sanitation regime comparable to greenhouses. These measures are not specified in the 7 CFR 319 regulations. However, through the written agreement signed by the plant protection service of the country where the plants slated for export to the United States are grown, APHIS PPQ could require these additional preventive measures. We recommend that APHIS PPQ include the required use of these measures in written agreements, or work plans.

We had understood during the interagency discussions and subsequent agreement that 0.6 mm mesh size for greenhouse, opening, and vent screening was inadequate to prevent the introductions of thrips infestations into APHIS-approved greenhouses, and that 0.4 mm mesh size or less would be used. Using the smaller mesh screen size would provide an additional degree of insurance against an infestation of thrips and reduce the potential for importing thrips into the United States. Please explain how requiring use of 0.6 mm mesh will prevent thrips' introductions.

Adaptive Management Program and Monitoring

During the strategy sessions, our interagency consultation team discussed in depth the need for a longterm adaptive management program with a feedback mechanism that would indicate any need for improvement in the program. The concept is to begin with a low level of risk for the introduction of invasive plants, plant pests, and pathogens. The feedback mechanism is based on APHIS reporting interceptions of pests and pathogens at the U.S. APHIS plant inspection stations to the Service. Numbers of interceptions will indicate the degree of need for new requirements for the importation program. As stated in the programmatic biological evaluation, APHIS will submit a yearly report to the Service. This report will include a list of quarantine pest interceptions on importations of plants in APHIS-approved growing media and those from bare-root consignments of the same plant species from the same country of origin, and any resulting PPQ actions.

We would like to work with APHIS to develop a format for the annual report. The purpose of the annual report will be to help identify the cause of recurring interceptions at the APHIS plant inspection stations, and determine if this importation program needs to be modified. The report should be addressed to the Chief, Branch of Consultation and Habitat Conservation Planning, Endangered Species. The following topics are suggestions for the annual report that may help achieve this purpose:
   1. Date of latest PPQ consultation for the program regarding plant importations in APHIS-approved growing media
   2. Quarantine pest species intercepted

4

    3. Plant host in shipment
    4. Description of situation intercepted
    5. Number of previous interceptions
    6. Cause of interception (e.g., non-compliance with work order or inspection protocol)
    7. Adequacy of mitigation measures to prevent recurrence (i.e., are modifications required)
    8. Resolution (i.e., steps taken to correct situation and prevent recurrence)

In addition, please describe how APHIS intends to use the results from inspections of plants imported in APHIS-approved growing media to design new regulations and modify the existing pertinent 7 CFR 319.37 regulations.

Future Interagency Communication
With regard to this consultation, reinitiation is required if (a) any prohibited take of listed species or adverse modification of critical habitat occurs; (b) if new information reveals effects of the action that may affect listed species or critical habitat in a manner or to an extent not previously considered; (c) if the identified action is subsequently modified in a manner that causes an effect to the listed species or critical habitat that was not considered; or (d) if a new species is listed or critical habitat designated that may be affected by the identified action. To facilitate reinitiation, we recommend the following future interagency communication:

    (1) The Service will routinely notify PPQ Environmental Coordinator, APHIS when a species has been proposed or listed and when critical habitat has been proposed or designated. It is our expectation that continued programmatic consultation will address all listed taxa.
    (2) APHIS should inform the Chief, Branch of Consultation and Habitat Conservation Planning, Endangered Species, U.S. Fish and Wildlife Service as the proposed rule for a new class of plant importations is being submitted to the *Federal Register*.

Either of these situations may trigger reinitiation of this programmatic consultation. Reinitiation of section 7 consultation may also be required due to an APHIS determination that a proposed plant importation, or its associated pests or pathogens, may directly or indirectly affect endangered, threatened, and proposed species or their habitat in a manner not considered in the programmatic consultation. We wish to clarify, however, that new import products that comply with the basic approach of this program would result in determinations of "may affect, but not likely to adversely affect" listed species or their habitat, barring unanticipated circumstances. We have enclosed a draft of the routine communication we anticipate from APHIS to document the potential effects from a future proposed plant importation.

The consultation on the program regarding the 7 CFR §319.37 plant importation in APHIS-approved growing media should be reinitiated at the end of five years in order to assess the efficiency of the interagency information exchange, to update the programmatic consultation by incorporating any modifications made to the program during this time frame, and to consider additional modifications as necessary.

If you have any questions, please contact Rick Sayers, Chief, Branch of Consultation and Habitat Conservation Planning at (703) 358-2106.

Sincerely,

Richard E. Sayers, Jr., Chief
Branch of Consultation and Habitat Conservation Planning

Enclosure

Literature Cited

APHIS. 2003. Importation of Chinese Penjing into the United States with Particular Reference to *Buxus sinica*, 2003 Supplementary Assessment. Raleigh, North Carolina. 35 pgs.

APHIS. 2003. Importation of Chinese Penjing into the United States with Particular Reference to *Ehretia microphylla*, 2003 Supplementary Assessment. Raleigh, North Carolina. 31 pgs.

APHIS. 2003. Importation of Chinese Penjing into the United States with Particular Reference to *Podocarpus macrophyllus*, 2003 Supplementary Assessment. Raleigh, North Carolina. 39 pgs.

APHIS. 2003. Importation of Chinese Penjing into the United States with Particular Reference to *Sageretia thea*, 2003 Supplementary Assessment. Raleigh, North Carolina. 32 pgs.

APHIS. 2003. Importation of Chinese Penjing into the United States with Particular Reference to *Serissa foetida*, 2003 Supplementary Assessment. Raleigh, North Carolina. 31 pgs.

APHIS. 2003. Pest Risk Management for Chinese Penjing Plants. Riverdale, Maryland. 77 pgs.

APHIS. 2003. Proposed Rule for the Importation of Moth Orchids (*Phalaenopsis* spp.) in Approved Growing Media from Taiwan, Environmental Assessment, May 2003. Riverdale, Maryland. 26 pgs.

APHIS. 2003. Risk Analysis of the Importation of Moth Orchid, *Phalaenopsis* spp., Plants in Approved Growing Media From Taiwan into the United States. Riverdale, Maryland. 34 pgs.