

**United States Department of Agriculture**

**Animal and Plant Health Inspection Service**

**Plant Protection and Quarantine**

**Plant Health Programs**

**Regulatory Coordination**

4700 River Road
Riverdale, MD
20737

Dr. Richard E. Sayers, Jr., Chief
Branch of Consultation and Habitat
  Conservation Planning
U.S. Fish and Wildlife Service
Endangered Species, Room 420
4401 N. Fairfax Drive
Arlington, VA 22203

JUN 2 2004

Dear Dr. Sayers: *Rick*

This responds to your letter dated March 18, 2004, requesting additional information and providing recommendations to be incorporated into the programmatic biological evaluation for the section 7 consultation under the Endangered Species Act of 1973, as amended (16 U.S.C. 1531 *et seq.*) with regard to the Animal and Plant Health Inspection Service's (APHIS) program to import plants established in approved growing media and produced in accordance with requirements set forth by the Plant Protection and Quarantine (PPQ) under regulations found in 7 CFR §319.37. These responses will address, respectively, each comment in your letter and will amend the original "Biological Evaluation for the Proposed Importation of Nursery Stock in Approved Growing Media into the United States" (September 2003) submitted to Fish and Wildlife Service (FWS) on October 1, 2003.

### Reinitiation of Previous Consultations

This programmatic consultation includes the reinitiation of two section 7 consultations completed in 2003: (1) the proposed importation of *Phalaenopsis* spp. (moth orchids) established in approved growing media from Taiwan into the United States (April 7, 2003), and (2) the proposed importation of five species of penjing, or artificially dwarfed plants (*Buxus sinica, Ehretia microphylla, Podocarpus macrophyllus, Sageretia thea, Serissa foetida*) established in approved growing media from the People's Republic of China (April 10, 2003). Reinitiating and incorporating the two previous individual consultations into this programmatic consultation will provide a consistent foundation for future requests for plant importation in APHIS-approved growing media. Both of these proposed importations of plants in approved growing media have since been published in the *Federal Register* as final rules— *Phalaenopsis* orchids on May 5, 2004 (69 FR 24916-24936), and five species of artificially dwarfed plants (penjing) on January 16, 2004 (69 FR 2481-2491)— amending the regulations at 7 CFR §319.37.



EXHIBIT
4
05-1182

Dr. Richard E. Sayers, Jr.                                              2

Species and Critical Habitat

This consultation refers to the list of the endangered, threatened, and proposed species, and the proposed and designated critical habitats dated June 2, 2004.

Plant Importations from Canada

The rationale for allowing only Canada to be excepted from the prohibition of exporting into the United States plants grown in unapproved growing media is based on a number of technical requirements, and geographical and regulatory similarities and shared concerns between our countries. Plants entering Canada that will be exported to the United States in approved media must be grown in Canada for a year; that is, Canada cannot be a transshipment point. Because our countries have a common border with contiguous ecosystems, we share similar pest species, meaning that they would not be problematic to the United States. Canada and the United States have equal concern for our continent, and freely exchange technology and information to address issues that concern us both. Further, Canada and the United States have similar import regulations with respect to other countries, so that similar country imports would present similar risks of nonindigenous species for which we are prepared to take action. Under these circumstances, the United States allows most plants to be imported from Canada unless a pest problem is detected – then the United States prohibits the importation of the specific plant or plants known to harbor the pest until the problem is adequately mitigated.

Additional Issues

With respect to the FWS suggestion to require automatic double doors and antiseptic foot pads at the entrances to disinfected greenhouses and storage facilities in exporting countries to prevent the introduction of pests and pathogens, PPQ imposes a number of mitigative measures in their operational workplans with these countries that are equally or more effective at preventing pest and disease introduction. For example, PPQ requires that greenhouses and storage facilities have non-soil flooring and grow plants on raised benches to minimize the risk of any pests that may have entered the buildings from getting into the potted plants. In the future, for certain pests identified in a specific pest risk assessment, PPQ may require antiseptic footpads or double doors within the operational workplan. However, for this program and up to now, PPQ has not identified any pathogens that would be mitigated by antiseptic footpads.

