

# United States Department of the Interior

FISH AND WILDLIFE SERVICE
Washington, D.C. 20240

In Reply Refer To:
FWS/DCHRS/018307

SEP 1 2004

Michael A. Lidsky, Esq.
Director, Regulatory Coordination
APHIS Plant Health Programs
Plant Protection and Quarantine
U.S. Department of Agriculture
4700 River Road
Riverdale, MD 20737

Dear Mr. Lidsky:

This responds to your letter dated June 2, 2004, regarding the request by the U.S. Department of Agriculture Animal and Plant Health Inspection Service for concurrence under section 7 consultation of the Endangered Species Act of 1973, as amended (16 U.S.C. 1531 *et seq.*). The consultation concerns the proposed program to import nursery stock established in APHIS-approved growing media and produced in accordance with requirements set forth by Plant Protection and Quarantine under regulations found in 7 CFR §319.37 to prevent the introduction of quarantine pests into the United States.

The action area for the proposed action includes the geographic areas as defined by the term "State" in the Endangered Species Act of 1973, as amended, including any of the several States, the District of Columbia, Guam, American Samoa, Commonwealth of the Northern Mariana Islands (formerly Trust Territory of the Pacific Islands), Commonwealth of Puerto Rico, and the U.S. Virgin Islands (short form: Virgin Islands). Therefore, this programmatic consultation will consider the potential effects to the Federally listed species and the designated critical habitat within the States, as defined by the Act.

This programmatic consultation combines three consultations: (1) the proposed program and (2) the reinitiation and incorporation into the proposed programmatic consultation of two previously completed section 7 consultations related to the APHIS nursery stock importation program. The two consultations reinitiated and incorporated into this consultation with this correspondence were completed in 2003: (1) the importation of *Phalaenopsis* spp. (moth orchids) established in APHIS-approved growing media from Taiwan into the United States (April 7, 2003), and (2) the importation of five species of penjing, or artificially dwarfed plants, (*Buxus sinica, Ehretia microphylla, Podocarpus macrophyllus, Sageretia thea, Serissa foetida*) established in APHIS-approved growing media from the People's Republic of China (April 10, 2003). The determination for each



Mr. Michael Lidsky 2

of these consultations was initially "may affect, not likely to adversely affect". The determination included in each of the reinitiation packages is the same.

Per our interagency agreement, we are including the reinitiation of these two previously completed consultations into the programmatic consultation for two reasons: (1) minor modifications have been made to the consultation documents since completion of the consultations in 2003, and (2) incorporating these two consultations into this programmatic consultation will provide a consistent foundation for future requests for nursery stock importation in APHIS-approved growing media into the United States under regulations found in 7 CFR §319.37.

Your correspondence (June 2, 2004) addresses our recommendations and includes the additional clarification and information requested in our March 18, 2004 letter to APHIS. With our response, we are amending the consultation package for this proposed program to include the additional information contained in your June 2, 2004, correspondence, as well as the referenced final rules for the proposed importations of *Phalaenopsis* spp. from Taiwan (69 FR 24916-24936 on May 5, 2004) and the five species of penjing from the People's Republic of China (69 FR 2481-2491 on January 16, 2004) in approved growing media.

As agreed, we have sent our APHIS contact, Ms. Leslie Rubin, an updated species list (dated June 7, 2004) containing the endangered, threatened, and proposed species, as well as proposed and designated critical habitat in electronic format. This programmatic consultation (including the two reinitiated and incorporated consultations) pertains to the listed species and designated critical habitat contained in the June 7, 2004, species list. It is our understanding that APHIS has determined the proposed program "may affect, but is not likely to adversely affect" the listed species and designated critical habitat contained in the June 7, 2004 species list.

Based on the information in the documents provided to the Service in the programmatic consultation package (see Appendix A for complete document list and related internet addresses), the Service concurs with the APHIS determination that the proposed program for the importation of nursery stock established in APHIS-approved growing media, including the two previously completed consultations, "may affect, but is not likely to adversely affect" Federally listed species or designated critical habitat. This concludes section 7 consultation on the proposed program to import plants established in APHIS-approved growing media and produced in accordance with requirements set forth by Plant Protection and Quarantine under regulations found in 7 CFR §319.37 to prevent the introduction of quarantine pests into the United States.

As previously discussed and agreed, reinitiation of section 7 consultation on the programmatic consultation may be triggered when the proposed rule for a new class of plant importations is being submitted to the *Federal Register*. Reinitiation may also be required due to an APHIS determination that a proposed plant importation, or its associated pests or pathogens, may directly or indirectly affect endangered and threatened

Mr. Michael Lidsky 3

listed and proposed species or their habitat in a manner not considered in this programmatic consultation.

