CYRUS E. PHILLIPS, IV
ATTORNEY AT LAW

1828 L STREET, N.W., SUITE 660
WASHINGTON, D.C. 20036-5112
TELEPHONE: 202.466.7008
FACSIMILE: 202.466.7009

HOME PAGE: HTTP://WWW.PROCUREMENT-LAWYER.COM
E-MAIL: LAWYER@PROCUREMENT-LAWYER.COM

March 31st, 2005

VIA OVERNIGHT DELIVERY

Gale Norton
Secretary of the Interior
United States Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240-0001

Mike Johanns
Secretary of Agriculture
United States Department of Agriculture
Jamie L. Whitten Federal Building
1400 Independence Avenue, S.W., Room 200-A
Washington, D.C. 20250-0002

Matt Hogan
Acting Director
United States Fish and Wildlife Service
1849 C Street, N.W., Mailstop 3256 MIB
Washington, D.C. 20240-0001

W. Ron DeHaven, D.V.M.
Administrator
Animal and Plant Health Inspection Service
United States Department of Agriculture
1400 Independence Avenue, S.W., Room 312-E
Washington, D.C. 20250-0312

Re: Sixty Day Notice of Endangered Species Act Violations in Connection With
    Final Rule Permitting Importations of Potted *Phalaenopsis* spp. (Moth Orchids)

Dear Secretary Norton, Secretary Johanns, Acting Director Hogan, and Dr. DeHaven:

In accordance with the sixty-day notice requirement of Section 11(g) of the Endangered Species Act, 16 U.S.C. § 1540(g)(2)(A)(i), I write on behalf of the Hawai'i Orchid Growers Association to give you notice of the Hawai'i Orchid Growers Association's intent to bring a Civil Action against each of you in your official capacities for continuing violations of the Endangered Species Act, 16 U.S.C. §§ 1531-1544.

As described more fully below, your Departments have violated, are violating, and are likely to continue to violate in the future, the following provisions of the Endangered Species Act:

(a) Section 2(c)(1) of the Endangered Species Act, 16 U.S.C. § 1531(c)(1), by failing to ensure that Agency actions, specifically, Agency actions under the Final Rule entitled "Importation of Orchids of the Genus *Phalaenopsis* From Taiwan in Growing Media," 69 Fed. Reg. 24916-36 (2004) (to be codified at 7 C.F.R. § 319.37-8(e)), conserve endangered species and threatened species and do not jeopardize the continued existence of endangered species and threatened species or critical habitat;

(b) Section 7(a)(2) of the Endangered Species Act, 16 U.S.C. § 1536(a)(2), by failing to ensure that this Final Rule is not likely to jeopardize the continued existence of any endangered species or threatened species, or is not likely to result in the destruction or adverse modification of critical habitat of such species, and by failing to use the best scientific and commercial data available in the consultations over this Final Rule; and

(c) Section 9 of the Endangered Species Act, 16 U.S.C. § 1538(a), through past, present, and planned future actions which have resulted in, and imminently threaten to continue, unlawful "take" of endangered species and threatened species within the meaning of said Section and implementing regulations.

INFORMAL RULEMAKING PROCEEDINGS

Generally, Subpart 37 of Section 319, Title 37, Code of Federal Regulations (known generally as the "Quarantine 37" regulations) requires that imported plants "shall be free of sand, soil, earth, and other growing media." 7 C.F.R. § 319.37-8(a). But certain greenhouse-grown plants from listed taxa may be imported in an approved growing medium. 7 C.F.R. § 319.37-8(e).

As required by 5 U.S.C. § 553(b), on September 1st, 1998 Animal and Plant Health Inspection Service issued notice of a proposed Rule in the FEDERAL REGISTER. 63 Fed. Reg. 46403-46406 (1998). In 1997 the Government of Taiwan had requested that Animal and Plant Health Inspection Service consider amending 7 C.F.R. § 319.37-8(e) to allow importation of greenhouse-grown *Phalaenopsis* spp. orchid plants established in sphagnum moss as a growing medium. By April 1997 Animal and Plant Health Inspection Service had concluded in a Risk Assessment that "the importation of *Phalaenopsis* spp. orchids from any country—not just Taiwan—under the conditions required by § 319.37-8(e) would pose no greater pest risk than is posed by the importation of epiphytic orchid material currently allowed entry from any country as bare-rooted plants under § 319.37-8(a) or established on other epiphytic growing media (tree fern slabs, coconut husks, or coconut fiber) under § 319.37-8(d)." Thus Animal and Plant Health Inspection Service proposed a Rule which would "allow *Phalaenopsis* spp. orchids to be imported into the United States established in approved growing media from any country provided the orchids were produced, handled, and imported in accordance with the requirements of § 319.37-8(e) . . . ." 63 Fed. Reg. 46404 (1998).

