UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HAWAI'I ORCHID GROWERS ASSOCIATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05-1182 (RCL) |
| | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF AGRICULTURE; | ) | |
| MIKE JOHANNS, SECRETARY OF AGRICULTURE; | ) | |
| W. RON DEHAVEN, ADMINISTRATOR, ANIMAL | ) | |
| AND PLANT HEALTH INSPECTION SERVICE; | ) | |
| UNITED STATES DEPARTMENT OF THE INTERIOR; | ) | |
| GALE NORTON, SECRETARY OF THE INTERIOR; | ) | |
| MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED | ) | |
| STATES FISH AND WILDLIFE SERVICE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF COUNTS II AND IV OF AMENDED COMPLAINT

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, all parties to this action stipulate to dismissal with prejudice of Counts II and IV of the Amended Complaint.

A proposed Order is attached hereto.

Dated: October 13, 2005

Respectfully submitted,                    Respectfully submitted,


/s/ Cyrus E. Phillips, IV                  KELLY A. JOHNSON
_____                    Acting Assistant Attorney General
Cyrus E. Phillips, IV, D.C. Bar 456500
1828 L. St., N.W. Suite 660
Washington D.C. 20036-5112                 _____/s/_____
Tel.: 202-466-7008                         Donna S. Fitzgerald
Facsimile: 202-466-7009                    Connecticut Bar #411810
E-mail: lawyer@procurement-lawyer.com      United States Department of Justice
                                           Environment and Natural Resources
                                               Division
Attorney for Plaintiff                     General Litigation Section
                                           P.O. Box 663
                                           Washington, D.C. 20044-0663
                                           Phone:  202-305-0476

Facsimile:  202-305-0506
E-mail: Donna.Fitzgerald@usdoj.gov

Of Counsel:

Darlene Bolinger
Attorney Advisor General
Regulatory Division
Office of the General Counsel
United States Department of Agriculture
Rm 2319 South Building
1400 Independence Ave., SW
Washington, DC 20250-1400


Peg Romanik, Attorney
Office of the Solicitor
Division of Parks & Wildlife
United States Department of the Interior
1849 C. St., N.W., MS 6557
Washington D.C. 20240


Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAWAI'I ORCHID GROWERS ASSOCIATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 05-1182 (RCL) |
| | ) |
| | ) |
| UNITED STATES DEPARTMENT OF AGRICULTURE; | ) |
| MIKE JOHANNS, SECRETARY OF AGRICULTURE; | ) |
| W. RON DEHAVEN, ADMINISTRATOR, ANIMAL | ) |
| AND PLANT HEALTH INSPECTION SERVICE; | ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR; | ) |
| GALE NORTON, SECRETARY OF THE INTERIOR; | ) |
| MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED | ) |
| STATES FISH AND WILDLIFE SERVICE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

PROPOSED ORDER

The parties' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF COUNTS

II AND IV OF AMENDED COMPLAINT came before this Court on October 13, 2005.  Based

on the stipulation, this Court orders Counts II and IV of the Amended Complaint dismissed with

prejudice.

IT IS SO ORDERED.


Dated:_____

_____
Hon. Royce C. Lamberth
United States District Judge