UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAWAI'I ORCHID GROWERS ASSOCIATION,<br><br> Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; MIKE JOHANNS, SECRETARY OF AGRICULTURE; W. RON DEHAVEN, ADMINISTRATOR, ANIMAL AND PLANT HEALTH INSPECTION SERVICE; UNITED STATES DEPARTMENT OF THE INTERIOR; GALE NORTON, SECRETARY OF THE INTERIOR; MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED STATES FISH AND WILDLIFE SERVICE,<br><br> Defendant. | Civil Action No. 05-1182 (RCL) |

## ORDER

Upon consideration of the parties' Joint Stipulation [19] of Dismissal with Prejudice of Counts II and IV of Amended Complaint before the Court on October 13, 2005, it is hereby

ORDERED that the parties' Joint Stipulation [19] of Dismissal with Prejudice of Counts II and IV of Amended Complaint is GRANTED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 14, 2005.