# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAWAI'I ORCHID GROWERS ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>) <br>)<br>UNITED STATES DEPARTMENT OF AGRICULTURE; )<br>MIKE JOHANNS, SECRETARY OF AGRICULTURE; )<br>W. RON DEHAVEN, ADMINISTRATOR, ANIMAL )<br>AND PLANT HEALTH INSPECTION SERVICE; )<br>UNITED STATES DEPARTMENT OF THE INTERIOR; )<br>GALE NORTON, SECRETARY OF THE INTERIOR; )<br>MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED )<br>STATES FISH AND WILDLIFE SERVICE, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 05-1182 (RCL) |

## DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE THE ADMINISTRATIVE RECORD

Defendants hereby file this motion seeking an extension of time until November 30, 2005 to file the administrative record in this case. Defendants have good cause for seeking this extension. Defendants have consulted with plaintiff, and plaintiff opposes this motion.

Pursuant to this Court's October 3, 2005 scheduling Order, which was proposed by defendants, the administrative record is due today. Defendants have determined that they need until November 30, 2005 to finish compiling and photocopying the administrative record. Defendants had initially thought that they would have the record ready for filing within 30 days of the Court's ruling on their motion to dismiss Counts II and IV of the Amended Complaint, but that deadline was accelerated by the fact that ten days later, the parties stipulated to dismissal with prejudice of Counts II and IV of the Amended Complaint. See Stipulation of Dismissal (Joint) with Prejudice of Counts II and IV of Amended Complaint, (Docket No. 19).

Moreover, there are a number of documents to review in compiling the administrative record, and undersigned counsel has had a number of other obligations to fulfill, including the following: 1) preparing for and lecturing at a law survey for agency clients, which required being out of the office for the last week of October, 2005; 2) preparing a response to a 48 page petition for attorney's fees in Committee for High Desert v. Abbey, Civil No. 02-599 (D. Nev.); 3) helping prepare a dispositive brief due November 17, 2005 in Sierra Club v. Gonzales, Civil No. 04-272 (S.D. Cal.), which will culminate in an argument in San Diego on December 12, 2005; 4) preparing a voluminous administrative record for filing in Te-Moak Tribe of Western Shoshone v. DOI, Civil No. 05-279 (D. Nev.); and 5) producing documents in Kingman Reef Atoll Investments v. USA, No. 05-00151 (D. Hawaii), as part of a briefing schedule that will culminate with an oral argument on a government motion to dismiss scheduled for December 5, 2005 in Honolulu.

While defendants have been working on compiling the administrative record, some final steps still need to be taken with respect to the compilation, and the record, which is over 2,000 pages at this point, needs to be copied. Once the record is finalized, defendants anticipate that the U.S. Department of Justice copy center will need at least three days to make sufficient copies for filing and serving on plaintiff. Defendants also anticipate that with the Thanksgiving holiday looming, some personnel will be unavailable for finalizing and copying the administrative record, and therefore have asked until November 30, 2005 to file it.

The additional two weeks will not prejudice plaintiff's case. There is no pressing deadline or agency action that will be impaired by the two week delay in production of the administrative record. In fact, while plaintiff now opposes this motion, plaintiff's opposition is not based on a concern that the case will be delayed too long. Instead, plaintiff's opposition is

based on a concern that the record should be filed electronically.  See Exh. 1 hereto (November 14, 2005 e-mail from Mr. Phillips to Ms. Fitzgerald).[1/]

Moreover, plaintiff was initially agreeable to the extension as long as plaintiff could review it and "suggest additions" to the record before it was filed.  See Exh. 1 hereto (Nov. 10, 2005 e-mail from Mr. Phillips to Ms. Fitzgerald).[2/]  As explained by defendants in response, the administrative record is not a joint filing, and plaintiffs will have an opportunity to move to supplement the record if they see fit.  Exh. 1 hereto (November 10, 2005 e-mail from Ms. Fitzgerald to Mr. Phillips).

Defendants have demonstrated good cause for seeking a two week extension on filing the administrative record, and plaintiff has failed to voice a genuine basis to oppose the extension.  Thus, defendants respectfully ask this Court to grant them the requested extension.

A proposed Order is attached hereto.

Dated: November 14, 2005

                                              Respectfully submitted,
KELLY A. JOHNSON
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

                                              /s/
DONNA S. FITZGERALD
Connecticut Bar #411810

---

[1/] At over 2,000 pages, the administrative record falls into the Court's exception for records and pleadings that must be filed electronically.  Moreover, while the record in the prior case brought by plaintiff (Hawaiian Orchid Grower's Ass'n v. USDA, Civ. No. 04-914 (D.D.C.)) was produced on CD-Rom's, this administrative record contains different documents, as the claims are different and plaintiff has sued an additional defendant (U.S. Department of the Interior), so defendants have had to search additional repositories for documents, and the record is not identical to the one filed in Hawaiian Orchid Grower's Ass'n v. USDA, Civ. No. 04-914 (D.D.C.).

[2/] Exhibit 1 to this filing is a series of e-mails exchanged between undersigned counsel and counsel for plaintiff regarding this motion.

        Trial Attorney
        General Litigation Section
        Environment & Natural Resources Division
        United States Department of Justice
        P.O. Box 663
        Washington D.C. 20044-0663
        Phone:  (202) 305-0476
        Fax: (202) 305-0506
        E-mail: Donna.Fitzgerald@usdoj.gov

OF COUNSEL:

Darlene Bolinger
Attorney Advisor General
Regulatory Division
Office of the General Counsel
United States Department of Agriculture
Rm 2319 South Building
1400 Independence Ave., SW
Washington, DC 20250-1400


Peg Romanik, Attorney
Office of the Solicitor
Division of Parks & Wildlife
United States Department of the Interior
1849 C. St., N.W., MS 6557
Washington D.C. 20240

        ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAWAI'I ORCHID GROWERS ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>UNITED STATES DEPARTMENT OF AGRICULTURE; )<br>MIKE JOHANNS, SECRETARY OF AGRICULTURE; )<br>W. RON DEHAVEN, ADMINISTRATOR, ANIMAL )<br>AND PLANT HEALTH INSPECTION SERVICE; )<br>UNITED STATES DEPARTMENT OF THE INTERIOR; )<br>GALE NORTON, SECRETARY OF THE INTERIOR; )<br>MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED )<br>STATES FISH AND WILDLIFE SERVICE, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1182 (RCL) |

(PROPOSED) ORDER

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE THE ADMINISTRATIVE RECORD** came before this Court on November 14, 2005. After considering said motion, plaintiff's opposition, and all other relevant matters, said motion is hereby GRANTED.

Defendants shall file the administrative record in this case on or before November 30, 2005.

Dated: _____

                                                                                   Hon. Royce C. Lamberth
                                                                                   United States District Judge