**Fitzgerald, Donna (ENRD)**

**From:** lawyer@procurement-lawyer.com
**Sent:** Monday, November 14, 2005 8:21 AM
**To:** Fitzgerald, Donna (ENRD)
**Subject:** RE: Administrative record in HOGA II

I do not understand your grounds for filing a paper AR, particularly given that the AR in HOGA I was filed electronically.

And you've given me no choice but to oppose your motion for a time extension.

Cy

-----Original Message-----
From: Donna.Fitzgerald@usdoj.gov [mailto:Donna.Fitzgerald@usdoj.gov]
Sent: Friday, November 11, 2005 4:34 PM
To: lawyer@procurement-lawyer.com (Receipt Notification Requested) (IPM Return Requested)
Subject: FW: Administrative record in HOGA II


Cy - what is your final position on this motion?  I will have to file something on Monday, and defendants are going to need an extension of time until Nov. 30 to get the record filed because there is a fair bit of organizing paper and copying involved here.

Thanks.

Donna Fitzgerald
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
Direct dial:  202-305-0476

-----Original Message-----
From: Fitzgerald, Donna (ENRD)
Sent: Thursday, November 10, 2005 12:38 PM
To: 'lawyer@procurement-lawyer.com'
Subject: RE: Administrative record in HOGA II
Importance: High

We are filing on paper.  While we have no problem with trying to work out any disagreements re: the admin. Record, the record is the government's responsibility, and is not a joint filing, and I do not want to give you the impression that we view it as such.

Per our earlier discussions, if you think something is missing from the admin. Record as filed, you are free to file a motion to supplement the record with your proposed documents.


Donna Fitzgerald
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
Direct dial:  202-305-0476

-----Original Message-----
From: lawyer@procurement-lawyer.com
[mailto:lawyer@procurement-lawyer.com]

1


GOVERNMENT EXHIBIT 1
Civil No. 05-1182

Sent: Thursday, November 10, 2005 11:59 AM
To: Fitzgerald, Donna (ENRD)
Subject: RE: Administrative record in HOGA II

If we can agree that I'll have the opportunity to review your electronic copies before you file the paper record on November 30th, and if we can agree that I will have from November 23rd through November 28th to suggest
additions to the AR, I agree.

Cy

-----Original Message-----
From: Donna.Fitzgerald@usdoj.gov [mailto:Donna.Fitzgerald@usdoj.gov]
Sent: Thursday, November 10, 2005 11:42 AM
To: lawyer@procurement-lawyer.com (Receipt Notification Requested) (IPM Return Requested)
Subject: Administrative record in HOGA II
Importance: High

Cy - we are in the final stages of compiling the admin. Record in HOGA II, but have a few final steps to take, and need to photocopy it.  Do you have any opposition if we move for an extension until Nov. 30 to file the admin. Record with the court and serve you?  I anticipate with the holidays, a few extra days will be necessary.  Just let me know.

Thanks.

Donna Fitzgerald
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
Direct dial:  202-305-0476

2