**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HAWAI'I ORCHID GROWERS ASSOCIATION,      ) | |
|                                 Plaintiff,     ) | |
|                                        ) | Civil Action No. 05-1182 (RCL) |
| UNITED STATES DEPARTMENT OF AGRICULTURE; ) | |
| MIKE JOHANNS, SECRETARY OF AGRICULTURE; ) | |
| W. RON DEHAVEN, ADMINISTRATOR, ANIMAL ) | |
| AND PLANT HEALTH INSPECTION SERVICE; ) | |
| UNITED STATES DEPARTMENT OF THE INTERIOR; ) | |
| GALE NORTON, SECRETARY OF THE INTERIOR; ) | |
| MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED ) | |
| STATES FISH AND WILDLIFE SERVICE,     ) | |
|                                 Defendants.     ) | |

**DEFENDANTS' SECOND MOTION FOR AN EXTENSION OF TIME TO FILE THE ADMINISTRATIVE RECORD**

Defendants hereby file this second motion seeking an extension of time from November 30, 2005 to Thursday, December 21, 2005 to file the administrative record in this case. Defendants have good cause for seeking this extension. Defendants have consulted with plaintiff, and plaintiff opposes this motion.

Defendants have determined that they need until December 21, 2005 to finish completing the record for filing. At over 2,000 pages, the record has taken some time to photocopy, bate-stamp, and index, and there are some remaining documents that need to be added to the record and indexed, and the record as a whole needs to be reviewed by all defendants before filing. Moreover, undersigned counsel will be out of the office on business for two days in mid-December, 2005. As these last steps require coordination with many personnel, defendants anticipate that they will need until December 21, 2005 to complete the administrative record for

filing.

The additional three weeks will not prejudice plaintiff's case. There is no pressing deadline or agency action that will be impaired by the delay in production of the administrative record. In fact, the Final Rule that plaintiff challenges has been in effect since May 5, 2004,[1] and while plaintiff refers to the potential for infestation while it waits for the record to be filed, see Exh. 1 hereto (November 23, 2005 e-mail from Mr. Phillips to Ms. Fitzgerald), plaintiff has not explained the basis for that concern, and plaintiff has not moved for a preliminary injunction in this case. Defendants have demonstrated good cause for seeking until December 21, 2005 to file the administrative record. Thus, defendants respectfully ask this Court to grant them the requested extension.

A proposed Order is attached hereto.

Dated: November 30, 2005                    Respectfully submitted,

                                            Sue Ellen Woolridge
                                            Assistant Attorney General
                                            Environment & Natural Resources Division
                                            United States Department of Justice

                                                   /s/
                                            DONNA S. FITZGERALD
                                            Connecticut Bar #411810
                                            Trial Attorney
                                            Natural Resources Section
                                            Environment & Natural Resources Division
                                            United States Department of Justice
                                            P.O. Box 663
                                            Washington D.C. 20044-0663
                                            Phone: (202) 305-0476
                                            Fax: (202) 305-0506

---

[1] Importation of Orchids of the Genus Phalaenopsis From Taiwan in Growing Media, Final Rule, 69 Fed. Reg. 24,916 (May 5, 2004).

                                               E-mail: Donna.Fitzgerald@usdoj.gov

OF COUNSEL:

Darlene Bolinger
Attorney Advisor General
Regulatory Division
Office of the General Counsel
United States Department of Agriculture
Rm 2319 South Building
1400 Independence Ave., SW
Washington, DC 20250-1400


Peg Romanik, Attorney
Office of the Solicitor
Division of Parks & Wildlife
United States Department of the Interior
1849 C. St., N.W., MS 6557
Washington D.C. 20240

                                               ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAWAI'I ORCHID GROWERS ASSOCIATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> UNITED STATES DEPARTMENT OF AGRICULTURE; ) <br> MIKE JOHANNS, SECRETARY OF AGRICULTURE; ) <br> W. RON DEHAVEN, ADMINISTRATOR, ANIMAL ) <br> AND PLANT HEALTH INSPECTION SERVICE; ) <br> UNITED STATES DEPARTMENT OF THE INTERIOR; ) <br> GALE NORTON, SECRETARY OF THE INTERIOR; ) <br> MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED ) <br> STATES FISH AND WILDLIFE SERVICE, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05-1182 (RCL) |

(PROPOSED) ORDER

**DEFENDANTS' SECOND MOTION FOR AN EXTENSION OF TIME TO FILE THE ADMINISTRATIVE RECORD** came before this Court on November 30, 2005. After considering said motion, plaintiff's opposition, and all other relevant matters, said motion is hereby GRANTED.

Defendants shall file the administrative record in this case on or before December 21, 2005.

Dated: _____

                                                          Hon. Royce C. Lamberth
                                                          United States District Judge