**Fitzgerald, Donna (ENRD)**

| | |
|---|---|
| **From:** | lawyer@procurement-lawyer.com |
| **Sent:** | Wednesday, November 23, 2005 4:34 PM |
| **To:** | Fitzgerald, Donna (ENRD) |
| **Subject:** | RE: HOGA admin. record |

I know that I can always move to supplement the record. What you don't
understand is that giving you time extensions (theoretically, someone else
in your office could on travel) when the growers risk an infestation puts my
malpractice insurance at risk. What if I now consent to this second time
extension without getting something (anything) from you in return, and while
the time is extended there is an infestation? In such a case the growers
might well have a claim no my malpractice insurance. If you were sick or had
a problem with your family, then I could agree out of professional courtesy
and no one could complain even if there were an infestation during the
extended period. But that is not this case. I am not trying to be
difficult--I just need you to extend what my end of this controversy looks
like.

Cy


-----Original Message-----
From: Donna.Fitzgerald@usdoj.gov [mailto:Donna.Fitzgerald@usdoj.gov]
Sent: Wednesday, November 23, 2005 3:28 PM
To: lawyer@procurement-lawyer.com (Receipt Notification Requested) (IPM
Return Requested)
Subject: RE: HOGA admin. record

Cy - your concern appears to be on whether or not you have an
opportunity to object to the admin. Record once it is filed.  You will
have an opportunity to file a motion objecting to the record, or seeking
to supplement it, as soon as it is finalized and filed.  We would then
respond to your motion accordingly.
The record and index are in the process of being compiled, and I am not
in a position to share it at this point in time.


Donna Fitzgerald
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
Direct dial:  202-305-0476

-----Original Message-----
From: lawyer@procurement-lawyer.com
[mailto:lawyer@procurement-lawyer.com]
Sent: Wednesday, November 23, 2005 1:41 PM
To: Fitzgerald, Donna (ENRD)
Subject: RE: HOGA admin. record

I am sorry that you continue to encounter difficulties. In the meantime,
my
clients are at risk, so I can't give you anything unless you give me
something in return. If you can offer me the opportunity to begin review
of
the paper record that is complete so far, as an example, this is enough
for
me to consent to this second extension. But if you give me nothing other
than an opportunity to express my consent, or not, then I do not
consent.

Cy



1

-----Original Message-----
From: Donna.Fitzgerald@usdoj.gov [mailto:Donna.Fitzgerald@usdoj.gov]
Sent: Wednesday, November 23, 2005 12:59 PM
To: lawyer@procurement-lawyer.com (Receipt Notification Requested) (IPM
Return Requested)
Subject: HOGA admin. record
Importance: High

Cy - we are continuing to work on this admin. Record for this case, and
it has come to my attention that a number of documents have not been
bate-stamped or indexed, which means it needs to be done now.  Given the
holiday, that will make it impossible for us to have this filed by Wed.,
Nov. 30.  I am on a business trip in the middle of December, so I am
going to ask the court until Dec. 21 to file the record.

Please let me know if you oppose this request.

Thanks.

Donna Fitzgerald
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
Direct dial:  202-305-0476