**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HAWAI'I ORCHID GROWERS ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>) Civil Action No. 05-1182 (RCL)<br>)<br>)<br>UNITED STATES DEPARTMENT OF AGRICULTURE; )<br>MIKE JOHANNS, SECRETARY OF AGRICULTURE; )<br>W. RON DEHAVEN, ADMINISTRATOR, ANIMAL )<br>AND PLANT HEALTH INSPECTION SERVICE; )<br>UNITED STATES DEPARTMENT OF THE INTERIOR; )<br>GALE NORTON, SECRETARY OF THE INTERIOR; )<br>MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED )<br>STATES FISH AND WILDLIFE SERVICE, )<br>)<br>Defendants. )<br>_____ ) | |

**DEFENDANTS' NOTICE OF FILING OF THE ADMINISTRATIVE RECORD**

Defendants hereby give notice of the filing of the certified administrative record in this case, which includes an index. The administrative record, which is over 3,000 pages and is contained in 17 notebooks, is filed in paper format only, and is being maintained in the case file in the Clerk's Office. The administrative record will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

Attached hereto as Exhibits 1 and 2 are the declarations of William Aley, United States Department of Agriculture, and John Fay, United States Department of the Interior, certifying the administrative record. A copy of the complete certified administrative record, including the index, has been served on plaintiff's counsel by courier.

Dated: December 21, 2005                                     Respectfully submitted,

                                                             Sue Ellen Woolridge
                                                             Assistant Attorney General
                                                             Environment & Natural Resources

Division
United States Department of Justice

        /s/
DONNA S. FITZGERALD
Connecticut Bar #411810
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington D.C. 20044-0663
Phone: (202) 305-0476
Fax: (202) 305-0506
E-mail: Donna.Fitzgerald@usdoj.gov

OF COUNSEL:

Darlene Bolinger
Attorney Advisor General
Regulatory Division
Office of the General Counsel
United States Department of Agriculture
Rm 2319 South Building
1400 Independence Ave., SW
Washington, DC 20250-1400


Peg Romanik, Attorney
Office of the Solicitor
Division of Parks & Wildlife
United States Department of the Interior
1849 C. St., N.W., MS 6557
Washington D.C. 20240

        ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAWAI'I ORCHID GROWERS ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>(RCL)<br>)<br>)<br>UNITED STATES DEPARTMENT OF AGRICULTURE; )<br>MIKE JOHANNS, SECRETARY OF AGRICULTURE; )<br>W. RON DEHAVEN, ADMINISTRATOR, ANIMAL )<br>AND PLANT HEALTH INSPECTION SERVICE; )<br>UNITED STATES DEPARTMENT OF THE INTERIOR; )<br>GALE NORTON, SECRETARY OF THE INTERIOR; )<br>MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED )<br>STATES FISH AND WILDLIFE SERVICE, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1182 |

(PROPOSED) ORDER

**DEFENDANTS' SECOND MOTION FOR AN EXTENSION OF TIME TO FILE THE ADMINISTRATIVE RECORD** came before this Court on November 30, 2005. After considering said motion, plaintiff's opposition, and all other relevant matters, said motion is hereby GRANTED.

Defendants shall file the administrative record in this case on or before December 21, 2005.


Dated: _____                        _____

                                              Hon. Royce C. Lamberth
                                              United States District Judge