UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAWAI'I ORCHID GROWERS ASSOCIATION, ) <br> ) <br> Plaintiff, ) <br> ) Civil Action No. 05-1182 (RCL) <br> ) <br> ) <br> UNITED STATES DEPARTMENT OF AGRICULTURE; ) <br> MIKE JOHANNS, SECRETARY OF AGRICULTURE; ) <br> W. RON DEHAVEN, ADMINISTRATOR, ANIMAL ) <br> AND PLANT HEALTH INSPECTION SERVICE; ) <br> UNITED STATES DEPARTMENT OF THE INTERIOR; ) <br> GALE NORTON, SECRETARY OF THE INTERIOR; ) <br> MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED ) <br> STATES FISH AND WILDLIFE SERVICE, ) <br> ) <br> Defendants. ) <br> _____) | |

DECLARATION OF WILLIAM ALEY

1. I am William Aley. I am employed as a Senior Import Specialist with the United States Department of Agriculture, Animal and Plant Health Inspection Service, Plant Protection and Quarantine. I am assigned to the Permits, Registration, Imports and Manuals staff (PRIM). My work duties include providing program and policy support and guidance to plant health programs administered by the Plant Protection and Quarantine. Specifically, my activities relate to the enforcement of foreign and domestic quarantines and the importation and interstate movement of plants and plant products. I am responsible for coordinating, articulating, and recommending regulatory and operational policies to develop effective strategies to reduce the pest risk associated with the importation of commodities.



GOVERNMENT
EXHIBIT
1
05-1182

2. As part of my duties, I am responsible for coordinating activities that span a number of mission areas within the Department of Agriculture, including assembling the administrative record in this case.

3. To the best of my knowledge, the documents in the administrative record constitute a true, correct, and complete copy of the administrative record in this action. Each document is a true and correct copy of the original documents located in the files of the Animal and Plant Health Inspection Service, United States Department of Agriculture.

4. To the best of my knowledge, the index constitutes a true, correct, and complete index of the administrative record in this action. To the best of my knowledge, this index identifies those documents considered by the decision maker in connection with the agency action.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of November, 2005

William Aley
Senior Import Specialist
APHIS, PPQ
United States Department of Agriculture