# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

HAWAI'I ORCHID GROWERS ASSOCIATION,          )
                                             )
                    Plaintiff,               )
                                             )        Civil No.05-1182
                                             )           (RCL)
UNITED STATES DEPARTMENT OF AGRICULTURE;      )
MIKE JOHANNS, SECRETARY OF AGRICULTURE;       )
W. RON DEHAVEN, ADMINISTRATOR, ANIMAL         )
AND PLANT HEALTH INSPECTION SERVICE;          )
UNITED STATES DEPARTMENT OF THE INTERIOR;     )
GALE NORTON, SECRETARY OF THE INTERIOR;       )
MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED     )
STATES FISH AND WILDLIFE SERVICE,             )
                                             )
                    Defendants.              )

## DECLARATION OF JOHN FAY

1.  I am John Fay.  I am employed as a General Biologist.  My duties include

    participating in the administration of section 7 of the Endangered Species Act of

    1973.  Section 7 prescribes the responsibilities of Federal agencies with respect to the

    conservation of endangered and threatened species.


2.  As part of my duties, I assembled the Fish and Wildlife Service (FWS) portion of the

    administrative record in this case.


3.  To the best of my knowledge, the documents in the FWS's portion of the

    administrative record constitute a true, correct, and complete copy of the

    administrative record in this action.  Each document is a true and correct copy of the


GOVERNMENT
EXHIBIT
2
05 - 1182

original documents located in the files of the United States Fish and Wildlife Service, United States Department of the Interior.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

John Fay

General Biologist

16 December 2005

Date