# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

HAWAI'I ORCHID GROWERS ASSOCIATION,               )
                                                  )
                        Plaintiff,                )
                                                  )   Civil Action No. 05-1182 (RCL)
                                                  )
                                                  )
UNITED STATES DEPARTMENT OF AGRICULTURE;          )
MIKE JOHANNS, SECRETARY OF AGRICULTURE;           )
W. RON DEHAVEN, ADMINISTRATOR, ANIMAL             )
AND PLANT HEALTH INSPECTION SERVICE;              )
UNITED STATES DEPARTMENT OF THE INTERIOR;         )
GALE NORTON, SECRETARY OF THE INTERIOR;           )
MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED         )
STATES FISH AND WILDLIFE SERVICE,                 )
                                                  )
                        Defendants.               )
                                                  )

## INDEX OF ADMINISTRATIVE RECORD

**Admin Record Page Number**

### VOLUME 1 - CORRESPONDENCE

| | | | |
|---|---|---|---|
| 1. | Letter from Cathleen A. Enright to Ying Yeh | May 5, 2004 | 1 |
| 2. | Letter from James Wu to Francis Ruzicka | August 1, 2003 | |
| 3. | Letter from Richard L. Dunkle to Ying Yeh | June 5, 2003 | |
| 4. | Letter (first) from Alan S. Green to Ying Yeh | November 5, 2002 | |
| 5. | Letter (second) from Alan S. Green to Ying Yeh | November 5, 2002 | |
| 6. | Letter from Barbara J. Schrage to Ann Veneman | November 4, 2002 | |
| 7. | Letter from Ying Yeh to Alan S. Green | October 21, 2002 | |
| 8. | Letter from Eric Trachtenberg to Ching-Lung Lee | July 5, 2002 | |
| 9. | Letter from B. Glen Lee to T.Y. Ku | May 3, 1996 | |
| 10. | Letter from Chia-sheng Pen to J. Richard Beck | April 3, 1995 | |

### VOLUME 2 - PROPOSED RULE AND COMMENTS

| | | | |
|---|---|---|---|
| 1. | Importation of Orchids in Growing Media; Proposed Rule | Sept. 1, 1998 | 27 |
| 2. | Importation of Orchids in Growing Media; Proposed Rule, Extension of Comment Period | Oct. 29, 1998 | 31 |

A. List of Comments and Comments received in
response to Docket 98-035-1, "Importation of
Orchids in Growing Media"—List of Comments                          32
1.    Donald L. Eberly, Hawaii Orchid Growers
      Association                                                    37
2.    Daniel K. Inouye, United States Senate
3.    Robert P. Smith, U.S. Fish & Wildlife Service
4.    Craig J. Regelbrugge, American Nursery &
      Landscape Association
5.    Stephen R. Skoien, Rolfe Horticulture
6.    Jeffrey B. Newman, Newman's Nursery
7.    James Fang, Hilo Orchid Farm
8.    Lloyd Loope, U.S. Department of the Interior,
      National Park Services, Haleakala National Park
9.    H. Graham Wood, Lehua Orchids
10.   Lynn Kujan, Hawaiian Floral Nursery
11.   Mitch Rabin, Living Colors Nursery, Inc.
12.   Roberta Churchin, Texas Orchid Company
13.   Jim Anderson, Hawaiian Flowers
14.   Jerry L. Fischer, The Commercial Orchid Grower's
      Guild
15.   Terril A. Nell, Society of American Florists
16.   Neal Okimoto, Pacific Paradise Orchids
17.   Robert Randall, Redland Professional Orchid
      Growers, Inc.
18.   James H. Nabers, Hi-Thai Nursery 65
19.   Harry Y. Akagi, H&R Nurseries, Inc.
20.   Kenneth Y. Kaneshiro, University of Hawai'i at Manoa
21.   Jeffrey Parker, Tropical Orchid Farm, Inc.
22.   B.G. Cagauan, Jr., Dendrobium Orchid Growers
      Assn. of Hawaii
23.   Robert L. Burkey & Cassandra Phillips, Glenwood
      Orchid Acres
24.   Michael G. Buck, State of Hawaii, Dept. of Land and
      Natural Resources
25.   James J. Nakatani, State of Hawaii, Dept. of Agric.
26.   William Gray, Honolulu Orchid
27.   Raymond Tanouye, Hawaii Tropical Flower Council
28.   Anne Chase, Kaleialoha Orchid Farm
29.   Andrea T.G. Beck, Hawai'i Forest Industry Association
30.   Garrett Webb, Hawaii Island Landscape Association
31.   Garrett Webb, Kalaoa Gardens
32.   Jeanne Vana, North Shore Farms

-2-

33. Cyrus E. Phillips, IV, Kilcullen, Wilson and
    Kilcullen                                                    162
34. John Wilkinson, Landscape Industry Council of
    Hawaii
35. Diane Ley, Big Island Farm Bureau
36. Patsy T. Mink, Congress of the United States, House
    of Representative, Second District, Hawaii
37. Robert P. Smith, U.S. Department of the Interior,
    Fish and Wildlife Service                                    267
38. Lin Schmale, Society of American Florists
39. Stephanie A. Whalen, Hawaii Agriculture Research
    Center
40. Craig J. Regelbrugge, American Nursery &
    Landscape Association
L1. Robert O. Wolaver, Makai Farms
L2. Jere W. Glover (and 2 others), U.S. Small Business
    Administration
L3. Alan Gottlieb, Hawaii Cattlemen's Council, Inc.
L4. Alan Holt, The Nature Conservancy of Hawai'i
L5. Richard H, Hawaii Banana Industry Association
L6. Ton De Bruyn, Hollandia Flowers, Inc.

