# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
| HAWAI`I ORCHID GROWERS ASSOCIATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-1182 (RCL) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | ) ) ) ) | |
| and | ) ) | |
| UNITED STATES DEPARTMENT OF INTERIOR, et al., | ) ) ) ) | |
| Defendants. | ) | |

<u>Plaintiffs' Motion To Compel Supplementation Of The Administrative Record</u>

Plaintiffs Hawai`i Orchid Growers Association, pursuant to LCvR 7.1(a) respectfully request that the Court compel Defendants to Supplement the Administrative Record filed December 21st, 2005 with five Documents:

(a) *Effectiveness of Potential Mitigation Measures for Selected Alien Taxa*, Hawai`i Biological Survey Technical Report Number 3, February 3rd, 1997, as set out in Attachment 1 to Plaintiffs' Amended Complaint filed June 24th, 2005; and

(b) *Alien Species Biological Assessment for Kahului Airport Improvements*, Kahului, Maui, Hawai`i, March 10th, 1997; and

(c) *Biological Opinion of the U.S. Fish and Wildlife Service for the Kahului Airport Improvements, Phases 1 and 2 Kahului, Maui, Hawai`i*, July 23rd, 1997, as set out in Attachment 2 to Plaintiffs' Amended Complaint filed June 24th, 2005; and

(d) *Request and Analysis to Change the Quarantine Policy for Ants Moving Into, or Through, the State of Hawaii*, Hawai`i Ant Group, October 25th, 2001, as set out in Attachment 4 to Plaintiffs' Amended Complaint filed June 24th, 2005; and

(e) *Change in Quarantine Action Policy for Ants Intercepted from Commodities Destined to the State of Hawaii*, National Identification Services, Animal and Plant Health Inspection Service, United States Department of Agriculture, April 10th, 2002, as set out in Attachment 5 to Plaintiffs' Amended Complaint filed June 24th, 2005.

These five Documents were known to Defendants United States Department of Agriculture and United States Department of Interior at the times they made the decisions challenged in this Civil Action—Documents (a), (b), and (c) were known to Defendant United States Department of the Interior's U.S. Fish and Wildlife Service at the time it concurred with Defendant United States Department of Agriculture's Animal and Plant Health Inspection Service on April 7th, 2003 and again on September 1st, 2004 that the proposed Rule allowing entry from Taiwan of finished, flowering *Phalaenopsis* spp. orchid plants established in pots of sphagnum moss would not adversely affect Federal-

ly-listed or proposed Endangered or Threatened Species or their habitats; Documents (d) and (e) were known to Defendant United States Department of Agriculture's Animal and Plant Health Inspection Service when it conducted its Endangered Species Act, 16 U.S.C. § 1536(a)(2), consultations with Defendant United States Department of the Interior's U.S. Fish and Wildlife Service during the period October 2002 through April 7th, 2003 and again during the period October 1st, 2003 through September 1st, 2004.

These five Documents contain information that is directly related to the decisions challenged in this Civil Action—Documents (a), (b), and (c) focus on the risk of invasion by alien species through introduction of suitable breeding habitats, not on the risk of invasion by alien species that might be imposed through entry of specific hosts that was the sole consideration for the proposed, now Final, Rule allowing entry from Taiwan of finished, flowering *Phalaenopsis* spp. orchid plants potted in sphagnum moss; Documents (d) and (e) recognize Hawai`i's unique ecology, and they do so in connection with the risk of entry of ants alien to Hawai`i whereas Hawai`i's unique ecology was not considered by Defendant United States Department of Agriculture's Animal and Plant Health Inspection Service when it conducted its Endangered Species Act, 16 U.S.C. § 1536(a)(2), consultations with Defendant United States Department of the Interior's U.S. Fish and Wildlife Service during the period October 2002 through April 7th, 2003 and again during the period October 1st, 2003 through September 1st, 2004.

And these five Documents contain information adverse to the decisions challenged in this Civil Action—Defendant United States Department of the Interior's U.S. Fish and Wildlife Service did not regard the risk of invasion by alien species through introduction of suitable breeding habitats, a risk that is accredited by Defendant United States Department of the Interior's U.S. Fish and Wildlife Service in Documents (a), (b), and (c), when Defendant United States Department of the Interior's U.S. Fish and Wildlife Service concurred with Defendant United States Department of Agriculture's Animal and Plant Health Inspection Service on April 7th, 2003 and again on September 1st, 2004 that the proposed Rule allowing entry from Taiwan of finished, flowering *Phalaenopsis* spp. orchid plants established in pots of sphagnum moss would not adversely affect Federally-listed or proposed Endangered or Threatened Species or their habitats; Defendant United States Department of Agriculture's Animal and Plant Health Inspection Service did not regard Hawai`i's unique ecology when it conducted its Endangered Species Act consultations with Defendant United States Department of the Interior's U.S. Fish and Wildlife Service, yet Defendant United States Department of Agriculture's Animal and Plant Health Inspection Service had earlier recognized Hawai`i's unique ecology when it adopted the Policy Change on ants on April 10th, 2002.

This Motion is accompanied with a separate Memorandum of Points and Authorities as required by LCvR 7(a) and a proposed Order as required by LCvR 7(c).

With aloha,

/s/ Cyrus E. Phillips, IV

_____
Cyrus E. Phillips, IV
D.C. Bar Number 456500
January 19th, 2006

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112
Telephone:     (202) 466-7008
Facsimile:      (202) 466-7009

Electronic Mail:     *lawyer@procurement-lawyer.com*

Attorney of record for Plaintiffs,
Hawai`i Orchid Growers Association.

CERTIFICATE OF SERVICE

I hereby certify that on Thursday, January 19th, 2006 a true and complete copy of this Plaintiffs' Motion To Compel Supplementation Of The Administrative Record was filed electronically via the Court's Electronic Case Filing System, through which notice of the filing will be sent to:

Donna S. Fitzgerald, Esq.

Electronic Mail:    donna.fitzgerald@usdoj.gov

Attorney of record for Defendants,
United States Department of Agriculture,
*et al.*, and
United States Department of the Interior, *et al.*

/s/ Cyrus E. Phillips, IV
_____
Cyrus E. Phillips, IV