# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
| HAWAI`I ORCHID GROWERS ASSOCIATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-1182 (RCL) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | ) ) ) ) | |
| and | ) ) | |
| UNITED STATES DEPARTMENT OF INTERIOR, et al., | ) ) ) ) | |
| Defendants. | ) | |

<u>Order</u>

Upon consideration of Plaintiffs Hawai`i Orchid Growers Association's Motion to Compel Supplementation of the Administrative Record, it is hereby

ORDERED that the Plaintiffs' Motion to Compel Supplementation of the Administrative Record is GRANTED, and it is further

ORDERED that Defendants shall promptly supplement the Administrative Record filed December 21st, 1005 with the following five Documents:

(a) *Effectiveness of Potential Mitigation Measures for Selected Alien Taxa*, Hawai`i Biological Survey Technical Report Number 3, February 3rd, 1997; and

(b) *Alien Species Biological Assessment for Kahului Airport Improvements*, Kahului, Maui, Hawai`i, March 10th, 1997; and

(c) *Biological Opinion of the U.S. Fish and Wildlife Service for the Kahului Airport Improvements, Phases 1 and 2 Kahului, Maui, Hawai`i,* July 23rd, 1997; and

(d) *Request and Analysis to Change the Quarantine Policy for Ants Moving Into, or Through, the State of Hawaii*, Hawai`i Ant Group, October 25th, 2001; and

(e) *Change in Quarantine Action Policy for Ants Intercepted from Commodities Destined to the State of Hawaii*, National Identification Services, Animal and Plant Health Inspection Service, United States Department of Agriculture, April 10th, 2002.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January ___, 2006.