**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HAWAI'I ORCHID GROWERS ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>UNITED STATES DEPARTMENT OF AGRICULTURE; )<br>MIKE JOHANNS, SECRETARY OF AGRICULTURE; )<br>W. RON DEHAVEN, ADMINISTRATOR, ANIMAL )<br>AND PLANT HEALTH INSPECTION SERVICE; )<br>UNITED STATES DEPARTMENT OF THE INTERIOR; )<br>GALE NORTON, SECRETARY OF THE INTERIOR; )<br>MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED )<br>STATES FISH AND WILDLIFE SERVICE, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1182 (RCL) |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S MOTION TO COMPEL SUPPLEMENTATION OF THE
ADMINISTRATIVE RECORD**

Defendants hereby file this motion for an extension of two days on their response to plaintiff's motion to compel supplementation of the administrative record. Plaintiff has been consulted, and is unopposed to this motion.

Plaintiff filed its motion to compel supplementation of the administrative record on January 19, 2006. Docket Nos. 25, 26. By Local Rule, defendants' response is currently due Monday, January 30, 2006. Undersigned counsel was out of the office from January 12 -23, 2006, and defendants therefore did not begin review of plaintiff's motion until January 24, 2006. Defendants have determined that an additional two days is necessary to finalize their response, including obtaining the appropriate level of review.

Plaintiff's motion for summary judgment is currently due February 6, 2006, but defendants offered to provide plaintiff an additional two days on its motion, as defendants are

seeking an additional two days on their response brief. Plaintiff was agreeable, and the change in the due date for plaintiff's motion for summary judgment is included in the attached Proposed Order. The attached Proposed Order includes all of the remaining briefing dates for the case. Those dates have been confirmed by both parties.

Thus, defendants respectfully ask this Court to grant them the requested two day extension, and sign the attached Proposed Order.

Dated: January 27, 2006

Respectfully submitted,

Sue Ellen Woolridge
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

_____/s/_____
DONNA S. FITZGERALD
Connecticut Bar #411810
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington D.C. 20044-0663
Phone: (202) 305-0476
Fax: (202) 305-0506
E-mail: Donna.Fitzgerald@usdoj.gov

OF COUNSEL:

Darlene Bolinger
Attorney Advisor General
Regulatory Division
Office of the General Counsel
United States Department of Agriculture
Rm 2319 South Building
1400 Independence Ave., SW
Washington, DC 20250-1400

Peg Romanik, Attorney
Office of the Solicitor
Division of Parks & Wildlife
United States Department of the Interior
1849 C. St., N.W., MS 6557
Washington D.C. 20240

          ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAWAI'I ORCHID GROWERS ASSOCIATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 05-1182 (RCL) |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF AGRICULTURE; ) | |
| MIKE JOHANNS, SECRETARY OF AGRICULTURE; ) | |
| W. RON DEHAVEN, ADMINISTRATOR, ANIMAL ) | |
| AND PLANT HEALTH INSPECTION SERVICE; ) | |
| UNITED STATES DEPARTMENT OF THE INTERIOR; ) | |
| GALE NORTON, SECRETARY OF THE INTERIOR; ) | |
| MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED ) | |
| STATES FISH AND WILDLIFE SERVICE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

(PROPOSED) ORDER

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD** came before this Court on January 27, 2006. After considering said motion, and all other relevant matters, said motion is hereby GRANTED.

Defendants shall respond to plaintiff's motion to compel supplementation of the record by February 1, 2006.

Plaintiff's motion for summary judgment is due February 8, 2006.

Defendants' response to plaintiff's motion for summary judgment, and any motion to dismiss and/or cross-motion for summary judgment are due March 23, 2006.

Plaintiff's reply brief on its motion for summary judgment, and plaintiff's response to defendants' motion(s) are due April 24, 2006;

4

Defendants' reply brief on their motion(s) is due May 15, 2006.

IT IS SO ORDERED.


Dated: _____                    _____
                                                                  Hon. Royce C. Lamberth
                                                                  United States District Judge