**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **HAWAI'I ORCHID GROWERS ASSOCIATION,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-1182 (RCL)** |
| ) | |
| **UNITED STATES DEPARTMENT OF AGRICULTURE; MIKE JOHANNS, SECRETARY OF AGRICULTURE; W. RON DEHAVEN, ADMINISTRATOR, ANIMAL AND PLANT HEALTH INSPECTION SERVICE; UNITED STATES DEPARTMENT OF THE INTERIOR; GALE NORTON, SECRETARY OF THE INTERIOR; MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED STATES FISH AND WILDLIFE SERVICE,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

Defendants' First and Second Motions [21, 22] for an extension of time to file the administrative record are GRANTED, *nunc pro tunc*.

Defendants' filing of the administrative record in this case on December 21, 2005, shall be deemed timely.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, January 27, 2006.