UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAWAI'I ORCHID GROWERS ASSOCIATION,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; MIKE JOHANNS, SECRETARY OF AGRICULTURE; W. RON DEHAVEN, ADMINISTRATOR, ANIMAL AND PLANT HEALTH INSPECTION SERVICE; UNITED STATES DEPARTMENT OF THE INTERIOR; GALE NORTON, SECRETARY OF THE INTERIOR; MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>   Defendant. | Civil Action No. 05-1182 (RCL) |

## **ORDER**

Defendants' Unopposed Motion [27] for an extension of time to respond to plaintiff's motion to compel supplementation of the administrative record came before this Court on January 27, 2006. After considering said motion, and all other relevant matters, said motion is hereby GRANTED.

Defendants shall respond to plaintiff's motion to compel supplementation of the record by February 1, 2006.

Plaintiff's motion for summary judgment is due February 8, 2006.

Defendants' response to plaintiff's motion for summary judgment, and any motion to

dismiss and/or cross-motion for summary judgment are due March 23, 2006.

Plaintiff's reply brief on its motion for summary judgment, and plaintiff's response to defendants' motion(s) are due April 24, 2006;

Defendants' reply brief on their motion(s) is due May 15, 2006.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, January 27, 2006.