# United States District Court
# For the District of Columbia

| | |
|---|---|
| HAWAI`I ORCHID GROWERS ASSOCIATION, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 05-1182 (RCL) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | ) ) ) |
| and | ) ) |
| UNITED STATES DEPARTMENT OF INTERIOR, *et al.*, | ) ) ) |
| Defendants. | ) |

### PLAINTIFFS' UNOPPOSED MOTION
### FOR AN EXTENSION OF TIME

Plaintiffs Hawai`i Orchid Growers Association file this unopposed Motion for an extension of two days of the period in which Plaintiffs are to file their Motion for Summary Judgment.

Currently, Plaintiffs' Motion for Summary Judgment is due on February 8th, 2006. Yesterday, February 6th, 2006, Plaintiffs filed their Reply to Defendant's Opposition to Plaintiffs' Motion to Compel Supplementation of the Administrative Record. Plaintiffs' preparation of its Motion for Summary Judgment has been delayed by the filing of this Reply. Plaintiffs have determined that an

additional two days is required to complete and file Plaintiffs' Motion for Summary Judgment. Defendants have been consulted and they do not oppose this Motion.

The attached Proposed Order makes conforming adjustments in all the remaining briefing dates already established in this Civil Action. Plaintiffs respectfully ask the Court to grant the requested two-day time extension, and to sign the attached Proposed Order.

With aloha,

/s/ Cyrus E. Phillips, IV

_____
Cyrus E. Phillips, IV
D.C. Bar Number 456500
February 7th, 2006

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112
Telephone:    (202) 466-7008
Facsimile:    (202) 466-7009

Electronic Mail:    lawyer@procurement-lawyer.com

Attorney of record for Plaintiffs,
Hawai`i Orchid Growers Association.

CERTIFICATE OF SERVICE

    I hereby certify that on Tuesday, February 7th, 2006 a true and complete copy of this Plaintiffs' Unopposed Motion for an Extension of Time was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

        Donna S. Fitzgerald, Esq.

        Electronic Mail:    donna.fitzgerald@usdoj.gov

        Attorney of record for Defendants,
        United States Department of Agriculture,
        *et al.*, and
        United States Department of the Interior, *et al.*

        /s/ Cyrus E. Phillips, IV
        _____
        Cyrus E. Phillips, IV

- 3 -