# United States District Court
# For the District of Columbia

| | |
|---|---|
| HAWAI`I ORCHID GROWERS ASSOCIATION, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 05-1182 (RCL) ) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | ) ) ) |
| and | ) ) |
| UNITED STATES DEPARTMENT OF INTERIOR, *et al.*, | ) ) ) |
| Defendants. | ) |

<u>ORDER</u>

Upon consideration of Plaintiffs Hawai`i Orchid Growers Association's Unopposed Motion for a Time Extension, it is hereby

ORDERED that the Plaintiffs' Unopposed Motion for a Time Extension is GRANTED, and it is further

ORDERED that:

Plaintiffs' Motion for Summary Judgment is due February 10th, 2006.

Defendants' Response to Plaintiffs' Motion for Summary Judgment and any Motion to Dismiss and/or Cross-Motion for Summary Judgment are due March 27th, 2006.

Plaintiffs' Reply Brief on Plaintiffs' Motion for Summary Judgment, and Plaintiffs' Response to Defendants' Motion(s) are due April 26th, 2006.

Defendants' Reply Brief on their Motion(s) is due May 17th, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, February ___, 2006.