# United States District Court
# For the District of Columbia

| | |
|---|---|
| HAWAI`I ORCHID GROWERS ASSOCIATION, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1182 (RCL) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF AGRICULTURE, *et al.*, ) | |
| ) | |
| and ) | |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF INTERIOR, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs Hawai`i Orchid Growers Association, pursuant to FED. R. CIV. P. 56(a), to LCvR 7(h), and to LCvR 56.1, respectfully request that the Court grant Summary Judgment on behalf of the Plaintiffs because there are no contested issues of material fact and Plaintiffs are entitled to judgment as a matter of law, all for the reasons set forth in the Memorandum of Points and Authorities separately filed herewith.

With aloha,

/s/ Cyrus E. Phillips, IV
_____

Cyrus E. Phillips, IV
D.C. Bar Number 456500
February 10th, 2006

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112
Telephone:   (202) 466-7008
Facsimile:    (202) 466-7009

Electronic Mail:   *lawyer@procurement-lawyer.com*

Attorney of record for Plaintiffs,
Hawai`i Orchid Growers Association.

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on Friday, February 10th, 2006 a true and complete copy of this Plaintiffs' Motion for Summary Judgment was filed electronically via the Court's Electronic Case Filing System, through which notice of the filing will be sent to:

    Donna S. Fitzgerald, Esq.

    Electronic Mail:   donna.fitzgerald@usdoj.gov

    Attorney of record for Defendants,
    United States Department of Agriculture,
    *et al.*, and
    United States Department of the Interior, *et al.*

    /s/ Cyrus E. Phillips, IV
    _____
    Cyrus E. Phillips, IV