UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HAWAI'I ORCHID GROWERS ASSOCIATION,**<br><br>  **Plaintiff,**<br><br>  v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE; MIKE JOHANNS, SECRETARY OF AGRICULTURE; W. RON DEHAVEN, ADMINISTRATOR, ANIMAL AND PLANT HEALTH INSPECTION SERVICE; UNITED STATES DEPARTMENT OF THE INTERIOR; GALE NORTON, SECRETARY OF THE INTERIOR; MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED STATES FISH AND WILDLIFE SERVICE,**<br><br>  **Defendants.** | Civil Action No. 05-1182 (RCL) |

### ORDER

Upon consideration of Plaintiff Hawai`i Orchid Growers Association's Unopposed Motion [32] for a Time Extension, it is hereby

ORDERED that the Plaintiffs' Unopposed Motion for a Time Extension is GRANTED, *nunc pro tunc* and it is further

ORDERED that Plaintiffs' Motion for Summary Judgment is due February 10$_{th}$, 2006. Defendants' Response to Plaintiffs' Motion for Summary Judgment and any Motion to Dismiss and/or Cross-Motion for Summary Judgment are due March 27$_{th}$, 2006. Plaintiffs' Reply Brief on Plaintiffs' Motion for Summary Judgment, and Plaintiffs' Response to Defendants' Motion(s)

are due April 26th, 2006.  Defendants' Reply Brief on their Motion(s) is due May 17th, 2006.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, February 22, 2006.