UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAYFLOWER TRANSIT, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEFFREY GOLDSTEIN, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1558 (RCL) |

### ORDER

Upon consideration of the Parties' Local Civil Rule 16.3(d) Report, it is hereby

ORDERED that the following deadlines will apply to this action:

| | |
|---|---|
| Amended Complaint or Other Parties Joined | April 19, 2006 |
| Discovery to be Completed | July 17, 2006 |
| Dispositive Motions Due | August 15, 2006 |

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on February 22, 2006.