**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HAWAI'I ORCHID GROWERS ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>UNITED STATES DEPARTMENT OF AGRICULTURE; )<br>MIKE JOHANNS, SECRETARY OF AGRICULTURE; )<br>W. RON DEHAVEN, ADMINISTRATOR, ANIMAL )<br>AND PLANT HEALTH INSPECTION SERVICE; )<br>UNITED STATES DEPARTMENT OF THE INTERIOR; )<br>GALE NORTON, SECRETARY OF THE INTERIOR; )<br>MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED )<br>STATES FISH AND WILDLIFE SERVICE, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1182 (RCL) |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF FOUR DAYS TO FILE THEIR MEMORANDUM IN SUPPORT OF DISPOSITIVE MOTION(S) AND RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendants hereby file this motion for an extension of four days, until Friday, March 31, 2006, to file their brief in support of dispositive motion(s), and to respond to plaintiff's motion for summary judgment. Plaintiff has been consulted, and is unopposed to this motion.

Defendants' brief is currently due Monday, March 27, 2006, but defendants have determined that an additional four days is necessary to finalize their brief and their response to plaintiff's motion. Defendants have attached a Proposed Order which makes the requested change, and includes all of the remaining briefing dates for the case. This Order would amend the previous scheduling Order signed on February 22, 2006. Docket No. 35.

Defendants respectfully ask this Court to grant them the requested four day extension, and sign the attached Proposed Order.

Dated: March 24, 2006                                                        Respectfully submitted,

Sue Ellen Woolridge
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

_____/s/_____
DONNA S. FITZGERALD
Connecticut Bar #411810
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington D.C. 20044-0663
Phone: (202) 305-0476
Fax: (202) 305-0506
E-mail: Donna.Fitzgerald@usdoj.gov

OF COUNSEL:

Darlene Bolinger
Attorney Advisor General
Regulatory Division
Office of the General Counsel
United States Department of Agriculture
Rm 2319 South Building
1400 Independence Ave., SW
Washington, DC 20250-1400


Peg Romanik, Attorney
Office of the Solicitor
Division of Parks & Wildlife
United States Department of the Interior
1849 C. St., N.W., MS 6557
Washington D.C. 20240

ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAWAI'I ORCHID GROWERS ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF AGRICULTURE; )<br>MIKE JOHANNS, SECRETARY OF AGRICULTURE; )<br>W. RON DEHAVEN, ADMINISTRATOR, ANIMAL )<br>AND PLANT HEALTH INSPECTION SERVICE; )<br>UNITED STATES DEPARTMENT OF THE INTERIOR; )<br>GALE NORTON, SECRETARY OF THE INTERIOR; )<br>MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED )<br>STATES FISH AND WILDLIFE SERVICE, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 05-1182 (RCL) |

(PROPOSED) ORDER

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF FOUR DAYS TO FILE THEIR MEMORANDUM IN SUPPORT OF DISPOSITIVE MOTION(S) AND RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** came before this Court on Friday, March 24, 2006. After considering said motion, and all other relevant matters, said motion is hereby GRANTED.

Defendants shall file their memorandum in support of dispositive motion(s) and respond to plaintiff's motion for summary judgment by Friday, March 31, 2006.

Plaintiff's reply brief on its motion for summary judgment, and plaintiff's response to defendants' motion(s) are due Wednesday, April 26, 2006;

Defendants' reply brief on their motion(s) is due Wednesday, May 17, 2006.

IT IS SO ORDERED.

Dated: _____

                                              Hon. Royce C. Lamberth
                                              United States District Judge