UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAWAI'I ORCHID GROWERS ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE; MIKE JOHANNS, SECRETARY OF AGRICULTURE; W. RON DEHAVEN, ADMINISTRATOR, ANIMAL AND PLANT HEALTH INSPECTION SERVICE; UNITED STATES DEPARTMENT OF THE INTERIOR; GALE NORTON, SECRETARY OF THE INTERIOR; MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED STATES FISH AND WILDLIFE SERVICE, <br><br> Defendants. | Civil Action No. 05-1182 (RCL) |

**ORDER**

Upon consideration of defendants' unopposed motion [36] for a Time Extension, it is hereby

ORDERED that defendants' unopposed motion [36] for a Time Extension is GRANTED. Defendants shall file their memorandum in support of dispositive motion(s) and respond to plaintiff's motion for summary judgment by Friday, March 31, 2006.  Plaintiff's reply brief on its motion for summary judgment, and plaintiff's response to defendants' motion(s) are due Wednesday, April 26, 2006; Defendants' reply brief on their motion(s) is due Wednesday, May 17, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 24, 2006.