TABLE OF CONTENTS

PAGE

I. INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

II. LEGAL BACKGROUND . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

    A. The Plant Protection Act and Related Regulations . . . . . . . . . . . . . . . . . . . . . . . . 5

    B. Quarantine 37 Regulations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

    C. The Plants-in-Growing-Media Role . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

    D. The Endangered Species Act and Section 7 Consultation . . . . . . . . . . . . . . . . . . 9

III. FACTUAL BACKGROUND . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

    A. Request to Amend Rule . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

    B. The ESA, Section 7 Consultation Process . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

        1. APHIS's Biological Evaluation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

        2. FWS's Concurrence . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

        3. Re-Initiation of Consultation in the Context of Programmatic
           Consultations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

    C. Plaintiff's Prior Lawsuit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

    D. Plaintiff's March 31, 2005 Notice of Intent to Sue Under the ESA . . . . . . . . . . 22

    E. Plaintiff's Amended Complaint . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

IV. ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

    A. Plaintiff Has Failed To Establish Standing Under Article III . . . . . . . . . 22

    B. Even If Plaintiff Had Standing, Defendants Have Not
       Violated The ESA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

                                                                                                                                                                             PAGE

1. Standard of Review of Agency Action Under the Administrative Procedure Act . . . . . . . . . . . . . . . . . . . . . . . . . . 27

2. Defendants Have Not Violated the ESA . . . . . . . . . . . . . . . . . . . . 28

    a. APHIS Provided FWS with Relevant Information Regarding Thrips . . . . . . . . . . . . . . . . . . . . . 29

    b. APHIS was Not Obligated to Consider Hawaii's "Unique Ecology." . . . . . . . . . . . . . . . . . . . . . . 34

    c. FWS Has not Violated the ESA . . . . . . . . . . . . . . . . . . . 37

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

TABLE OF AUTHORITIES

FEDERAL CASES                                                                        PAGE

*American Wildlands v. Norton,
    193 F. Supp. 2d 244 (D.D.C. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11, 35, 40

American Wildlands v. Norton,
    193 F.Supp. 244 (D.D.C. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40

*Baltimore Gas & Electric v. NRDC,
    462 U.S. 87 (1983) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

Cabinet Mountains Wilderness v. Peterson,
    685 F.2d 678 (D.C. Cir. 1982) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

*Carlton v. Babbitt,
    900 F.Supp. 526 (D.D.C. 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

Center for Biological Diversity v. Lohn,
    296 F. Supp. 2d 1223 (W.D. Wash. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

*Defenders of Wildlife v. Norton,
    257 F. Supp. 2d 53 (D.D.C. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 23,24,25,26

Ethyl Corp. v. EPA,
    541 F.2d 1 (D.C. Cir. 1976) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11, 35

*Florida Audubon Soc. v. Bentsen,
    94 F.3d 658 (D.C. Cir. 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

Florida Power and Light Co. v. Lorion,
    470 U.S. 729 (1985) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

Fund for Animals v. Babbitt,
    903 F.Supp. 96 (D.D.C. 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

Fund for Animals, Inc. v. Norton,
    322 F.3d 728 (D.C. Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

Greenpeace Action v. Franklin,
    14 F.3d 1324 (9th Cir. 1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

FEDERAL CASES                                                                    PAGE

Kleppe v. Sierra Club,
    427 U.S. 390 (1976) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

*Lujan v. Defenders of Wildlife,
    504 U.S. 555 (1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23,24,25,26

Mountain States Legal Foundation v. Glickman,
    92 F.3d 1228 (D.C. Cir. 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

National Ass'n of Home Builders v. Norton,
    298 F. Supp. 2d 68 (D.D.C. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

National Audubon Soc'y v. Hester,
    801 F.2d 405 (D.C. Cir. 1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

Newton County Wildlife Ass'n v. Rogers,
    141 F.3d 803 (8th Cir. 1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

Northwest Airlines v. FAA,
    795 F.2d 195 (D.C. Cir. 1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

Resources Limited, Inc. v. Robertson,
    35 F.3d 1300 (9th Cir. 1994) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

San Luis Obispo Mothers for Peace v. United States Nuclear Regulatory Comm'n,
    789 F.2d 26  (D.C. Cir. 1986) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

Schmier v. United States Court of Appeals for the Ninth Circuit, 279 F.3d 817
 (9th Cir. 2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23,25

Southwest Center for Biological Diversity v. Babbitt,
    215 F.3d 58 (D.C. Cir. 2000) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11, 35,

The Cape Hatteras Access Preservation Alliance v. United States Dep't of the Interior,
    344 F.Supp.2d 108 (D.D.C. 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

Warth v. Seldin,
    422 U.S. 490 (1975) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22,23

Water Keeper Alliance v. United States Dep't of Defense,
    271 F.3d 21 (1st Cir. 2001) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10,11

| FEDERAL STATUTES | PAGE |
|---|---|
| 5 U.S.C. §§ 702 | 27 |
| 5 U.S.C. § 706 | 27 |
| 5 U.S.C. §§ 706(2)(A) | 27 |
| 5 U.S.C. §§ 706(2)(C) | 27 |
| 7 U.S.C. § 7701 | 5 |
| 7 U.S.C. § 7711 | 5 |
| 7 U.S.C. § 7711(a) | 5 |
| 7 U.S.C. § 7712 | 5 |
| 7 U.S.C. § 7712(e) | 5 |
| 7 U.S.C. § 7713 | 9 |
| 7 U.S.C. §§ 7715 | 5 |
| 7 U.S.C. § 7731 | 5 |
| 16 U.S.C. § 1536 | 10 |
| 16 U.S.C. § 1536(a)(2) | 10, 11 |
| 16 U.S.C. § 1538(a)(1)(b) | 9 |
| 16 U.S.C. §§ 1531 et seq | 4, 9 |
| 16 U.S.C. §§ 1532(6) | 9 |
| 16 U.S.C. 1533 | 9 |
| 42 U.S.C. § 4321 | 21, 22 |

| FEDERAL REGULATIONS | PAGE |
| --- | --- |
| 7 C.F.R. § 319.37 | 21, 33 |
| 7 C.F.R. 319.37(a) | 9 |
| 7 C.F.R. 319.37(b) | 9 |
| 7 C.F.R. § 319.37-4(a) | 8 |
| 7 C.F.R. § 319.37-4(b) | 7, 9 |
| 7 C.F.R. § 319.37-8 | 38 |
| 7 C.F.R. § 319.378(e) | 26 |
| 7 C.F.R. § 319.37-8(e)(1) | 6 |
| 7 C.F.R. § 319.37-8(e)(i)(viii) | 8 |
| 7 C.F.R. § 319.37-8(g) (1998) | 12 |
| 7 C.F.R. § 319.37-9 | 6 |
| 50 C.F.R. §§ 402.03 | 10 |
| 50 C.F.R. 402.13 | 10 |
| 50 C.F.R. § 402.13(a) | 10 |
| 50 C.F.R. § 402.14 | 10 |
| 50 C.F.R. § 402.14(a) | 10 |
| 50 C.F.R. § 402.14(d) | 11 |
| 50 C.F.R. § 402.14(g) | 11 |

| FEDERAL REGISTER | PAGE |
| --- | --- |
| 69 Fed Reg 24,916 (May 5, 2004) | 3 |
| 69 Fed Reg 24,916 | 7 |

69 Fed Reg. 24,929 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7