# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
| HAWAI`I ORCHID GROWERS ASSOCIATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-1182 (RCL) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | ) ) ) ) | |
| and | ) ) | |
| UNITED STATES DEPARTMENT OF INTERIOR, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

PLAINTIFFS' UNOPPOSED MOTION
FOR A THIRD EXTENSION OF TIME

Plaintiffs Hawai`i Orchid Growers Association file this unopposed Motion for a third extension of time, this for a period of seven days, in which Plaintiffs are to file their Reply on their Motion for Summary Judgment, and, as well, their Response to Defendants' Motion to Dismiss, or in the alternative, for Summary Judgment.

Currently, Plaintiffs' Reply and Response is due on Wednesday, April 26th, 2006, and Defendants' Reply on their Motion is due on Wednesday, May 17th, 2006. Plaintiffs' Response requires a compre-

hensive effort to coordinate with Plaintiffs, located in Hawai`i, and there over several islands some distance apart (for instance, the big island, Hawai`i, is some four hundred miles from the island of Oahu, where the State capital, Honolulu, is located). Communications with Plaintiffs are likewise made difficult by the time difference—now six hours, this because Hawai`i does not observe Daylight Time. Plaintiffs' preparation of its Response has been delayed by these circumstances. Plaintiffs have determined that an additional seven days is required to complete and file Plaintiffs' Reply and Response. Defendants have been consulted and they do not oppose this Motion.

The attached Proposed Order makes conforming adjustments in all the remaining briefing dates already established in this Civil Action. Plaintiffs respectfully ask the Court to grant the requested seven-day time extension in all the remaining briefing dates, and to sign the attached Proposed Order.

With aloha,

/s/ Cyrus E. Phillips, IV
_____

Cyrus E. Phillips, IV
D.C. Bar Number 456500
April 21st, 2006

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112
Telephone:     (202) 466-7008
Facsimile:      (202) 466-7009

Electronic Mail:     lawyer@procurement-lawyer.com

Attorney of record for Plaintiffs,
Hawai`i Orchid Growers Association.

CERTIFICATE OF SERVICE

    I hereby certify that on Friday, April 21st, 2006 a true and complete copy of this Plaintiffs' Second Unopposed Motion for an Extension of Time was filed electronically via the Court's Electronic Case Filing System, through which notice of this filing will be sent to:

Donna S. Fitzgerald, Esq.

Electronic Mail:     donna.fitzgerald@usdoj.gov

Attorney of record for Defendants,
United States Department of Agriculture,
*et al.*, and
United States Department of the Interior, *et al.*

/s/ Cyrus E. Phillips, IV
_____

Cyrus E. Phillips, IV