# United States District Court
# For the District of Columbia

| | |
|---|---|
| HAWAI`I ORCHID GROWERS ASSOCIATION, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Civil Action No. 05-1182 (RCL) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | ) ) ) ) |
| and | ) ) |
| UNITED STATES DEPARTMENT OF INTERIOR, *et al.*, | ) ) ) |
| Defendants. | ) |

<u>ORDER</u>

Upon consideration of Plaintiffs Hawai`i Orchid Growers Association's Unopposed Motion for a third Time Extension, it is hereby

ORDERED that the Plaintiffs' Unopposed Motion for a third Time Extension is GRANTED, and it is further

ORDERED that:

Plaintiffs' Reply Brief on Plaintiffs' Motion for Summary Judgment, and Plaintiffs' Response to Defendants' Motion(s) are due May 3rd, 2006.

Defendants' Reply Brief on their Motion is due May 24th, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April ___, 2006.