UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAWAI'I ORCHID GROWERS ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>AGRICULTURE; MIKE JOHANNS, )<br>SECRETARY OF AGRICULTURE; )<br>W. RON DEHAVEN, )<br>ADMINISTRATOR, ANIMAL AND )<br>PLANT HEALTH INSPECTION )<br>SERVICE; UNITED STATES )<br>DEPARTMENT OF THE INTERIOR; )<br>GALE NORTON, SECRETARY OF )<br>THE INTERIOR; MATTHEW J. )<br>HOGAN, ACTING DIRECTOR, )<br>UNITED STATES FISH AND )<br>WILDLIFE SERVICE, )<br>)<br>Defendants. )  | Civil Action No. 05-1182 (RCL) |

## ORDER

Upon consideration of plaintiff Hawa'i Orchid Growers Association's unopposed motion [39] for a Time Extension, it is hereby

ORDERED that plaintiff's unopposed motion [39] for a Time Extension is GRANTED. Plaintiff's reply brief on its motion for summary judgment, and plaintiff's response to defendants' motion(s) are due May 3, 2006; Defendants' reply brief on their motion(s) is due May 24, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 21, 2006.