# United States District Court
# For the District of Columbia

| | |
|---|---|
| HAWAI`I ORCHID GROWERS ASSOCIATION, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  Civil Action No. 05-1182 (RCL) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | ) ) ) ) |
| and | ) ) |
| UNITED STATES DEPARTMENT OF INTERIOR, *et al.*, | ) ) ) ) |
| Defendants. | ) |

### DECLARATION OF BOB ZELLER

1. I am the past president of the Kona Orchid Society, a past president of the Ocean View Chamber of Commerce, a co-owner of Pele's Island Plants, a certified orchid nursery, and I am currently a member of the Hawai`i Orchid Growers Association. I helped to form the Kona Orchid Society's Conservation Committee. Our purpose is to find and propagate *Anoectochilus sandvicensis* or *Liparis hawaiiensis*, both native Hawai`ian orchid species. After that, we intend to

put the propagated plants in other areas with similar conditions, this in order to try to re-establish their numbers.

2.   Our Committee chairman, Denver Leaman, did the background work for the group. He spoke with Mr. Charles Lamoureux, the person who contributed the section on orchids in the ATLAS OF HAWAII. At that time, Mr. Lamoureux worked at the Harold L. Lyon Arboretum in Honolulu (http://www.alternative-hawaii.com/lyon.htm) and was connected with the Nature Conservancy. Some information given Denver Leaman about the native Hawai`ian orchid species is noted as follows:

   a.   *Anoectochilus sandvicensis*: this native orchid was once known as *Vrydagzynea sandvicensis*. It is a jewel orchid that grows in dark, wet woods on the larger islands. It is not known in cultivation.

   b.   *Liparis hawaiiensis*: this orchid is the most common native. It was known to the Hawaiians as "awapuhiakanaloa or 'the awapuhi' (a type of ginger) of Kanaloa" (a Hawai`ian god of the ocean). It is also commonly known as twayblade. This orchid grows in open woods, either on the ground or on the moss-covered trunks of trees. It is listed as being found on all six large islands. It is not known in cultivation.

   c.   *Platantera holochila*: this is the rarest of the Hawai`ian native species. The Global ranking for this orchid is G1 (critically imperiled globally) (only 1-5 sites or, < 1,000 individuals known). According to the University of Hawai`i's Department of Botany there are currently fif-

teen individuals in four populations with no recovery plans for this native orchid. Federal Endangered status for this species was finally granted on November 12th, 1996. (Kona Orchid Society would make no attempt to find, collect, or propagate this species.)

3.  Denver Leaman also consulted F. Rick Warshauer of the United States Geological Service's Biological Resources Department at the Hawai`i Volcanoes National Park. Mr. Warshauer was concerned that the mycorrhizal fungus needed for the Hawai`ian native species to propagate would be put out of balance by hikers and warned our group to sterilize their footwear before going into the forest. Mr. Warshauer wanted to make sure that the hikers would not introduce anything harmful to this fungus which would in turn hurt the small number of *Anoectochilus sandvicensis* in Hawai`i Volcanoes National Park. Our group was issued a permit to go in and collect *Anoectochilus sandvicensis*.

4.  Our group did go and find the native orchids and brought out some plant material. We were unable to pollinate the orchids successfully. We took the material to Carmela's Nursery laboratory for meristeming and cloning. We were able to grow only five plants. This is a very small number. Usually, thousands of plants can be cloned. During this time, we searched other locations with similar growing conditions but did not find any native orchids. We asked local hunters who know the more remote areas to look for these plants but with no success. It seems these plants are quite rare. Our only choice at this point would be to hike into Hawai`i Volcanoes Na-

tional Park again if we can gain another permit, and see if there are any seed pods set that could be lab grown.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 21st, 2006.

*Bob Zeller*

Bob Zeller
Pele's Island Plants
Post Office Box 6767
Ocean View, Hawai`i 96737