# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
| HAWAII ORCHID GROWERS ASSOCIATON, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-1182 (RCL) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | ) ) ) ) | |
| and | ) ) ) | |
| UNITED STATES DEPARTMENT OF INTERIOR, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

### DECLARATION OF ARNOLD HARA

1. I am a Professor, and an Entomologist, at the Beaumont Agricultural Research Center, College of Tropical Agriculture and Human Resources, University of Hawaii at Manoa, Hilo, Hawaii. I have co-authored scientific papers on pests and pest management concerning the orchid industry in

Hawaii. I am particularly familiar with the rate of invasion in Hawaii by non-indigenous, or alien, species—in Hawaii this rate is more than a million times the natural colonization rate, and nearly twice the number absorbed by the entire North American continent. I have personal knowledge of the sorts of efforts required to protect Hawaii's diversified agriculture and fragile natural environment.

2. Hawaii, just as the orchid-growing areas in Taiwan, is in United States Department of Agriculture Plant Hardiness Zone 11 (average annual minimum temperature above 40° F), and thus quarantine pests present in Taiwan will spread in Hawaii in the out-of-doors environment. In Hawaii, most orchids are grown outdoors, or under shadehouses, and almost never in completely enclosed, temperature-controlled greenhouses.

3. The "literature search" used by Animal and Plant Health Inspection Service to conduct the Risk Analysis of 2003, 69 Fed. Reg. 24920 (2004), and the subsequent "winnowing" of this list of pests so as to eliminate pests identified only to the order, family, or generic level, "Risk Analysis of the Importation of Moth Orchid, *Phalaenopsis* spp., Plants in Approved Growing

Media From Taiwan into the United States, May 6th, 2003," at page 8, have profoundly invalidated Animal and Plant Health Inspection Service's assessment of economic impact.

4. Animal and Plant Health Inspection Service addresses only one specific species of mollusk, two arthropod species, and three fungi in the Risk Analysis of 2003. Animal and Plant Health Inspection Service ignores, due to lack of species identification an unknown number of mollusks, at least fourteen fungi and bacteria, and over thirty-three arthropods, all of quarantine significance, that have been intercepted, or associated with, *Phalaenopsis* spp. from Taiwan. "Risk Analysis of the Importation of Moth Orchid, *Phalaenopsis* spp., Plants in Approved Growing Media From Taiwan into the United States, May 6th, 2003," at pages 9-10.

5. The arthropods of quarantine significance that are ignored include Acari (mites), Agromyzidae (leafminers), Aphididae (aphids), *Brevipalpus* sp. (flat mites), *Cerataphis* sp. (fringed orchid aphids), Cicadellidae (leafhoppers), Coccidae (soft scales), Crematogaster sp. (ant), Curculionidae (weevils), Diaspididae (armored scales), Dicromothrips sp., Diptera (flies),

Lymantriidae (tussock and gypsy moths), Miridae (plant bugs), Noctuidae (armyworms, cutworms, loopers), Parlatoria sp. (armored scales), Phlaeothripidae, Putellidae (diamondback moths), Pseudococcidae (mealybugs), Pseudoccoccus sp. (mealybugs), Sminthuridae (springtails), Spodoptera sp. (armyworms), Tettigoniidae (longhorned grasshoppers), Thripidae, Tortricidae (leafrollers), and Xenotarsonemus sp. (mites). "Risk Analysis of the Importation of Moth Orchid, *Phalaenopsis* spp., Plants in Approved Growing Media From Taiwan into the United States, May 6th, 2003," at page 9.

5. Contrary to the confident, and unsupported, assertion by Animal and Plant Inspection Service, 69 Fed. Reg. 24928 (2004), the Taiwanese arthropods, mollusks, fungi that have been ignored, as well as the only specific species of mollusk, two arthropod species, and three fungi in Taiwan that are addressed in the Risk Analysis of 2003, will NOT "likely be detected during greenhouse or port of entry inspections . . . ." Visual inspection of potted orchids is grossly inadequate for detecting small insects and insect stages, cryptic insect stages, and subterranean pests such as nematodes and snails. And as noted in the Administrative Record, some arthropod insect pests

have four or more developmental stages, some of which are equally as good as, or better than, the adult stage at "hitchhiking" in potted plants because of their typically smaller size and tendency to hide in the mature plant, aiding their ability to evade detection. These immatures are a particular problem because, for most groups, immature stages cannot be identified or described as to species, so even if they happened to be seen, it is likely that an inspector would be unable to make identification, or could easily make a misidentification.

6. Once these pests from Taiwan spread into the greenhouses and shadehouses of Hawaii as surely they will, economic devastation will be the result. Growers of potted epiphytic orchids in Hawaii, many of whom are minorities, operate with minimal capitalization. Invasion from Taiwan of the pests that surely will be transported with potted *Phalaenopsis* spp. orchid plants will require the need for immediate investments in expensive, and labor-intensive, treatments of existing greenhouse and shadehouse orchid plant stocks. More importantly, the three native orchids in Hawaii, *Platanthera holochila* (listed as endangered by the United States Department of the

Interior, Fish and Wildlife Service), *Anoectochilus sandwicensis* (a species of concern) and *Liparis hawaiiensis* (a species of concern) will be seriously impacted and could result in extinction with the accidental introduction of these orchid pests from Taiwan on potted *Phalaenopsis* spp. orchid plants. These orchid pests of Taiwan will not discriminate between genera of orchids, but will voraciously host on all species of orchids, including the native orchid species in Hawaii.

7. And it is unlikely that these pests introduced from Taiwan, once they are established, can be eradicated or easily controlled. In the case of mollusks, snails and slugs, eradication is difficult, and, usually, unlikely because the invasion is most often not detected until the new population has become established, and at this stage, eradication is likely to be impossible. Arthropod insect pests spread from Taiwan into Hawaii with imported potted *Phalaenopsis* spp. orchids may already be resistant to many chemical insecticides that are used in Taiwan. Probably, the few registered insecticides in the United States will be ineffective when attempts are made to control

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on May 1st, 2006.

_____
Arnold Hara, Ph.D.
Professor & Entomologist
Beaumont Agricultural Research Center
College of Tropical Agriculture & Human
   Resources
University of Hawaii at Manoa
875 Komohana Street
Hilo, Hawaii 96720-2757