**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HAWAI'I ORCHID GROWERS ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>) Civil Action No. 05-1182 (RCL)<br>)<br>)<br>UNITED STATES DEPARTMENT OF AGRICULTURE; )<br>MIKE JOHANNS, SECRETARY OF AGRICULTURE; )<br>W. RON DEHAVEN, ADMINISTRATOR, ANIMAL )<br>AND PLANT HEALTH INSPECTION SERVICE; )<br>UNITED STATES DEPARTMENT OF THE INTERIOR; )<br>GALE NORTON, SECRETARY OF THE INTERIOR; )<br>MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED )<br>STATES FISH AND WILDLIFE SERVICE, )<br>)<br>Defendants. )<br>) | |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THEIR REPLY BRIEF IN SUPPORT OF THEIR MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT**

Defendants hereby file this motion for an extension until Friday, June 9, 2006 to file their reply brief in support of their motions to dismiss and for summary judgment. Plaintiff has been consulted, and is unopposed to this motion.

Defendants' brief is currently due Wednesday, May 24, 2006, but defendants have determined that an additional twelve business days is necessary to finalize their brief due to the schedule of undersigned counsel. Undersigned counsel has recently had to brief a response to a motion for injunctive relief on an expedited basis in <u>Western Watersheds Project v. Oke</u>, Civ. No. 03-197 (D. Nev.), and must spend three days next week traveling to and appearing at a hearing on the motion. Undersigned counsel has additional deadlines over the next two weeks, including responding to a motion to compel supplementation of the administrative record, filed May 9, 2006 in <u>Western Watersheds Project v. Abbey</u>, Civ. No. 05-362 (D. Nev.), and a

response to a motion for summary judgment in Te-Moak Tribe v. DOI, Civil No. 05-279 (D. Nev.), due Friday, May 19, 2006. These obligations which will take time away from working on the reply brief in this matter. Consequently, defendants respectfully request until June 9, 2006 to file their reply brief.

Defendants have attached a Proposed Order which makes the requested change. This Order would amend the previous scheduling Order signed by this Court on April 21, 2006. Docket No. 40.

Dated: May 12, 2006                                   Respectfully submitted,

                                                      Sue Ellen Woolridge
                                                      Assistant Attorney General
                                                      Environment & Natural Resources Division
                                                      United States Department of Justice

                                                              /s/
                                                      DONNA S. FITZGERALD
                                                      Connecticut Bar #411810
                                                      Trial Attorney
                                                      Natural Resources Section
                                                      Environment & Natural Resources Division
                                                      United States Department of Justice
                                                      P.O. Box 663
                                                      Washington D.C. 20044-0663
                                                      Phone: (202) 305-0476
                                                      Fax: (202) 305-0506
                                                      E-mail: Donna.Fitzgerald@usdoj.gov

OF COUNSEL:

Darlene Bolinger
Attorney Advisor General
Regulatory Division
Office of the General Counsel
United States Department of Agriculture
Rm 2319 South Building
1400 Independence Ave., SW
Washington, DC 20250-1400

Peg Romanik, Attorney
Office of the Solicitor
Division of Parks & Wildlife
United States Department of the Interior
1849 C. St., N.W., MS 6557
Washington D.C. 20240

                                                   ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAWAI'I ORCHID GROWERS ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF AGRICULTURE; )<br>MIKE JOHANNS, SECRETARY OF AGRICULTURE; )<br>W. RON DEHAVEN, ADMINISTRATOR, ANIMAL )<br>AND PLANT HEALTH INSPECTION SERVICE; )<br>UNITED STATES DEPARTMENT OF THE INTERIOR; )<br>GALE NORTON, SECRETARY OF THE INTERIOR; )<br>MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED )<br>STATES FISH AND WILDLIFE SERVICE, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1182 (RCL) |

(PROPOSED) ORDER

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THEIR REPLY BRIEF IN SUPPORT OF THEIR MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT** came before this Court on Friday, May 12, 2006. After considering said motion, and all other relevant matters, said motion is hereby GRANTED.

Defendants shall file their reply brief in support of their motions to dismiss and for summary judgment by Friday, June 9, 2006.

IT IS SO ORDERED.

Dated: _____

                                                                Hon. Royce C. Lamberth
                                                                United States District Judge