**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HAWAI'I ORCHID GROWERS ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>) Civil Action No. 05-1182 (RCL)<br>)<br>)<br>UNITED STATES DEPARTMENT OF AGRICULTURE; )<br>MIKE JOHANNS, SECRETARY OF AGRICULTURE; )<br>W. RON DEHAVEN, ADMINISTRATOR, ANIMAL )<br>AND PLANT HEALTH INSPECTION SERVICE; )<br>UNITED STATES DEPARTMENT OF THE INTERIOR; )<br>GALE NORTON, SECRETARY OF THE INTERIOR; )<br>MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED )<br>STATES FISH AND WILDLIFE SERVICE, )<br>)<br>Defendants. )<br>) | |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THEIR REPLY BRIEF IN SUPPORT OF THEIR MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT**
**(Second Request)**

Defendants hereby file this motion for an extension until Wednesday, June 21, 2006 to file their reply brief in support of their motions to dismiss and for summary judgment. Plaintiff has been consulted, and is unopposed to this motion.

Defendants' brief is currently due Friday, June 9, 2006, but defendants have determined that an additional eight business days is necessary to finalize their brief and obtain the appropriate level of review, due largely to the schedule of undersigned counsel. Undersigned counsel has had to spend significant time preparing a reply brief on a motion for summary judgment in Te-Moak Tribe v. DOI, Civil No. 05-279 (D. Nev.), with a due date of June 8, 2006. Undersigned counsel has additional deadlines and internal meetings over the past two weeks, which have made it impossible to complete the reply brief in this matter and obtain the

appropriate level of review by June 9, 2006. Consequently, defendants respectfully request until June 21, 2006 to file their reply brief.

    Defendants have attached a Proposed Order which makes the requested change. This Order would amend the previous scheduling Order signed by this Court on May 24, 2006. Docket No. 45.

Dated: June 6, 2006                                           Respectfully submitted,

                                                                     Sue Ellen Woolridge
                                                                     Assistant Attorney General
                                                                     Environment & Natural Resources Division
                                                                     United States Department of Justice

                                                                         /s/
                                                                     DONNA S. FITZGERALD
                                                                     Connecticut Bar #411810
                                                                     Trial Attorney
                                                                     Natural Resources Section
                                                                     Environment & Natural Resources Division
                                                                     United States Department of Justice
                                                                     P.O. Box 663
                                                                     Washington D.C. 20044-0663
                                                                     Phone: (202) 305-0476
                                                                     Fax: (202) 305-0506
                                                                     E-mail: Donna.Fitzgerald@usdoj.gov

OF COUNSEL:

Darlene Bolinger
Attorney Advisor General
Regulatory Division
Office of the General Counsel
United States Department of Agriculture
Rm 2319 South Building
1400 Independence Ave., SW
Washington, DC 20250-1400


Peg Romanik, Attorney
Office of the Solicitor

Division of Parks & Wildlife
United States Department of the Interior
1849 C. St., N.W., MS 6557
Washington D.C. 20240

                                            ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAWAI'I ORCHID GROWERS ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF AGRICULTURE; )<br>MIKE JOHANNS, SECRETARY OF AGRICULTURE; )<br>W. RON DEHAVEN, ADMINISTRATOR, ANIMAL )<br>AND PLANT HEALTH INSPECTION SERVICE; )<br>UNITED STATES DEPARTMENT OF THE INTERIOR; )<br>GALE NORTON, SECRETARY OF THE INTERIOR; )<br>MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED )<br>STATES FISH AND WILDLIFE SERVICE, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1182 (RCL) |

(PROPOSED) ORDER

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE THEIR REPLY BRIEF IN SUPPORT OF THEIR MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT (Second Request)** came before this Court on Tuesday, June 6, 2006. After considering said motion, and all other relevant matters, said motion is hereby GRANTED.

Defendants shall file their reply brief in support of their motions to dismiss and for summary judgment by Wednesday, June 21, 2006.

IT IS SO ORDERED.

Dated: _____

                                                                 Hon. Royce C. Lamberth
                                                                 United States District Judge