UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAWAI'I ORCHID GROWERS ASSOCIATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UNITED STATES DEPARTMENT OF AGRICULTURE; MIKE JOHANNS, SECRETARY OF AGRICULTURE; W. RON DEHAVEN, ADMINISTRATOR, ANIMAL AND PLANT HEALTH INSPECTION SERVICE; UNITED STATES DEPARTMENT OF THE INTERIOR; GALE NORTON, SECRETARY OF THE INTERIOR; MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED STATES FISH AND WILDLIFE SERVICE, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Civil Action No. 05-1182 (RCL)

## **ORDER**

Upon consideration of defendants' Unopposed Motion [46] for an Extension of Time to file their reply brief in support of their motions to dismiss and for summary judgment it is hereby

ORDERED that defendants' motion is GRANTED. Defendants shall file their reply brief in support of their motions to dismiss and for summary judgment by Friday, June 21, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 6, 2006.