# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HAWAI'I ORCHID GROWERS ASSOCIATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05-1182 (RCL) |
| | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF AGRICULTURE; | ) | |
| MIKE JOHANNS, SECRETARY OF AGRICULTURE; | ) | |
| W. RON DEHAVEN, ADMINISTRATOR, ANIMAL | ) | |
| AND PLANT HEALTH INSPECTION SERVICE; | ) | |
| UNITED STATES DEPARTMENT OF THE INTERIOR; | ) | |
| GALE NORTON, SECRETARY OF THE INTERIOR; | ) | |
| MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED | ) | |
| STATES FISH AND WILDLIFE SERVICE, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO STRIKE THE DECLARATION OF DR. ARNOLD HARA SUBMITTED WITH PLAINTIFF'S COMBINED RESPONSE/REPLY BRIEF

Defendants hereby move to strike the declaration of Dr. Arnold Hara submitted by plaintiff with its combined opposition to defendants' motions to dismiss and/or for summary judgment and reply brief in support of plaintiff's motion for summary judgment. While plaintiff cites to the declaration to support its claim of Article III standing, the declaration improperly attempts to add extra-record information and "expert-like" opinion testimony to the record here.

A memorandum is submitted herewith in support of this motion.

Dated: June 21, 2006                    Respectfully submitted,

Sue Ellen Woolridge
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

_____/s/_____
DONNA S. FITZGERALD
Connecticut Bar #411810

Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington D.C. 20044-0663
Phone:  (202) 305-0476
Fax: (202) 305-0506
E-mail: Donna.Fitzgerald@usdoj.gov

OF COUNSEL:

Darlene Bolinger
Attorney Advisor General
Regulatory Division
Office of the General Counsel
United States Department of Agriculture
Rm 2319 South Building
1400 Independence Ave., SW
Washington, DC 20250-1400

Peg Romanik, Attorney
Office of the Solicitor
Division of Parks & Wildlife
United States Department of the Interior
1849 C. St., N.W., MS 6557
Washington D.C. 20240

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HAWAI'I ORCHID GROWERS ASSOCIATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 05-1182 (RCL) |
| | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF AGRICULTURE; | ) | |
| MIKE JOHANNS, SECRETARY OF AGRICULTURE; | ) | |
| W. RON DEHAVEN, ADMINISTRATOR, ANIMAL | ) | |
| AND PLANT HEALTH INSPECTION SERVICE; | ) | |
| UNITED STATES DEPARTMENT OF THE INTERIOR; | ) | |
| GALE NORTON, SECRETARY OF THE INTERIOR; | ) | |
| MATTHEW J. HOGAN, ACTING DIRECTOR, UNITED | ) | |
| STATES FISH AND WILDLIFE SERVICE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO STRIKE DECLARATION OF DR. ARNOLD HARA  SUBMITTED WITH PLAINTIFF'S COMBINED RESPONSE/REPLY BRIEF

Defendants hereby move to strike the declaration of Dr. Arnold Hara submitted by plaintiff with its combined opposition to defendants' motions to dismiss and/or for summary judgment and reply brief in support of plaintiff's motion for summary judgment.  While plaintiff cites to the declaration in support of its argument that it has Article III standing here, Pl. Combined Opposition to Defs. Motions to Dismiss and/or for Summary Judgment and Reply Memorandum of Points and Authorities in Support of Plaintiff's Motion for Summary Judgment at 2-6, the declaration is really an attempt to add improper, extra-record information and opinion testimony to this case, and in a form that suggests that Dr. Hara is an "expert" witness.

There is no dispute that declarations may be relied upon to support a claim of standing, and, in fact, defendants challenged plaintiff's standing in this case in part because plaintiff failed

3

to provide the requisite affidavits.  Defendants' Memo. In Support of their Motions to Dismiss

and for Summary Judgment at 23-24 (citing Lujan v. Defenders of Wildlife, 504 U.S. 555, 561

(1992); Defenders of Wildlife v. Norton, 257 F. Supp. 2d 53, 62 (D.D.C. 2003)).

