# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
| HAWAI`I ORCHID GROWERS ASSOCIATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-1182 (RCL) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | ) ) ) | |
| and | ) ) | |
| UNITED STATES DEPARTMENT OF INTERIOR, *et al.*, | ) ) ) | |
| Defendants. | ) | |

<u>Order</u>

Upon consideration of Plaintiffs Hawai`i Orchid Growers Association's Memorandum in Opposition to Defendants' Motion to Strike, it is hereby

ORDERED that the Defendants' Motion to Strike is DENIED.

Signed by Royce C. Lamberth, United States District Judge, June ___, 2006.