**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
HAWAI'I ORCHID GROWERS )
ASSOCIATION, )
)
    Plaintiff, )
)
    v. )          **Civil Action No. 05-1182 (RCL)**
)
UNITED STATES DEPARTMENT OF )
AGRICULTURE; et. al., )
)
    Defendants. )
_____)

## ORDER

    This matter comes before the Court on the plaintiff's motion [33] for summary judgment and defendants' motion [39] to dismiss, or in the alternative, for summary judgment. Upon consideration of these motions, it is hereby

    ORDERED that plaintiff's motion for summary judgment is DENIED. It is further

    ORDERED that defendants' motion for summary judgment is GRANTED. It is further

    ORDERED that plaintiff's motion [25] to supplement the Administrative Record is DENIED as MOOT and defendants' motion [49] to strike is DENIED.

    Judgment is hereby entered for defendants, and this case shall stand DISMISSED WITH PREJUDICE.

    SO ORDERED.

    Signed by Royce C. Lamberth, United States District Judge, June 29, 2006.