# United States District Court
# For the District of Columbia

| | |
|---|---|
| HAWAI`I ORCHID GROWERS ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>and<br><br>UNITED STATES DEPARTMENT OF INTERIOR, *et al.*,<br><br>Defendants. | Civil Action No. 05-1182 (RCL) |

### Plaintiffs' Notice of Appeal

Notice is hereby given this 25th day of July 2006, pursuant to Fed. R. App. P. 4(a)-(1)(B), that Plaintiffs, Hawai`i Orchid Growers Association, hereby appeal as of right, 28 U.S.C. §§ 1291, 1294(1), to the United States Court of Appeals for the District of Columbia Circuit from the judgment of the Court entered in this Civil Act-



**RECEIVED**

JUL 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ion on Thursday, June 29th, 2006 in favor of Defendants United States Department of Agriculture and United States Department of Interior, and against said Plaintiffs, Hawai`i Orchid Growers Association. This Notice of Appeal is timely filed within sixty calendar days after entry of the Court's judgment. 28 U.S.C. § 2107(b).

        With aloha,

        Cyrus E. Phillips, IV
        District of Columbia Bar Number 456500
        July 25th, 2006

        Suite 660
        1828 L Street, N.W.
        Washington, D.C. 20036-5112

        Telephone:      (202) 466-7008
        Facsimile:       (202) 466-7009
        Electronic Mail:  lawyer@procurement-lawyer.com

        Attorney of record for Plaintiffs,
        Hawai`i Orchid Growers Association.

## CLERK

Pursuant to Fed. R. App. P. 3(d)(1), please mail copies of this Notice of Appeal to the following at the addresses indicated:

>Donna S. Fitzgerald, Esq.
>Trial Attorney
>Natural Resources Section
>Environment & Natural Resources Division
>United States Department of Justice
>Post Office Box 663
>Washington, D.C. 20044-0663
>
>Darlene Bolinger
>Attorney-Advisor, General
>Regulatory Division
>Office of the General Counsel
>United States Department of Agriculture
>Room 2139, South Building
>1400 Independence Avenue, S.W.
>Washington, D.C. 20250-1400
>
>Peg Romanik, Esq.
>Attorney
>Office of the Solicitor
>Division of Parks and Wildlife
>United States Department of the Interior
>1849 C Street, N.W., MS 6557
>Washington, D.C. 20240

_____
Cyrus E. Phillips, IV

```
                              ORIGINAL
                         RECEIPT FOR PAYMENT
     214927           UNITED STATES DISTRICT COURT
                              for the
                         DISTRICT OF COLUMBIA
     Fund                                   at _____7-25-06_____
     6855XX    Deposit Funds
     604700    Registry Funds
               General and Special Funds
     508800    Immigration Fees
     085000    Attorney Admission Fees
     086900    Filing Fees
     322340    Sale of Publications
     322350    Copy Fees
     322360    Miscellaneous Fees
     143500    Interest
     322380    Recoveries of Court Costs
     322386    Restitution to U.S. Government
     121000    Conscience Fund
     129900    Gifts
     504100    Crime Victims Fund
     613300    Unclaimed Monies
     510000    Civil Filing Fee (1/2)
     510100    Registry Fee
```

CASE REFERENCE:

Cyrus E. Phillips IV

RECEIVED FROM

Attorney at Law

05-1182

$455.00

DEPUTY CLERK _____

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.