Regarding the comment that FWS understood from our discussions that PPQ would require a mesh size smaller than 0.6 mm for greenhouse, opening, and vent screenings to prevent the introductions of thrips infestations into APHIS-

Dr. Richard E. Sayers, Jr.    3

approved greenhouses, PPQ assumes that this was a misunderstanding. PPQ recognizes that thrips are very small insects, approximately 0.2 mm, and could get in through even the 0.4 mm mesh size suggested by FWS. Mesh size of 0.6 mm is the most practical for many situations; smaller mesh sizes would require adapting greenhouse construction to accommodate the need for air circulation and cooling fans, especially in more humid climates. However, PPQ incorporates specific equivalent mitigation measures, including routine or repeated pesticide sprays, when warranted, to reduce the risk of infestation and possible introduction of thrips into the United States.

Adaptive Management Program and Monitoring

APHIS agrees with FWS that a long-term adaptive management program with a feedback mechanism is a valuable and necessary component of the program. At the recommendation of FWS, APHIS will submit to the Service a yearly report including a list of quarantine pest interceptions on importations of plants in APHIS-approved growing media and those from bare-root consignments of the same plant species from the same country of origin. The format for the report will follow, when feasible, the recommendations of FWS in their March 18, 2004 letter to APHIS, and as discussed in a conference call on November 18, 2003. In addition, APHIS will include International Services/PPQ site-visit reviews or reports, including the dates conducted, findings or results, and recommendations.

APHIS' regulatory responsibility includes responding to pest interceptions at the ports, actions that include the disposition of the noncompliant imports, i.e., treatment, refuse entry, or destruction. In addition, APHIS analyzes the data collected from these interceptions to determine whether procedural or operational changes are necessary. To maintain the level of understanding between our agencies that has been achieved, APHIS will continue the knowledge sharing by providing to FWS, in the yearly reports, information on increases or decreases in interception rates, compliance issues, APHIS' response, and any program changes that result from analyses of the data.

Future Interagency Communication

APHIS is aware of and will comply with the four stated conditions requiring reinitiation of this consultation (in the March 18, 2004 letter from Rick Sayers to Mike Lidsky). To this end, we understand that FWS will routinely notify the PPQ Environmental Coordinator (currently on PPQ, Plant Health Programs, Regulatory Coordination staff) when a species has been proposed or listed and when critical habitat has been proposed or designated. As well, APHIS will inform the FWS when a new class of plant is proposed for importation. In addition, APHIS will reinitiate consultation if APHIS determines that a proposed new plant importation, or pests or pathogens associated with the

Dr. Richard E. Sayers, Jr.

4

proposed plant importation, may directly or indirectly affect endangered, threatened, and proposed species or their habitats. We understand that new import products that comply with the basic approach of the program would result in determinations of "may affect, but not likely to adversely affect" listed species or their habitats.

To maintain consistency within this program, future requests for plant importation in APHIS-approved media will incorporate documentation comparable to that provided for the moth orchids and the five penjing species.

APHIS also understands the value of reinitiating the programmatic consultation after five years to assess the functionality of the interagency information exchange, to update the programmatic consultation, and to consider additional modifications as necessary.

At this time, we seek FWS concurrence with the determination made by APHIS that this proposed action may affect, but is not likely to adversely affect, species proposed or listed by FWS as endangered or threatened, or their habitats.

Thank you for your efforts in helping to bring this matter to completion. We would like to also thank Ms. Deb Carter and Mr. John Fay for their tireless dedication to this project. We are seeking an expeditious consultation and look forward to receiving your written concurrence of our determination.

If you should require additional information please contact Leslie Rubin of my staff at (301) 734-5402.

Sincerely,

*M. K—*

Michael A. Lidsky, Esq.
Director, Regulatory Coordination
APHIS Plant Health Programs
Plant Protection and Quarantine