In addition, should the proposed program be amended in such a way as to affect additional listed species or designated critical habitat, or modified in a manner that causes an effect to Federally listed species or designated critical habitat that was not considered during this consultation; if new information reveals effects of the action that may affect listed species or designated critical habitat in a manner or to an extent not previously considered; or if a new species is listed or critical habitat designated that may be affected by the action, this determination may be reconsidered.

Further, APHIS has committed to providing the Service annual reports containing information on increases or decreases in port inspection pest interception rates, compliance issues, APHIS' response to this information, and any program modifications that result from analyses of the interception data. We have committed to notify the APHIS PPQ Environmental Coordinator (currently on PPQ, Plant Health Programs, Regulatory Coordination staff) when a species has been proposed or listed and when critical habitat has been proposed or designated.

The consultation on the program regarding the 7 CFR 319.37 plant importation in APHIS-approved growing media should be reinitiated at the end of five years from the date of signature in order to assess the efficiency of the interagency information exchange, to update this programmatic consultation by incorporating any modifications made to the program during this time, and to consider additional modifications as necessary.

We wish to extend our gratitude to the APHIS staff who have contributed to the completion of the three section 7 consultations pertaining to the 7 CFR §319.37 program and the importation of nursery stock in APHIS-approved growing media to prevent the introduction of quarantine pests into the United States. If you have any questions regarding this letter, please contact Rick Sayers, Chief, Branch of Consultation and Habitat Conservation Planning at (703) 358-2106.

Sincerely,

Assistant Director
for Endangered Species

Mr. Michael Lidsky                                                                                                         4

Appendix A

List of Documents Contained in the Programmatic Consultation

U.S. Code of Federal Regulations § 319.37-8 Subpart - Nursery Stock, Plants, Roots, Bulbs, Seeds, and Other Plant Products -- Growing media.

U.S. Department of Agriculture. 2000. Guidelines for pathway-initiated pest risk assessments, version 5.02. Animal and Plant Health Inspection Service. October. 31 pages. http://www.aphis.usda.gov/ppq/pra/commodity/cpraguide.pdf

U.S. Department of Agriculture. 2003. Proposed rule for the importation of moth orchids (*Phalaenopsis* spp.) in approved growing media from Taiwan. Environmental Assessment. Animal and Plant Health Inspection Service. May. 20 pages.

U.S. Department of Agriculture. 2003. Risk analysis of the importation of moth orchid, *Phalaenopsis* spp., plants in approved growing media from Taiwan into the United States. May. 37 pages. http://www.aphis.usda.gov/ppq/pim/PhalaenopsisTaiwan050603.PDF

U.S. Department of Agriculture. 2003. Pest risk management for Chinese penjing plants. September. 77 pages. http://www.aphis.usda.gov/ppq/pim/PRMDoc.PDF

U.S. Department of Agriculture. 2003. Importation of Chinese penjing into the United States with particular reference to *Buxus sinica*. 40 pages. http://www.aphis.usda.gov/ppq/pim/Bruxus2003.PDF

U.S. Department of Agriculture. 2003. Importation of Chinese penjing into the United States with particular reference to *Ehretia microphylla*, 2003 supplementary assessment. September. 36 pages. http://www.aphis.usda.gov/ppq/pim/Ehretia2003.PDF

U.S. Department of Agriculture. 2003. Importation of Chinese penjing into the United States with particular reference to *Podocarpus macrophyllus*, 2003 supplementary assessment. September. 44 pages. http://www.aphis.usda.gov/ppq/pim/Podocarpus2003.PDF

U.S. Department of Agriculture. 2003. Importation of Chinese penjing into the United States with particular reference to *Sageretia thea*, 2003 supplementary assessment. September. 36 pages. http://www.aphis.usda.gov/ppq/pim/Sageretia2003.PDF

U.S. Department of Agriculture. 2003. Importation of Chinese penjing into the United States with particular reference to *Serissa foetida*, 2003 supplementary assessment. September. 35 pages. http://www.aphis.usda.gov/ppq/pim/Serissa2003.PDF

U.S. Department of Agriculture. 2004. Importation of artificially dwarfed plants in growing media from the People's Republic of China - final rule. Animal and Plant Health Inspection Service. 69 FR 2481-2491. January. 10 pages.

Mr. Michael Lidsky                                                                 5

U.S. Department of Agriculture. 2004. Importation of orchids of the genus *Phalaenopsis* from Taiwan in growing media - final rule. Animal and Plant Health Inspection Service. 69 FR24916-24936. May. 20 pages.