The Hawai'i Orchid Growers Association provided Comments on November 30th, 1998 as later did the Society of American Florists, the American Nursery and Landscape Association, the Hawai'i Department of Land and Natural Resources, the Hawai'i Department of Agriculture, the United States Fish and Wildlife Service, the United States Department of Interior, the United States Geological Survey, the University of Hawai'i, and Hawai'i's Congressional Delegation.

INTERAGENCY CONSULTATIONS

In October 2002, as required by 16 U.S.C. § 1536(a)(2) and 50 C.F.R. § 402.14(a), Animal and Plant Health Inspection Service initiated consultations with the Fish and Wildlife Service, United States Department of Interior to assess the potential effects of the proposed Rule on Federally-listed or proposed endangered or threatened species or their habitats. After Animal and Plant Health Inspection Service initiated the interagency consultations required by statute and regulation, on March 21st, 2003 the Fish and Wildlife Service, United States Department of the Interior "identified two areas of residual concern," one of which was as follows:

> It is not clear why the several species of quarantine pest thrips were eliminated from consideration as pests that are likely to follow the importation pathway. The phytosanitary measures do not appear to adequately address the potential for infestation of thrips, resulting in a substantial risk of the organisms entering greenhouse units, openings, and vent coverings. Specifically, the prescribed screening mesh size does not appear fine enough to exclude thrips from growing areas. Please provide an explanation why these species of thrips were dropped from the list of quarantine pests, and the rationale for the prescribed screening mesh size

At a conference convened on April 2nd and 3rd, 2003 Animal and Plant Health Inspection Service responded to this "residual concern" as follows:

> Thrips is a pest of Orchidaceae in Taiwan; however, there is no evidence in either the scientific literature or from the interceptions at APHIS plant inspection stations that thrips is a pest on *Phalaenopsis*. PPQ ran a search on their database for thrips interceptions on *Phalaenopsis* from Taiwan. No interceptions turned up. . . . *Phalaenopsis* has been imported bare root into the United States for at least 20 years. During that time no problems with pests on Phalaenopsis have arisen. The importation has amounted to a long-term uncontrolled experiment.

On April 3rd, 2003 Animal and Plant Health Inspection Service, responding to this "residual concern," wrote the Fish and Wildlife Service, United States Department of Interior, as follows:

> The thrips identified in the pest risk assessment (PRA) were not considered for several reasons. The extensive literature searches APHIS conducted revealed that none of the thrips identified in the PRA have ever been reported on Phalaenopsis. Furthermore, a review of pest interceptions made over the past eight years on bare-rooted Phalaenopsis plants from Taiwan show that thrips have not been intercepted. . . .

- 3 -

Wrong and Untruthful Representations Were Not the Required "Best Science"

These representations by Animal and Plant Health Inspection Service to the Fish and Wildlife Service, United States Department of Interior were wrong and untruthful. These representations by Animal and Plant Inspection Service were not the "best science" required by 16 U.S.C. § 1536(a)(2) and 50 C.F.R. § 402.14(d).

A Risk Assessment prepared by Animal and Plant Health Inspection Service in April 1997 had already reported, from a literature search, and from review of Animal and Plant Health Inspection Service interception records, that the following pests were "associated" with *Phalaenopsis* spp. from Taiwan: *Dichromothrips* sp., *Frankliniella intonsa*, *Frankliniella schultzei*, *Phlaeothripidae* sp., *Thripidae* sp., *Thrips hawaiiensis*, and *Thrips palmi*. The Hawai'i Orchid Growers Association's Comments submitted on November 30th, 1998 had carefully explained that the required 0.6 mm screen hole size in the proposed greenhouses to be constructed in Taiwan would not exclude the *Thripidae* quarantine pests of *Phalaenopsis* spp. orchids in Taiwan that had been identified in the Risk Assessment. And in Comments from the Hawai'i Department of Agriculture submitted on November 25th, 1998 Hawai'i Department of Agriculture had reported that in 1993 it had allowed an importation of 50,000 bare root *Phalaenopsis* spp. orchids into Hawai'i under a special permit whereby the plants were obtained from flasked material, the greenhouses in Taiwan were enclosed by screen and doors, and Hawai'i Department of Agriculture inspectors had traveled to Taiwan and there inspected and approved "each and every Phalaenopsis plant for packing." Nonetheless, several pests were intercepted by Animal and Plant Health Inspection Service when the bare root plants were presented for entry into the United States, and even more pests were found after these plants were thereafter grown-out in a quarantine house in Hawai'i for the then-required period of sixty days post-entry quarantine.

None of this information, information that was in the possession of, and well-known to Animal and Plant Health Inspection Service, was disclosed by Animal and Plant Health Inspection Service to the Fish and Wildlife Service, United States Department of Interior.

The Final Rule

On April 7th, 2003 the Fish and Wildlife Service, United States Department of Interior concurred with the determination of the Animal and Plant Health Inspection Service that the proposed Rule would not adversely affect Federally-listed or proposed endangered or threatened species or their habitats.