## VOLUME 3 - ENDANGERED SPECIES ACT CONSULTATION

1. Letter from Assistant Director for Endangered
   Species, Fish and Wildlife Service (Gary Frazer) to
   Michael Lidsky                         April 7, 2003          299
2. Letter from Michael A. Lidsky to Gary Frazer   April 3, 2003   301
3. Joint APHIS, Fish and Wildlife Service Meeting
   Minutes                                April 2-3, 2003        304
4. Letter from Gary Frazer to John Payne    March 21, 2003       307
5. APHIS Response to Comments from Fish and
   Wildlife Service                                              310
6. Comments from Fish and Wildlife Service, Including
   Regions                                                       330
7. Biological Evaluation of the Proposed Importation of
   Moth Orchid (Phalaenopsis spp.) Seedlings in
   Approved Growing Media From Taiwan into the
   United States                          Sept. 5, 2002          347

## VOLUME 4 - ENVIRONMENTAL ASSESSMENT

1. Importation of Phalaenopsis spp. From Taiwan in
   Growing Media; Availability of Environmental
   Assessment and Request for Comments; Notice of

|     | Availability and Request for Comments | May 9, 2003 | 411 |
| 2.  | Importation of Phalaenopsis spp. From Taiwan in Growing Media; Availability of Environmental Assessment and Request for Comments; Notice of Reopening and Extension of Comment Period | June 11, 2003 | 412 |
| 3.  | Finding of No Significant Impact for Proposed Rule for Importation of Moth Orchids (Phalaenopsis spp.) in Approved Growing Media from Taiwan Environmental Assessment, December 2003 | Dec. 18, 2003 | 414 |
| 4.  | Importation of Moth Orchids (Phalaenopsis spp.) in Approved Growing Media from Taiwan; Final Environmental Assessment | December 2003 | 416 |
| 5.  | Proposed Rule for the Importation of Moth Orchids (Phalaenopsis spp.) in Approved Growing Media from Taiwan; Environmental Assessment | May 2003 | 476 |
| 6.  | Proposed Rule for the Importation of Moth Orchids (Phalaenopsis spp.) in Growing Media From the Republic of China (Taiwan); Environmental Assessment (Replaced by Number 5). | May 2003 | 505 |

## VOLUMES 5-6 - COMMENTS

| A.  | List of Comments and Comments received in response to Docket 98-035-5, "Importation of Phalaenopsis spp. From Taiwan in Growing Media; Availability of Environmental Assessment and Request for Comments" | | 533 |
| 1.  | Cyrus E. Phillips, IV, Attorney at Law | | |
| 2.  | Willette Wong, Honolulu Orchid Society, Inc. | | |
| 3.  | Aaron J. Hicks | | |
| 4.  | Daniel K. Inouye, Neil Abercrombie, Daniel K. Akaka, and Ed Case, Congress of the United States | | |
| 5.  | Richard Gaskalla, Florida Department of Agriculture and Consumer Services | | |
| 6.  | Bureau of Animal and Plant Health Inspection and Quarantine Council of Agriculture | | |
| 7.  | Lin Schmale, Society of American Florists, Florida Nurserymen & Growers Association, American Nursery and Landscape Association | | |
| 8.  | William L. Hill | | |
| 9.  | Kenni Judd, Judd Beach Orchids | | |
| 10. | Dr. Robert H. Cowie, Center for Conservation Research and Training | | |
| 11. | Lee S. Cooke, American Orchid Society | | |

12.    William A. Hanneken
13.    Eric S. Tanouye
14.    William A. Hanneken

**B.    Comments (Continued)**
15.    Cyrus E. Phillips, IV, Attorney at Law                                        734

**VOLUME 7 - COMMENTS (Continued)**
16.    Arnold H. Hara, University of Hawaii at Manoa,
       CTAHR, Beaumont Agricultural Research Center                       1028
17.    Sandra Lee Kunimoto, State of Hawaii, Dept. of Agric.
18.    Jerry Lee Fisher, Orchids Limited
19.    Daniel K. Inouye, Neil Abercrombie, Daniel K.
       Akaka, and Ed Case, Congress of the United States
L1.    Lloyd Fischel
L2.    B.G. Cagauan, Jr., Dendrobium Orchid Growers
       Association of Hawaii
L3.    Tom Holingsworth
L4.    Ann Northrup