         However, plaintiff cannot use a declaration purportedly offered to demonstrate standing

to instead supply this Court with extra-record evidence regarding the merits.  Karuk Tribe of

California v. United States Forest Service, 379 F.Supp.2d 1071, 1088 - 89 (N.D. Cal. 2005)

(striking portions of declaration that provide factual statements and opinions that go beyond

standing, that were not part of the administrative record, and that improperly attempt to provide

the court with "expert" testimony without establishing that the declarant met the test of Federal

Rules of Evidence 701 and 702), accord, Environmental Protection Information Center v.

Blackwell, 389 F.Supp.2d 1174, 1220-21 (N.D. Cal. 2004) (holding that declarations purportedly

submitted solely to support Article III standing "border on impermissible extra-record evidence,"

and one declaration "in particular" is "expert-like," and court therefore disavows reliance on

declarations except as they are relevant to standing) (internal quotation marks omitted).

         This Court's review is limited to the administrative record filed by the government.  5

U.S.C. §§ 702, 706.  Cabinet Mountains Wilderness v. Peterson, 685 F.2d 678, 685 (D.C. Cir.

1982); Accord, Newton County Wildlife Ass'n v. Rogers, 141 F.3d 803, 808 (8th Cir. 1998)

(confining judicial review to the administrative record in an ESA citizen suit case).  The

declaration of Dr. Hara fails to establish standing,[1/] however, and, instead, improperly attempts to

add extra-record information and "expert-like" opinions to challenge the merits of APHIS's

_____

[1/]Defendants' reply brief explains that Dr. Hara's declaration fails to support plaintiff's claim of
standing.  Defs. Reply Brief in Support of their Motions to Dismiss and/or for Summary
Judgment at 4-6.

decision-making.  As noted in defendants' reply brief, Dr. Hara is not a member of plaintiff, and

his declaration does not, and cannot, demonstrate that plaintiff has suffered a concrete and

particular injury.  Defs. Reply Br. at 4.  Instead, plaintiff strongly suggests that this Court should

consider Dr. Hara an expert, ¶ 1 of Hara Declaration, and then provides extra-record information

and Dr. Hara's opinions as to why APHIS's Risk Analysis of 2003 and the rationale in its Final

Rule are flawed.  ¶¶ 2-7.

 This Court should strike Dr. Hara's declaration.  Plaintiff has not demonstrated that Dr.

Hara's testimony meets the requirements of Federal Rule of Evidence 702,[2] and the declaration

improperly attempts to introduce extra-record information and "expert-like" opinion testimony

attacking the merits of APHIS's decision-making.  <u>Karuk Tribe of California</u>, 379 F.Supp.2d at

1088 - 89; <u>Environmental Information Protection Center</u>, 389 F.Supp.2d at 1220-21.

 For these reasons, this Court should strike the declaration of Dr. Hara submitted by

plaintiff.

Dated: June 21, 2006     Respectfully submitted,

            Sue Ellen Woolridge
            Assistant Attorney General
            Environment & Natural Resources Division
            United States Department of Justice

            _____/s/_____
            DONNA S. FITZGERALD
            Connecticut Bar #411810
            Trial Attorney
            Natural Resources Section
            Environment & Natural Resources Division

---

[2]<u>See also</u>  <u>El Sayed Mukhtar v. California State University, Hayward</u>, 299 F.3d 1053, 1063  (9th
Cir. 2002).   Plaintiff has also not established that Dr. Hara's testimony meets the standard of
Federal Rule of Evidence 701, which governs opinion testimony by lay witnesses.

United States Department of Justice
P.O. Box 663
Washington D.C. 20044-0663
Phone:  (202) 305-0476
Fax: (202) 305-0506
E-mail: Donna.Fitzgerald@usdoj.gov

OF COUNSEL:

Darlene Bolinger
Attorney Advisor General
Regulatory Division
Office of the General Counsel
United States Department of Agriculture
Rm 2319 South Building
1400 Independence Ave., SW
Washington, DC 20250-1400

Peg Romanik, Attorney
Office of the Solicitor
Division of Parks & Wildlife
United States Department of the Interior
1849 C. St., N.W., MS 6557
Washington D.C. 20240