In response to the Comments that had been submitted on the proposed Rule, on May 9th, 2003 Animal and Plant Health Inspection Service narrowed the application of the proposed Rule to *Phalaenopsis* spp. orchids from Taiwan only, published an Environmental Assessment, and revised and reissued the Risk Assessment of 1997 as the Risk Analysis of 2003. 69 Fed. Reg. 24916-24917 (2004).

Again, the Hawai'i Orchid Growers Association provided Comments, this time on July 9th, 2003. Comments were also submitted by the Society of American Florists, the Florida Nurserymen & Growers Association, the American Nursery & Landscape Association, the Hawai'i Department of Agriculture, and Hawai'i's Congressional Delegation.

On May 5th, 2004 Animal and Plant Health Inspection Service issued its Final Rule amending 7 C.F.R. § 319.37-8(e) to allow importation of greenhouse-grown *Phalaenopsis* spp. orchid plants from Taiwan established in an approved growing medium. 69 Fed. Reg. 24916-24936 (2004). Just as in the proposed Rule first

published in 1998, Animal and Plant Health Inspection Service has imposed in the Final Rule no specific phytosanitary measures beyond the general program requirements contained in 7 C.F.R. § 319.37-8(e). 69 Fed. Reg. 24917 (2004). Animal and Plant Health Inspection Service has denied that its representations to the Fish and Wildlife Service, United States Department of Interior were wrong and untruthful:

> APHIS provided FWS with all of the information that we had related to imports of *Phalaenopsis* spp. orchids in growing media from Taiwan. FWS concluded that the information that we gave them was sufficient to produce a finding that the importation of *Phalaenopsis* spp. orchids from Taiwan in approved growing media will not adversely affect federally listed or proposed endangered or threatened species or their habitats.

69 Fed. Reg. 24934 (2004).

THE DECISION THAT THE FINAL RULE IS "NOT LIKELY TO JEOPARDIZE" CONTINUED EXISTENCE OF ANY ENDANGERED OR THREATENED SPECIES OR RESULT IN DESTRUCTION OR ADVERSE MODIFICATION OF CRITICAL HABITAT WAS UNLAWFUL

The "not likely to jeopardize" finding in which the Fish and Wildlife Service, United States Department of Interior concurred on April 7th, 2003 was then, is now, and continues to be, unlawful because this finding was not made on the basis of the "best science" as is required by 16 U.S.C. § 1536(a)(2) and 50 C.F.R. § 402.14(d).

As is provided under the citizen suit provision of Section 11(g) of the Endangered Species Act, 16 U.S.C. § 1540(g)(1), Hawai'i Orchid Growers Association may institute legal action after sixty days following your receipt of this notice of the foregoing violations of statute and regulation, and Hawai'i Orchid Growers Association will then seek declaratory and injunctive relief as appropriate, as well as recovery of the costs and attorney fees incurred by the Hawai'i Orchid Growers Association pursuant to 16 U.S.C. § 1540(g)(4), and/or the Equal Access to Justice Act, 28 U.S.C. § 2412. Further, Hawai'i Orchid Growers Association will aver that your Departments violated the Administrative Procedure Act, 5 U.S.C. §§ 701-706, when the "not likely to jeopardize" finding was issued, in that this finding was then, is now, and continues to be, arbitrary, capricious, an abuse of discretion, and not in accordance with law.

Hawai'i Orchid Growers Association has prepared this sixty day notice of the filing of a citizen suit based on good faith information and belief, and after reasonably diligent investigation. However, should the foregoing averments be factually erroneous or inaccurate, please notify me promptly, and perhaps we may avoid unnecessary litigation.

The Supreme Court of the United States of America and other tribunals have often noted that the underlying purpose of the sixty-day notice provision is to encourage you to take action to comply with the Endangered Species Act and thereby avoid the need for the Hawai'i Orchid Growers Association to seek a Court Order compelling your compliance. We hope that you will act promptly to correct the violations of statute and regulation complained of herein.

Please contact me if you wish to discuss this matter further.

Sincerely,

/s/ Cyrus E. Phillips, IV

Cyrus E. Phillips, IV

Cc:
Dave Allen
Regional Director, Pacific Region
United States Fish and Wildlife Service
Eastside Federal Complex
911 NE 11th Avenue
Portland, Oregon 97232-4181
(via overnight delivery)

Sandra Lee Kunimoto
Chairperson, Board of Agriculture
Hawai'i Department of Agriculture
1428 South King Street
Honolulu, Hawai'i 96814-2512
(via regular mail)

Donald Eberly
President, Hawai'i Orchid Growers Association
C/O Hawai'ian Tropicals Direct
14-4865 Iliani Road
Post Office Box 2069
Pahoa, Hawai'i 96778
(via regular mail)

This electronic message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged or confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, please be aware that any dissemination, distribution, or copying of this message is strictly prohibited. If you have received this electronic message in error, please notify me immediately by telephone (1.202.466.7008), or by electronic mail (info@procurement-lawyer.com).

Although this message and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free, and I accept no responsibility for any loss or damage arising in any way from the use of this message and any attachments.

Thanks.