**VOLUME 8 - RISK ANALYSIS**
1.     Risk Analysis of the Importation of Moth Orchid,
       Phalaenopsis spp., Plants in Approved Growing
       Media From Taiwan into the United States             May 6, 2003      1070
2.     Risk Analysis of the Importation of Moth Orchid,
       Phalaenopsis spp., Plants in Approved Growing
       Media From Taiwan into the United States (Replaced
       by Number 1 after mistake discovered on page 10)     May 6, 2003      1107
3.     Pest Risk Management Evaluation for Plants in
       Growing Media                                        May 2002         1144
4.     Preventing the Introduction of Plant Pathogens into
       the United States: The Role and Application of the
       "Systems Approach"                                   February 2002    1199
5.     Import Risk Analysis Policy                          August 2001      1296
6.     Risk Assessment Review Standards                     August 2001      1301
7.     Risk Analysis Processes and Procedures                                1311
8.     Guidelines for Pathway-Initiated Pest Risk
       Assessments                                          October 17, 2000 1315

**VOLUME 9 - RISK ANALYSIS (Continued)**
9.     Importation of Moth Orchid (Phalaenopsis spp.)
       Seedlings From Taiwan in Growing Media into the
       United States                                        April 1997       1346

10. Pathway-Initiated Pest Risk Assessment: Guidelines for Qualitative Assessment, Version 4.0a

1367

11. Hu, J.S., S. Ferreira, M. Wang, and M.Q. Xu. 1993. Detection of Cymbidium mosaic virus, Odontoglossum ringspot virus, tomato spotted wilt virus, and potyviruses infecting orchids in Hawaii. Plant Disease. 77: 464-468.

12. Chuang, Y.-Y., C.-S. Lin, C.-H. Wang, and C.-C. Yeh. 2000. Distribution and seasonal occurrence of Forcipomyia taiwana (Diptera: Ceratopogonidae) in the Nantou area in Taiwan. Journal of Medical Entomology. 37(2): 205-209.

13. Santacroce, N.G. 1991. An Evaluation of Pests Associated With Packaged Peat, Rockwool, and Expanded Clay and their Association with Media in Greenhouse Production. USDA, APHIS, PPQ, Biological Assessment and Taxonomic Support.

14. James, M.T. and R.F. Harwood. 1969. Herms's Medical Entomology, Sixth Edition. The Macmillan Company, Collier-Macmillan Ltd., London.

15. Goddard, J. 2000. Physician's Guide to Arthropods of Medical Importance, Third Edition, CRC Press, Boca Raton.

16. Lien, J.C. 1989. Taxonomic and ecological studies on the biting midges of the subgenus Lasiohelea, Genus Forcipomyia from Taiwan. Journal of Taiwan Museum. 42: 37-77.

17. CABI, 2003. Aleurodicus dispersus (spiraling whitefly). Crop Protection Compendium. http://www.cabicompendium.org/cpc/

18. Anonymous. 2004. Orchids. Crop Knowledge Master. http://www.extento.hawaii.edu/kbase/crop/crops/cattleya.htm Last accessed July 20, 2004.

19. CABI, 2003. Thrips palmi (melon thrips). Crop Protection Compendium. http://www.cabicompendium.org/cpc/

20. Martin, J. L. and R. F. Mau. 2004. Thrips palmi (Karny). Crop Knowledge Master. http://www.extento.hawaii.edu/kbase/crop/Type/t_palmi.htm Last accessed July 20, 2004.

21. ScaleNet, 2004. Pseudoccoccus importatus McKenzie. http://198.77.169.79/catalogs/pseudoco/Pseudococcusimportatus .htm

-6-

Last accessed July 20, 2004.

22.  ScaleNet, 2004. Pseudoccoccus microcirculus McKenzie.
http://198.77.169.79/catalogs/pseudoco/Pseudococcusmicrocirculus.htm
Last accessed July 20, 2004.

23.  ScaleNet, 2004. Pseudococcus orchidicola Takahashi.
http://198.77.169.79/catalogs/pseudoco/Pseudococcusorchidicola.htm
Last accessed July 20, 2004.

24.  Ben-Dov, Y. 1994. A Systematic Catalogue of the Mealybugs of the World (Insecta: Homoptera: Coccoidea: Pseudococcidae and Putoidae) With Data on Geographical Distribution, Host Plants, Biology and Economic Importance. Intercept Ltd., Andover

25.  Hawaii. Summaries of Exterior Quarantines. (Current as of November 27, 2002).
http://www.aphis.usda.gov/npb/F&SQS/hisq.html
Last accessed July 20, 2004.

26.  Moschetti, R. 2003. The Problem: Thrips. IPM Bulletin: Greenhouse Crop Management Series.
http://ipmofalaska.homestead.com/files/thrips.html
Last accessed July 20, 2004.

27.  Marais, F. 2000. Virus Diseases. National Department of Agriculture, Directorate Genetic Resources: National Gene Bank. Pretoria.
http://www.ont.co.za/virus_diseases.htm
Last accessed July 20, 2004.

28.  CABI. 1997. Spodoptera littoralis and Spodoptera litura. In: Quarantine Pests for Europe. I.M. Smith, et al., Eds. CAB International and The European and Mediterranean Plant Protection Organization, Wallingford, Oxon, UK., pp. 518-525.
http://www.vaxteko.nu/html/sll/eppo/EDS/E-PRODLI.HTM
Last accessed July 20, 2004.

29.  Department for Environment, Food and Rural Affairs. 1999. Spodoptera species. Pest data sheet including description and photo of Spodoptera littoralis egg mass. Department for Environment, Food and Rural Affairs, Central Science Laboratory, London, UK.
http://www.defra.gov.uk/planth/pestnote/spod.htm
Last accessed July 20, 2004.

## VOLUME 10 - ECONOMIC ANALYSIS

1.  Economic Analysis: Importation of Orchids of the

|   | Genus Phalaenopsis spp. from Taiwan in Growing Media; Docket No. 98-035-5 | January 7, 2004 | 1506 |
| 2. | Memo from Sadhna G. True through Vernon B. Parker to William T. Hawks | Dec. 10, 2003 | 1519 |

**VOLUME 11**

| 1. | Importation of Orchids of the Genus Phalaenopsis from Taiwan in Growing Media; Final Rule | May 5, 2004 | 1524 |
| 2. | Work Plan for Plants in Growing Media From Taiwan | June 2004 | 1545 |

**VOLUME 12 - PROGRAM DOCUMENTS AND ADDITIONAL REFERENCES**

| 1. | Phalaenopsis Orchids Imported from Taiwan |  | 1596 |
| 2. | Hawaii Orchid Growers—Source Directory |  | 1597 |
| 3. | Email from Michael A. Guidiciepietro to George A. Ball | September 3, 2002 | 1611 |
| 4. | Hawaii Flowers & Nursery Products—Annual Summary | May 22, 2002 |  |
| 5. | Importation of Rhododendron Established in Growing Media | April 30, 1998 |  |
| 6. | Principles of Plant Quarantine as Related to International Trade, ISPM No. 1 |  | 1622 |
| 7. | Pest Risk Analysis for Quarantine Pests, Including Analysis of Environmental Risks and Living Modified Organisms, ISPM No. 11 |  | 1634 |
| 8. | Guidelines for the Notification of Non-Compliance and Emergency Action, ISPM No. 13 |  | 1675 |
| 9. | NAPPO Regional Standards for Phytosanitary Measures, RSPM No. 19, Guidelines for Bilateral Workplans |  | 1691 |
| 10. | Miller, C.E., 2003. Notes on the Effectiveness of the Risk Mitigation Measures of 7 CFR 319.37-8(e). USDA, APHIS, PPQ, Riverdale, MD |  | 1699 |
| 11. | Importation of Rhododendron Established in Growing Media; Proposed Rule April 30, 1998 |  | 1700 |
| 12. | CABI, 2003. Impatiens necrotic spot virus. Crop Protection Compendium. http://www.cabicompendium.org/cpc/ Last accessed July 23, 2004. |  | 1703 |
| 13. | CABI, 2003. Tomato spotted wilt virus. Crop Protection Compendium. |  |  |

|     | http://www.cabicompendium.org/cpc/ <br> Last accessed July 23, 2004. | 1704 |
| 14. | CABI, 2003. Spodoptera littoralis. Crop Protection <br> Compendium. <br> http://www.cabicompendium.org/cpc/ <br> Last accessed July 23, 2004. | 1705 |
| 15. | Hybrid Flasks | 1706 |

## VOLUME 13 - PROGRAM DOCUMENTS AND ADDITIONAL REFERENCES

| 16. | July 24, 1953, Part 319 <br> Federal Register 4353 | 1707 |
| 17. | February 13, 1999  Executive Order <br> - Invasive Species | 1709 |
| 18. | February 28, 2002  Justifications for <br> element ratings ofquarantine pest <br> arthropods and mollusks in the pathway for <br> Phalaenopsis/TW seedlings in media | 1713 |
| 19. | Griesbach, R.J. 2002.  Development of <br> Phalaenopsis Orchids for <br> the Mass-Market. P. 458-465 | 1723 |
| 20. | Orchids, Morphology.  Technoguide on <br> orchids production <br> http://www.da.gov.ph/tips/orchid.html | 1739 |
| 21. | Biology and Bonomics of Bloodsucking <br> Ceratopogonids, D.S. Kettle. An Rev <br> Entomol 1977, 22:33-51 | 1747 |
| 22. | Abstract PY: 1989 <br> "http://www.lib.ncsu.edu:2066/c74837 <br> "MACROBUTTONHtmlResAnchor <br> http://www.lib.ncsu.edu:2066/c74837 | 1766 |
| 23. | Abstract, TI:Observation on the <br> blood-sucking and reproduction <br> of Forcipomyia-Taiwana <br> http://www.lib.ncsu.edu:2066/c74837 | 1768 |
| 24. | New Species of Biting Midges From <br> Hawaii (Diptera:Ceratopogonidae), <br> Memoir Entomol.Soc. Wash. 18, 1996, pp.84-94 <br> Art Borkent | 1769 |
| 25. | Distribution and Seasonal Occurrence of <br> Forcipomyia taiwana in the Nantou Area in <br> Taiwan, Department of Entomology, National <br> Chung Hsing University, Taichung, Taiwan <br> 40227, Republic of China | 1780 |

26.   Culicoides Biting Midges:  Their Role as                          1785
      Arbovirus Vectors Annu. Rev. Entomol. 2000,
      45:307-340  P.S. Mellor, J. Boorman, and M. Baylis
27.   World Species of Biting Midges                                    1818
      (Diptera:Ceratopogonidae)
      Art Borkent, May 10, 2005
28.   Zimmerman, E.C., 1964, Insects of Hawaii                          1839

## VOLUME 14 - ENDANGERED SPECIES ACT CONSULTATION SUPPLEMENTAL DOCUMENTS

1.    Pest Interceptions of Phalaenopsis sp. 1985 - 2005                        1840
      From Taiwan
2.    Email from George Ball to Gary Cave          March 25, 2003               1842
3.    Briefing Memorandum for the Under            March 24, 2003               1843
      Secretary
4.    Letter from Richard Dunkle to Gary Frazer    March 12, 2003               1845
5.    E-mail from Leslie Rubin                     September 26, 2002           1847
6.    E-mail from Leslie Rubin                     September 25, 2002           1852
7.    Letter from John Payne                       September 13, 2002           1980
      to Gary Frazer
8.    E-mail from Deb Carter                       August 14, 2002              1982
9.    Email from George Ball to James Mackley      July 15, 2002                2023
10.   E-mail from Deb Carter                       July 15, 2002                2026
11.   USFWS Listed Snails                          April 23, 2002               2027
12.   USFWS Threatened and Endangered              April 22, 2002               2033
      Species of Hawaii
13.   Letter from Gary Frazer to Alan Green        April 15, 2002               2072
14.   Guidelines for Consultation Document         April 10, 2002               2074
      with FWS
15.   Letter from Richard Dunkle to Gary Frazer    April 1, 2002                2080
16.   Prince Document for Phalaenopsis spp.        March 29, 2002               2085
      import
17.   Detailed minutes from March 27-29th
      meetings with FWS                            March 27-29, 2002            2089
18.   Minutes from the USDA Plant Protection and                                2098
      Quarantine meetings with Fish and Wildlife Services
      on March 11- 14 in Riverdale, MD             March 11- 14, 2002
19.   FWS/APHIS Meeting Agenda                     January 26, 2001             2104
20.   Decision Memorandum for the Deputy           December 14, 1999            2118
      Administrator on Approving Entry of

New Taxa of Plants Established
in Growing Medium

21.    Interagency Cooperation Flow Chart                                          2122

**VOLUME 15 -    Programmatic Consultation**

| 1. | Letter from Gary Frazer to Michael Lidsky | September 1, 2004 | 2123 |
| 2. | E-mail from Deb Carter | June 8, 2004 | 2129 |
| 3. | Letter from Michael Lidsky to Richard Sayers | June 2, 2004 | 2233 |
| 4. | Letter from Richard Sayers to Michael Lidsky | March 18, 2004 | 2237 |
| 5. | Letter from Lee Ann Thomas to Gary Frazer | October 1, 2003 | 2243 |
| 6. | E-mail from Barbara Kennedy | October 1, 2003 | 2246 |
| 7. | E-mail from Leslie Rubin | September 30, 2003 | 2250 |
| 8. | Biological Evaluation for the Proposed Importationof Nursery Stock in Approved Growing Media into the United States | September 2003 | 2272 |
| 9. | E-mail from Deb Carter to Leslie Rubin | April 25, 2003 | 2292 |
| 10. | Informational Memo For the Under Secretary | October 11, 2002 | 2371 |

**VOLUME 16 - REPORTS AND CORRESPONDENCE**

| 1. | Interceptions on Phalaenopsis from Taiwan 00-0 | September 17, 2002 | 2373 |
| 2. | E-mail with attachments to L. Rubin from Deb Carter | December 3, 2002 | 2375 |
| 3. | Memo to Director Attn Deborah Carter from Regional Director | Undated | 2383 |
| 4. | Memo to Director Attn Deb Carter from Regional Director Region 6 | November 27, 2002 | 2385 |
| 5. | Letter from B. Glen Lee to Dr. T. Y. Ku | May 3, 1996 | 2386 |
| 6. | Letter from Dr. T. Y. Ku to Dr. B. Glen Lee and paper titled "Background of Taiwanese Phalaenopsis Plant Exports to U.S. in Pot with Sphagnum Moss Medium" | Undated | 2388-2389 |

-11-

7.    Certification of Phalaenopsis
      Seedlings for Export to the
      US                                           Undated                          2390
8.    Letter from Richard L. Dunkle
      to Gary Frazier                              December 29, 1999                2392
9.    Interagency Cooperation                      Undated                          2394
      Flow Chart
10.   Memorandum for Mike
      Lidsky from Carl Bausch                      February 22, 2001               2395
      re: Proposed Endangered Species Act
      Compliance Course for Importation of Penjing and
      Phalaenopsis
11.   Consultation On The Import
      Of Penjing And Phalaenopsis
      Into The United States In Growing
      Media (Q-37)                                 Undated                          2396
12.   Letter from Mary S. Neal to
      Gary Frasier                                 July 5, 2001                     2397
13.   Background Information
      For Meeting Between The
      Deputy Administrator And
      The Fish And Wildlife Service                Undated                          2399
14.   USDA/APHIS/PPQ -
      USDI/FWS Proposed
      Communication and Collaboration
      Plan ESA Section 7 Consultations             Undated                          2401
15.   Letter from Richard L. Dunkle
      to Gary Frazer                               December 21, 2001               2404
16.   APHIS/PPQ and FWS
      Section 7 Consultation Issues
      Action Items and Timelines                   March 4, 2002                    2407
17.   Minutes from the USDA
      Plant Protection and Quarantine
      meetings with Fish and
      Wildlife Services on March 11-14
      in Riverdale, MD                             Undated                          2410
18.   Minutes from the USDA
      Plant and Protection and
      Quarantine meetings with
      Fish and Wildlife Services
      on March 11-14 in Riverdale,
      MD                               Undated                                      2414

| | | | |
|---|---|---|---|
| 19. | Diagram 1: Official Section 7 Creative Programmatic Consultation | Undated | 2418 |
| 20. | Diagram 2: Consultation with Fish and Wildlife Services | Undated | 2419 |
| 21. | Minutes from the USDA Plant Protection and Quarantine meetings with Fish and Wildlife Services on March 11 - 14 in Riverdale, MD | March 21, 2002 | 2420 |
| 22. | Meeting commenced with opening remarks by Ed Podleckis and Alan Green and stating what happened (one page) | Undated | 2426 |
| 23. | Detailed minutes from March 27-29th meetings with FWS | Undated | 2427 |
| 24. | Detailed minutes from March 27-29th meetings with FWA and stating who attended and issues from FWS Section 7 | Undated | 2436 |
| 25. | Prince Document from Phalaenopsis spp. import | March 29, 2002 | 2437 |
| 26. | Letter from Richard L. Dunkle to Gary Frazer | April 1, 2002 | 2441 |
| 27. | APHIS/PPQ and FWS Section 7 Consultation Issues Action Items and Timelines | March 4, 2002 | 2443 |
| 28. | Guidelines for Consultation Document with FWS | April 10, 2002 (This date appears on the second page of the document) | 2446 |
| 29. | Guidelines for Consultation Document with FWS | August 24, 2005 | 2452 |

| | | | |
|---|---|---|---|
| 30. | Letter from Gary Fz (Handwriting not eligible) to Mr. Alan S. Green with enclosure | April 15, 2002 | 2453 |
| 31. | Threatened and Endangered Species System (TESS) USFWS Threatened and Endangered Species of Hawaii | April 27, 2002 | 2455 |
| 32. | Threatened and Endangered Species System (TESS) USFWS Listed Snails | April 23, 2002 | 2494 |
| 33. | E-mail to Michelle Morgan and others from Deb Carter | July 15, 2002 | 2500 |
| 34. | E-mail to Gary L. Cave and others from Deb Carter | August 14, 2002 | 2501 |
| 35. | Biological Evaluation of the Proposed Importation of Moth Orchid (Phalaenopsis spp.) Seedlings in Approved Growing Media From Taiwan into the United States by Gary L. Cave, Ph.D | August, 2002 | 2502 |
| 36. | E-mail to Nancy E. Sweeney and William E. Thomas from Leslie G. Rubin | September 25, 2002 | 2541 |
| 37. | Pest Risk Management Evaluation for Plants in Growing Media (Version1) | May 2002 | 2542 |
| 38. | Biological Evaluation of the Proposed Importation of Moth Orchid (Phalaenopsis spp.) Seedlings in Approved Growing Media From Taiwan into the Continental United States | September 5, 2002 | 2587 |
| 39. | Federal Register - Department of Agriculture - Animal and Plant Health Inspection Service with various sections of the register | September 1, 1998 | 2651 |

| | | | |
|---|---|---|---|
| 40. | E-mail to Nancy E. Sweeney and William E. Thomas from Leslie G. Rubin forwarding e-mail from Tondalee Smith on 9/13/02 regarding letter to Gary D. Frazer | September 26, 2002 | 2661 |
| 41. | Letter from John H. Payne to Gary D. Frazer – three enclosures not attached | Undated | 2662 |
| 42. | Memorandum to Regional Director, Region 1, 2, 3, 4, 5 and 6 from the Deputy Director of FWS | October 25, 2002 | 2665 |
| 43. | E-mail to L. Rubin and others from Deb Carter | November 19, 2002 | 2666 |
| 44. | Memorandum to Director (DCHRS) attn Deborah Carter from Regional Director, Southeast Region | Undated | 2667 |
| 45. | E-mail to L. Rubin from Deb Carter | December 3, 2002 | 2669 |
| 46. | Memorandum to Director (DCHRS) attn Deborah Carter from Regional Director Southeast Region | Undated | 2670 |
| 47. | Memorandum to Director (AES/DCHRS) attn Deborah Carter from Regional Director, Region 6 | November 27, 2002 | 2672 |
| 48. | Memorandum to Director (DCHRS) attn Deborah Carter from Regional Director, Southeast Region | Undated | 2674 |

## VOLUME 17. REPORTS AND CORRESPONDENCE

| | | | |
|---|---|---|---|
| 1. | E-mail to L. Rubin and others from Deb Carter | April 25, 2003 | 2676 |
| 2. | Memorandum to Chief, Division of Consultation from State Supervisor/Deputy State Supervisor | Undated | 2677 |

| | | | |
|---|---|---|---|
| 3. | Draft Comments from FWS Region 1 on the APHIS Phalaenopsis Biological Evaluation | Undated | 2678 |
| 4. | Draft Comments from FWS Region 1 on the APHIS Phalaenopsis Biological Evaluation | Undated | 2680 |
| 5. | Draft - Attachment 1: Combined Region 1 Comments on Importation of Penjing Plants for various regions | Undated | 2689 |
| 6. | E-mail to L. Rubin from Deb Carter | July 18, 2003 | 2708 |
| 7. | E-mail to Deb Carter and others from Leslie G. Rubin | September 30, 2003 | 2709 |
| 8. | Biological Evaluation for the Proposed Importation of Nursery Stock in Approved Growing Media into the United States | September 2003 | 2710 |
| 9. | E-mail to Deb Carter and others from Leslie G. Rubin | September 30, 2003 | 2730 |
| 10. | E-mail to Leslie G. Rubin and others from Deb Carter | October 1, 2003 | 2731 |
| 11. | E-mail to Lynn Gilbert and others from Barbara Kennedy | October 1, 2003 | 2732 |
| 12. | Letter from Lee Ann Thomas to Gary Frazer | Undated | 2733 |
| 13. | Letter from Richard E. Sayers, Jr. to Michael A. Lidsky | November 18, 2004 | 2736 |
| 14. | Literature Cited - various documents sited in APHIS | Undated | 2741 |
| 15. | Letter from Michael A. Lidsky to Richard E. Sayers | June 2, 2004 | 2742 |
| 16. | E-mail to L. Rubin and others from Deb Carter | June 8, 2004 | 2746 |

| | | | |
|---|---|---|---|
| 17. | Threatened and Endangered Species System (TESS) Listed and Proposed Animal Species for United States, American Samoa, Guam, Northern Marina Islands, Puerto Rico, and the U.S. Virgin Islands | June 7, 2004 | 2747 |
| 18. | Threatened and Endangered Species System (TESS) Species Listed or Proposed Between June 1, 2004 - June 8, 2004 | June 1, 2004 - June 8, 2004 | 2846 |
| 19. | Fax to Mike Lidsky and Leslie Rubin from Deborah Carter | | |
| 20. | Federal Register - Rules and Regulations Title 7 - Agriculture | July 24, 1953 | 2856 |
| 21. | Federal Register - Rules and Regulations Title 7 - Agricultural Marketing Service | November 17, 1962 | 2858 |
| 22. | Federal Register Part II Department of Agriculture Animal and Plant Health Inspection Service | May 13, 1980 | 2861 |
| 23. | Executive Order Invasive Species | February 3, 1999 | 2866 |
| 24. | Study of Pest & Disease Risks Associated With The Importation Of Potted Ornamental Plants Into the United States | May 30, 1984 | 2870 |
| 25. | RESPONSE TO APHIS REVIEWER'S COMMENTS ON "A Study of Pest and Disease Risks Associated with the Importation of Potted Ornamental Plants into the United States" Submitted to APHIS By Bedding Plants, Inc. On May 30, 1984 | May 30, 1984 | 2957 |

| | | | |
|---|---|---|---|
| 26. | NOTES: PLANTS IN MEDIA MTG - OCTOBER 12, 1999 | October 12, 1999 | 2977 |
| 27. | DRAFT – DECISION MEMORANDUM FOR THE DEPUTY ADMINISTRATOR | Undated | 2979 |
| 28. | Fax to Dan Campbell – the individual who it is from is unreadable attaching a 12/14.99 memo to Mary S. Neal regarding Approving Entry of New Taxa of Plants Established in Growing Medium | April 18, 2000 | 2983 |
| 29. | Justifications for element ratings of quarantine pest arthropods and mollusks in the pathway for Phalaenopsis/ TW seedlings in the media by Mike Hennessey | February 28, 2002 | 2988 |
| 30. | List of References following the letter C and then following the letter D the preparation | Undated | 2995 |
| 31. | E-mail from George Ball to James Mackley and others | July 15, 2002 | 2998 |
| 32. | E-mails forwarded by George Ball to Gary L. Cave | March 25, 2003 | 3001 |
| 33. | Report regarding Uses for sphagnum moss | August 24, 2005 | 3002 |
| 34. | Report regarding Phalaenopsis Orchids - New Zealand Sphagnum | August 24, 2005 | 3025 |
| 35. | Report regarding Big Leaf Orchids | August 24, 2005 | 3028 |
| 36. | Report from Botanical.com regarding Moss, Sphagunum | September 29, 2005 | 3034 |
| 37. | Report on Development of Phalaenopsis Orchids for the Mass-Market | September 27, 2005 | 3041 |
| 38. | Report on Technoguide on orchids production | September 27, 2005 | 3057 |

| 39. | Floriculture Research Center TARI, COA | August 24, 2005 | 3065 |
| 40. | Green-Seeds.com Publications & Research | September 27, 2005 | 3068 |
| 41. | Orchids.com: Support: Care & Tips | August 24, 2005 | 3081 |
| 42. | An article from Greenhouse Grower: the Orchid Grower | August 24, 2005 | 3083 |
| 43. | List of articles from Greenhouse Grower: the Orchid Grower | August 24, 2005 | 3088 |
| 44. | Deflasking - from the National Capital Orchid Society Bulletin - Volume XLIX Number 3 September 1995 | September 27, 2005 | 3094 |
| 45. | Picture - Micropropagation making new orchids by laboratory techniques | Undated | 3104 |
| 46. | Picture - of Orchids in Flask | Undated | 3105 |
| 47. | Picture with no description | Undated | 3106 |
| 48. | Picture - of Orchid Flask | Undated | 3107 |
| 49. | Picture with no description | Undated | 3108 |
| 50. | Picture of Phalaenopsis seedlings growing in pebbles and Sphagnum moss after deflasking | Undated | 3109 |
| 51. | Article regarding Biology and Bionomics of Bloodsucking Ceratopogonids by D. S. Kettle | Undated | 3110 |
| 52. | Various abstracts about bloodsucking midges | August 18, 2005 | 3129 |
| 53. | Biological Abstract about the Bloodsucking and and Reproduction of Forcipomyiataiwana | August 18, 2005 | 3131 |
| 54. | Report on Ecology of the biting midge Leptoconops albiventris in French Polynesia. | | |

|  |  |  |  |
|---|---|---|---|
|  | II. Location of breeding sites and larval microdistribution | August 24, 2005 | 3122 |
| 55. | Report - NEW SPECIES OF BITING MIDGES FROM HAWAII (DIPTERA: CERATOPOGONIDAIE) | Undated | 3134 |
| 56. | Biological Abstract of Colonization and bionomics of Forcipomyia taiwana (Diptera: Ceratopogoniae) in the laboratory | August 24, 2005 | 3145 |
| 57. | Biological Abstract – Seasonal abundance and parity of stock-associated Culicoides species (Diptera: Ceratopogonidae) in different climatic regions in southern Africa in relation to their viral vector potential | August 24, 2005 | 3147 |
| 58. | Article - Distribution and Seasonal Occurrence of Forcipomyia taiwana (Diptera: Certaopogonidae) in the Nantou Area in Taiwan | March 2000 | 3149 |
| 59. | Article – CULICOIDES BITING MIDGES: Their Role as Arbovirus Vectors | Undated | 3154 |
| 60. | Report from the Taipei Times regarding Tiny mosquitoes terrorizing Taiwan | August 24, 2005 | 3185 |
| 61. | Pictures showing the Forcipomyia taiwana of the pupa, adult, adult head, adult (male) and adult (female) | August 24, 2005 | 3188 |
| 62. | Picture of For-tai-Pup | August 24, 2005 | 3190 |
| 63. | Picture of For-tai-Adu | August 24, 2005 | 3191 |
| 64. | Picture of For-tai-AduHea | August 24, 2005 | 3192 |

| 65. | Picture of For-tai-AduMal | August 24, 2005 | 3193 |
|---|---|---|---|
| 66. | Picture of For-tai-AduFem | August 24, 2005 | 3194 |
| 67. | Report from the Food and Environmental Hygiene Department regarding Arthropod Pests and Their Control | August 24, 2005 | 3195 |
| 68. | Report regarding World Species of Biting Midges (Diptera: Ceratopogonidae) by Art Borkent | May 10, 2005 | 3202 |
| 69. | E-mail to Darlene Bolinger and others from Gary L. Cave | August 31, 2005 | 3223 |
| 70. | Supplement report regarding Insects of Hawaii | Undated | 3224 |
| 71. | Article in Tropical Orchid Farm, Inc. about Pleurothallids: wave of the future | September 29, 2005 | 3225 |
| 72. | Article about not confusing sphagnum moss with peat moss | Undated | 3228 |
| 73. | E-mail from John Chamberlain to William Aley | August 25, 2005 | 3229 |
| 74. | Report on meeting regarding resolution of issues in two Endangered Species Act section 7 consultation | Undated | 3230 |
| 75. | Letter from the Assistant Director for Endangered Species (his signature is unreadable) to Michael Lidsky | April 7, 2003 | 3233 |
| 76. | Informational Memorandum For The Deputy Administrator from John H. Payne | Undated | 3235 |

-22-